IC

Civil Action No.

**FILED**
MAY 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Judge Kenton Skarin__
was received by me on *(date)* __May 15, 2025__.

☐ I personally served the summons on the individual at *(place)* __505 N. County Farm Rd.
Wheaton, IL 60187__ on *(date)* __May 15, 2025__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Cassandra Grant__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Jackie Sample__
_____ on *(date)* __May 15, 2025__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __175.00__ for travel and $ __25.00__ for services, for a total of $ __200.00__ .

I declare under penalty of perjury that this information is true.

Date: __May 15, 2025__

__Almer Nwannewuihe__
*Server's signature*

__Almer Nwannewuihe__
*Printed name and title*

__8259 S. Whipple Str. Chicago, IL 60652__
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

**FILED**

**MAY 19 2025**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT** GR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Judge Neal Cerne
was received by me on *(date)* May 15, 2025.

☐ I personally served the summons on the individual at *(place)* 505 N. County Farm Rd. Wheaton, IL 60187 on *(date)* May 15, 2025 or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cassandra Grant , who is designated by law to accept service of process on behalf of *(name of organization)* Jackie Sample on *(date)* May 15, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 175.00 for travel and $ 25.00 for services, for a total of $ 20 0.00.

I declare under penalty of perjury that this information is true.

Date: May 15, 2025

_____
*Server's signature*

Almer Nwannewuihe
*Printed name and title*

8259 S. Whipple St. Chicago IL 60652
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

**FILED**
**MAY 19 2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Judge James Orel**
was received by me on *(date)* **May 15, 2025**.

☐ I personally served the summons on the individual at *(place)* **505 N. County Farm Rd Wheaton, IL 60187** on *(date)* **May 15, 2025**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Cassandra Grant**, who is designated by law to accept service of process on behalf of *(name of organization)* **Jackie Sample** on *(date)* **May 15, 2025**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **175.00** for travel and $ **25.00** for services, for a total of $ **200.00**.

I declare under penalty of perjury that this information is true.

Date: **May 15, 2025**

*Almer Nwannewuihe*
Server's signature

**Almer Nwannewuihe**
Printed name and title

**8259 S. Whipple, Chicago, IL 60652**
Server's address

Additional information regarding attempted service, etc:

IC

Case: 1:25-cv-05329 Document #: 6 Filed: 05/19/25 Page 4 of 11 PageID #:81

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED
MAY 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Judge Susan Alvarado**
was received by me on *(date)* **May 15, 2025**.

☐ I personally served the summons on the individual at *(place)* **505 N. County Farm Rd Wheaton, IL 60187** on *(date)* **May 15, 2025**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Cassandra Grant**, who is designated by law to accept service of process on behalf of *(name of organization)* **Jackie Sample** on *(date)* **May 15, 2025**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **175.00** for travel and $ **25.00** for services, for a total of $ **20** 0.00.

I declare under penalty of perjury that this information is true.

Date: **May 15, 2025**

*Server's signature*

**Almer Nwannewuihe**
*Printed name and title*

**8259 S. Whipple Str. Chicago, IL 60652**
*Server's address*

Additional information regarding attempted service, etc:

IC

Case: 1:25-cv-05329 Document #: 6 Filed: 05/19/25 Page 5 of 11 PageID #:82

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED

MAY 19 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Eighteenth Judicial Circuit Court
was received by me on *(date)* May 15, 2025.

☐ I personally served the summons on the individual at *(place)* 505 N. County Farm Rd. Wheaton, IL 60187 on *(date)* May 15, 2025; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* A Clerk named, Robia, who is designated by law to accept service of process on behalf of *(name of organization)* Jackie Sample on *(date)* May 15, 2025; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ 175.00 for travel and $ 25.00 for services, for a total of $ 200.00.

I declare under penalty of perjury that this information is true.

Date: May 15, 2025

Almer Nwannewuihe
*Server's signature*

Almer Nwannewuihe
*Printed name and title*

8259 S. Whipple St. Chicago, IL 60652
*Server's address*

Additional information regarding attempted service, etc:


AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **GN Bank, Dr. Papa Kwesi Nduom**
was received by me on *(date)* **May 16, 2025**.

☑ I personally served the summons on the individual at *(place)* **GN Bank 4619 S. King Dr. Chicago, IL 60653** on *(date)* **May 16, 2025**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Isreal Bonsu** designated by law to accept service of process on behalf of *(name of organization)* **Jackie Sample** on *(date)* **May 16, 2025**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **175.00** for travel and $ **25.00** for services, for a total of $ **2 0 0.00**.

I declare under penalty of perjury that this information is true.

Date: **May 16, 2025**

*Server's signature*

**Almer Nwannewuike**
*Printed name and title*

**8259 S. Whipple, Chicago, IL 60652**
*Server's address*

Additional information regarding attempted service, etc:

Bank Manager: ~~Esreal~~ Isreal
~~Isreal~~ Bonsy

Security Gaurd:
Eric

~~Isreal~~

Civil

Civil Action No.

**F I L E D**

MAY 19 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Madison Sample**
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* **12638 Talbot Circle, Plainfield, Illinois 60585** on *(date)* **May 16, 2025**

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* **Jackie Sample**
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **175.00** for travel and $ **25.00** for services, for a total of $ **200.00**.

I declare under penalty of perjury that this information is true.

Date: **May 16, 2025**

*Server's signature*

**Almer Nwannewuihe, Server**
*Printed name and title*

**8259 S. Whipple, Chicago IL 60652**
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**F I L E D**
MAY 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


This summons for *(name of individual and title, if any)* Old National Bank, Nicholas J. Chulos

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* One Main Street Evansvillie, IN 47708 on *(date)* May 16, 2025 or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and (mailed a copy to the individual's last known address); or

☒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* Jackie Sample on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 175.00 for travel and $ 25.00 for services, for a total of $ 20 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 16, 2025

_____
Server's signature

Almer Nwannewuihe
Printed name and title

8259 S. Whipple Chicago, IL 60652
Server's address

Additional information regarding attempted service, etc:

Select ~~8-1049~~

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
MAY 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

This summons for *(name of individual and title, if any)* Select Portifolio Servicing, INC
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* 3217 Portfolio Servicing, INC
Salt Lake City, Utah 84119 on *(date)* May 16, 2025 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ and (mailed a copy to the individual's last known address; or)

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* Jackie Sample
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 176.00 for travel and $ 25.00 for services, for a total of $ 20 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 16, 2025

_____Almer Nwannewuihe_____
Server's signature

Almer Nwannewuihe
*Printed name and title*

8259 S. Whipple Str. Chicago, IL 60652
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
MAY 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

This summons for *(name of individual and title, if any)* United State of America
was received by me on *(date)* _____ BROOKE L. Rollins, USDA

☐ I personally served the summons on the individual at *(place)*
1221 11th St. NW Washington DC 20250 on *(date)* May 16, 2025 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* Jackie Sample
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 175.00 for travel and $ 25.00 for services, for a total of $ 200.00 .

I declare under penalty of perjury that this information is true.

Date: May 16, 2025

_____
Server's signature

Almer Nwannewuihe
Printed name and title

8259 S. Whipple St. Chicago IL 60652
Server's address

Additional information regarding attempted service, etc: