


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


JACKIE SAMPLE,

   Plaintiff,                             JURY TRIAL DEMANDED


MADISON SAMPLE JR., JUDGE NEAL CERNE, JUDGE SUSAN ALVARADO, JUDGE JAMES OREL, JUDGE KENTON SKARIN, JUDGE NEAL CERNE, JUDGE SUSAN ALVARADO, JUDGE JAMES OREL, JUDGE KENTON SKARIN, THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, DUPAGE COUNTY, ILLINOIS, UNITED STATES OF AMERICA, USDA OLD NATIONAL BANK, GN BANK, SELECT, PORTFOLIO SERVICING, INC

Defendants

Case No. 1:25-cv5329 Hon. Judge Andrea Wood

## DECLARATION OF EL ROY G. JOHNSON IN SUPPORT OF MOTION TO INTERVENE

I, El Roy G. Johnson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1. I am the brother of the late Raymond Johnson and the Movant seeking to intervene in the above-captioned action.

2. In 2023, Judge James Orel of the 18th Judicial Circuit Court of DuPage County unlawfully placed my brother Raymond under a court-ordered guardianship without medical justification or due process. My brother was forcibly removed from my home and died three weeks later.

3. I was denied the opportunity to object to the guardianship or obtain an independent autopsy. No valid justification was ever presented for removing Raymond from my care.

4. The same judge, James Orel, is alleged in this case to have attempted to coerce Plaintiff Jackie Sample's attorney into initiating a guardianship over her without proper cause. These facts demonstrate a broader pattern of judicial misconduct.

5. I seek to intervene in this case to present evidence of a pattern of collusion, civil rights violations under color of law, and systematic abuse of guardianship procedures within the DuPage County courthouse that have affected both Plaintiff and myself.

6. My claims and those of Plaintiff Jackie Sample share common questions of law and fact. I respectfully request leave to intervene under Rule 24 of the Federal Rules of Civil Procedure.

Respectfully submitted,

Sui Juris Intervenor,

El Roy G. Johnson

Email: artkauseye2020@gmail.com

Phone: (224) 471-3779

_____

El Roy G. Johnson

Date: June 20, 2025