


FILED 6/20/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT LJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


JACKIE SAMPLE,

Plaintiff,

MADISON SAMPLE JR,

Defendants

Case No. 1:25-cv5329

Hon. Judge Andrea Wood


**SWORN AFFIDAVIT OF ELROY JOHNSON IN SUPPORT OF Motion to Intervene: Pursuant to Federal Rule of Civil Procedure 24: Judicially Sanctioned Guardianship Abuse Resulting in Fatal Civil Rights Violations Under Color of Law (42 U.S.C. § 1983)**


**(Pursuant to 28 U.S.C. § 1746)**

I, **Elroy Johnson**, under penalty of perjury, declare the following to be true and correct to the best of my knowledge, understanding, and belief:

1. I am the Plaintiff in this civil action and a resident of DuPage County, Illinois.

2. I was the **Durable Power of Attorney** and caregiver for my late brother, **Raymond G. Johnson**, prior to and during the guardianship proceedings initiated in the Circuit Court of DuPage County.

3. The acts and omissions by the named Defendants—acting **under color of state law**—resulted in the unlawful deprivation of my constitutional rights and those of my deceased brother in violation of **42 U.S.C. § 1983**, the **First and Fourteenth Amendments** to the United States Constitution, and applicable federal statutes protecting elderly individuals.

4. **Under Color of Law Violation**: Defendants acted under the guise of official authority to strip me of my legal role as Power of Attorney, to forcibly remove Raymond Johnson from my custody, and to authorize actions that directly caused his physical, emotional, and financial harm, in violation of **42 U.S.C. § 1983** and constitutional protections under **Monroe v. Pape**, 365 U.S. 167 (1961), and **West v. Atkins**, 487 U.S. 42 (1988).

5. **Due Process Violations**: I was denied notice, an opportunity to be heard, appointed counsel, and meaningful review of orders impacting property and liberty interests. These actions violate **Goldberg v. Kelly**, 397 U.S. 254 (1970) and **Mathews v. Eldridge**, 424 U.S. 319 (1976),

and constitute procedural and substantive due process violations under the **Fourteenth Amendment**.

6. **Unlawful Guardianship and Elder Abuse**: The guardianship imposed on Raymond Johnson lacked any independent medical or psychiatric finding of incapacity as required under **755 ILCS 5/11a-3** and **5/11a-9**. These proceedings were used to dispossess him of property, confine him against his will, and ultimately resulted in his death. Such actions constitute **elder abuse and financial exploitation** under federal elder justice provisions, specifically **42 U.S.C. § 3058i** and **42 U.S.C. § 1397j–1397m** (Elder Justice Act).

7. **Conspiracy to Deprive Civil Rights**: Defendants, colluded with other state actors such as the DuPage County Sheriff James Mendrick, DuPage County Deputy Guardian David Martin, DuPage County Public Guardian Administrator Matthew McQuaid, Geneva Guardianship Attorneys Banahan & Haas and other private attorneys. Other state actors include Judge Robert Gibson who referred and recommended I use Attorney James Bromberek to help me sell my property at 212-228 E. 55th street Westmont IL 60559. Attorney James Bromberek intern engaged in a pattern of conduct designed to grossly lesson the price of the property and deprive me of its true estimated value of over two

million dollars( $2,00,000 .00) violating federally protected rights of **42 U.S.C. § 1985(3)**. See **Griffin v. Breckenridge**, 403 U.S. 88 (1971).

8. **Unlawful Use of Psychiatric Detention**: Following my efforts to expose these abuses, I was retaliated against through threats of psychiatric confinement in an effort to intimidate, silence, and discredit me. Such coercion violates my rights under the **First Amendment** (retaliation and access to courts), **Fourteenth Amendment** (liberty interests), and case law such as **Zinermon v. Burch**, 494 U.S. 113 (1990).

9. **Elder Financial Exploitation**: The seizure and mismanagement of jointly held or survivorship property following my brother's death constitutes unlawful conversion and exploitation under **18 U.S.C. § 1341** (mail fraud), **18 U.S.C. § 1343** (wire fraud), and applicable provisions of the **Illinois Criminal Code**, including **720 ILCS 5/17-56** (financial exploitation of an elderly person).

10. **Systemic Malfeasance and Judicial Misconduct**: I allege that Defendant judges and their clerks engaged in misconduct by omitting critical orders, blocking access to substitution of judge rights under **735 ILCS 5/2-1001(a)**, and obstructing due process remedies. These acts violate the **Code of Judicial Conduct, Illinois Supreme Court Rules**, and the **United States Constitution.**

16

11. I respectfully request this Court take judicial notice of the ongoing and systemic nature of elder abuse and guardianship exploitation as highlighted in reports such as the U.S. Senate Special Committee on Aging (2018), and urge federal oversight pursuant to **18 U.S.C. § 242** (deprivation of rights under color of law).

12. I swear under penalty of perjury that the factual allegations in this affidavit are true and correct, and that this affidavit is submitted in support of my Complaint seeking declaratory, injunctive, and monetary relief for the violations described herein.

Respectfully submitted,

Sui Juris Intervenor,

El Roy G. Johnson

Email: artkauseye2020@gmail.com

Phone: (224) 471-3779

_____

El Roy G. Johnson

Date: June 20, 2025

Notary _____  Notary: _____

Executed on this 20 day of June, 2025

State: Illinois

County: Cook

ANGELICA RAVELO
Official Seal
Notary Public - State of Illinois
My Commission Expires May 2, 2027

17