IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

**JACKIE SAMPLE,**

Plaintiff,

v.

**MADISON SAMPLE, et al.,**

Defendants.

Case No. **1:25-cv-5329**

Judge **Andrea R. Woods**

**FILED**
JUN 27 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILINGS**

Plaintiff, Jackie Sample, respectfully notifies the Court and all parties that she is filing the attached Motion for Emergency Injunctive Relief and Petition for Declaratory Judgment.

List of Defendants

i

Respectfully submitted,

**Jackie Sample**

Plaintiff, Pro Se

9476 Falling Water Dr E

Burr Ridge IL 60527

jackshousinganddevelopment@gmail.com

Date: June 23, 2025

*[signature]*

Notary *[signature]*

RAVINDER CHAHAL
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 2, 2026

# PLAINTIFF'S MOTION FOR EMERGENCY INJUNCTIVE RELIEF TO COMPEL ACCESS TO COURT TRANSCRIPTS AND TO PREVENT FURTHER DUE PROCESS OBSTRUCTION

NOW COMES the Plaintiff, **Jackie Sample**, pro se, and respectfully moves this Honorable Court, pursuant to **Federal Rule of Civil Procedure 65**, for a preliminary and emergency injunction. The requested relief is necessary to prevent ongoing and repeated violations of Plaintiff's civil rights under color of law, in violation of the **First and Fourteenth Amendments**, and to preserve her ability to meaningfully participate in her state appellate proceedings.

## I. LEGAL STANDARD

A preliminary injunction is warranted where the movant shows:

1. A likelihood of success on the merits;

2. That the movant is likely to suffer irreparable harm in the absence of preliminary relief;

3

3. That the balance of equities tips in her favor; and

4. That an injunction is in the public interest.

See *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008); *Jones v. Caruso*, 569 F.3d 258, 265 (6th Cir. 2009); *Girl Scouts of Manitou Council, Inc. v. Girl Scouts of the USA, Inc.*, 549 F.3d 1079, 1086 (7th Cir. 2008).

## II. FACTUAL BACKGROUND

1. Plaintiff filed this federal civil rights action under **42 U.S.C. § 1983**, alleging a pattern of repeated and ongoing violations of her constitutional rights under color of law by court officials in **DuPage County**, including named Defendant **Judge Neal Cerne**.

2. Plaintiff is indigent and a victim of **domestic violence and financial abuse**, circumstances central to her federal and state claims.

3. Plaintiff is currently a party in a pending case before the **Illinois Third District Appellate Court**, which requires access to transcripts of underlying proceedings in the 18th Judicial Circuit (DuPage County).

4

4. Despite multiple requests and her documented indigency, Plaintiff has been unable to obtain the necessary court transcripts. The DuPage County Court, under the authority of Judge Neal Cerne and other defendants, has refused to waive transcript fees or provide accommodations based on Plaintiff's inability to pay, thereby denying her access to records that are essential for her participation in the appellate process.

5. This refusal, coupled with Plaintiff's indigent status, constitutes an effective and unconstitutional barrier to access to the courts, in violation of Plaintiff's First and Fourteenth Amendment rights.

6. This conduct is part of an ongoing pattern of obstruction and judicial retaliation that prevents Plaintiff from seeking oversight or redress and reinforces the systemic deprivation of her rights under federal law.

## II.A. ADDITIONAL FACTS SUPPORTING NEED FOR RELIEF

7. Defendant **Madison Sample** has willfully failed to comply with court-ordered maintenance obligations since approximately **September 2024**, further exacerbating Plaintiff's financial instability.

8. Despite these violations, all four **DuPage County judges named as defendants**, including particularly **Judge Neal Cerne**, refused to enforce standing court orders that granted Plaintiff financial relief during the course of her divorce proceedings.

9. **Judge Neal Cerne** ultimately dismissed Plaintiff's divorce case, effectively **sanctioning a pattern of domestic violence and economic abuse** by Defendant Madison Sample, and depriving Plaintiff of legal remedies designed to protect her under Illinois domestic relations law.

10. Judge Cerne's actions were not only procedurally improper, but also **retaliatory in nature**, perpetuating an environment in which **financial strangulation by the abuser is tolerated or enabled** by the court itself.

11. It is both unjust and constitutionally offensive to punish Plaintiff for financial instability when her indigence is **a direct result of the judicial inaction and misconduct** perpetrated by Judge Cerne and other court officials under color of law.

## III. ARGUMENT

## A. Likelihood of Success on the Merits

The denial of court transcripts to an indigent litigant violates the Due Process Clause. See *Griffin v. Illinois*, 351 U.S. 12 (1956). Plaintiff has pled a plausible claim under 42 U.S.C. § 1983 based on repeated and ongoing conduct taken under color of state law.

## B. Irreparable Harm

Denial of transcript access is causing immediate and irreversible harm to Plaintiff's ability to participate in the appellate process. Plaintiff's inability to pay due to indigency, combined with the refusal to provide fee waivers or alternative access, results in complete exclusion from judicial review. See *Elrod v. Burns*, 427 U.S. 347, 373 (1976).

## C. Balance of Equities

Providing transcripts imposes minimal burden on Defendants, especially where Plaintiff is indigent. Obstruction of due process harms Plaintiff significantly.

## D. Public Interest

Ensuring access to justice and protecting constitutional rights is always in the public interest. See *Doe v. Mundy*, 514 F.2d 1179, 1183 (7th Cir. 1975).

## IV. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court:

1. Issue a **Preliminary and Emergency Injunction** directing the 18th Judicial Circuit Court of DuPage County to immediately release court transcripts to Plaintiff at no cost;

2. Enjoin Defendant **Judge Neal Cerne** and agents from further obstructing access to court proceedings and records;

3. Grant any other relief this Court deems just and proper.

Respectfully submitted,

**Jackie Sample**

Plaintiff, Pro Se

[Insert Address]

[Insert Email]

Date: [Insert Filing Date]

# PLAINTIFF'S PETITION FOR DECLARATORY JUDGMENT

# PURSUANT TO 28 U.S.C. § 2201

NOW COMES the Plaintiff, **Jackie Sample**, pro se, pursuant to **28 U.S.C. § 2201** and **Rule 57**, and respectfully petitions this Honorable Court for a **Declaratory Judgment** stating that the actions of Defendant **Judge Neal Cerne** and DuPage County Court officials violate Plaintiff's rights under the First and Fourteenth Amendments.

## I. JURISDICTION

This Court has jurisdiction under **28 U.S.C. §§ 1331, 1343**, and **42 U.S.C. § 1983**. Venue is proper under **28 U.S.C. § 1391(b)**.

## II. CONTROVERSY

1. Plaintiff has been denied court transcripts despite indigent status, which violates constitutional protections.

2. Plaintiff has suffered harm including loss of access to appellate review, interference with her legal rights, and retaliation by named defendants.

3. A real and immediate controversy exists, and declaratory relief is necessary to clarify the legal rights of the parties.

## III. RELIEF REQUESTED

Plaintiff requests a Declaratory Judgment that:

1. Denial of transcripts to an indigent litigant is unconstitutional;

2. Defendants have violated Plaintiff's rights under the First and Fourteenth Amendments;

3. Continued obstruction of access to courts constitutes a violation of 42 U.S.C. § 1983.

## SERVICE LIST:

MADISON SAMPLE JR.
12638 Talbot Circle
Plainfield, Illinois 60585

Madison Sample
20015 S. LaGrange
Frankfort IL. 60423

JUDGE Kenton Skarin
505 North County Farm Rd,
Wheaton, Illinois 60187

JUDGE NEAL CERNE
505 North County Farm Rd
Wheaton, Illinois 60187

JUDGE James Orel
505 North County Farm Rd
Wheaton, Illinois 60187

JUDGE SUSAN ALVERADO
505 North County Farm Rd, Rm 2000
Wheaton, Illinois 60187

THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT, DUPAGE COUNTY, ILLINOIS
505 North County Farm Rd
Wheaton, Illinois 60187

OLD NATIONAL BANK
Nicholas J Chulos
One Main Street
Evansville, IN 47708

GN BANK
Dr. Papa Kwesi Nduom
4619 South King Dr
Chicago, Il 60653

Select Service Portfolio

Select Service Portfolio
3217 S. Decker lake Dr
Salt Lake City, Utah 84119

United States of America
Brooke L. Rollins, USDA
1221 11th St NW,
Washington, DC 20250

## VII. VERIFICATION

I, Jackie Sample, affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this ___ day of _____, 2025, in Burr Ridge, Illinois.

_____

**Jackie Sample**
9476 Falling Water DR E
Burr Ridge IL 60527
Jackshousinganddevelopment@gmail.com
(773)7119-0337

RAVINDER CHAHAL
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 2. 2026

Respectfully submitted,

**Jackie Sample**

Plaintiff, Pro Se

9476 Falling Water Dr E

Burr Ridge IL 60527

jackshousinganddevelopment@gmail.com

Date: June 23, 2025

*[Signature: Jackie Sample]*

Notary _____ *[Signature: Ravinder Chahal]*

RAVINDER CHAHAL
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 2, 2026

13