# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Jackie Sample

Plaintiff,

v.

Madison Sample et, al

Defendants.

Case No.1:25-cv-5329

**FILED**

JUN 30 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, **James Evans** being duly sworn, state as follows:

1. I am over the age of 18 and not a party to this action.

2. On **June 27, 2025**, I served a copy of **LeRoy Johnson's motion to intervene** the above-captioned matter on the following parties by personal delivery, and U.S. Mail, certified mail as stated

MADISON SAMPLE JR.   U.S. Mail, certified mail as stated
12638 Talbot Circle
Plainfield, Illinois 60585

Staples c/o.            personal delivery
Madison Sample
20015 Lagrange
Frankfort IL 60423

JACKIE SAMPLE.     personal delivery
9476 FALLING WATER DR E
BURR RIDGE IL 60527

JUDGE Kenton Skarin personal delivery
505 North County Farm Rd,
Wheaton, Illinois 60187

JUDGE NEAL CERNE. personal delivery
505 North County Farm Rd
Wheaton, Illinois 60187

JUDGE James Orel personal delivery
505 North County Farm Rd
Wheaton, Illinois 60187

JUDGE SUSAN ALVARADO personal delivery
505 North County Farm Rd, Rm 2000
Wheaton, Illinois 60187

THE CIRCUIT COURT OF THE EIGHTEENTH personal delivery
JUDICIAL CIRCUIT, DUPAGE COUNTY, ILLINOIS
505 North County Farm Rd
Wheaton, Illinois 60187

OLD NATIONAL BANK U.S. Mail, certified mail as stated
Nicholas J Chulos
One Main Street
Evansville, IN 47708

GN BANK personal delivery
Dr. Papa Kwesi Nduom
4619 South King Dr
Chicago, Il 60653

Select Service Portfolio U.S. Mail, certified mail as stated

3217 S. Decker lake Dr
Salt Lake City, Utah 84119

United States of America U.S. Mail, certified mail as stated
Brooke L. Rollins, USDA
1221 11th St NW,
Washington, DC 20250

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: June 27, 2025

Signature: *[signature]*

Name: James Hayes

Address: 1134 S woods St. Apt 910

Chicago IL 60612

Phone: (313)721-8892

Notary: *[signature] Barbara Merigold*

Official Seal
BARBARA E MERIGOLD
Notary Public, State of Illinois
Commission No. 998093
My Commission Expires October 7, 2028