


[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUL 15 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jackie Sample )
)
Plaintiff(s) )
) Case Number: 1:25-cv-5329
v. )
)
Madison Sample Jr et, al. )
) Judge: Andrea Wood
Defendant(s )
)

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, <u>ElRoy Johnson</u>, declare that I am the (check appropriate box) ■ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**
DuPage Bar Association, Equip For Equality, Chicago Bar Association, and Others


but I have been unable to find an attorney because:
    see Attachment

3. I declare that (check all that apply):
*(Now:)*
☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
OR
☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

*(Earlier:)*
☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
OR
☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

(1)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school    ☐ Some high school    ☐ High school graduate
   ☐ Some college      ☐ College graduate    ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_                              5317 Washington Downers Grove IL 60515
Signature of Movant                        Street Address

July 14, 2025                              Downers Grove, Illinois 60515
Date                                       City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |

Attorney's Name: _____ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

| Case Name: _____ | Case No.: _____ |

Attorney's Name: _____ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

| Case Name: _____ | Case No.: _____ |

Attorney's Name: _____ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

Rev. 06/23/2016                            (2)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACKIE SAMPLE,
    Plaintiff,
v.
MADISON SAMPLE JR., et al.,
    Defendants.

Case No. 1:25-cv-05329
Judge Andrea R. Wood

**Motion To Intervene Statement Regarding Difficulty Obtaining Legal Representation**

Despite diligent efforts, I have been unable to secure legal representation. The attorneys I have contacted have expressed hesitation in taking on my case due to the nature of the allegations, which involve serious claims of judicial misconduct within the local court system. Many of these attorneys regularly appear before the very judges whose conduct would be challenged in this matter, creating a conflict of interest that makes them understandably reluctant to proceed.

This environment poses a substantial barrier to justice for individuals in my position. The potential professional repercussions for attorneys, combined with the complexity and scope of the issues raised, have deterred many from engaging in long-term representation.

Given these circumstances, I respectfully request the Court's assistance in facilitating access to legal counsel, as this case raises serious constitutional concerns that warrant full and fair adjudication with the benefit of competent legal advocacy.

ElRoy Johnson
5317 Washington
Downers Grove IL 60515
(224)471-3779
artkauseye2020@gmail.com

(3)