JACKIE L. SAMPLE,

    Plaintiff,

    v.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.

Case No. 1:25-cv-05329

Hon. Judge Andrea Wood

**FILED** AUG 05 2025 JXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING OF STATE COURT JUDGMENT AND REQUEST FOR JUDICIAL NOTICE

NOW COMES the Plaintiff, JACKIE L. SAMPLE, pro se, and pursuant to Federal Rule of Evidence 201, hereby respectfully requests that this Honorable Court take judicial notice of the attached public court documents from the Circuit Court of Cook County, Illinois, under Case No. 2024CH03955.

1. The attached documents include:
   a. Verified Complaint for Foreclosure filed April 29, 2024;
   b. Motion for Judgment of Foreclosure and Sale;
   c. Order of Default and Judgment entered June 2, 2025;
   d. Case Docket showing procedural status.

2. These documents are part of the official public record and are subject to judicial notice under FRE 201(b) as they are capable of accurate and ready determination by sources whose accuracy cannot reasonably be questioned.

3. Plaintiff submits these records to assist the Court in evaluating the background and context surrounding the present federal action and to support the Opposition to Defendant's Motion to Dismiss, Motion for Preliminary Injunction, and any related relief.

WHEREFORE, Plaintiff respectfully requests that this Court take judicial notice of the attached state court records and incorporate them into the official record of this matter.

Respectfully submitted,

/s/ Jackie L. Sample

JACKIE L. SAMPLE
9476 Falling Water Drive
East Burr Ridge, IL 60527
773-719-0337
jackshousinganddevelopment@gmail.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

TOWD POINT MORTGAGE TRUST 2018-2,

U.S. BANK NATIONAL ASSOCIATION,

AS INDENTURE TRUSTEE,

    Plaintiff,

    v.

JACKIE L. JOHNSON-SAMPLE, et al.,

    Defendants

Case No. 2024CH03955

---

MOTION TO VACATE DEFAULT JUDGMENT AND TO STAY FORECLOSURE SALE

NOW COMES the Defendant, JACKIE L. JOHNSON-SAMPLE, pro se, and respectfully moves this Honorable Court to vacate the default judgment entered on June 2, 2025, pursuant to 735 ILCS 5/2-1301(e), and to stay any pending foreclosure sale or further enforcement of judgment. In support of this Motion, Defendant states as follows:

1. This Court entered a default judgment of foreclosure against Defendant on June 2, 2025, in Case No. 2024CH03955.

2. Defendant was not personally served with the summons and complaint in this matter, and had no actual notice of the proceedings until after the judgment was entered.

3. The judgment was entered without providing Defendant the opportunity to answer, appear, or defend, in violation of due process under the Illinois and United States Constitutions.

4. The record reflects service by publication, which is insufficient where the Plaintiff failed to exercise due diligence in attempting personal service.

5. Defendant has a meritorious defense to the foreclosure action, including but not limited to standing, mortgage accounting irregularities, and improper servicing practices.

6. Vacating the judgment and allowing Defendant to appear and answer would serve the interests of justice and ensure the case is resolved on its merits.

7. There is no sale date set at this time; however, Defendant requests this Court stay any potential sale or enforcement of judgment pending full adjudication of this motion.

WHEREFORE, Defendant respectfully requests this Honorable Court:
a. Vacate the default judgment entered on June 2, 2025;
b. Grant Defendant leave to file an appearance and responsive pleadings;
c. Stay any foreclosure sale or further enforcement pending resolution of this matter;
d. And grant such other relief as this Court deems just and proper.

Respectfully submitted,

/s/ Jackie L. Johnson-Sample

JACKIE L. JOHNSON-SAMPLE

773-719-0337
jackshousinganddevelopment@gmail.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

TOWD POINT MORTGAGE TRUST 2018-2,

U.S. BANK NATIONAL ASSOCIATION,

AS INDENTURE TRUSTEE,

Plaintiff,

v.

JACKIE L. JOHNSON-SAMPLE, et al.,

Defendants

Case No. 2024CH03955

NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on September 12, 2025, at 1:30 pm a.m./p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge presiding in Room _____ of the Richard J. Daley Center, 50 W. Washington Street, Chicago, Illinois 60602, or remotely via the assigned Zoom courtroom, and present the attached:

- Motion to Vacate Default Judgment and Stay Foreclosure Sale
- Affidavit of Fact in Support

at which time and place you may appear if you so choose.

Respectfully submitted,

/s/ Jackie L. Johnson-Sample

_____

JACKIE L. JOHNSON-SAMPLE

773-719-0337

jackshousinganddevelopment@gmail.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

TOWD POINT MORTGAGE TRUST 2018-2,

U.S. BANK NATIONAL ASSOCIATION,

AS INDENTURE TRUSTEE,

      Plaintiff,

      v.

JACKIE L. JOHNSON-SAMPLE, et al.,

      Defendants.

Case No. 2024CH03955

---

## AFFIDAVIT OF FACT IN SUPPORT OF MOTION TO VACATE DEFAULT JUDGMENT

I, Jackie L. Johnson-Sample, being duly sworn, state under penalty of perjury as follows:

1. I am the Defendant in the above-captioned foreclosure matter and the lawful owner of the property located at 7439 S. Prairie Avenue, Chicago, IL 60619.

2. I was not personally served with a summons or complaint in this foreclosure case, and I had no actual knowledge of the proceedings until after a default judgment had already been entered against me.

3. I have never received any certified mail, hand-delivery, or sheriff service related to this foreclosure prior to the judgment.

4. I first learned about the foreclosure case after attempting to investigate issues related to my mortgage account and discovering the judgment had been entered.

5. I would have timely appeared and defended this action had I been notified or properly served.

6. I dispute the validity and amount of the alleged debt, and I intend to raise meritorious defenses related to improper accounting, servicing misconduct, and standing.

7. I respectfully request that this Court vacate the judgment entered against me and allow me to respond to the Complaint and defend my rights to the subject property.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this __5th__ day of __August__, 2025.

*Sharhonda Martin*

"OFFICIAL SEAL"
SHARHONDA MARTIN
Notary Public - State of Illinois
My Commission Expires November 16, 2026

_____

Jackie L. Johnson-Sample
773-719-0337
jackshousinganddevelopment@gmail.com

July 30, 2025

Consumer Financial Protection Bureau

P.O. Box 27170

Washington, DC 20038



RE: Formal Complaint Against Select Portfolio Servicing, Inc. for Mortgage Servicing Misconduct

SPS vs. Jackie Johnson Smith, Michael Smith
Cook County Illinois Case No. 2024CH03955

To Whom It May Concern:

I am filing a formal complaint against Select Portfolio Servicing, Inc. (SPS) for engaging in deceptive and abusive mortgage servicing practices. I am the homeowner and borrower associated with a mortgage loan that SPS claims to service. I have experienced the following issues that I believe warrant investigation:

1. I was never personally served with a foreclosure summons or complaint in Case No. 2024CH03955 filed in Cook County, Illinois.
2. SPS continued foreclosure proceedings without giving me proper notice, in clear violation of federal and state consumer protection laws.
3. I was unaware of the default judgment entered until long after it had already been recorded.

4. I have received no transparent accounting of payments or validation of the alleged debt.

The subject property is located at 7439 S. Prairie Avenue, Chicago, IL 60619. SPS has shown a pattern of disregarding borrower rights and due process, and I believe their actions amount to serious servicing violations.

I request that the Consumer Financial Protection Bureau investigate SPS's conduct and enforce appropriate corrective actions. I am willing to provide further documents or evidence in support of this complaint.

Thank you for your time and attention.

Sincerely,

/s/ Jackie L. Johnson-Sample

_____

Jackie L. Johnson-Sample

Burr Ridge, IL 60527

Phone: 773-719-0337

Email: jackshousinganddevelopment@gmail.com