[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Jackie Sample

Plaintiff

v.

Madison Sample Jr et al

Defendant

Case Number: 1:25-cv-5329

Judge: Wood

Magistrate Judge:

DECLARATION of JACKIE SAMPLE IN SUPPORT of MOTION TO DISQUALIFY

**FILED**

SEP 03 2025  PJJ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## DECLARATION OF JACKIE SAMPLE IN SUPPORT OF MOTION TO DISQUALIFY/RECUSE

I, Jackie Sample, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am the Plaintiff in this action. I make this declaration in support of my Motion to Disqualify/Recuse under 28 U.S.C. § 455 (and § 144).

2. The following facts, separately and together, create at least the appearance of partiality and demonstrate bias or prejudice:

    ◦ [Insert specific statements from the August 25, 2025 hearing transcript and other proceedings].

    ◦ [Describe instances where the Court declined to hear or rule on pending emergency relief while harms escalated].

    ◦ [Any additional facts evidencing antagonism or favoritism].

3. These facts would cause a reasonable, well-informed observer to question the Court's impartiality.

4. I certify that this declaration is made in good faith.

Executed on _9/1/__, 2025

Dated: 9/1/2025

Respectfully submitted,

/s/ Jackie Sample

Jackie Sample, Sui Juris

*(signature)*

Jackshousinganddevelopment@gmail.com

Jackie Sample

**CERTIFICATE OF SERVICE**

I certify that on  9/3/2025 , I filed the foregoing documents via CM/ECF, which will send notice to all counsel of record, and mailed/emailed copies to any non-ECF parties.


Jackie Sample

3.