

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION



**Jackie Sample,**

Plaintiff,

v.

**Madison Sample Jr., et al.,**

Defendants.

Case No. 1:25-cv-05329

Judge Andrea R. Wood

**CERTIFICATE OF GOOD FAITH**

I, Jackie Sample, certify in good faith that the accompanying Affidavit of Bias and Prejudice, made pursuant to 28 U.S.C. § 144, is based on my personal knowledge as set forth therein, is truthful, and is not filed for purposes of delay.

Executed this ___ day of September, 2025.

Respectfully submitted,

Dated: September ___, 2025

/s/ Jackie Sample

Plaintiff, Sui Juris

jackshousinganddevelopment@gmail.com

(773)719-0337