**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

Jackie Sample,

Plaintiff,

v.

Madison Sample Jr., et al.,

Defendants.

FILED

SEP 10 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. 1:25-cv-05329

**EMERGENCY MOTION TO DISQUALIFY JUDGE ANDREA R. WOOD UNDER 28 U.S.C. §§ 144 AND 455**

NOW COMES Plaintiff, Jackie Sample, sui juris, and respectfully moves for disqualification of Judge Andrea R. Wood pursuant to 28 U.S.C. §§ 144 and 455. Upon the filing of a timely and sufficient affidavit, Judge Wood is required by law to "proceed no further," and the matter must be referred to the Honorable Chief Judge Virginia M. Kendall for determination and reassignment.

1.

## Governing Law

- **28 U.S.C. § 144**: A timely and sufficient affidavit of bias or prejudice requires that the judge "shall proceed no further" and that another judge be assigned. *United States v. Balistrieri*, 779 F.2d 1191, 1204 (7th Cir. 1985).

- **28 U.S.C. § 455(a), (b)(1)**: Recusal is mandatory where impartiality might reasonably be questioned or where actual bias or prejudice exists. *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 859–60 (1988).

- **Due Process**: A fair hearing requires neutrality and the opportunity to be heard. *In re Murchison*, 349 U.S. 133, 136 (1955). Judicial hostility or substituting for a litigant constitutes bias. *Offutt v. United States*, 348 U.S. 11, 14 (1954).

- **Civil Rights / RICO**: Judicial immunity does not apply to conspiracies under color of law. *Dennis v. Sparks*, 449 U.S. 24, 28–29 (1980). Coordinated judicial misconduct may constitute racketeering activity under 18 U.S.C. §§ 1961–1964.

## Request

Because Plaintiff's affidavits are timely and legally sufficient, Judge Wood must cease all further action in this case, and the matter must be referred to Chief Judge Kendall or the Executive Committee for reassignment to preserve due process and the appearance of justice.

Respectfully submitted,

/s/ Jackie Sample

Jackie Sample, Plaintiff Sui Juris