

IN THE UNITED STATES NORTHERN DISTRICT EASTERN DIVISION

In re: JACKIE SAMPLE,

Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS,

Respondent.

No. 1:25-cv-05329

**NOTICE OF EMERGENCY FILING**

PLEASE TAKE NOTICE that Petitioner, Jackie Sample, hereby files a **Petition for Writ of Mandamus** pursuant to 28 U.S.C. § 1651 (All Writs Act) and Federal Rule of Appellate Procedure 21, seeking relief from the United States Court of Appeals for the Seventh Circuit.

The Petition seeks, among other relief:

1. Recusal of Judge Andrea R. Wood to ensure impartial adjudication and uphold due process under the Fourteenth Amendment;

2. Immediate acceptance of service on Dr. Madison Sample Jr. and enforcement of emergency relief to protect Petitioner from ongoing domestic violence, financial abuse, and deprivation of rights;

3. Provision of ADA accommodations, including appointment of counsel, CART transcription, and confidential handling of all disability-related matters;

4. Disqualification of Assistant Attorney General Michael Bradtke from representing judicial defendants due to conflicts of interest and appearance of impropriety; and

5. Immediate adjudication of emergency motions and issuance of injunctive relief to prevent foreclosure, utility disconnections, continued loss of medical supplies and prevent further worsening of health,, and ongoing domestic violence, financial abuse and professional and personal irreparable harm.

Dated: September 20, 2025

Respectfully submitted,

/s/ Jackie Sample

Jackie Sample, Pro Se

773-719-0337

jackshousinganddevelopment@gmail.com