

PAGE 1

# FILED

OCT 23 2025 PJJ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. NORTHERN DISTRICT, EASTER DIVISION,

CASE 1:25-CV-5329, JUDGE ANDREA WOOD

THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS AND

CASES: 24CH3955, 2025D005897, 2008D011865, 2024CH09387, 2023L011621, ~~2011~~ 2022L 3851

DUPAGE COUNTY 18TH CIRCUIT COURT 2023DN000129(CASE DISMISSED) AND ALL OTHER CASES RELATED TO JACKIE SAMPLE

RE: LITIGANT JACKIE SAMPLE, SUI JURIS

EMERGENCY PETITION FOR ACCOMMODATIONS AND APPOINTMENT OF COUNSEL UNDER THE AMERICANS WITH DISABILITIES ACT (ADA), EMERGENCY PETITION TO CEAST RETALIATION AND OBSTRUCTION OF JACKIE SAMPLE'S DUE PROCESS UNDER COLOR OF LAW, EMERGENCY PETITION FOR CONTINUANCES/STAY ON FORECLOSURES AND PROPERTY TAX SALES, EMERGENCY PETITION TO STAY PERSONAL INJURY CASES.

PAGE 2

LEGAL STATEMENT

I, Jackie Sample, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I am competent to testify to these sworn statements. I understand that this declaration is made subject to the penalties of perjury under the laws of the United States and the State of Illinois

1.  Introduction and Background The petitioner is an individual with a disability who has requested reasonable accommodations repeatedly across multiple jurisdictions, including DuPage County, Cook County, and the U.S. Northern District Court. Despite these requests, accommodations have been systematically denied or disregarded. This action of continued denial of ADA accommodations constitutes a violation of federal law and constitutional rights. There is a systemic denial of accommodations throughout multiple Illinois courts. The denial and/or disregard for my accommodations under the Americans with Disabilities Act (ADA) has resulted in the inability to fully participate in and access justice in these proceedings.

**Factual Allegations**

Due to ongoing and systemic violations of my constitutional rights—including the deprivation of my right to due process and conspiracy against my rights under color of law, in violation of 42 U.S.C. § 1983—perpetrated by members of the DuPage County judiciary has extending into the federal judiciary. I have been unlawfully deprived of access to due process which has led to loss of control over my legal share of my marital estate, loss of income, liberties and freedoms protected under the Constitution.

**PAGE 3**

**Legal Standards and Case Law**

The ADA, 42 U.S.C. § 12132, mandates that public entities—including courts—must provide reasonable modifications to afford individuals with disabilities meaningful access to services and proceedings.

The Supreme Court in Tennessee v. Lane, 541 U.S. 509 (2004), explicitly reaffirmed that courts are public entities subject to the ADA. The Court held that failure to provide accessible judicial processes impairs the fundamental right to access courts and constitutes discrimination under the ADA.

The 28 C.F.R. § 35.130 regulations also specify that reasonable modifications include adjustments necessary to allow individuals with disabilities to participate fully unless doing so would fundamentally alter the nature of the service.

Providing court transcripts, CART, additional time, allowing verbal motions, and the appointment of counsel would in no way fundamentally alter the nature of the service other than finally allowing Jackie Sample due process, fair access to the court and justice.

As a direct consequence of judicial misconduct and collusion that favor my husband, Dr. Madison Sample, he has been unlawfully permitted to retain sole control of our marital assets, bank accounts, and income.

Meanwhile, I have been rendered indigent and left without financial means or basic necessities, in violation of my rights under the Fourteenth Amendment Under Color Of Law and federal laws protecting equal protection and due process.

PAGE 4

This unlawful deprivation has forced the closure of my salon business, eliminated my livelihood, and left me dependent on public welfare assistance. I am now unable to pay my mortgage maintain essential utilities, obtain adequate medical care, or ensure a consistent food supply and other basic human needs. The repeated Violations of my due process under color of law, retaliation, harassment and domestic violence against me has exacerbated my disability symptoms and is compromising ability to adequately function at my normal.

These cumulative actions have caused severe and ongoing harm, violating my rights under the First, Fifth, and Fourteenth Amendments to the United States Constitution, as well as federal law including 42 U.S.C. §§ 1983 and 1985(3) prohibiting conspiracies to deprive citizens of their civil rights.

I respectfully request that the Court take judicial notice of these continuing violations and provide immediate equitable and protective relief.

**Denial of Reasonable Accommodations under Americans With Disabilities ADA ACT**
a. The petitioner has submitted multiple requests for accommodations under the Americans with Disabilities ADA ACT. dating back to 2024 in DuPage County Case 2023DN00129, and in Cook County cases 24CH3955, 2025D005897, 2008D011865, 2024CH09387, 2023L011621, ~~2024~~ ~~0002262~~ ~~0000~~1865, and in the U.S. Northern District Case 1:25-cv-5329. 2022 L 3851

b. Despite these requests, the courts have consistently denied or disregarded Jackie Samples request for accommodations, systematically violating the petitioner's right to due process, equal protection, and access to justice.
c. The denial of accommodations appears to be part of a coordinated, retaliatory effort, stemming from the petitioner's role as a whistleblower against Judges Kenton Skarin, James Orel, Neal Cerne, and Susan Alvarado for conspiracy against rights, deprivation against rights, willfully accepting fraudulent financial affidavits, and facilitating financial fraud and domestic violence against me committed by my husband, Dr. Madison Sample.

PAGE 5

## STAY ON SHERIFFS SALE AND PROPERTY TAX SALE

I respectfully request a stay on all sheriff's sales and property Tax sales on All properties owned by Jackie Sample. The U.S. Northern District Eastern Division court is currently obstructing my due process, ADA Rights and refusing to take action to prevent loss of assets, and ongoing domestic violence by Dr. Madison Sample and facilitated by the DuPage County Court and now the Federal District Court.

I respectfully need a stay on all foreclosure and sheriff's sale dates, and a stay on the sale of property taxes.
I respectfully request an order with legal terms to stop retaliation from the DuPage State's Attorney, DuPage Water Department, and the Village of Burr Ridge, Illinois, with unreasonable threats of taking legal action against me, harassment to pay first a water bill of $38.00, then a month later a water bill of $5,624, as retaliation for me exposing the "DuPage County Four" for their corruption in my divorce case. They are shutting off water utilities and more.

U.S. Northern District, Eastern Division, Case 1:25-cv-5329, Judge Andrea Wood
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Court Cases: 24CH3955, 2025D005897, 2008D011865, 2024CH09387, 2023L011621, 20LHILP0002262, 08D011865, DuPage County FAMILY LAW CASE 2023DN000129(Divorce Dismissed)

**In support thereof, the petitioner states as follows:EXHIBITS 1-15**
d. Supporting documentation demonstrates the judges' conspiracy—accepting fraudulent financial affidavits, refusing to enforce lawful orders violated by Dr. Sample, and orchestrating unlawful intimidation, harassment, and threats—including wrongful threats of incarceration. Some examples include a DuPage County Bailiff following me around the courtroom, standing in front, beside, and behind me, then following me up to

PAGE 6

speak to the judge. The Bailiff also unreasonably forced my supporter out of the courtroom and attempted to force my sister out of the courtroom at the behest of a DuPage County Judge, Susan Alvarado. Another example is that I was repeatedly and unreasonably threatened with incarceration for attempting to present an emergency motion. I was threatened with jail for stating on the record our truthful financial estate.

e. The "DuPage County Four" and their Chief Judge have facilitated ongoing domestic violence and financial abuse for over two years committed by my spouse, Dr. Sample by displaying bias and permitting Dr. Sample, to violate every financial court order protecting my share of marital assets while Dr. Sample and the DuPage County four and some attorneys involved continually violated the law.

4. Retaliation, Systemic Denial, and Ongoing Harm: EXHIBIT 11 AND WATER BILL ATTACHMENT

5. Retaliation extends beyond the DuPage Judiciary. For example, I am receiving threats from the DuPage County Water Department and the State's Attorney's Office. The DuPage County State's Attorney's Office is threatening me with legal actions and the DuPage County Water Department and The Village Of Burr Ridge is threatening shutting off my water for a water bill of $38.00. Another example is that I received a letter from the Mayor's Office and a final notice for the water bill of only $38. Additionally, the following month I received a water bill demanding over $5,624—an obvious retaliatory escalation for reporting corruption within the DuPage County Courthouse and requesting ADA accommodations.

6. Systemic Pattern of Denial and Retaliation

PAGE 7

7. The systemic pattern of denial of due process and ongoing retaliation is a violation of federal law and constitutional protections and is clearly linked to my role as a whistleblower against the repeated corruption involving "The DuPage Four".

8. Legal Authority, Case Law, and Precedent

9. The ADA, 42 U.S.C. § 12101 et seq., explicitly imposes enforceable obligations on courts to provide reasonable accommodations.

10. The Supreme Court in Tennessee v. Lane, 541 U.S. 509 (2004), confirmed that courts are public entities subject to the ADA and must provide accessible processes to all individuals.

11. The regulations at 28 C.F.R. § 35.130 states that accommodations must be provided unless fundamentally altering the service.

12. The Supreme Court has held that denial of access or accommodations violates the fundamental constitutional rights of individuals with disabilities, including rights to due process and equal protection under the law, and constitutes discrimination under federal law.

PAGE 8

WHEREFORE, the petitioner respectfully requests that this Honorable Court issue the following relief to protect her rights, assets, and safety:

Request for Court Relief and Protective Orders:

Stay of Cases Including Foreclosure and Sheriff's Sale:

a. An immediate and temporary stay of all pending foreclosure proceedings, sale dates, and sheriff's sales concerning the petitioner's properties. This includes a halt on the scheduled sale of assets and associated property taxes until the petitioner's underlying civil rights violations, systemic misconduct, and abuse of process are adequately addressed and resolved by this Court.

The withdrawal of my personal injury attorney from representing me in my automobile accident cases further evidences systemic collusion and conspiracy, intended to obstruct and effectively blackball Jackie Sample from securing legal representation and pursuing justice. This also constitutes an act of retaliation.

Specifically, in my personal injury case filed in Cook County, the petitioner's attorney petitioned the court with a fraudulent motion to withdraw. The motion was granted, despite my lack of due process and opportunity to respond or oppose, violating fundamental legal protections. This blatant abuse of process further demonstrates an orchestrated effort to deny me access to justice.

Despite repeated efforts to find new legal representation, no other attorney has agreed to accept my personal injury cases where I was rear ended. This deliberate refusal underscores targeted efforts to deny me access to legal remedies, effectively silencing my pursuit of justice.

PAGE 9

Retaliation appears to be happening due to Jackie Sample being a whistleblower against the DuPage County Judges and multiple attorneys involved in her DuPage County divorce case, where Jackie Sample was defrauded out of millions of dollars of her marital assets by Dr. Madison Sample and left without medical care, work resources and penniless to rely of welfare.

These actions seem intentionally aimed at impoverishing Jackie Sample and amount to cruel and unusual punishment—violating her fundamental rights under the Sixth Amendment and federal civil rights laws, including 42 U.S.C. § 1983.

The systemic collusion, conspiracy, and retaliation are deliberate efforts to obstruct her ability to seek justice in DuPage County, Cook County, and the U.S. Northern District, Eastern Division federal court, by preventing her from obtaining legal representation and effectively pursuing her valid claims for justice and relief.

Order to Cease Retaliation:
b. An injunctive order to enjoin and restrain retaliation from the DuPage County State's Attorney's Office, DuPage Water Department, and the Village of Burr Ridge, Illinois. Specifically, prohibiting them from shutting off her water utilities, continuing harassment, unreasonable threats, and retaliatory legal actions against the petitioner, which include:
• Threatening to cut off water services and utilities;
• Unlawful increases in water bills, such as the recent bills of $38 and now $5,624, which appear to be retaliatory and without legal justification;
• Any further unlawful or retaliatory attempts to intimidate, harass, or undermine the petitioner's legal rights and efforts to seek justice.

PAGE 10

**Address and Investigate:**

c. Report unlawful actions which violate Federal Crimes:

Jackie Sample is receiving retaliation, intimidation, and harassment and must be reported to relevant agencies and authorities to investigate the systemic misconduct, conspiracy, and retaliation against Jackie Sample including the obstruction of her due process rights by the U.S. District Court in the Northern District, as well as ongoing harassment from county officials.

As a federal or state official receiving this disclosure, you have a legal and ethical obligation under whistleblower protections, the Standards of Ethical Conduct for Employees of the Executive Branch (5 C.F.R. Part 2635), and agency-specific rules, to report known violations of law, corruption, fraud, or abuse of authority. Accordingly, you are required to forward this information regarding judicial misconduct, civil rights violations, and criminal activity by judges to all appropriate authorities—including, but not limited to, the Illinois Judicial Inquiry Board, the Illinois Courts Commission, the Illinois Attorney General's Office, the DuPage County State's Attorney, the Illinois Inspector General, the Federal Bureau of Investigation, the U.S. Department of Justice —Public Integrity Section, the U.S. Department of Justice—Civil Rights Division, the U.S. Attorney's Office for the Northern District of Illinois, and, where appropriate, the Administrative Office of the U.S. Courts and Congressional oversight committees. Failure to report such violations constitutes a breach of ethical and legal obligations.

Respectfully,

Jackie Sample, Sui Juris

jackshousinganddevelopment@gmail.com

(773)719-0337

EMERGENCY

Plaintiff

vs.

# EXHIBIT 1

FILED-1
2025 OCT -7 PM 2:41
MARIYANA T SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY

Jackie Johnson - Jackie Smith

CASE NO 2024CH 07557  2955

# AFFIDAVIT OF JACKIE SAMPLE

FILED
OCT 23 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

FILED-CH
CLERK OF THE CIRCUIT COURT
CHANCERY DIVISION
2025 OCT 21 PM 12:28
MARIYANA T SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY



## SWORN AFFIDAVIT OF JACKIE SAMPLE

## REGARDING CRIMINAL CONDUCT BY DR. MADISON SAMPLE JR.
Domestic Violence, Financial Abuse, Coercive Control, and Related Offenses

I, Jackie Sample, being duly sworn under oath, state the following is true and correct to the best of my knowledge and belief:

## SUBJECT: CRIMINAL COMPLAINT – Domestic Violence, Financial Abuse, Coercive Control, and Related Offenses

My name is Jackie Sample. I am filing this formal criminal complaint and request for investigation against my husband, Dr. Madison Sample Jr., who has willfully and systematically subjected me to prolonged domestic violence, financial abuse, coercive control, and deprivation of basic human needs—amounting to criminal conduct under federal and state law.

I report the following actions as criminal and inhumane:

## I. FINANCIAL ABUSE AND ABANDONMENT

My husband deliberately violated multiple court orders and closed our joint bank accounts without notice, including while out of state in Michigan, and diverted all marital funds for his exclusive use, leaving me penniless. He submitted forged financial affidavits to the court and is dissipating and hiding millions in marital assets, further violating court orders. Bank records show my husband transferred funds electronically overseas and consistently engaged in deceptive practices to obstruct my access to any shared financial resources.

As a result, I was left without work resources. I am unable to purchase food for the whole month, obtain medical digestive aids, pay for medical treatments for chronic pain, and my health issues are worsening. I am unable to maintain consistent working utilities. I cannot afford ordinary activities for basic life entertainment or fuel for my automobile to leave the house. Nor can I purchase personal care items or meet basic human needs. My husband's actions are depriving me of the right to enjoy a standard quality of life free from health issues and chronic pain, denial of essential health supplements, lack of work

resources, lack of food for the whole month and consistent working utilities, and the right to live free from the ongoing harm of domestic violence and financial abuse.

**Relevant Laws Violated:**

- 18 U.S.C. § 1343 – Wire Fraud

- Illinois Criminal Code 720 ILCS 5/12-3.2 – Domestic Violence through financial coercion and deprivation

- 720 ILCS 5/12-30 – Violation of Protective or Maintenance Orders

## II. COERCIVE CONTROL AND INTIMIDATION

My husband repeatedly sent me harassing and threatening emails, made verbal threats—including death threats—and claimed to use his judicial and legal connections to obstruct justice, coerce silence, and evade accountability for over two years.

**Relevant Laws Violated:**

- 18 U.S.C. § 2261A – Interstate Stalking

- 18 U.S.C. § 1512 – Tampering with a Witness, Victim, or Informant

- 720 ILCS 5/12-7.5 – Cyberstalking

- Illinois Domestic Violence Act (750 ILCS 60/1 et seq.)

- 18 U.S.C. § 1343 – Wire Fraud

## III. DEPRIVATION OF BASIC HUMAN NEEDS

Due to my husband's willful withholding of funds, I have continue experiencing utilities being shut off for non payment such as losing running water. I am without food for the entire month or fuel for transportation and often confined to my home. My husband has denied me medical insurance, medical supplements for health issues and necessary treatment despite my chronic health conditions including chronic pain and muscle spasms, asthma, and cardiac issues.

**Relevant Laws Violated:**

- 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (in collusion with judicial misuse)

- 720 ILCS 5/12C-5 – Criminal Neglect of an Elderly or Disabled Person

- 42 U.S.C. § 12132 – Americans with Disabilities Act

## IV. CROSS-JURISDICTIONAL ACTIONS

Dr. Sample crossed state lines to close joint accounts and continues to evade Illinois state jurisdiction. His actions merit investigation by federal authorities and local law enforcement in both Illinois and Michigan and perhaps the Philippians where Dr. Sample previously fled to avoid court with his wife, according to the hospital secretary.

## RELEVANT FEDERAL AND STATE CODES ADDITIONALLY VIOLATED:

- 750 ILCS 16/15 – Non-support of Spouse

- 42 U.S.C. § 13925(a)(8) – Definition and Prohibition of Economic Abuse under VAWA

- 29 U.S.C. § 794 – Rehabilitation Act of 1973 (Section 504)

- 42 U.S.C. § 12101 et seq. – Americans with Disabilities Act (ADA)

## REQUESTED ACTION:

I am submitting this complaint to the following law enforcement and investigative agencies:

- Burr Ridge Police Department

- DuPage County Sheriff's Department

- Federal Bureau of Investigation (FBI) – Chicago Field Office & Civil Rights Division

- U.S. Department of Justice – Civil Rights Division

- Illinois Attorney General Kwame Raoul – Domestic Violence & Consumer Fraud Divisions

- Cook County State's Attorney's Office – Domestic Violence Division

- Illinois Department of Human Rights (IDHR)

- Illinois State Police Domestic Violence Unit

- Consumer Financial Protection Bureau (CFPB)

- U.S. Department of Health & Human Services – Office for Civil Rights (OCR)

Please consider this a formal report to be documented, investigated, and responded to without delay. I am available to provide court transcripts, financial records, emails, and sworn affidavits upon request.

Jackie Sample
jackshousinganddevelopment@gmail.com
(773) 719-0337
Date:_____9-8-2021_____

I declare under penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct.
Executed on ___9-8-2025___ [date].

Respectfully submitted,
/s/ Jackie Sample



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Jackie Sample,
Plaintiff,

v.

Madison Sample Jr., et al.,
Defendants.

Case No. 1:25-cv-05329
Judge Andrea R. Wood

## SUPPLEMENTAL AFFIDAVIT OF JACKIE SAMPLE

I, Jackie Sample, declare under penalty of perjury:

### 1. Personal Knowledge
I am over the age of 21, of sound mind, and competent to testify. I have personal knowledge of the facts stated herein and could testify to them under oath.

### 2. Pattern of Misconduct by Four DuPage County Judges and My Spouse, Dr. Madison Sample Jr.
In my state court divorce proceedings, Judge Kenton Skarin, Judge James Orel, Judge Neal Cerne, and Judge Susan Alvarado each engaged in a consistent and coordinated pattern of misconduct and unlawful actions over more than two and a half years:

- Each judge was made aware that my spouse, Dr. Madison Sample Jr., committed financial fraud, submitted falsified financial affidavits, and committed perjury on the witness stand.

- Each judge was made aware that Dr. Madison Sample Jr. repeatedly violated valid court orders.

- Despite this knowledge, all four judges accepted the falsified financial affidavits into the record.

- All four judges refused to enforce multiple standing court orders that directed Madison Sample to provide financial support, maintain health insurance, or comply with marital financial obligations.

- Each judge refused to enforce standing orders requiring Madison Sample to appear in person, even when he repeatedly failed to appear, thereby shielding him from accountability.

- Each judge refused to enforce standing orders while conspiring to take my marital home, valued at approximately $3,000,000.

**Bias:** These acts show clear favoritism toward my spouse and disregard for my rights.
**Prejudice:** Their refusal to enforce orders left me without income, health insurance, or access to marital funds, directly causing my indigence and harm while facilitating domestic violence by my spouse, Dr. Madison Sample Jr.

### 3. Federal Judge Andrea R. Wood's Conduct

Now in federal court, Judge Andrea R. Wood has exhibited the same prejudicial pattern:

- On July 16, 2025, she ignored my emergency motions concerning foreclosure, utilities, and declining health.

- On August 25, 2025, she denied my motion for a TRO under Rule 65, stating: *"I am not today going to grant your relief."*

- She delayed ruling on my motion for special service of Madison Sample Jr., despite acknowledging: *"It looks like you've done your due diligence."*

- She summarized my motion herself before allowing me to argue, then immediately turned to opposing counsel.

- She appeared to align with Assistant Attorney General Michael Bradtke when he argued that the state judges acted within their judicial capacity and enjoyed immunity.

- She disregarded my reminder that at the Rule 12(b)(6) stage, all facts in the complaint must be taken as true.

- She delayed granting my ADA accommodation for CART captioning and disclosed my disability on the record in front of opposing counsel.

**Bias:** These actions show predisposition, favoritism toward opposing counsel, and disregard for black-letter law.

**Prejudice:** I have lost confidence in Judge Wood's impartiality. I remain without relief while facing foreclosure, tax sales, utility shutoffs, medical neglect, and financial abuse.

## 4. Coordinated Pattern Showing Conspiracy

The repetition of the same judicial misconduct across four DuPage County judges and now a federal judge is not coincidence. It demonstrates a coordinated pattern of judicial favoritism and systemic denial of my rights.

- Under 42 U.S.C. § 1983, these actions constitute violations of due process under the 14th Amendment.

- Under 18 U.S.C. §§ 1961–1964 (RICO), the coordinated acts of shielding my spouse, ignoring fraud, and refusing to enforce lawful orders show a pattern of racketeering activity.

- The Supreme Court in *Dennis v. Sparks*, 449 U.S. 24, 28–29 (1980), makes clear that judicial immunity does not extend when judges act in conspiracy under color of law.

## 5. Loss of Confidence

As the Supreme Court held in *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 859–60 (1988), even the appearance of bias requires recusal. Based on repeated misconduct, alignment with opposing counsel, and disregard for law, I have lost all faith and confidence in Judge Wood's impartiality.

**Bias:** Both actual bias and the appearance of bias are demonstrated.

**Prejudice:** A reasonable litigant could not expect fairness, violating the guarantees of due process.

## 6. Verification of Entire package for request for investigation

I further declare under penalty of perjury that this Supplemental Affidavit also incorporates and verifies, as true and correct to the best of my knowledge, the facts and allegations contained in all other documents, motions, and affidavits submitted with this package. This sworn statement applies to the entirety of my court filings and this package, which are incorporated herein by reference as if fully set forth.

## CONCLUSION

Because of the consistent and prejudicial misconduct by the four DuPage County judges and now Judge Andrea Wood, I reasonably and in good faith believe that I cannot obtain a fair trial in state court or federal court unless Judge Wood is disqualified and this case is reassigned and properly investigated.

Executed this 8 day of September 2025.

Respectfully submitted,

/s/ Jackie Sample
Jackie Sample, Plaintiff Sui Juris
jackshousinganddevelopment@gmail.com
(773) 719-0337

# EXHIBIT 2

## CRIMINAL COMPLAINT AGAINST MADISON SAMPLE, JR



TO WHOM IT MAY CONCERN:

**SUBJECT: CRIMINAL COMPLAINT – Domestic Violence, Financial Abuse, Coercive Control, and Related Offenses**

My name is Jackie Sample. I am filing this formal criminal complaint and request for investigation against my husband, Dr. Madison Sample Jr., who has willfully and systematically subjected me to prolonged domestic violence, financial abuse, coercive control, and deprivation of basic human needs—amounting to criminal conduct under federal and state law.

I report the following actions as criminal and inhumane:

## I. FINANCIAL ABUSE AND ABANDONMENT

My husband deliberately violated multiple court orders and closed our joint bank accounts without notice including while out of state in Michigan and diverted all marital funds for his exclusive use, leaving me penniless. He submitted forged financial affidavits to the court and is dissipating and hiding millions in marital assets, further violating court orders. Bank records show my husband transferred funds electronically overseas and consistently engaged in deceptive practices to obstruct my access to any shared financial resources.

As a result, I am unable to purchase food for the whole month, obtain medical digestive aids, pay for treatments for chronic pain, or maintain consistent working utilities. I cannot afford ordinary activities for basic life entertainment or fuel for my automobile to leave the house. Nor can I purchase personal care items or meet basic human needs. My husband's actions are depriving me of the right to enjoy a standard quality of life free from health issues and chronic pain, denial of essential health supplements, lack of work resources, lack of food and consistent working utilities, and the right to live free from the ongoing harm of domestic violence and financial abuse.

**Relevant Laws Violated:**

- 18 U.S.C. § 1343 – Wire Fraud

- Illinois Criminal Code 720 ILCS 5/12-3.2 – Domestic Violence through financial coercion and deprivation

- 720 ILCS 5/12-30 – Violation of Protective or Maintenance Orders

## II. COERCIVE CONTROL AND INTIMIDATION

My husband repeatedly sent me harassing and threatening emails, made verbal threats—including death threats—and used his judicial and legal connections to obstruct justice, coerce silence, and evade accountability for over two years.

### Relevant Laws Violated:

- 18 U.S.C. § 2261A – Interstate Stalking

- 18 U.S.C. § 1512 – Tampering with a Witness, Victim, or Informant

- 720 ILCS 5/12-7.5 – Cyberstalking

- Illinois Domestic Violence Act (750 ILCS 60/1 et seq.)

- 18 U.S.C. § 1343 – Wire Fraud

## III. DEPRIVATION OF BASIC HUMAN NEEDS

Due to my husband's willful withholding of funds, I have no consistent access to heat, electricity, or running water. I am without food or working transportation and confined to my home. He has denied me medical insurance, supplements, and necessary treatment despite my chronic health conditions including pain, asthma, and cardiac issues.

### Relevant Laws Violated:

- 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (in collusion with judicial misuse)

- 720 ILCS 5/12C-5 – Criminal Neglect of an Elderly or Disabled Person

- 42 U.S.C. § 12132 – Americans with Disabilities Act

## IV. CROSS-JURISDICTIONAL ACTIONS

Dr. Sample crossed state lines to close joint accounts and continues to evade Illinois state jurisdiction. His actions merit investigation by federal authorities and local law enforcement in both Illinois and Michigan.

## RELEVANT FEDERAL AND STATE CODES ADDITIONALLY VIOLATED:

- 750 ILCS 16/15 – Non-support of Spouse

- 42 U.S.C. § 13925(a)(8) – Definition and Prohibition of Economic Abuse under VAWA

- 29 U.S.C. § 794 – Rehabilitation Act of 1973 (Section 504)

- 42 U.S.C. § 12101 et seq. – Americans with Disabilities Act (ADA)


## REQUESTED ACTION:

I am submitting this complaint to the following law enforcement and investigative agencies:

- Burr Ridge Police Department

- DuPage County Sheriff's Department

- Federal Bureau of Investigation (FBI) – Chicago Field Office & Civil Rights Division

- U.S. Department of Justice – Civil Rights Division

- Illinois Attorney General Kwame Raoul – Domestic Violence & Consumer Fraud Divisions

- Cook County State's Attorney's Office – Domestic Violence Division

- Illinois Department of Human Rights (IDHR)

- Illinois State Police Domestic Violence Unit

- Consumer Financial Protection Bureau (CFPB)

- U.S. Department of Health & Human Services – Office for Civil Rights (OCR)

Please consider this a formal report to be documented, investigated, and responded to without delay. I am available to provide court transcripts, financial records, emails, and sworn affidavits upon request.

Respectfully,
/s/ Jackie Sample

Jackie Sample
jackshousinganddevelopment@gmail.com
(773) 719-0337
Date: _____ Sept 1, 2025 _____

# EXHIBIT 3

CRIMINAL COMPLAINT AGAINST JUDGES KENTON SKARIN, JAMES OREL, NEAL
CERNE AND SUSAN ALVARADO FOR DEPRIVATION AGAINST RIGHTS CONSPIRACY
AGAINST RIGHTS

**Criminal Statutes Violated**

**42 U.S.C. § 1983 – Deprivation of Rights (Civil)**
Allows civil action against persons acting under color of law who deprive constitutional or
statutory rights.

**42 U.S.C. § 1985 – Conspiracy Against Rights (Civil)**
Civil liability for conspiracies to interfere with civil rights.

**18 U.S.C. § 241 – Conspiracy Against Rights (Criminal)**
Makes it a federal crime for two or more persons to conspire to injure, oppress, threaten, or
intimidate someone in the free exercise of rights.

**18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (Criminal)**
Criminalizes willful deprivation of constitutional rights by officials acting under color of law.

**18 U.S.C. §§ 1961–1968 – RICO (Racketeer Influenced and Corrupt Organizations Act)**
Covers patterns of racketeering activity such as fraud, extortion, or conspiracy conducted
through an enterprise.

**18 U.S.C. § 872 – Extortion by Officers or Employees of the United States**
Prohibits government officials from using their position to obtain property or advantage through
threat or coercion.

**18 U.S.C. § 1503 – Obstruction of Justice**
Makes it a crime to corruptly influence, obstruct, or impede the due administration of justice.

**18 U.S.C. § 1343 – Wire Fraud**
Criminalizes schemes to defraud using electronic communications (email, phone, filings).

**18 U.S.C. § 1512 – Witness Tampering / Intimidation**
Prohibits intimidation, threats, or coercion intended to prevent testimony or participation in legal
proceedings.

**18 U.S.C. § 1519 – Falsification / Concealment of Records**
Criminalizes destruction, alteration, or concealment of documents to obstruct investigations or
legal proceedings.

*TC*

**UNITED STATES DISTRICT COURT**

1:25-CV-5329

**NORTHERN DISTRICT OF ILLINOIS**

**SWORN AFFIDAVIT OF JUDICIAL MISCONDUCT – KENTON SKARIN**

**JACKIE SAMPLE,**

Plaintiff,

**F I L E D**

JUN 10 2025 JKM

v.

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**JUDGE KENTON SKARIN,**

Defendant,

in his official and individual capacity,

Filed by Jackie Sample – Case No. 2023-DN-000129 Date: May 25, 2025

I, Jackie Sample, being duly sworn under oath, hereby affirm under penalty of perjury that the following is true and correct to the best of my knowledge:

## I. INTRODUCTION

1. I am a resident of DuPage County, Illinois, and the Petitioner in the above captioned matter. Judge Kenton Skarin presided over a divorce matter in DuPage County beginning in or around February 2023 through around September 2023.

2. I respectfully submit this affidavit as my sworn statement and request a formal judicial misconduct investigation by the Illinois Judicial Inquiry Board and to preserve the record for federal civil rights litigation under:

90

    A. 42 U.S.C. § 1983 – Civil rights violations under color of law

    B. 42 U.S.C. § 1985(3) – Civil conspiracy to interfere with rights

3. 42 U.S.C. § 1986 – Neglect to prevent such violations

4. 18 U.S.C. §§ 241 & 242 – Criminal deprivation and conspiracy against rights

5. 18 U.S.C. § 1962(c)-(d) – RICO conspiracy and enterprise

6. Canon 1, Rule 1.1 – Compliance with the law

7. Canon 2 – Maintaining integrity, impartiality, and fairness

## II. COMPLICITY IN FRAUDULENT FINANCIAL REPRESENTATIONS

8.     Judge Skarin permitted known falsified financial affidavits and records by Dr. Madison Sample and his counsel, John Conniff, to remain on record without correction in the DuPage County divorce case 2023DN000129.

9.     These affidavits included forged documents, hidden accounts, and falsified balances. Judge Skarin ignored all objections, enabled ongoing fraud, and supported and pushed through fraudulent motions to force the sale of my marital home based on these false filings.

10.     These acts constitute:

    1. Violations of Canon 1.2 and Canon 1.1

    2. Canon 2.15(A) – Duty to report attorney misconduct

3. Civil and RICO violations under 42 U.S.C. § 1983 and 18 U.S.C. §§ 242, 1962(c)

## III. FAILURE TO ENFORCE COURT ORDERS AND PROTECT MARITAL ASSETS

11.   Judge Skarin issued a clear anti-dissipation order on April 11, 2023. Despite repeated and documented violations, including closing joint bank accounts, asset concealment, Domestic and financial abuse:

a. He refused to enforce the April 11, 2023 order signed by Judge Kenton Skarin;

B. Took no action against the Petitioner or his attorneys;

C. Suppressed my efforts to enforce the order pro se and with counsel.

12.   These actions constitute:

A. Canon 2.3(B) – Bias and prejudice

B. Canon 2.6(A) – Denial of right to be heard

C. Violations of 42 U.S.C. §§ 1983, 1986 and 18 U.S.C. § 242

## IV. JUDICIAL BIAS AND SELECTIVE ENFORCEMENT

13.   Judge Skarin repeatedly refused to enforce protective and anti-dissipation orders, while using fabricated motions and false pleadings from

opposing counsel to fast-track the forced sale of my marital home in collusion with Dr. Madison Sample.

14.     He aggressively took control of hearings, ended hearings after deliberately refusing to hear critical motions from myself and my attorney, including:

  A. Motion to enforce the 4/11/2023 anti-dissipation order

  B. Motion to reinstate the financial status quo

  C. Motion to hold Petitioner in contempt

  D. Pushed Motions to force the property sale

  E. Motions to present evidence of forgery and retaliation

15.     These acts facilitated financial abuse and contributed to over two years of facilitated Domestic Violence starting with Judge Kenton Skarin

16.     This constitutes:

  17.     Facilitation of domestic violence

  18.     Judicial bias and abuse of discretion

  19.     Violations of Canon 2.3(B) and 42 U.S.C. § 1986

# V. INTIMIDATION AND INTERFERENCE WITH COUNSEL

20.     In August 2023, I retained Attorney Shawn Monroe, who filed a motion for injunctive and financial relief. During the hearing:

21.     Judge Skarin aggressively silenced Mr. Monroe;

22.    Argued the case on behalf of opposing counsel;

23.    Fostered an environment of intimidation and hostility.

24.    Mr. Monroe was visibly subdued. Later, John Conniff via email that
my legal advocate could not return to court. Judge Skarin seemingly
sanctioned a courtroom environment ruled with intimidation, coercion, and
bias and more.

25.    These acts violate:

26.    Canon 2.16(A) – Judicial retaliation prohibited

27.    42 U.S.C. § 1985(3) – Civil conspiracy

28.    18 U.S.C. §§ 241, 1962(d) – RICO conspiracy

# VI. COLLUSION, BIAS, AND OBSTRUCTION

29.    Judge Skarin's conduct reflects a coordinated effort to obstruct
justice:

30.    Repeatedly motions during hearings, ignoring Dr. Sample's
Domestic Abuse violating his own 4/11/2023 order;

31.    Collusion to fast-tracked property sales amid pending disputes;

32.    Granted legal fees to attorneys who violated court rules, who
blatantly underrepresented me, who did not file motions/petitions on my
behalf to reinstate the financial status que, rule to show cause due to
Madison Sample repeatedly Violating the 4/11/2023 order;

94

33.     Ignored substantive evidence of abuse and fraud.

34.     This constitutes:

35.     Canon 2.7 – Failure to decide matters impartially

36.     Violations of 42 U.S.C. § 1983 and 18 U.S.C. § 242

## VII. FAILURE TO REPORT ATTORNEY MISCONDUCT

37.     Despite repeated filings, Judge Skarin failed to report misconduct

committed by: Acceptance of False Property Valuations: He accepted

fraudulent valuations that devalued my marital home at the behest of Dr.

Madison Sample attempting to further defraud me of my rightful equity,

constituting judicial bias, economic abuse, and collusion.

38.     Attorney John Conniff (false pleadings, threats); and

39.     Schiller DuCanto & Fleck (underrepresentation, misrepresentation,

etc).

   • This failure violates:

   • Canon 2.15(B) – Duty to report misconduct

   • 42 U.S.C. § 1986 – Neglect to prevent violations

   • 18 U.S.C. § 1503 – Obstruction of justice

95

# VIII. JUDICIAL CORRUPTION AND RICO ENTERPRISE ACTIVITY

- Judge Skarin coordinated with other DuPage County judges and attorneys in a pattern of:

  - Facilitating asset concealment;

  - Enabling abuse and retaliation;

  - Suppressing evidence;

  - Undermining judicial proceedings.

  - These actions constitute predicate acts under RICO:

  - Mail and wire fraud;

  - Obstruction of justice;

  - Conspiracy against rights.

- These acts violate:

  - 18 U.S.C. § 1962(c)-(d) – Participation in and conspiracy to operate a criminal enterprise

# IX. REQUEST FOR INVESTIGATION

- I respectfully request the Illinois Judicial Inquiry Board:

  - Open a formal investigation into Judge Kenton Skarin;

  - Subpoena court transcripts, motions, exhibits, and email communications;

96

- Cross-reference evidence of collusion with Judges Orel, Cerne, and Alvarado.

- I am prepared to submit:
- Certified transcripts once they are released
- Additional affidavits
- Financial and digital records
- Communication logs
- Court orders and docket evidence

# X. FACILITATED DOMESTIC VIOLENCE AND LEGAL VIOLATIONS

Judge Kenton Skarin's persistent refusal to enforce the 4/11/2023, financial protective order and anti-dissipation directives, his obstruction of evidentiary hearings, and his suppression of filings on my behalf that documented emotional and financial abuse, collectively demonstrate a pattern of facilitated domestic violence. This conduct rises beyond mere error or negligence; it reflects deliberate indifference and willful misconduct under both federal and state law.

Judge Skarin ignored or enabled sustained abuse which has continued over the course of two years, even when presented with:

- Repeated violations of the April 11, 2023 anti-dissipation order;

97

- Forged financial affidavits and withheld digital asset disclosures;

- Motions supported by documentary evidence of emotional and financial coercion;

- Requests for injunctive protection from ongoing abuse.

- The Closure of Joint accounts and financial accounts opened during the marriage then unilaterally closed by Dr. Sample, violating court orders through hiding assets and more.

His actions and conscious inactions, constitute violations of the following statutes:

- 18 U.S.C. § 242 – *Deprivation of Rights Under Color of Law*, by willfully denying my constitutional rights to equal protection, due process, and physical and financial safety in a judicial proceeding;

- 18 U.S.C. § 241 – *Conspiracy Against Rights*, by participating with attorneys and/or court officers to suppress my rights to seek protection and redress;

- 42 U.S.C. § 1983 – *Civil Action for Deprivation of Rights*, for enabling continued domestic abuse and denying me meaningful access to the courts;

- 42 U.S.C. § 1985(3) – *Civil Conspiracy to Interfere with Rights*, based on collusive judicial conduct that deprived me of equal treatment in the divorce proceedings;

98

- **42 U.S.C. § 1986** – *Neglect to Prevent Civil Rights Violations*, by failing to act upon documented evidence of fraud, abuse, and coercion;

- **18 U.S.C. § 1962(c)–(d)** – *Racketeer Influenced and Corrupt Organizations Act (RICO)*, as the coordinated concealment of assets, suppression of legal filings, and favoritism toward opposing counsel reflect enterprise activity involving predicate acts including fraud and obstruction.

Judge Skarin's misconduct also implicates and facilitates multiple Illinois state criminal statutes, including:

- **720 ILCS 5/12-3.2** – *Domestic violence*, by enabling unlawful emotional and financial harm through judicial inaction;

- **720 ILCS 5/12-3.4** – *Violation of Order of Protection*, by refusing to enforce standing court orders designed to prevent harm;

- **720 ILCS 5/33-3** – *Official Misconduct*, by knowingly failing to perform judicial duties and abusing the authority of his office;

- **720 ILCS 5/12-6** – *Intimidation*, as the judicial environment created was coercive, silencing me and deterring counsel from proper advocacy;

- **740 ILCS 21/1 et seq.** – Obstructing *Stalking No Contact Order Act*, where relevant stalking behavior by the opposing party was disregarded despite clear evidence;

99

- **750 ILCS 60/214 -- *Illinois Domestic Violence Act -- Relief Available*,** which mandates the enforcement of protective and injunctive orders for victims of abuse.

**Judge Skarin's conduct enabled the prolonged commission of domestic violence by the opposing party, directly contributing to my ongoing harm. His refusal to adjudicate my claims, enforce lawful orders, or hold parties accountable not only created a hostile court environment but constitutes violations of both federal civil rights laws and Illinois criminal codes. These actions require immediate investigation and accountability.**

**FURTHER AFFIANT SAYETH NAUGHT.**

**Respectfully Submitted, /s/ Jackie Sample Jackie Sample 9476 Falling Water Dr. E Burr Ridge, IL 60527 jackshousinganddevelopment@gmail.com (773) 719-0337 Dated: May 25, 2025**

**VERIFICATION**

I, Jackie Sample, hereby affirm under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct to the best of my knowledge, information, and belief.

Subscribed and sworn before me this 10 day of June , 2025.

Notary Public My Commission Expires: MAR02, 2026

RAVINDER CHAHAL
Official Seal
Notary Public · State of Illinois
My Commission Expires Mar 2, 2026

1:25-cv-5329

## SWORN AFFIDAVIT OF JUDICIAL MISCONDUCT-JAMES OREL

### Filed Pursuant to Federal Law and Illinois Judicial Inquiry Board Review

I, Jackie Sample, being first duly sworn, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

## I. AFFIDAVIT DATE

May 25, 2025

## II. RESPONDENT

Former Judge James Orel 18th Judicial Circuit Court, DuPage County, Illinois

## III. NATURE OF COMPLAINT

This affidavit serves as a formal sworn statement of judicial misconduct, constitutional violations, Americans with Disabilities Act (ADA) violations, abuse of power, collusion, and civil rights deprivations committed by Judge James Orel during his tenure presiding over my divorce case (Case No. 2023-DN-000129) from approximately October 2023 through December 2024.

Violations include, but are not limited to:

1. 42 U.S.C. § 1983 – Civil action for deprivation of rights under color of law

2. 42 U.S.C. § 1985(2)-(3) – Conspiracy to interfere with civil rights

3. 42 U.S.C. § 1986 – Neglect to prevent civil rights violations

4. 18 U.S.C. § 241 – Conspiracy against rights

5. 18 U.S.C. § 242 – Deprivation of rights under color of law

6. Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.

7. 18 U.S.C. §§ 1961–1968 – Racketeer Influenced and Corrupt

   Organizations Act (RICO)

8. Title VI of the Civil Rights Act of 1964 – Prohibition of discrimination

   under federally assisted programs

9. Illinois Code of Judicial Conduct – Canons 1–3

10.    Illinois Supreme Court Rule 63 – Duty to report judicial and

   attorney misconduct

# IV. SWORN STATEMENTS OF MISCONDUCT

1. Acceptance of Forged Financial Affidavits Judge Orel accepted forged and

incomplete financial affidavits from Dr. Madison Sample, despite documentation

proving fraud. He refused to enforce mandatory financial disclosure under Illinois

Supreme Court Rule 13.3.1.

2. Judicial Collusion and Abuse of Authority Judge Orel colluded with

opposing counsel John Conniff and Beermann LLP, who violated ABA Rule 1.9

(duties to former clients). He failed to report attorney misconduct in violation of

Judicial Canon 3(D) (2) and Illinois Supreme Court Rule 63(B) (3).

102

3. Coercion to Initiate Guardianship In November 2023, Judge Orel improperly pressured my then-counsel to unlawfully initiate guardianship proceedings violating my rights under the Due Process Clause of the Fourteenth Amendment.

My former attorney called during this hearing stating "I don't want to lose my license"

4. Willful Refusal to Enforce Orders He ignored his own financial rulings, which sanctioned dissipation of marital property by Dr. Sample, including cryptocurrency, hide businesses interest, marital assets, withholding court ordered maintenance and health insurance and more, violating my constitutional and statutory rights to equal protection, allowing Dr. Sample to abscond the jurisdiction stealing my share of marital assets.

5. Improper Appointment of Biased "Expert" Attorney Andrew Cores was appointed a financial "expert" despite no accounting qualifications. His biased report helped conceal Dr. Madison Sample's asset dissipation, hiding marital funds, hide partnership in businesses and supported judicial acceptance of fraudulent filings, in violation of Federal Rule of Evidence 706.

6. ADA Violations and Denial of Access Judge Orel denied accommodations required under ADA Title II, 42 U.S.C. § 12132, excluded my advocates from court proceedings, and permitted unauthorized individuals to openly use intimidation and record protected testimony. These acts also violated HIPAA and the Crime Victims' Rights Act, 18 U.S.C. § 3771.

103

**7. Obstruction of Justice and Enabling Flight** Though he issued a court order mandating my spouse's appearance in November 2024, Judge Orel took no action when my spouse failed to appear. He then recused himself while my December 2024 contempt motion was pending, enabling further asset concealment and obstruction and more.

**8. Discrimination and Intimidation** Judge Orel's courtroom conduct involved racial and gender bias, as well as retaliation against my former attorneys. His conduct chilled legal advocacy, in violation of Title VI and Canon 2(A) (promoting public confidence in the judiciary).

**9. Collusion with Realtors to Force Sale** He ordered sale of my home through agents aligned with my spouse, despite clear evidence of prior entry into my home, unlawful property removal, and religious desecration by these realtors. He overrode my sworn objections, enabling further harm, then issued unreasonable daily and monthly fines.

**10. Acceptance of False Property Valuations** He accepted fraudulent valuations that devalued my marital home at the behest of Dr. Madison Sample attempting to defraud me of my rightful equity, constituting judicial bias, economic abuse, and collusion. He failed to investigate or report known misconduct of opposing counsel, Mr. Matthew Elster of Beermann LLP altering Court Orders....

# V. LEGAL VIOLATIONS

104

Judge Orel's conduct constitutes violations of:

**Federal Statutes:**

11. 18 U.S.C. § 241 – Conspiracy Against Rights

12. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

13. 42 U.S.C. § 1983 – Civil Action for Deprivation of Rights

14. 42 U.S.C. § 1985(3) – Civil Conspiracy to Interfere with Rights

15. 42 U.S.C. § 1986 – Neglect to Prevent Civil Rights Violations

16. 18 U.S.C. § 1962(c)-(d) – Racketeer Influenced and Corrupt
Organizations Act (RICO)

17. 42 U.S.C. § 12132 – Americans with Disabilities Act (ADA) – Title II

**Illinois Criminal Statutes:**

18. 720 ILCS 5/12-3.2 – Domestic Battery (via judicial enablement of
abuse)

19. 720 ILCS 5/12-3.4 – Violation of Order of Protection of Marital assets

20. 720 ILCS 5/33-3 – Official Misconduct

21. 720 ILCS 5/12-6 – Intimidation

22. 740 ILCS 21/1 et seq. – Obstruction of Stalking No Contact Order
Act

23. 750 ILCS 60/214 – Illinois Domestic Violence Act

**Judicial Canons Violated:**

24. Canon 1 – Uphold the integrity and independence of the judiciary

25. Canon 2(A) – Promote public confidence in the impartiality of the judiciary

26. Canon 3(A)(3) – Require dignity and courtesy

27. Canon 3(D)(1)-(2) – Duty to take appropriate action on known misconduct

# VI. REQUEST FOR RELIEF AND INVESTIGATION

I respectfully request that the Illinois Judicial Inquiry Board, U.S. Department of Justice, and U.S. Attorney's Office for the Northern District of Illinois:

28. Launch a criminal investigation into violations of 18 U.S.C. §§ 241 and 242

29. Investigate Judge Orel for RICO violations under 18 U.S.C. § 1962

30. Recommend pension forfeiture under Article VI, Section 15 of the Illinois Constitution

31. Refer misconduct to federal civil rights enforcement agencies

32. Enforce ADA compliance oversight in the DuPage County court system

# VII. VERIFICATION

I, Jackie Sample, declare under penalty of perjury under the laws of the United

States of America and the State of Illinois, pursuant to 28 U.S.C. § 1746, that the

foregoing is true and correct based on my personal knowledge and records.

Executed this 5th day of June 2025

Signature: _____ Jackie Sample

Subscribed and sworn before me this 10 day of ___June___, 2025

Notary Public: _____

Commission Expires: ___Mar 02, 2026___

RAVINDER CHAHAL
Official Seal
Notary Public · State of Illinois
My Commission Expires Mar 2, 2026

107

## SWORN AFFIDAVIT OF JUDICIAL MISCONDUCT-NEAL CERNE

**Filed Pursuant to Federal Law and Illinois Judicial Inquiry Board Review**

I, Jackie Sample, being first duly sworn, hereby declare under penalty of perjury as follows:

1.  I am a resident of DuPage County, Illinois, and the named Petitioner in the complaint filed against Judge Neal Cerne, in the Northern District of Illinois.

2.  I submit this sworn affidavit in support of a judicial misconduct complaint against Judge Neal Cerne for violations of federal civil rights, the Americans with Disabilities Act (ADA), judicial ethics, and Illinois and Federal law.

3.  I request a formal investigation by the Illinois Judicial Inquiry Board.

4.  Judge Cerne's conduct constitutes willful misconduct under color of law, retaliation, systemic racism, sexism, bias, denial of due process, and obstruction of justice.

5.  These actions violate the following statutes and ethical rules:

    a.  42 U.S.C. § 1983 – Deprivation of rights under color of law;

    b.  42 U.S.C. § 1985(3) – Conspiracy to interfere with civil rights;

    c.  42 U.S.C. § 1986 – Neglect to prevent civil rights violations;

    d.  42 U.S.C. § 12132 – ADA Title II violations by a public entity;

    e.  18 U.S.C. § 241 – Conspiracy against rights;

    f.  18 U.S.C. § 242 – Deprivation of rights under color of law;

g. 18 U.S.C. §§ 1961–1968 – RICO (Racketeer Influenced and Corrupt Organizations Act);

h. Illinois Code of Judicial Conduct, Canons 1–4;

i. Illinois Supreme Court Rules and relevant state criminal statutes (listed below).

## I. RETALIATION, BIAS & ADA VIOLATIONS

6. I submitted formal requests for reasonable courtroom accommodations under Title II of the ADA (42 U.S.C. § 12132) and 28 C.F.R. §§ 35.130, 35.134.

7. These laws prohibit exclusion from or denial of public judicial services due to disability and prohibit retaliation.

8. Rather than engaging the interactive process or honoring ADA law, Judge Cerne retaliated and denied access.

9. He struck and ignored my ADA requests and pro se motions. Judge Neal Cerne repeatedly stated the rights of Dr. Sample, vigorously represented Dr. Madison Sample from the bench, showing bias and possible ex parte communication. Judge Cerne and the DuPage County Court have refused to adhear to FOIA request regarding ex parte communication in the DuPage County case.

10. He refused to docket my reasonable accommodation requests.

11. He retaliated against my protected ADA filings and failed to ensure equal access to court participation and judicial services.

12. This conduct violated the following:

109

a. Canon 2, Rules 2.2, 2.3(A)–(B), and 2.5(A);

b. 42 U.S.C. § 1983;

c. 28 C.F.R. § 35.134 – Retaliation prohibition;

d. 18 U.S.C. § 242 – Criminal deprivation of rights.

# II. ENABLING FINANCIAL FRAUD, FORGERY & DISSIPATION

13. I submitted verified documentation of financial fraud, forged affidavits, hidden accounts, and the dissipation of marital assets in violation of the April 11, 2023 Agreed Order and other orders.

14. Judge Cerne refused to compel discovery or freeze assets.

15. He refused to docket or rule on my motions to enforce the agreed order.

16. He failed to investigate or report known misconduct of opposing counsel, Mr. Matthew Elster of Beermann LLP altering Court Orders....

17. These omissions shielded the offending party, caused ongoing Domestic Abuse, financial harm, and violated:

a. Canon 2, Rules 2.7, 2.15(A);

b. 28 U.S.C. § 455(b)(1) – Disqualification for bias;

c. 42 U.S.C. §§ 1983, 1985(3);

d. 18 U.S.C. § 1962(c) – RICO predicate fraud.

110

# III. ABUSE OF AUTHORITY & DENIAL OF DUE PROCESS

18.    Judge Cerne blocked meaningful case participation by:

a.    Striking emergency and pro se pleadings;

b.    Failing to provide timely rulings or hearings;

c.    Ignoring reports of opposing attorney misconduct;

d.    Permitting escalating harm from non-enforcement of prior orders.

19.    These actions violated:

a.    Canon 2, Rule 2.5(B) – Judicial diligence;

b.    Canon 1, Rule 1.2 – Public confidence in integrity;

c.    42 U.S.C. § 1983 – Due process;

d.    18 U.S.C. § 242;

e.    42 U.S.C. § 1985(3) – Judicial complicity in conspiracy.

# IV. FACILITATING ABUSE AND COERCION OF A VICTIM OF DOMESTIC VIOLENCE

20.    I submitted documentation as a survivor of domestic, financial, and psychological abuse and requested legal protections.

21.    Judge Cerne ignored Domestic Violence related abuse-related pleadings and affidavits.

111

22. He allowed procedural gamesmanship by opposing counsel who withdrew from the case in December 2024.

23. Judge Cerne's focuse was in alignment with the former Judges, Dr. Madison Sample, and Opposing counsel, "The sale of the marital residence under conditions of duress".

24. He denied relief for acts of Domestic Violence committed by Dr. Madison Sample, sanctioned by the court.

25. These actions violated:

a. Canon 2, Rules 2.3(B), 2.16(A);

b. 14th Amendment – Equal protection and substantive due process;

c. 18 U.S.C. §§ 241, 242;

d. 42 U.S.C. § 1986 – Neglect to prevent violations.

# V. RICO PREDICATE ACTS & JUDICIAL COLLUSION

26. Judge Cerne's misconduct fits a pattern consistent with judicial corruption exposed in the Greylord cases, including:

a. U.S. v. Maloney;

b. U.S. v. Murphy.

27. The pattern includes:

a. Financial concealment and forgery;

b. Suppression of evidence;

112

c.   Enabling a network of attorneys and "experts" to profit through systemic abuse.

28.   Judge Cerne's conduct aided an enterprise of fraud and violated:

a.   18 U.S.C. §§ 1962(c)–(d) – RICO conspiracy and pattern;

b.   42 U.S.C. §§ 1983, 1985(3);

c.   Canon 2, Rule 2.15(A) – Failure to report known misconduct.


# VI. REQUEST FOR ACTION

29.   I respectfully request that the Illinois Judicial Inquiry Board and federal authorities:

a.   Initiate a formal misconduct investigation;

b.   Subpoena transcripts, court orders, emails, and hearing records;

c.   Review patterns in Judge Cerne's rulings that harm ADA litigants, survivors, and pro se parties;

d.   Refer findings to the U.S. Department of Justice and U.S. Attorney's Office for the Northern District of Illinois;

e.   Recommend pension forfeiture under Article VI, Section 15 of the Illinois Constitution;

f.   Ensure federal oversight of ADA compliance in DuPage County.

30. I am prepared to provide:

a. Verified transcripts and docket entries; once they are released

b. Documentary evidence;

c. Sworn affidavits

d. Names of witnesses and court observers.

## VII. VERIFICATION

31. I, Jackie Sample, affirm under penalty of perjury under the laws of the United States and the State of Illinois that the above is true and correct to the best of my knowledge.

## STATUTES & CANONS VIOLATED

**Federal Law:**

32. 18 U.S.C. § 241 – Conspiracy Against Rights

33. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

34. 42 U.S.C. § 1983 – Civil Action for Deprivation of Rights

35. 42 U.S.C. § 1985(3) – Civil Conspiracy to Interfere with Rights

36. 42 U.S.C. § 1986 – Neglect to Prevent Civil Rights Violations

37. 18 U.S.C. §§ 1962(c)-(d) – RICO

38. 42 U.S.C. § 12132 – ADA Title II

114

**Illinois Criminal Statutes:**

39. 720 ILCS 5/12-3.2 – Domestic Battery

40. 720 ILCS 5/12-3.4 – Violation of Order of Protection

41. 720 ILCS 5/33-3 – Official Misconduct

42. 720 ILCS 5/12-6 – Intimidation

43. 740 ILCS 21/1 et seq. – Stalking No Contact Order Act

44. 750 ILCS 60/214 – Illinois Domestic Violence Act

**Judicial Canons Violated:**

45. Canon 1 – Integrity and independence

46. Canon 2 – Impartiality and fairness

47. Canon 3 – Courtesy and responsiveness

48. Canon 4 – Reporting and responsibility

**Executed on this 6th day of June, 2025.**

**Respectfully submitted,**

/s/ Jackie Sample Jackie Sample 9476 Falling Water Dr. E Burr Ridge, IL 60527

jackshousinganddevelopment@gmail.com (773) 719-0337

Subscribed and sworn before me this _lo_ day of _June_ , 2025.

Notary Public: _Ravinder Chahal_ My commission

expires: _Mar 02, 2026_

RAVINDER CHAHAL
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 2, 2026

115

Case: 1:25-cv-05329 Document #: 111 Filed: 10/23/25 Page 52 of 244 PageID #:992
Case: 1:25-cv-05329 Document #: 14 Filed: 06/10/25 Page 1 of 8 PageID #:205

1:25-cv-5329

IC

**SWORN AFFIDAVIT OF JUDICIAL MISCONDUCT-SUSAN ALVARADO**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS**

**JACKIE SAMPLE,**

**F I L E D**

Plaintiff, v.

JUN 1 0 2025 )XM

**JUDGE SUSAN ALVARADO,** in her official and individual capacity THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Defendant.

**Filed Pursuant to Federal Law and Illinois Judicial Inquiry Board Review**

I, Jackie Sample, being first duly sworn, declare under penalty of perjury under the laws of the United States of America and the State of Illinois:

1. I am a resident of DuPage County, Illinois, and the named Petitioner in a federal complaint against the defendant. I submit this sworn affidavit as a judicial misconduct complaint and a sworn statement in my federal lawsuit against Judge Susan Alvarado of the 18th Judicial Circuit Court of DuPage County, pursuant to:

   A.   42 U.S.C. §§ 1983, 1985(3), and 1986

   B.   18 U.S.C. §§ 241, 242, and 1962(d)

2. The Americans with Disabilities Act (ADA), 42 U.S.C. § 12132

3. Illinois Code of Judicial Conduct, Canons 1–4

4. Federal and state constitutional guarantees of due process, equal protection, and access to justice

# I. Conspiracy and Collusion with Defendant Madison Sample, Attorneys, and Judges

5. Judge Susan Alvarado acted outside her judicial capacity by conspiring with my estranged spouse, Dr. Madison Sample, attorneys (including Beermann LLP after their withdrawal), and other DuPage County judges. Their collective intent is to deprive me of my constitutional rights, obstruct justice, and retaliate against me for asserting my rights.

6. This conspiracy led to:

   A. Suppression of evidence and court access

   B. Denial of protective and injunctive relief

   C. Facilitation of coercive control and financial abuse

   D. Perpetuation of unlawful rulings under color of law

# II. Facilitated Domestic Violence and Coercive Control

7. Judge Alvarado's willful refusal to enforce standing court orders protecting marital property and her enabling of asset concealment, denial of housing, medical care, food, utilities and unilateral financial control by Dr. Madison sample directly facilitated domestic violence and coercive abuse against Jackie Sample.

8. These acts violate:

   A. Illinois Domestic Violence Act

117

B. ADA Title II (42 U.S.C. § 12132)

C. 18 U.S.C. § 242

D. 42 U.S.C. § 1983

## III. Improper Discovery Orders Favoring Withdrawn Counsel

9. In March 2025, Judge Alvarado ordered me to exchange discovery materials with Beermann LLP despite their formal withdrawal and legal ineligibility to represent any party in the case.

10. This violated:

A. 42 U.S.C. § 1983 -- Procedural due process

B. Canon 2, Rule 2.2 -- Ensuring impartiality and fairness

C. Canon 1, Rule 1.1 -- Compliance with the law

## IV. Judicial Bias and Selective Enforcement

11. Judge Alvarado repeatedly refused to enforce protective and anti-dissipation orders. However, she cited expired or irrelevant orders from Judge Orel to rush the sale of my marital home.

12. This double standard shows collusion to force the sale of my marital home and constitutes:

A. Judicial bias and abuse of discretion

B. Violation of Canon 2, Rule 2.3(B)

118

### C. Neglect under 42 U.S.C. § 1986

## V. Obstruction and Avoidance of Hearings

13.   Judge Alvarado intentionally left the courtroom and refused to hear my duly filed motions, including:

14.   Motions for Injunctive Relief, to stay foreclosurs and the sale of property

15.   Motions to enforce court orders

16.   Motions to present evidence of forgery and retaliation

17.   This conduct violates:

18.   Canon 2, Rule 2.6(A) – Right to be heard

19.   42 U.S.C. § 1983 – Denial of access to court

20.   18 U.S.C. § 242 – Willful deprivation of rights

## VI. Collusion with Other Judges and RICO Violations

21.   Judge Alvarado acted in concert with Judges Skarin, Cerne, and Orel in a pattern of rulings that collectively:

22.   Suppressed evidence

23.   Denied protective orders

24.   Enabled asset concealment and retaliation

25.   This pattern constitutes:

26.     Conspiracy under 42 U.S.C. § 1985(3)

27.     Neglect under § 1986

28.     Participation in a RICO enterprise under 18 U.S.C. § 1962(d)

29.     Violation of Canon 1, Rule 1.2 – Maintaining judicial

integrity and Violation of rights under color of law.


# VII. Request for Investigation and Relief

30.     I respectfully request that the Illinois Judicial Inquiry Board and

appropriate federal authorities:

31.     Investigate the conduct of Judge Susan Alvarado and the collusion

among DuPage County judges

32.     Review video/audio courtroom records, dockets, and transcripts

33.     Assess ADA violations and procedural misconduct

34.     Refer criminal violations under 18 U.S.C. §§ 241, 242, and 1962 to

the U.S. Department of Justice

35.     Provide injunctive relief and forward this affidavit to the appropriate

judicial oversight commissions

- I am prepared to submit the following supporting materials:

- Certified court transcripts once released. They are currently being

withheld

- Financial records, orders, and filings

120

• Sworn declarations from third-party witnesses

Judge Alvarado's actions and conscious inactions constitute violations of the following statutes:

• **18 U.S.C. § 242** – *Deprivation of Rights Under Color of Law*, by willfully denying my constitutional rights to equal protection, due process, and physical and financial safety in a judicial proceeding;

• **18 U.S.C. § 241** – *Conspiracy Against Rights*, by participating with attorneys and/or court officers to suppress my rights to seek protection and redress;

• **42 U.S.C. § 1983** – *Civil Action for Deprivation of Rights*, for enabling continued domestic abuse and denying me meaningful access to the courts;

• **42 U.S.C. § 1985(3)** – *Civil Conspiracy to Interfere with Rights*, based on collusive judicial conduct that deprived me of equal treatment in the divorce proceedings;

• **42 U.S.C. § 1986** – *Neglect to Prevent Civil Rights Violations*, by failing to act upon documented evidence of fraud, abuse, and coercion;

• **18 U.S.C. § 1962(c)–(d)** – *Racketeer Influenced and Corrupt Organizations Act (RICO)*, as the coordinated concealment of assets, suppression of legal filings, and favoritism toward opposing counsel reflect enterprise activity involving predicate acts including fraud and obstruction.

121

Judge Alvarado's misconduct also implicates multiple Illinois state criminal statutes, including:

- **720 ILCS 5/12-3.2 – *Domestic Battery*,** by enabling unlawful emotional and financial harm through judicial inaction;

- **720 ILCS 5/12-3.4 – *Violation of Order of Protection*,** by refusing to enforce standing court orders designed to prevent harm;

- **720 ILCS 5/33-3 – *Official Misconduct*,** by knowingly failing to perform judicial duties and abusing the authority of his office;

- **720 ILCS 5/12-6 – *Intimidation*,** as the judicial environment created was coercive, silencing me and deterring counsel from proper advocacy;

- **740 ILCS 21/1 et seq. – *Stalking No Contact Order Act*,** where relevant stalking behavior by the opposing party was disregarded despite clear evidence;

- **750 ILCS 60/214 – *Illinois Domestic Violence Act – Relief Available*,** which mandates the enforcement of protective and injunctive orders for victims of abuse.

Judge Alvarado's conduct enabled the prolonged commission of domestic violence by the opposing party, directly contributing to my ongoing harm. Her refusal to adjudicate my claims, enforce lawful orders, or hold parties accountable not only created a hostile court environment but constitutes

122

violations of both federal civil rights laws and Illinois criminal codes. These actions require immediate investigation and accountability.

# FURTHER AFFIANT SAYETH NAUGHT.

Respectfully submitted, /s/ Jackie Sample Jackie Sample 9476 Falling Water Dr. E Burr Ridge, IL 60527 jackshousinganddevelopment@gmail.com (773) 719-0337 Dated: May 25, 2025

# VERIFICATION

I, Jackie Sample, declare under penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct to the best of my knowledge, information, and belief.

Subscribed and sworn before me

_____ this

_____ day of _____June_____ , 2025.
   10

Notary Public _____

My Commission Expires: _____

RAVINDER CHAHAL
Official Seal
Notary Public • State of Illinois
My Commission Expires Mar 2, 2026

123

# EXHIBIT 4

## DR. SAMPLE'S FRAUDULENT FINANCIAL AFFIDAVIT

### Criminal Statutes Violated

**42 U.S.C. § 1983 – Deprivation of Rights (Civil)**
Allows civil action against persons acting under color of law who deprive constitutional or statutory rights.

**42 U.S.C. § 1985 – Conspiracy Against Rights (Civil)**
Civil liability for conspiracies to interfere with civil rights.

**18 U.S.C. § 241 – Conspiracy Against Rights (Criminal)**
Makes it a federal crime for two or more persons to conspire to injure, oppress, threaten, or intimidate someone in the free exercise of rights.

**18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (Criminal)**
Criminalizes willful deprivation of constitutional rights with officials acting under color of law.

**18 U.S.C. §§ 1961–1968 – RICO (Racketeer Influenced and Corrupt Organizations Act)**
Covers patterns of racketeering activity such as fraud, extortion, or conspiracy conducted through an enterprise.

**18 U.S.C. § 1503 – Obstruction of Justice**
Makes it a crime to corruptly influence, obstruct, or impede the due administration of justice.

**18 U.S.C. § 1343 – Wire Fraud**
Criminalizes schemes to defraud using electronic communications (email, phone, filings).

**18 U.S.C. § 1519 – Falsification / Concealment of Records**
Criminalizes destruction, alteration, or concealment of documents to obstruct investigations or legal proceedings.

| STATE OF ILLINOIS, CIRCUIT COURT | FINANCIAL AFFIDAVIT (FAMILY & DIVORCE CASES) | For Court Use Only |
|---|---|---|
| DuPage ☑ COUNTY | ☑ Pre-Judgment ☐ Post-Judgment | |

| Instructions ▼ | | |
|---|---|---|
| **Enter above the county name where the case was filed.** | Madison Sample Jr. _____ Petitioner *(First, middle, last name)* | |
| **Enter name of the Petitioner, the Respondent, and the case number as listed in the initial Petition or Complaint.** | v. | |
| **Enter the Case Number given by the Circuit Clerk.** | Jackie L. Sample _____ Respondent *(First, middle, last name)* | 2023 DN 000129 Case Number |

**IMPORTANT:** (1) If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees; (2) if you need more room for a section, complete and attach the *Additional Information* form for that section. *Do not file this document and the enclosures with the Circuit Clerk unless a local rule or court order requires you to do so.* Ask the Circuit Clerk where to find these rules.

**NOTE:** Do not include in this affidavit any Social Security or Individual taxpayer-identification numbers, driver's license numbers, financial account numbers, or debit or credit card numbers. If any of these items are included on documents you are going to attach to this affidavit, hide them by covering them with black ink or otherwise removing.

In 3a-d, check the boxes of the documents you are attaching to this form as evidence of your income, assets, and debts. If you select 3d, enter the names of the additional documents you are attaching.

In 4, do not complete 4b and 4c if your contact information is protected pursuant to court order because of domestic violence or abuse.

1. I am the ☑ Petitioner ☐ Respondent in this case.

2. I swear or affirm the information in this *Financial Affidavit* and all attached statements are true and correct as of   05/23/2023  .
   *Date*

3. I attached the most recent copies of the following documents *(Check all that apply. You must attach these documents if you have or can get them.)*
   a. ☑ pay stubs or other proof of income
   b. ☑ income tax returns *(including K-1, W-2, 1099, and all schedules.)*
   c. ☑ bank statements
   d. ☐ other documents in verifying your debts in 14 and your assets in 15: _____

4. **Information about myself**
   a. Name  Madison
      *First*                      *Middle*                      Sample Jr.
                                                                 *Last*
   b. Phone Number   (847) 873-3241
   c. Home Address 9476 Falling Water Drive East
      *Street Address, Apt.*
      Burr Ridge                              IL              60527
      *City*                                 *State*          *ZIP*
   d. Date of Birth   06/29/1965

5. **Information about other household members**
   I live with another adult who helps me pay my expenses. This person is not the Petitioner or Respondent in this case.   ☐ Yes   ☑ No

**7. My gross income and taxes from last year**

<table>
<tr><td>a.</td><td>Tax filing status</td><td>☑ Married (Joint)</td><td>☐ Married (Separate)</td><td>☐ Single</td></tr>
<tr><td></td><td></td><td>☐ Head of Household</td><td>☐ Did not file</td><td></td></tr>
</table>

b. Number of dependent exemptions claimed    1

c. Total number of exemptions claimed    2

d. I claim on my federal tax return
   ☐ the standardized deduction
   ☑ itemized deductions

e. Gross income (before taxes and deductions) last year    $230,021.48

**8. My monthly gross income from all sources**

| | |
|---|---|
| Regular employment/self-employment earnings from all jobs (salary, wages, base pay, etc) | $ 12,000.00 |
| Overtime | $ |
| Commission | $ |
| Tips | $ |
| Bonus | $ |
| Pension | $ |
| Annuity | $ |
| Interest Income | $ |
| Dividend income | $ |
| Trust Income | $ |
| Social Security Retirement | $ |
| Social Security Disability | $ |
| Social Security Income (SSI) (not included as income for child support purposes) | $ |
| Unemployment | $ |
| Disability payment (not Social Security) | $ |
| Workers' Compensation | $ |
| TANF and SNAP (not included as income for child support purposes) | $ |
| Military allowances | $ |
| Investment income | $ |
| Rental income | $ |
| Partnership income | $ |
| Distributions and draws | $ |
| Royalty income | $ |
| Maintenance received under an order entered in this case or another case that you must report as income on your tax return | $ |
| Maintenance received under an order entered in this case or another case that you do not have to report as income on your tax return | $ |
| Child support for children of this relationship (if this support is paid by the other parent, it does not affect the support calculation) | $ |
| Social Security payment made to the children of this relationship based on your disability or retirement | $ |
| Gifts of money | $ |
| Other: | $ |
| **Total Gross Monthly Income** | $ 12,000.00 |

---

Sidebar notes:

In 7a, check only one.

In 7a-e, enter the information you submitted on last year's IRS tax return. If you did not file a tax return for last year, check Did not file in 7a, leave 7b-d blank, but still complete 7e.

For help in calculating monthly amounts, see How to Complete a Financial Affidavit (Family & Divorce Cases).

In 8, Regular employment earnings mean the monthly gross income you receive on a regular basis from employment.

If you have other income not listed in 8, describe the source of the income in Other and enter the monthly amount.

In Total Gross Monthly Income, add the amounts in 8 together and enter the total.

In 16, enter information about lawsuits and claims you have filed or have been filed against you. If you did not recover anything, enter $0. If your case is still pending or has not yet been filed, enter unknown.

If you have more than 3 Lawsuits and Claims, list them in *Additional Lawsuits and Claims forms* and attach them.

16. **Lawsuits and Claims** *(workers' compensation, disability, etc.)*

| | Case Number | Date Lawsuit or Claim Filed | Amount Recovered |
|---|---|---|---|
| 1. | 22 AR 1330 | 01/22/2023 | $6,310.20 |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Lawsuits and Claims* forms

In 17, enter information about your federal and state tax returns for the last 2 years. Check *Refund* if you received money or a check, or *Amount Owed* if you owed additional taxes.

17. **Income Tax Refunds or Amounts Owed for the Last 2 Years** *(federal and state)*

| | Tax year | Federal | | State | |
|---|---|---|---|---|---|
| 1 | 2021 | ☑ Refund | $24,343.00 | ☑ Refund | $1,709.00 |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |
| 2 | 2020 | ☑ Refund | $48,436.00 | ☑ Refund | $12,520.00 |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |

**IMPORTANT:** If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

After you finish this form, sign and print your name and date it.

I certify that everything in the *Financial Affidavit* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under **735 ILCS 5/1-109.**

_____
Your Signature

Madison Sample Jr
Your Name

_____
Date

Print Form        Save Form        Reset Form

**STATE OF ILLINOIS**

CIRCUIT COURT

**FINANCIAL AFFIDAVIT**
(FAMILY & DIVORCE CASES)

☒ ... County ☒ Pre-Judgment ☐ Post-Judgment

☐ Page

**Instructions**

Enter above the county name where the case was filed.

Enter the name of the Petitioner, the Respondent, and the expanse as described in the initial Petition or Complaint.

Enter the Case Number given by the Circuit Clerk.

Madison Sample, Jr.

Petitioner (First, middle, last name)

#:

Jackie L. Sample

Respondent (First, middle, last name)

2023 DN 000129

Case Number

**IMPORTANT:** (1) If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees. (2) If you need more room for a section, complete and attach the *Additional Information* form for that section. Do not file this document and the enclosures with the Circuit Clerk unless a local rule or court order requires you to do so. Ask the Circuit Clerk where to find these rules.

**NOTE:** Documents in this lawsuit may have a Security of Individual privacy identification number, such as a social security number, financial account number, or debt or creditor numbers. If any of these features, including attachments, you file these documents with the Circuit Clerk, file this information, file them by covering them with black marker or otherwise redacting.

In the Additional pages of the documents, you can remove from the lawsuit any financial identification number, by removing them, and white out. If you redact file, write at the name of this additional document you are not including.

In 4, if you must complete All sections, if any required information is prohibited or remain to remain the contact of domestic violence or others.

1. I am the ☒ Petitioner ☐ Respondent in this case.

2. I swear or affirm the information in this *Financial Affidavit* and all attached statements are true and correct as of 08/27/2023
   Date

3. I attached the most recent copies of the following documents *[Check all that apply. You must attach these documents if you have or can get them.]*
   a. ☒ Pay stubs or other proof of income
   b. ☒ Income tax returns *(including K-1, W-2, 1099, and all schedules.)*
   c. ☐ Bank statements
   d. ☐ Other documents to verify my debts in 14 and my assets in 15.

4. Information about myself
   a. Name Madison _____ Sample, Jr.
      First                    Middle              Last
   b. Phone Number (847) 978-9241
   c. Home Address 2476 Falling Water Drive East
      Street Address, Apt.
      Bolingbrook          IL          60527
      City                  State       ZIP
   d. Date of Birth 03/22/1983

5. Information about other household members
   I live with another adult who helps me pay my expenses. This person is not the Petitioner or respondent in this case. ☐ Yes ☒ No

7. **My gross income and taxes from last year**

   a. Taxing status: ☑ Married *(Joint)*    ☐ Married *(Separate)*    ☐ Single
        ☐ Head of Household    ☐ Did not file

   b. Number of dependent exemptions claimed    1

   c. Total number of exemptions claimed    2

   d. I claim on my federal tax return
        ☐ the standardized deduction
        ☑ itemized deductions

   e. Gross income *(before taxes and deductions)* last year    $280,021.48

8. **My monthly gross income from all sources**

| | |
|---|---|
| Regular employment/self-employment earnings from all jobs *(salary, wages, bonuses, etc.)* | $ 24,127.05 |
| Overtime | $ |
| Commission | $ |
| Tips | $ |
| Bonus | $ |
| Pension | $ |
| Annuity | $ |
| Interest income | $ |
| Dividend income | $ |
| Trust income | $ |
| Social Security Retirement | $ |
| Social Security Disability | $ |
| Social Security Income (SSI) *(not included as income for child support purposes)* | $ |
| Unemployment | $ |
| Disability payment *(not Social Security)* | $ |
| Workers' Compensation | $ |
| TANF and SNAP *(not included as income for child support purposes)* | $ |
| Military allowances | $ |
| Investment income | $ |
| Rental income | $ |
| Partnership income | $ |
| Distributions and draws | $ |
| Royalty income | $ |
| Maintenance received under an order entered in this case or another case that you must report as income on your tax return | $ |
| Maintenance received under an order entered in this case or another case that you do not have to report as income on your tax return | $ |
| Child support for children of this relationship *(if this support is paid by the other parent, it does not affect the support calculation)* | $ |
| Social Security payment made to the children of this relationship based on your disability or retirement | $ |
| Gifts of money | $ |
| Other: | $ |
| **Total Gross Monthly Income** | $ 24,127.05 |

**16. Lawsuits and Claims** *(workers' compensation, disability, etc.)*

|   | Case Number | Date Lawsuit or Claim Filed | Amount Recovered |
|---|-------------|------------------------------|------------------|
| 1. | 22AR 1330 | 9/22/2023 | $16,010.20 |
| 2. |  |  | $ |
| 3. |  |  | $ |

☐ I have attached one or more *Additional Lawsuits and Claims* forms.

**17. Income Tax Refunds or Amounts Owed for the Last 2 Years** *(federal and state)*

|   | Tax year | Federal | | State | |
|---|----------|---------|---|-------|---|
| 1. | 2021 | ☑ Refund | $25,343.00 | ☑ Refund | $1,709.00 |
|   |  | ☐ Amount Owed | $ | ☐ Amount Owed | $ |
| 2. | 2020 | ☑ Refund | $8,436.00 | ☑ Refund | $12,552.00 |
|   |  | ☐ Amount Owed | $ | ☐ Amount Owed | $ |

**IMPORTANT:** If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees.

I certify that everything in the *Financial Affidavit* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

_Your Signature_

_Your Name_ Sheldon Semple Jr.

_Date_ 9-29-2023

DV-A 120.3

Print Form    Save Form    Reset Form

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | FINANCIAL AFFIDAVIT (FAMILY & DIVORCE CASES) | For Court Use Only |
|---|---|---|
| DuPage          COUNTY | ☒ Pre-Judgment    ☐ Post-Judgment | |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | MADISON SAMPLE, JR. Petitioner *(First, middle, last name)* | |
| Enter name of the Petitioner, the Respondent, and the case number as listed in the initial Petition or Complaint. | v. JACKIE L. SAMPLE | 2023 DN 000129 |
| Enter the Case Number given by the Circuit Clerk. | Respondent *(First, middle, last name)* | Case Number |

**IMPORTANT: (1)** If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees; **(2)** If you need more room for a section, complete and attach the *Additional Information* form for that section. *Do not file this document and the enclosures with the Circuit Clerk unless a local rule or court order requires you to do so.* Ask the Circuit Clerk where to find these rules.

**NOTE:** Do not include in this affidavit my Social Security or individual taxpayer-identification numbers, driver's license numbers, financial account numbers, or debit or credit card numbers. If any of these items are included on documents you are going to attach to this affidavit, hide them by covering them with black ink or otherwise removing.

In 3a-d, check the boxes of the documents you are attaching to this form as evidence of your income, assets, and debts. If you select 3d, enter the names of the additional documents you are attaching.

In 4, do not complete 4b and 4c if your contact information is protected pursuant to court order because of domestic violence or abuse.

1. I am the ☒ **Petitioner** ☐ **Respondent** in this case.

2. I swear or affirm the information in this *Financial Affidavit* and all attached statements are true and correct as of ___01/05/2024___
   **Date**

3. I attached the most recent copies of the following documents *(Check all that apply. You must attach these documents if you have or can get them.)*
   a. ☒ pay stubs or other proof of income
   b. ☒ income tax returns *(including K-1, W-2, 1099, and all schedules)*
   c. ☒ bank statements
   d. ☐ other documents in verifying your debts in 14 and your assets in 15: _____
   _____
   _____

4. Information about myself
   a. Name _Madison_ _____ _Sample, Jr._
            **First**       **Middle**       **Last**
   b. Phone Number _(847) 873-3241_
   c. Home Address _12638 S Talbot Circule_
            **Street Address, Apt.**
      _Plainfield_ _____ _IL_ _____ _60585_
            **City**       **State**       **ZIP**
   d. Date of Birth _06/29/1985_

5. Information about other household members
   I live with another adult who helps me pay my expenses. This person is not the Petitioner or Respondent in this case. ☐ Yes ☒ No

Enter the Case Number given by the Circuit Clerk **2023 DN 000129**

| | |
|---|---|
| **In 7a, check only one.** | **7.** My gross income and taxes from last year |
| | a. Tax filing status ☑ Married *(Joint)* ☐ Married *(Separate)* ☐ Single |
| **In 7a-e, enter the information you submitted on last year's IRS tax return. If you did not file a tax return for last year, check Did not file in 7a, leave 7b-d blank, but still complete 7e.** | ☐ Head of Household ☐ Did not file |
| | b. Number of dependent exemptions claimed ___1___ |
| | c. Total number of exemptions claimed ___2___ |
| | d. I claim on my federal tax return |
| | ☐ the standardized deduction |
| | ☑ itemized deductions |
| | e. Gross Income *(before taxes and deductions)* last year **$230,021.48** |

**8.** My monthly gross income from all sources

| | For help in calculating monthly amounts, see *How to Complete a Financial Affidavit (Family & Divorce Cases)*. | |
|---|---|---|

| | |
|---|---|
| Regular employment/self-employment earnings from all jobs *(salary, wages, base pay, etc)*................................................................ | $ 26,814.73 |
| Overtime.................................................................................. | $ |
| Commission.............................................................................. | $ |
| Tips......................................................................................... | $ |
| Bonus...................................................................................... | $ |
| Pension.................................................................................... | $ |
| Annuity.................................................................................... | $ |
| Interest income......................................................................... | $ |
| Dividend income....................................................................... | $ |
| Trust income............................................................................. | $ |
| Social Security Retirement ......................................................... | $ |
| Social Security Disability............................................................ | $ |
| Social Security Income (SSI) *(not included as income for child support purposes)* | $ |
| Unemployment.......................................................................... | $ |
| Disability payment *(not Social Security)*..................................... | $ |
| Workers' Compensation.............................................................. | $ |
| TANF and SNAP *(not included as income for child support purposes)*...... | $ |
| Military allowances.................................................................... | $ |
| Investment income.................................................................... | $ |
| Rental income.......................................................................... | $ |
| Partnership income................................................................... | $ |
| Distributions and draws.............................................................. | $ |
| Royalty income......................................................................... | $ |
| Maintenance received under an order entered in this case or another case that you must report as income on your tax return .................. | $ |
| Maintenance received under an order entered in this case or another case that you do not have to report as income on your tax return..... | $ |
| Child support for children of this relationship *(If this support is paid by the other parent, it does not affect the support calculation)* .................. | |
| Social Security payment made to the children of this relationship based on your disability or retirement.................................................... | $ |
| Gifts of money........................................................................... | $ |
| Other: _____ | $ |

**In 8, Regular employment earnings mean the monthly gross income you receive on a regular basis from employment.**

**If you have other income not listed in 8, describe the source of the income in Other and enter the monthly amount.**

**In Total Gross Monthly Income, add the amounts in 8 together and enter the total.**

**Total Gross Monthly Income** | $ 26,814.73

Enter the Case Number given by the Circuit Clerk: 2023 DN 000129

In 14, enter your debts including credit cards and past due bills. Do not include debt payments previously listed in 12 and 13 above, such as your mortgage or car payment.

**14. My Debts** *(do not list expenses included in section 12)*

| | Creditor Name | Describe Nature of Debt *(parking tickets, household goods, attorney's fees, etc.)* | Amount Owed | Monthly Payment Being Made |
|---|---|---|---|---|
| 1. | Chase Freedom card | Jackie's purchases, living exp | $ 19,580.00 | $ 800.00 |
| 2. | | | $ | $ |
| 3. | | | $ | $ |
| 4. | | | $ | $ |
| 5. | | | $ | $ |
| 6. | | | $ | $ |

If you have more than 4 creditors, list them on *Additional My Debts* forms and attach them.

In Total Monthly Debt Payments, add the Monthly Payment amounts from 14 together and enter the total. Include any debts listed on any *Additional My Debts* forms.

☐ I have attached one or more *Additional My Debts* forms.

Amount from *Additional My Debts (if any)* $

**Total Monthly Debt Payments** $ 800.00

**Note:** Fair Market Value (FMV) is generally defined as a selling price for an item to which an unrelated buyer and seller can agree. For more information on FMV, read *How to Complete a Financial Affidavit (Family & Divorce Case)* available at https://www.illinoiscourts.gov/documents-and-forms/approved-forms/.

In 15a, enter your cash and cash equivalents. Do not list account numbers.

**15. My Assets**

a. **Cash and Cash Equivalents** *(list balance as of the date of this affidavit)*

If you have more than 4 Checking, Savings, Money Market or Other Bank or Credit Union Accounts, list them in *Additional Cash and Cash Equivalents* forms and attach them.

Checking, Savings, Money Market, and Other Bank or Credit Union Accounts

| | Name of Bank or Institution | Name on Account | Account Type | Balance |
|---|---|---|---|---|
| 1. | Bank of Amer x2803 (11/30) | Bernstein & Belkes | bus ckg | $5,886.10 |
| 2. | Bank of Amer x3900 (11/30) | Sample Anesth Ltd. | bus ckg | $20,405.15 |
| 3. | Bank of Amer x4144 (11/30) | Madison Sample Jr | ckg | $11,526.97 |
| 4. | Chas Schwab x1073 (9/29) | Madison Sample Jr | invest/ckg | $3,000.79 |

☐ I have attached one or more *Additional Cash and Cash Equivalents* forms.

If you have more than 3 Certificates of Deposit, list them in *Additional Certificates of Deposit* forms and attach them.

Certificates of Deposit *(list balance as of the date of this affidavit)*

| | Name of Bank or Institution | Name on Account | Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Certificates of Deposit* forms.

A Prepaid Debit Card is a card that can be used to make purchases much as you would use cash. Many prepaid cards carry the brand of a card network, like MasterCard, Visa, or American Express.

If you have more than 3 Cash or Prepaid Debit Cards or locations for your cash, list them in *Additional Cash and Prepaid Debit Card* forms and attach them.

Cash and Prepaid Debit Cards *(list balance as of the date of this affidavit)*

| | Location of Cash/Card | Held By | Balance |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |

☐ I have attached one or more *Additional Cash and Prepaid Debit Card* forms.



Enter the Case Number given by the Circuit Clerk: **2028 DN 000129**

<table>
<tr><td colspan="5">b. Investment Accounts and Securities (list FMV or balance as of the date of this affidavit)<br>Stocks, Bonds, Options, Employee Stock Ownership Plans</td></tr>
<tr><td>Company Name</td><td># Shares</td><td>Type</td><td>Owner</td><td>FMV</td></tr>
<tr><td>1.</td><td></td><td></td><td></td><td>$</td></tr>
<tr><td>2.</td><td></td><td></td><td></td><td>$</td></tr>
<tr><td>3.</td><td></td><td></td><td></td><td>$</td></tr>
</table>

☐ I have attached one or more *Additional Investment Accounts and Securities* forms.

Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes (list balance as of the date of this affidavit)

| | Description of Asset | | Owner | Balance |
|---|---|---|---|---|
| 1. | Coinbase (crypto invest) | (1/5) | Madison Sample Jr | $ 5,147.66 |
| 2. | Crypto.com (crypto invest) | (1/5) | Madison Sample Jr | $ 20,314.03 |
| 3. | Celsius (in BK) (crypto invest) | (1/5) | Madison Sample Jr | $ 170,047.00 |

FN

☐ I have attached one or more *Additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes* forms.

c. Real Estate (list FMV and balance due as of the date of this affidavit)

| | Address | Name on Title | FMV | Balance Due |
|---|---|---|---|---|
| 1. | 9475 Falling Water Dr E Burr Rldg | Madison Sample Jr | $ 2,600,000.00 | $ 1,480,000.00 |
| 2. | 653 W 119th St Chicago (vac lot) | Jackie Johnson | $ | $ |
| 3. | 645 W 119th St Chicago | Jackie Johnson | $ | $ |

☐ I have attached one or more *Additional Real Estate* forms.

d. Motor Vehicles (cars, boats, trailers, motorcycles, aircrafts, etc.) (list FMV and balance due as of the date of this affidavit)

| | Year, Make, and Model | Name on Title | FMV | Balance Due |
|---|---|---|---|---|
| 1. | 2016 BMW 750 | Madison Sample Jr | $ 18,900.00 | $ 0.00 |
| 2. | 2016 Jeep Cherokee | Madison Sample Jr | $ 14,000.00 | $ 0.00 |
| 3. | | | $ | $ |
| 4. | | | $ | $ |

☐ I have attached one or more *Additional Motor Vehicles* forms.

e. Business Interests (list FMV as of the date of this affidavit)

| | Name of Business | Type of Business | % of Ownership | FMV |
|---|---|---|---|---|
| 1. | Sample Anesthesia Ltd. | Domestic BCA | | $ |
| 2. | Bernstein & Reikes Corp | Domestic BCA | | $ |
| 3. | | | | $ |

☐ I have attached one or more *Additional Business Interests* forms.

FN2 Celsius is in bankruptcy; expected payout is 22 cents on the dollar in Q1 or Q2 202 resulting in approximately $37,410.34 payout on current balance .

Charles Schwab investor checking account was linked to a brokerage account which was liquidated and cash used to pay subcontractors working on former marital residence.

---

Left margin instructions:

In 15b, enter information for your investments and securities.

If you have more than 3 Investment Accounts and Securities, list them in *Additional Investment Accounts and Securities* forms and attach them.

If you have more than 3 Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes, list them in *Additional Investment/Brokerage Accounts, Mutual Funds, and Secured or Unsecured Notes* forms and attach them.

In 15c, enter information for your real estate, including your home if you own it.

If you have more than 3 pieces of Real Estate, list them in *Additional Real Estate* forms and attach them.

In 15c and 15d, in Balance Due, enter the total amount remaining on your loan.

In 15d, enter information about your motor vehicles.

If you have more than 4 Motor Vehicles, list them in *Additional Motor Vehicles* forms and attach them.

In 15e, enter information about your business interests. In Type of Business, enter whether the business is a corporation, S Corp, or LLC, etc.

If you have more than 3 Business Interests, list them in *Additional Business Interests* forms and attach them.

Enter the Case Number given by the Circuit Clerk: 2023 DN 000129

In 15f, enter information about each life insurance policy you have for yourself, the other party, or your children.

If you have more than 3 Life Insurance Policies, list them in *Additional Life Insurance Policies* forms and attach them.

In 15g, enter information about retirement benefits (vested and non-vested).

If you have more than 4 Retirement Benefits and Deferred Compensation plans, list them in *Additional Retirement Benefits and Deferred Compensation* forms and attach them.

In 15h, enter information for valuable collectible items.

If you have more than 2 Valuable Collectibles, list them in *Additional Valuable Collectibles* forms and attach them.

In 15i, enter information for other personal property with fair market value over $500.

If you have more than 2 items of Personal Property Valued Over $500, list them in *Additional Other Personal Property Valued over $500* forms and attach them.

In 15j, enter information for assets or property you transferred or sold in the last 2 years with FMV of at least $1,000. Do not include income items listed above in 8.

If you have sold or transferred more than 2 Assets or Properties Within the Last 2 Years With a FMV of at Least $1,000, list them in *Additional Transfer or Sale of Assets or Property Within the Last 2 Years with a FMV of at least $1,000* forms and attach them.

f. **Life Insurance Policies** *(list cash balance as of the date of this affidavit)*

| | Name of Insurance Company | Type of Policy | Death Benefit | Cash Value |
|---|---|---|---|---|
| 1. | Banner Life | Term (Madison) | $ 100,000,000.00 | $0.00 |
| 2. | Banner Life | Term (Jackie) | $ 250,000.00 | $0.00 |
| 3. | | | $ | $ |

☐ I have attached one or more *Additional Life Insurance Policies* forms.

g. **Retirement Benefits and Deferred Compensation** *(pension plan, annuity, IRA, 401(k), 403(b), SEP)* *(list FMV and/or account balance as of the date of this affidavit)*

| | Name of Plan | Type of Plan | FMV or Account Balance |
|---|---|---|---|
| 1. | Trust Capital IRA x8989 | traditional IRA (crypto investments) | $ 102,806.00 |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

☐ I have attached one or more *Additional Retirement Benefits and Deferred Compensation* forms.

h. **Valuable Collectibles** *(coins, stamps, art, antiques, etc.)*

| | Description | FMV |
|---|---|---|
| 1. | Investigation continues | $ |
| 2. | | $ |

☐ I have attached one or more *Additional Valuable Collectibles* forms.

i. **Other Personal Property Valued Over $500**

| | Description | FMV |
|---|---|---|
| 1. | Investigation continues | $ |
| 2. | | $ |

☐ I have attached one or more *Additional Other Personal Property Valued over $500* forms.

j. **Transfer or Sale of Assets or Property Within the Last 2 Years With a FMV of at Least $1,000**

| | Description | Transferred or Sold to | Date of Transfer | Amount |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |

☐ I have attached one or more *Additional Transfer of Sale of Assets or Property Within the Last 2 Years With a FMV of at Least $1,000* forms.

Enter the Case Number given by the Circuit Clerk: 2023 DN 000129

**16. Lawsuits and Claims** *(workers' compensation, disability, etc.)*

In 16, enter information about lawsuits and claims you have filed or have been filed against you. If you did not recover anything, enter $0. If your case is still pending or has not yet been filed, enter unknown.

| | Case Number | Date Lawsuit or Claim Filed | Amount Recovered | |
|---|---|---|---|---|
| 1. | 22 AR 1330 (Jackie, Plaintiff) | 01/22/2023 | $16,310.20 | FN3 |
| 2. | | | $ | |
| 3. | | | $ | |

☐ I have attached one or more *Additional Lawsuits and Claims* forms.

If you have more than 3 Lawsuits and Claims, list them in *Additional Lawsuits and Claims* forms and attach them.

FN3 Jackie received $16,310.20 as a result of a car accident.

**17. Income Tax Refunds or Amounts Owed for the Last 2 Years** *(federal and state)*

In 17, enter information about your federal and state tax returns for the last 2 years. Check Refund if you received money or a check, or Amount Owed if you owed additional taxes.

| | Tax year | Federal | | State | |
|---|---|---|---|---|---|
| 1. | 2021 | ☑ Refund | $24,343.00 | ☑ Refund | $1,709.00 |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |
| 2. | 2020 | ☑ Refund | $48,486.00 | ☑ Refund | $12,520.00 |
| | | ☐ Amount Owed | $ | ☐ Amount Owed | $ |

**IMPORTANT:** If you intentionally or recklessly enter inaccurate or misleading information on this form, you may face significant penalties and sanctions, including costs and attorney's fees.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

After you finish this form, sign and print your name and date it.

I certify that everything in the *Financial Affidavit* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

_____
Your Signature

Madison Sample, Jr
Your Name

01/05/2024
Date

# EXHIBIT 5

**SOME MARITAL INCOME AND ASSETS, SUBMITTED BY ME, WERE DISREGARDED BY THE COURT AT THE BEHEST OF MY SPOUSE, DR. MADISON SAMPLE.**

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

| CORRECTED (if checked) | | |
|---|---|---|

999 Yamato Rd
Suite 210
Boca Raton FL 33431
561-235-7822

OMB No. 1545-0116

Form **1099-NEC**

(Rev. January 2022)

For calendar year
20 23

**Nonemployee Compensation**

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 45-2469689 | 92-3072217 |

**1** Nonemployee compensation
$ 365037.50

**Copy B**

**For Recipient**

RECIPIENT'S name, Street address (including apt. no), City or town, state or province, country, and ZIP or foreign postal code

Sample Anesthesia Limited

9476 Falling Water Drive East

Burr Ridge IL 60527

**2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐

**3**

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**4** Federal income tax withheld
$

Account number (see instructions)

| **5** State tax withheld | **6** State/Payer's state no. | **7** State income |
|---|---|---|
| $ | | $ |
| $ | | $ |

Form **1099-NEC** (Rev. 1-2022)          (keep for your records)          www.irs.gov/Form1099NEC          Department of the Treasury - Internal Revenue Service

*Madison's Pay for Four days is $11,448.49*

02/20/2023

Bernstein & Reikes

** VOID **

****VOID****THIS IS NOT A CHECK****VOID****

Bernstein & Reikes
9476 Falling Water Drive East
Burr Ridge, IL 60527

** NON-NEGOTIABLE **

Accountable Healthcare Staffing, Inc.
999 Yamato Rd.
Suite 210
Boca Raton, FL 33431

| Employee | | Pay Period | | Shift Dates | | Check | | Gross Pay | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Name: Bernstein & Reikes | | Start: 02/12/2023 | From: 02/12/2023 | | | Paid Date: 02/20/2023 | | Current: $11,000.00 | $11,448.46 |
| EID: XXX-XX-8403 | | End: 02/18/2023 | To: 02/18/2023 | | | Check #: E006040572 | | | |

Agency Notice
Any questions you may have concerning your pay please contact (888) 740-4541.

| Client | Department | Date | SR | Type | Hr/M | Rate | Amount | | Amount | Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| Memorial Healthcare Hospital | Anesthesia | 02/13/23 | AP | REG | 10.00 | 275.00 | 2,750.00 | Regular: | $11,000.00 | 40.00 |
| Memorial Healthcare Hospital | Anesthesia | 02/14/23 | AP | REG | 10.00 | 275.00 | 2,750.00 | Overtime: | $.00 | .00 |
| Memorial Healthcare Hospital | Anesthesia | 02/15/23 | AP | REG | 10.00 | 275.00 | 2,750.00 | Doubletime: | $.00 | .00 |
| Memorial Healthcare Hospital | Anesthesia | 02/16/23 | AP | REG | 10.00 | 275.00 | 2,750.00 | Travel: | $.00 | .00 mi |
| | | | | | 40.00 Hours | | 11,000.00 | Adjustments: | $.00 | |
| | | | | | | | | Earnings: | $11,000.00 | |
| Adjustments | | | | | Type | | Amount | Gems: | $.00 | |
| Per Diem 2/13 - 2/16/23 | | | | | Deduction | | 100.00 | Deductions: | $448.46 | |
| Mileage 2/13 - 2/16/23 - 632 miles @ $.655/mile | | | | | Deduction | | 348.46 | Benefits: | $.00 | |
| | | | | | | | 448.46 | Taxes: | $.00 | |
| | | | | | | | | Total: | $11,448.46 | |
| Taxes | | | | | | Basis | Current | | YTD | |
| | | | | | | | 0.00 | | 0.00 | |

# accountable
## HEALTHCARE STAFFING

**Week Ending** 2 / 5 / 20 23

**Classification**

**Instructions to HCP**
1. Complete all sections of Time Slip.
2. Have client sign retain a copy for your records.
3. Fax or E-mail a copy at the end of every week to (855) 252-4484/ JoyceRunner@AHOStaff.com.

**YOUR NAME** Madison Sance Jr MD
**CLIENT** Advoc Hospital Rockville, MD
**AREA / FLOOR WORKING** ANESTHESIOLOGY

| DAY MONTH & S | DATE | UNIT WORKED | TIME IN | MEAL BREAK | TIME OUT | TOTAL REG TIME | TOTAL OVERTIME | MILES | TOTAL HOURS WORKED 2775 | |
|---|---|---|---|---|---|---|---|---|---|---|
| SUN Mon | 1-30-23 | 0.0035 | 0645 | ✓ | 1715 | 10hr 30 min | | 266 | **TOTAL REGULAR TIME** | |
| | | | | | | | | | HOURS | MINUTES |
| Tues | 1-31 | | 0630 | ☑ | 1400 | 7hr 30 min | | | | 47 |
| W | 2-1 | | 0700 | ☑ | 1700 | 10hr | | | **TOTAL OVERTIME** | |
| Th | 2-2 | | 0700 | ☑ | 1700 | 10 h | | | HOURS | MINUTES |
| F | 2-3 | | 0700 | ☑ | 1700 | 10 h | | | | |
| F | 2-3 | | 0700 | ☑ | 1600 | 9 hr | | | | |
| Sun | 2-5 | → Chicago | | | | | | 266 | OVERTIME APPROVED BY CLIENT YES ✓ NO ☐ | |
| Sun | 2-5 | → 0.0035 | | | | | | 266 | **TOTAL MILEAGE:** 798 | |

**COMMENTS** Daily pay $25 x 5 days = $125

**HCP Signature:** I hereby certify that the stated hours are correct and were properly verified by Client. I certify that I was not injured during the performance of my duties on these shifts. Not complying with AHS policies and procedures or falsifying hours may have serious legal consequences.

**HCP SIGNATURE** Madison Sance MD  **DATE** 2-5-2023

**Client Approval:** Client certifies that the hours worked shown on this time sheet are correct and the work was performed satisfactorily.

**CLIENT NAME**  **CLIENT SIGNATURE**  **DATE**



1 week

DR. Sample closed all Joint accounts opening new ones in his name alone. The court is allowing this to continue.

Business Acct Relationship - 3590: Account Activity Transaction Details

Post date: 02/07/2023        1 week

Amount: 15,922.06

Type: Deposit

Description: Accountable Heal DES PAYROLL ID: 432840
INDN:Madison Sample 3: CO ID:1482463683
PFG

Merchant name: ACCOUNTABLE HEAL

Merchant
Information:

Transaction
category: Internal Payments/Salary

Madison closed this account opening new ones in his
name alone.  The court is allowing this to continue.

**Business Adv Relationship - 2396: Account Activity Transaction Details**

Post date: 02/09/2023

Amount: 12,000.00    *1 week*

Type: Deposit

Description: Counter Credit

Merchant name: Counter Credit

Merchant information:

Transaction category: Income: Deposits

*Madison's Income ignored by the court*



**Business Adv Relationship - 2396: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 02/14/2023    1 week |
| **Amount:** | 8,810.96 |
| **Type:** | Deposit |
| **Description:** | Accountable Heal DES:PAYROLL ID:412846 INDN:Madison Sample Jr. CO ID:1452469689 PPD |
| **Merchant name:** | ACCOUNTABLE HEAL |
| **Merchant information:** | |
| **Transaction category:** | Income: Paychecks/Salary |

Business Adv Relationship - 2396: Account Activity Transaction Details

**Post date:** 02/16/2022

**Amount:** 50,000.00

**Type:** Deposit

**Description:** BKOFAMERICA MOBILE 02/16 3672205165 DEPOSIT *MOBILE IL

**Merchant name:** BKOFAMERICA MOBILE DEPOSIT IL

**Merchant information:** *MOBILE,IL

**Transaction category:** Income: Deposits

Business Acv Relationship - 439x Account Activity Transaction Details

Check Number:  00060001125     I week

Post date:  03/01/2023

Amount:  -12,000.00

Type:  Check

Description:  Check

Merchant name:  Check

Merchant
Information:

Transaction
Category:  Cash Checks & Misc Other Expense



Bernstein & Reikes
United States

# Bernstein & Reikes Invoice

Dr Sample hours

**Guardian Anesthesia. Rush Copley Hospital**
Raj Iyer MD

+1 (630) 544-9348
riyer1@icloud.com

Invoice Number: 003
Invoice Date: March 24, 2023
Payment Due: March 24, 2023
Amount Due (USD): $12,000.00

| Items | Hours | $300/Hour | Total |
|---|---|---|---|
| **3-20-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **3-21-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **3-22-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **3-23-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| **3-24-23** 0700-1500 | 8 | $300.00 | $2,400.00 |
| | | Total: | $12,000.00 |

Amount Due (USD): $12,000.00

1 week

(PAID)

**Notes / Terms**
$300/hour.
EIN #47-3388403

Page 1 of 1 for Bernstein & Reikes Invoice # 003



Bernstein & Reikes
United States



Reikestein &

Dr Sample hours

**BILL TO**
Guardian Anesthesia. Rush Copley Hospital
Raj Iyer MD

+1 (630) 544-9348
riyer1@icloud.com

**Invoice Number:** 004
**Invoice Date:** April 15, 2023
**Payment Due:** April 15, 2023
**Amount Due (USD):** $12,000.00

| Items | Hours | $/per Hour | Total |
|---|---|---|---|
| 4-10-23<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| 4-11-23<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| 4-12-23<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| 4-13-23<br>0700-1500 | 8 | $300.00 | $2,400.00 |
| 4-14-23 | 8 | $300.00 | $2,400.00 |

**Total:** $12,000.00

**Amount Due (USD):** $12,000.00

Notes / Terms
$375/hour

1 week

EIN #47-0388403

Madison Sample Jr MD

Week 1/23– 1/27/2023



**Bernstein & Reikes**
United States

Reikstein &

Dr Sample Ivers

BILL TO
Guardian Anesthesia, Rush Copley Hospital
Raj Iyer MD

+11630)544-9348
riveria ichoud.com

Invoice Number: 006
Invoice Date: April 21, 2023
Payment Due: April 21, 2023
Amount Due (USD): $12,000.00

| Items | Hours | $ per Hour | Total |
|---|---|---|---|
| 4-17-23 07:00-15:00 | 8 | $300.00 | $2,400.00 |
| 4-18-23 07:00-15:00 | 8 | $300.00 | $2,400.00 |
| 4-19-23 07:00-15:00 | 8 | $300.00 | $2,400.00 |
| 4-20-2023 07:00-15:00 | 8 | $300.00 | $2,400.00 |
| 4-21-2023 07:00-15:00 | 8 | $300.00 | $2,400.00 |

Total: $12,000.00

Amount Due (USD): $12,000.00

1 week

Notes / Terms
$375/hour

EIN #47-3388201

Madison Sample Jr MD



**⊕RUSH**

| ISSUE DATE | DEPOSIT NUMBER | AMOUNT |
|---|---|---|
| 05/03/2023 | 13039 | $ ****12,000.00 |

PAY *VOID VOID VOID VOID VOID VOID VOID VOID*

PAY
TO THE
ORDER
OF

BERNSTEIN AND REIKES CORP
9476 FALLING WATER DR EAST
BURR RIDGE IL 60527

**NON-NEGOTIABLE**

**⊕RUSH**
Rush Copley Medical Center

BERNSTEIN AND REIKES CORP 9476 FALLING WATER DR EAST, BURR RIDGE IL 60527

| | | Amount | Discount | Net Amount |
|---|---|---|---|---|
| 04/21/23 | 068 | $12,000.00 | $0.00 | $12,000.00 |

I gave a stack of these Pay Stubs to my former attorneys, Schiller, Ducanto, Fleck. They did not return them when I picked up my file.

I week ↓

| DEPOSIT DATE | 5/3/2023 | DEPOSIT NUMBER | 13039 | TOTALS: | $12,000.00 | $0.00 | $12,000.00 |
|---|---|---|---|---|---|---|---|

Page 1 of 1

**DIRECT DEPOSIT SUMMARY**



**Bernstein & Reikes**
United States



Dr Sample hours

BILL TO
**Guardian Anesthesia. Rush Copley Hospital**
Raj Iyer MD

+1 (630) 544-9348
riveri@icloud.com

| Invoice Number: | 007 |
| Invoice Date: | April 30, 2023 |
| Payment Due: | April 30, 2023 |
| Amount Due (USD): | $12,000.00 |

| Items | Hours | $300/Hour | Total |
|-------|-------|-----------|-------|
| 4-24-23 0700-1500 | 8 | $300.00 | $2,400.00 |
| 4-25-23 0700-1500 | 8 | $300.00 | $2,400.00 |
| 4-26-23 0700-1500 | 8 | $300.00 | $2,400.00 |
| 4-27-23 0700-1500 | 8 | $300.00 | $2,400.00 |
| 4-28-23 0700-1500 | 8 | $300.00 | $2,400.00 |

| | Total: | $12,000.00 |
| | Amount Due (USD): | $12,000.00 |

Notes / Terms
$375/hour

EIN #47-3388403

Madison Sample Jr MD

1 week

Week 4-23-4, 28/2023

Bernstein & Bertras
United States

Bernstein &

Dr Sample hours

BILL TO
Guardian Anesthesia, Rush Copley Hospital
Raj Iyer MD

+1 (630) 544-9348
riyer1@icloud.com

Invoice Number: 006
Invoice Date: May 18, 2023
Payment Due: May 18, 2023
Amount Due (USD): $10,500.00

| Items | Hours | Rate/Price | Line Total |
|---|---|---|---|
| 05-13-2023 0700-1700 | 10 | $300.00 | $3,000.00 |
| 05-16-2023 0700-1600 | 9 | $300.00 | $2,700.00 |
| 05-17-2023 0700-1500 | 8 | $300.00 | $2,400.00 |
| 05-18-2023 0700-1500 | 8 | $300.00 | $1,400.00 |

Total: $10,500.00

Amount Due (USD): $10,500.00

Notes / Terms
$375/hour

EIN 47-3388403

Madison Sample Jr MD

Week 1:19 – 5/27/2023

4 days



**Business Adv Relationship - 2396: Account Activity Transaction Details**

Post date: 06/01/2023    *1 week*

Amount:    12,900.00

Type:    Deposit

Description:    COPLEY MEMORIAL3 DES:AP PAYMENT
ID:071103619 INDN:0000BERNSTEIN AND RE
CO ID:1362170840 PPD

Merchant name:    COPLEY MEMORIAL3

Merchant information:

Transaction category:    Income: Deposits

*Income For June 2023*
*missing week of*
*June 15th*
*$41,400.00*

*Madison's Income Ignored By The Court*

*Madison Closed this account and opened a new one in his name only.*

**Business Adv Relationship – 2396: Account Activity Transaction Details**

*[handwritten: Income]*

Post date: 06/08/2023 *[handwritten: 1 week]*

Amount: 16,500.00

*[handwritten: Madumere's Income Ignored by the court]*

Type: Deposit

Description: COPLEY MEMORIAL3 DES:AP PAYMENT
ID:071103619 INDN:0000BERNSTEIN AND RF
CO ID:1362170840 PPD

Merchant name: COPLEY MEMORIAL3

Merchant information:

Transaction category: Income: Deposits

*[handwritten: Madumere closed this account and opened a new one ...]*



**Business Adv Relationship - 2396: Account Activity Transaction Details**

Post date: 06/22/2023 *1 week* *INCOME*

Amount: 12,000.00

Type: Deposit

Description: COPLEY MEMORIAL3 DES:AP PAYMENT
ID:071103619 INDN:0000BERNSTEIN AND RE
CO ID:1362170840 PPD

Merchant name: COPLEY MEMORIAL3

Merchant information:

Transaction category: Income: Deposits

*Madison's Income Ignored by The Court*



May 7, 2024

Ms. Fitz and Mr. Cores,

What day can we meet with Mr. Cores and go over the financial binders that I have prepared for you, Ms. Fitz? Additionally, it is my understanding that the K1 meeting has already taken place. It was also my understanding that I would be present at this meeting. The reason why it is critical that I am present at the K1 meeting is I have an extensive list of our assets which has not been shared with the court.

Unfortunately, Madison and his legal team have a known habit of submitting falsified information, including falsified tax returns and omitting information from financial documents. I have a list of bank accounts, digital currency, business interests, and companies that I have not seen on the record to date.

The reason I need to be at this meeting is to confirm that the business interests, past and present bank accounts, business companies, and closed accounts are submitted to the court record. I have provided these lists to my previous attorneys, the court, and including my current attorney, Ms. Fitz. I am formally requesting a K1 meeting that serves the interest of all parties, not just Dr. Sample. We need our home computer to access some additional financial information so that Mr. Cores can report complete financial information to Judge Orel.

That is why I am exercising my right to attend this K1 meeting.

Jackie Sample

State of Illinois
County of _____
Signed and attested before me on 5/7/2024 [Date] by
_____
_____
Signature of Notary Public

"OFFICIAL SEAL"
BRANDI N. GRAYER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/07/26

Total

| | | |
|---|---|---|
| DAO | 21,000 | 775 |
| Infiniland TIME | 14,000 | 150 |
| Hector DAO | 271,000 | 52,000 |
| STRONG ETH | | |
| | 306,000 | 52,925 |

Total

5,022,105

Total Crypto Summary

$133,000

iTrust Capital Traditional IRA

NFTs

BigTime Epic Medium Space

599

Investments

POLKT with Thomas
XRP Infrashares Digital Dave

50000
7000

Farming or Liquidity Pools,

| | | |
|---|---|---|
| SummitDefi SUM-FTM | 30000 | 3000 |
| EGLD-MEX | 18000 | 2000 |
| MEX-LMEX | 55000 | 9000 |
| mSAND-MATIC | 95000 | 10000 |
| | 388000 | 24000 |

Total

State of Illinois
County of DuPay

3/1/2024

I certify this is a copy of the original

"OFFICIAL SEAL"
BRANDI N. GRAVER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/07/26

| | Monetary Value $ | Generated Dollars per month |
|---|---|---|
| **Crypto Wallets** | | |
| Atomic Wallet | 272,000 | |
| Exodus Wallet | 210,000 | |
| Trust Wallet | 43,000 | |
| Ledger Wallet | 215,000 | |
| Coinbase Wallet | 22,000 | |
| **Total** | 762,000 | |
| | | |
| **Exchanges** | | |
| Hotbit | 43,000 | |
| KucoinA | 5 | |
| KucoinB | 150,000 | |
| Binance | 100 | |
| Metamask ERC20 | 123,000 | |
| Metamask BSC | 4,000 | |
| Metamask Fantom | 450 | |
| Metamask Matic | 25,000 | |
| Metamask BNB | 25,000 | |
| Bitrue | 4,000 | |
| Huobi | 1,400 | |
| **Total** | 355,955 | |
| | | |
| **Staking Coins** | | |
| Luna | 29,120 | 120 |
| Adalite | 600,000 | 2,900 |
| Polkadot | 189,915 | 1,500 |
| Elrond GoLD | 961,100 | 3500 |
| Storm X | 380,000 | 4,400 |
| Celsius | 590,000 | 2600 |
| BlockFi | 83,000 | 950 |
| Solana | | 1,050 |
| Theta/Tfuel | 1,150,000 | 2,200 |
| Zilliqa | | 1,000 |
| Cake | 56,025 | 2,800 |
| Aave | 77,000 | 500 |
| Raydium | 26,500 | 650 |
| XPRT | 17,000 | 500 |
| HB | 16,000 | |
| GRT | 27,000 | |
| | 21,000 | |

Livepeer
phun.tessia (some)
fessistence (MPRT)

"OFFICIAL SEAL"
BRANDI N. GRAYER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/02/26

I certify this is a copy of the original

State of Illinois
County of _____
Signed and attested before me on
ID# J5854307 date
[Signature of Notary Public]

Trading Computer     $730,000.00
Atomic Wallet        $72,000
EXODUS               $1,000
Metamask   ? + 107 + 2 + 1 + 15 + 18 + 35 + 5 + 10
                     $72,000

man                  $7,500
ADA                  $205.00
Polkadot    — 7kSh   $53.00
            DOT      $1,39,744

ElRond      - $215,000
AAVE                 $108,500
Ascend Ex            $3,000
Ledger               $305,000
Block Fi             $205,500
Celsius              $1,155,000
Crypto.com           $438,000

                     $4,614,000

[notary stamp and signatures — illegible]



THE FOLLOWING LIST IS NOT ALL INCLUSIVE AND INCLUDES ACCOUNTS NOT YET DISCLOSED. THE SAMPLE MARITAL ESTATE HAS BUSINESS INTEREST, STOCK, OWNERSHIP, FINANGIAL INVESTMENTS, AND PLATFORMS USED. THESE COMPANIES MUST BE SUBPOENAED TO DETERMINE THE NET WORTH AND FOR ME TO RECEIVE MY EQUITABLE SHARE OF OUR MARITAL ESTATE.

CARESKOREC AKA AUTONOMOUS HEALTHCARE

RESONANCE MEDICAL, LLC

WEST CETRAL ANESTESTESIA

AMERICAN ANESTHESIOLOGY ASSOCIATION OF ILLINOIS

PEDIATRIX MEDICA

INFRA SHARES-MAD ENERGY-MAD VENTURES-MADdeck.INFO-

MONEY REVEALED

DEALMAKER

CKO PATREON

TFUEL NODE

PALM BEACH GROUP

TRADING COMPUTER

ATOMIC WALLET

EXODUS

METAMASK

TRON

ADA

POLKADOT KSM

POLKADOT DOT

ELROND

AAVE

ASCEND EX

LEDGER

BLOCK FI

CELSIUS
CRYPTO.COM

CASEY RESEARCH



X _Jaskin Sv_

State of Illinois
County of _Duke_       5/7/2021 (Date) By
Signed and attested before me on

_Jackre L. Johnson-Smith_
IL #J 52 4797 duke

"OFFICIAL SEAL"
BRANDI N. GRAVES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/03/26



BANYAN HILL.

CSC SERVICEWORKS

OLD NATIONAL BANK

CIBC NETWORK BANKING

SAMPLE TRUST

ITRUST CHARLES SCHWAB

MULTIPLE CHARLES SCHWAB ACCOUNT

ETRADE

FIDELITY

MULTIPLE BOA ACCOUNTS AND CARDS

MULTIPLE FINANCIAL CARDS

THE PENSION SPECIALIST

TBG ANESTHESIA HOLDINGS, INC/NORTHSTAR ANESTHESIA/CONTINENTAL ANESTHESIA

X  John Supe

State of Illinois

County of Du Page

Signed and attested before me on  5/7/2024

OFFICIAL SEAL
BRANDI E. GRAYER
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/01/26

# EXHIBIT 6

## PATTERN OF UNENFORCED AND UNLAWFUL ORDERS

THESE ACTIONS CONSTITUTE A SYSTEMIC PATTERN OF CONSPIRACY AGAINST RIGHTS (§ 241) AND DEPRIVATION OF RIGHTS (§ 242) UNDER COLOR OF LAW BETWEEN MY HUSBAND DR. SAMPLE AND THE JUDGES WHO WERE ASSIGNED TO MY CASE. THEY HAVE DEPRIVED ME OF ACCESS TO THE COURTS DESPITE MY DISABILITY (IN VIOLATION OF THE ADA, TITLE II); DENIED ME EMERGENCY RELIEF NECESSARY TO PROTECT MY HOME, SAFETY, AND UTILITIES; PERPETUATED CONFLICTS OF INTEREST AND OBSTRUCTION THAT PREVENT MEANINGFUL PARTICIPATION; AND DEMONSTRATE CONTINUED BIAS FAVORING DR. MADISON SAMPLE BY WILLFULLY DISREGARDING HIS REPEATED VIOLATIONS OF VALID COURT ORDERS, AIDING HIM IN DEFRAUDING ME OF MY ASSETS, AND ATTEMPTING TO STEAL MY BURR RIDGE HOME VALUED AT APPROXIMATELY $2.9 MILLION AND MUCH MORE.

**April 11, 2023 ORDER: Judge Kenton Skarin**
Pattern of conspiracy against Rights and Deprivation of rights. Since its issuance, the court permitted and sanctioned repeated violations by Dr. Madison Sample. Although under Judge Kenton Skarin's jurisdiction, Judge Kenton Skarin refused to enforce his own order when my spouse, Dr. Madison Sample violated them by dissipating and hiding millions of dollars, hiding business interest and partnerships, transferring money overseas and crossing state lines to close marital accounts.

**November 30, 2023 ORDER: Judge James Orel**
Pattern of Issuance of Unlawful Orders: The trial was ordered based on Dr. Sample's falsified financial affidavits, which understated his income by 76%, without allowing discovery or considering the full value of the multi-million-dollar marital estate, assets and business interest.

**January 5, 2024: Judge James Orel**
Petitioner was ordered to bring current any past-due utility bills. Order was never enforced. Petitioner was ordered to ensure that Respondent remains covered under his health insurance. This has not been enforced.
Petitioner was ordered to make a one-time payment of temporary maintenance to the Respondent in the amount of $5,540 within seven days of the order. Opposing counsel altered this portion of the order to reflect a one-time payment instead of temporary maintenance.
Respondent's Emergency Motion to Reinstate the Financial Status Quo, submitted in August 2023, was ignored.

**November 22, 2024 ORDER: Judge James Orel**
Pattern of conspiracy against Rights and Deprivation of rights. A Rule to Show Cause was entered, ordering Dr. Madison Sample to appear in court and enforcing all prior financial orders requiring him to provide support to Jackie Sample as directed in multiple hearings. This order was never enforced. Dr. Sample failed to appear. Despite his noncompliance, the court continued to permit and sanction his ongoing violations of every financial directive. As a result, Jackie Sample was deprived of the relief she was legally entitled to, creating exigent circumstances, including foreclosure, utility shutoffs, and loss of medical care.

**December 5, 2024 ORDER: Judge James Orel**
A motion for Beermann LLP to withdraw as counsel for Petitioner was granted. Please be aware that Opposing Counsel, John Conniff, Beermann LLP, My spouse Dr. Madison Sample and Judge James Orel all collectively left the case around the same time.......All took unlawful actions ensuring Madison left me penniless. No reasonable person would consider their actions and leaving the case a coincidence.

**December 19, 2024 ORDER: Judge James Orel**
Pattern of conspiracy against rights and Unlawful Misconduct: Judge Orel abruptly recused himself, avoiding my motion to enforce financial directives outlined in court orders that my spouse continually violated. This recusal occurred just weeks before Judge Orel's forced retirement. The conduct has been a systematic pattern ensuring that Dr. Sample retained unilateral control over our entire financial estate. These actions also ensured keeping me financially incapacitated to willfully interfering with my fair participation in the divorce process.

**December 19, 2024 ORDER: Judge Neal Cerne**
Pattern of conspiracy against rights and Unlawful Misconduct. Falsified Statements Entered into the Record by Judge Neal Cerne: The parties were properly notified. The Motion includes exigent circumstances, including disconnected utilities, lack of resources for basic human needs, deteriorating health, and no means to obtain necessary medical supplies and much more.

**December 30, 2024 ORDER: Judge Neal Cerne**
Pattern of conspiracy against Rights and Deprivation of rights. Fraudulent order stating Motion lacks proper Notice, and is not an emergency. The Motion includes exigent circumstances, including disconnected utilities, lack of resources for basic human needs, deteriorating health, and no means to obtain necessary medical supplies and much more

**January 3, 2025 ORDER: Judge Neal Cerne**
Pattern of conspiracy against Rights and Deprivation of rights. Utility Shut off notices, Foreclosure documents ad more were presented.

**March 7, 2025: Judge Neal Cerne**
Pattern of conspiracy against Rights and Deprivation of rights, After filing multiple motions addressing the enforcement of court orders that my spouse continuously violated, as well as Judge Neal Cerne's misconduct and fraudulent court orders, including false statements in his rulings, Judge Neal Cerne removed himself from my case.

**March 7, 2025 ORDER: Judge Susan Alvarado**
Pattern of conspiracy against Rights and Deprivation of rights, not allowing me to present my emergency motion to enforce standing court orders with financial directives and Issuance of Unlawful Orders: Despite the withdrawal of opposing counsel in December 2024, the court's March 7, 2025 order unlawfully directed the Petitioner to exchange documents with counsel who was no longer representing the opposing party.

**April 14, 2025 ORDER: Judge Susan Alvarado**
Pattern of conspiracy against Rights and Deprivation of rights. Judge Susan Alvarado abruptly recused herself after I filed multiple motions regarding her judicial misconduct, including sanctioning domestic violence against me by my husband, Dr. Madison Sample, and challenging her unlawful order dated March 7, 2025.

**April 14, 2025 ORDER: Judge Susan Alvarado**
Another example of Judge Alvarado derelict in her duties by refusing to take action on matters clearly within her jurisdiction. The motion, which detailed exigent circumstances, was ignored. Subsequently, the case was transferred, causing me irreparable harm.

**APRIL 14, 2025 ORDER**
Pattern of conspiracy against Rights and Deprivation of rights. Case returned to Judge Neal Cerne who earlier removed himself from my case

**May 16, 2025 ORDER: Judge Neal Cerne**
Pattern of conspiracy against Rights and Deprivation of rights. Unlawful orders and judicial misconduct. Withdrawn opposing counsel, Beermann LLP was allowed to participate in this unlawful trial. Dismissal of my divorce, leaving me penniless and without basic human needs. I was sent home penniless and without financial resources from my estate unable to pay for working utilities, housing payments, health insurance, and medical care. I am forced to rely on welfare to purchase food and I do not receive adequate food supply from welfare. I am mostly confined to my home due to the court's sanctioning of financial abuse by my spouse, Dr. Sample.

ACTION ORDER

STATE OF ILLINOIS

UNITED STATES OF AMERICA

2023DN000129-43

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

COUNTY OF DU PAGE

IN RE: THE MARRIAGE OF

**MADISON SAMPLE JR**

Plaintiff

**AND**

**JACKIE L SAMPLE**

Defendant

2023DN000129
CASE NUMBER

**FILED**

23 Apr 11    AM 11:35

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

AGREED

ACTION ORDER

This matter having come before the Court, the Court having jurisdiction and being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows:

The case is continued to 05/10/2023 in 2010 at 10:50 AM for STATUS - FOR VIDEO CALL.
Description: DISCOVERY PRODUCTION/SETTLEMENT.

1. Effective immediately, both parties are restrained from withdrawing, assigning, encumbering, removing, dissipating, hiding, transferring, concealing, hypothecating, pledging, mortgaging, making gifts of, guarantying debts with, expending, or otherwise dealing with, or squandering or disposing of any real or personal property, or income in which Petitioner or Respondent has any interest whatsoever, except in the usual course of business or for the necessities of life.

2. Both parties shall have equal access to the parties' joint checking account. Neither party shall incur any personal expense in excess of $400.00 without written agreement between the parties.

3. Both parties shall exchange Financial Disclosure Affidavits and Supporting Financial Documents within 28 days.

4. This order entered by agreement of counsel, as stated on the record.

Submitted by: JOHN A CONNIFF
Attorney Firm: LAW OFFICES OF JOHN A. CONNIFF
DuPage Attorney Number: 311564
Attorney for: MADISON SAMPLE    ☐ PRO SE
77 W WACKER DRIVE, SUITE 4500
CHICAGO, IL, 60601
312.255.0007
Email: jconniff@jacfamilylaw.com

Electronically signed 04/11/2023

JUDGE KENTON J SKARIN

Validation ID : DP-04112023-1135-13800

Date: 04/11/2023

ELECTRONIC CIVIL TRIAL ORDER

STATE OF ILLINOIS     UNITED STATES OF AMERICA     2023DN060129-313

COUNTY OF DU PAGE

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

IN RE: THE MARRIAGE OF

MADISON SAMPLE JR

           Plaintiff

AND

JACKIE L SAMPLE

           Defendant

2023DN060129

Case Number

# FILED

23 Nov 30    PM 02: 17

*Candice Adams*

CLERK OF THE

18TH JUDICIAL CIRCUIT

DUPAGE COUNTY, ILLINOIS

## TRIAL ORDER

☐ Amended Order    ☐ Agreed Order

IT IS HEREBY ORDERED THAT this matter is set for trial commencing 05/20/2024 at 10:00 AM in Courtroom 3012 and shall continue thereafter on

- 05/21/2024 at 10:00 AM
- 05/22/2024 at 10:00 AM

or in accordance with the trial schedule in effect in that courtroom until completed.

Both trial counsel shall appear on the Trial Status day of 04/22/2024 at 09:25 AM in Courtroom 3012 and shall have copies of the following to exchange in open court:

- A list of witnesses expected to be called during their case in chief; and
- Courtesy copies of all stipulations; and
- Courtesy copies of their trial memoranda. The memorandum shall list all contested issues, all assets and the value ascribed to each asset by the party, all liabilities of the parties and whether the asset(s) are marital or non-marital (if applicable); and
- A numbered list of exhibits and also courtesy copies of all pre-marked exhibits to be offered into evidence during their case in chief.
  A binder for the Court, opposing counsel and the witness.

☒ All expert opinion(s) and reports shall be disclosed and exchanged no later than MARCH 22, 2024

☒ All claims for dissipation, along with documents in support of such claim(s) shall be disclosed and exchanged no later than MARCH 22, 2024.

☒ All discovery shall be completed no later than JANUARY 30, 2024.

IT IS FURTHER ORDERED THAT the parties shall comply in all respects with local rules. Noncompliance with this order may, in the discretion of the Court, result in appropriate and reasonable sanctions, including the bar of the admission of any exhibit not exchanged or disallowance of the testimony of any non-disclosed witness.

Submitted by: MATTHEW ELSTER

DuPage Attorney Number: 4620

Attorney for: MADISON SAMPLE

Address: 161 N CLARK ST, SUITE 3000

City/State/Zip: CHICAGO, IL, 60601

Phone number: 312-621-9700

Entered: *James D Orel* 11/30/2023

JUDGE JAMES D OREL

Validation ID : DP-11302023-0217-53648

ORDER

2023DN000129-407

STATE OF ILLINOIS

UNITED STATES OF AMERICA

COUNTY OF DU PAGE

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

IN RE: THE MARRIAGE OF
MADISON SAMPLE JR

                            Plaintiff

AND

JACKIE L SAMPLE

                            Defendant

2023DN000129
CASE NUMBER

**FILED**

24 Jan 05   AM 11: 46

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

ORDER

This cause coming to be heard on Respondent's Emergency Motions to (i) reinstate the financial status quo and (ii) dismiss this matter, Petitioner appearing through counsel, Respondent appearing *pro se*, the Court being fully advised in the premises, and for the reasons stated on the record, IT IS HEREBY ORDERED THAT:

1. Within 7 days of today's date, Petitioner shall bring current any past-due utility bills for the marital residence (electric, gas, scavenger, water). Petitioner shall continue to pay the mortgage, insurance, and property taxes for the marital residence.

2. Petitioner shall ensure that Respondent remains covered under his health insurance, and shall provide Respondent with proof of coverage within 7 days.

3. Within 7 days of today's date, Petitioner shall make one payment of temporary maintenance to the Respondent in the amount of $5,540. Said amount shall be without prejudice and without precedent.

4. The parties shall exchange updated financial affidavits and supporting documents on or before 5:00 p.m. on January 12, 2024.

5. Respondent's Emergency Motion to Dismiss is denied.

6. Respondent's Emergency Motion to Reinstate the Financial Status Quo is continued to the previously scheduled January 25, 2024 hearing date in this matter.

Submitted by: MATTHEW ELSTER
Attorney Firm: BEERMANN LLP
DuPage Attorney Number: 4620
Attorney for: MADISON SAMPLE
Address: 161 N CLARK ST, SUITE 3000
City/State/Zip: CHICAGO, IL, 60601
Phone number: 312-621-9700
Email: mdelster@beermannlaw.com

Entered: *James D. Orel* 01/05/2024

JUDGE JAMES D OREL

Validation ID : DP-01052024-1146-55697

Date: 01/05/2024

2740

Rule to Show Cause Order with Attachments

**STATE OF ILLINOIS**  **UNITED STATES OF AMERICA**  735 (Rev. 12b)
**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**  **COUNTY OF DU PAGE**

Madison Sample

v.

Jackie Sample

Case Number 2023 DN 000129

*FILED*
NOV 22, 2024 12:00 PM
Candice Adams
CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

**ORDER – RULE TO SHOW CAUSE** AS CORRECTED

This matter coming before the Court on the petition of _____
proper notice having been given, the Court being fully advised in the premises and having jurisdiction of
parties and subject matter,

IT IS HEREBY ORDERED that Madison Sample and his consel appear before this court in
room ____ located at The DuPage County Judicial Center, 505 N. County Farm Road, Wheaton, Illinois
on _____ and show cause, if any he/she may have, why he/she should not be held in
Contempt of Court for his/her failure to obey an order of the Court entered _____ requiring
him/her to: 4-11-2025 8, 2024 (0-11-2023 12-7-2023) 1-9-2024 JW
ALL ORDERS GRANTING JACKIE SAMPLE
FINANCIAL RELIEF

☐ Pay child support
☐ Pay day-care expenses
☐ Extracurricular expenses
☐ Contribute to the cost of medical insurance
☐ Pay his/her portion of the child's uninsured medical expenses
☑ Maintenance This is an Emergency
☑ Other: Madison Sample and Beerntanys LLP Release his bus _____

The Court finds that the Respondent is $ 55,340. plus while hiding his Millions in ___
Millions in digital currency and investments, including the 40 in base because
This court ordered Monthly payments of $1,100 and $5,540.10 for 11-1-2024

IT IS FURTHER ORDERED that the respondent is personally served with a copy of this order.
**NOTICE TO JUDGMENT DEBTOR: IF YOU FAIL TO APPEAR BEFORE THE COURT AT THE
TIME AND PLACE SET FORTH, YOU MAY BE TAKEN INTO CUSTODY AND HELD IN JAIL
ON CHARGES OF CONTEMPT OF COURT.**
-SEE REVERSE SIDE-

Name: Jackie Sample   ☐ Pro Se
DuPage Attorney Number: _____
Attorney for: _____
Address: 9496 Falling water DCE
City/State/Zip: River Ridge, IL 60527
Telephone Number: 773-719-0339
Email: jackshoosingaddaulopeart@gmail.com

JUDGE

Date: 11-22-24

CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT
WHEATON, ILLINOIS 60187-0707

ACTION ORDER

STATE OF ILLINOIS

UNITED STATES OF AMERICA

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

COUNTY OF DU PAGE

2023DN000129-1772

IN RE: THE MARRIAGE OF
**MADISON SAMPLE JR**

Plaintiff

AND

**JACKIE L SAMPLE**

Defendant

2023DN000129
CASE NUMBER

# FILED

24 Dec 19  PM 12: 18

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

## ACTION ORDER

This matter having come before the Court, the Court having jurisdiction and being fully advised in the premises:

IT IS HEREBY ORDERED as follows:

The case is continued to 01/06/2025 in 3003 at 09:25 AM for STATUS.

The Clerk of the Court is ordered to strike the future date(s) of 03/03/2025 3012 10:00 AM, 02/18/2025 3012 9:25 AM, 01/06/2025 3012 9:25 AM, 03/05/2025 3012 10:00 AM, 03/04/2025 3012 10:00 AM.

An Emergency Motion has been presented today without providing notice to the opposing party, and further, the matter is on hold/stay for the opposing party to file an appearance or hire new counsel. In addition, the matter is not of an emergency nature entitled to a hearing without notice to the opposing party.

The motion is continued to January 6, 2025 at 9:25am.

The future trial dates are stricken due to the matter being transferred from court 3012 to 3003. The trial dates will be reset pursuant to the court calendar of courtroom 3003.

Submitted by: JUDGE NEAL W CERNE
DuPage Attorney Number:
Attorney for:

☐ PRO SE

*[signature]* 12/19/2024

JUDGE NEAL W CERNE

Validation ID : DP-12192024-1218-39186

Date: 12/19/2024

TRANSFER & RE-ASSIGNMENT ORDER

Form 2104 (Rev. 12/20)

STATE OF ILLINOIS     UNITED STATES OF AMERICA     COUNTY OF DU PAGE
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

U30

*SAMPLE*

vs

**25 DN 129**

CASE NUMBER

**TRANSFER
AND
RE-ASSIGNMENT ORDER**

**\*FILED\***
DEC 19, 2024 01:33 PM

_Candice Adams_

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

## TEMPORARY TRANSFER TO PRESIDING JUDGE FOR RE-ASSIGNMENT

IT IS ORDERED that this cause is transferred to the Presiding Judge of _____ Division for the re-assignment due to:

- [x] Recusal by assigned Judge
- [ ] Substitution of Judge as a matter of right
- [ ] Co-Defendant with lower case number
- [ ] Defendant has case with lower case number
- [ ] Other

DATE ___12-19-24___     JUDGE _____

## RE-ASSIGNMENT BY PRESIDING JUDGE

- [x] IT IS ORDERED that this matter is assigned to Court Room **3003** for all further proceedings.
- [ ] IT IS HEREBY ORDERED transferred to the Chief Judge for reassignment outside this Division.

DATE ___12/19/24___     JUDGE _____

## BOND COURT USE ONLY

- [ ] IT IS HEREBY ORDERED that this cause is transferred to Court Room _____ for all further proceedings.

DATE _____     JUDGE _____

## SPECIAL TRANSFER FROM TRAFFIC DIVISION FOR JURY TRIAL

- [ ] IT IS HEREBY ORDERED that this case is transferred to Courtroom _____ Wheaton, Illinois on _____ at _____, 505 N. County Farm Road for all further proceedings.

DATE _____     JUDGE _____

## RE-ASSIGNMENT BY THE CHIEF JUDGE

- [ ] IT IS HEREBY ORDERED that this matter is transferred to the Presiding Judge of _____ Division for further proceedings.
- [ ] IT IS HEREBY ORDERED that this matter is transferred to _____ for hearing on Motion for Substitution of Judge for Cause.

DATE _____     JUDGE _____

## RE-ASSIGNMENT BY PRESIDING JUDGE FOLLOWING TRANSFER BY THE CHIEF JUDGE

- [ ] IT IS HEREBY ORDERED that this matter is assigned to Court Room _____ for further proceedings.

DATE _____     JUDGE _____

CANDICE ADAMS, CLERK OF THE 18th JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60187-0707

ACTION ORDER

2023DN000129-1796

| STATE OF ILLINOIS | UNITED STATES OF AMERICA | COUNTY OF DU PAGE |
|---|---|---|

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

IN RE: THE MARRIAGE OF
**MADISON SAMPLE JR**

      Plaintiff

AND

JACKIE L SAMPLE

      Defendant

2023DN000129
**CASE NUMBER**

# FILED

24 Dec 30  PM 02: 37

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

## ACTION ORDER

This matter having come before the Court, the Court having jurisdiction and being fully advised in the premises:

**IT IS HEREBY ORDERED** as follows:

The case is continued to 01/06/2025 in 3003 at 09:25 AM for STATUS.
Description: emergency motion

Respondent's Emergency Motion lacks proper notice, is not an emergency such that proper notice would be required, and is brought again within the 21 days that petitioner has to file his appearance or an attorney appearance (by December 31). Matter is continued, as were prior emergency motions, to January 6, 2025.

Submitted by: JUDGE NEAL W CERNE
DuPage Attorney Number:
Attorney for:

☐ PRO SE

*[signature]* /30/2024

JUDGE NEAL W CERNE
Validation ID : DP-12302024-0237-37224

Date: 12/30/2024

ORDER

2023DN000129-1751

UNITED STATES OF AMERICA

**STATE OF ILLINOIS**

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

**COUNTY OF DU PAGE**

IN RE: THE MARRIAGE OF
MADISON SAMPLE JR

Plaintiff

AND

JACKIE L SAMPLE

Defendant

2023DN000129
CASE NUMBER

# FILED

24 Dec 05   AM 10: 33

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

ORDER

This cause coming before the Court on BEERMANN LLP's and the LAW OFFICES OF JOHN CONNIFF's Motions to Withdraw as counsel for Petitioner, the court having recieved and reviewed the affidavits of said counsel and being satisfied with counsels' attempts to provide Petitioner with reasonable notice of their intent to withdraw as required by Supreme Court Rule 13(c)(2), the Court having jurisdiction over the parties and the subject matter, and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. BEERMANN LLP's and the LAW OFFICES OF JOHN CONNIFF's Motions to Withdraw as Counsel for Petitioner are GRANTED.

2. BEERMANN LLP's and the LAW OFFICES OF JOHN CONNIFF's appearances on behalf of Petitioner are hereby WITHDRAWN.

3. Pursuant to Supreme Court Rule 13(c)(4), BEERMANN LLP shall serve a copy of this order upon Petitioner and file a proof of service of the same within 3 days.

4. Petitioner shall have 21 days thereafter (until December 31, 2024) to either retain new counsel or file a supplementary appearance, stating therein an address at which the service of notices or other documents may be had upon him.

5. BEERMANN LLP and the LAW OFFICES OF JOHN CONNIFF shall each have 28 days to file Petitions for Final Fees and Costs against Petitioner.

6. This cause is continued for status on Petitioner's retention of counsel to January 6, 2025 at 9:25 a.m. in Courtroom 3012

Submitted by: Matthew Elster
Attorney Firm: BEERMANN LLP
DuPage Attorney Number: 4620
Attorney for: MADISON SAMPLE
Address: 161 N CLARK ST, SUITE 3000
City/State/Zip: CHICAGO, IL, 60601
Phone number: 312-621-9700
Email: mdelster@beermannlaw.com

Entered: *James D'Orel* 12/05/2024

JUDGE JAMES D'OREL

Validation ID : DP-12052024-1033-07926

Date: 12/05/2024

ELECTRONIC CIVIL TRIAL ORDER          2023DN090129-1920

**STATE OF ILLINOIS**      UNITED STATES OF AMERICA      **COUNTY OF DU PAGE**

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

IN RE: THE MARRIAGE OF

<u>MADISON SAMPLE JR</u>
              Plaintiff

AND

<u>JACKIE L SAMPLE</u>
              Defendant

2023DN090129
Case Number

# FILED

25 Mar 07   AM 10: 22

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

## TRIAL ORDER
☐ Amended Order     ☐ Agreed Order

IT IS HEREBY ORDERED THAT this matter is set for trial commencing <u>05/16/2025</u> at <u>09:30 AM</u> in Courtroom <u>2002</u> and shall continue thereafter on

• at

or in accordance with the trial schedule in effect in that courtroom until completed.

Both trial counsel shall appear on the Trial Status day of <u>05/09/2025</u> at <u>11:15 AM</u> in Courtroom <u>2002</u> and shall have copies of the following to exchange in open court:

- A list of witnesses expected to be called during their case in chief; and
- Courtesy copies of all stipulations; and
- Courtesy copies of their trial memoranda. The memorandum shall list all contested issues, all assets and the value ascribed to each asset by the party, all liabilities of the parties and whether the asset(s) are marital or non-marital (if applicable); and
- A numbered list of exhibits and also courtesy copies of all pre-marked exhibits to be offered into evidence during their case in chief. A binder for the Court, opposing counsel and the witness.

☒ All expert opinion(s) and reports shall be disclosed and exchanged no later than <u>04/11/2025</u>

☒ All claims for dissipation, along with documents in support of such claim(s) shall be disclosed and exchanged no later than <u>04/11/2025</u>

☒ All discovery shall be completed no later than <u>04/11/2025</u>

IT IS FURTHER ORDERED THAT the parties shall comply in all respects with local rules. Noncompliance with this order may, in the discretion of the Court, result in appropriate and reasonable sanctions, including the bar of the admission of any exhibit not exchanged or disallowance of the testimony of any non-disclosed witness.

PENDING THE PETITIONS TO BE HEARD ON THIS DATE.

Submitted by: JUDGE SUSAN L ALVARADO
DuPage Attorney Number:
Attorney for:
Address:
City/State/Zip:
Phone number:

Entered:    Eff. Date: 03/07/2025
JUDGE SUSAN L ALVARADO
Validation ID: DP-03072025-1022-11962

ORDER
2023DN000129-1811

STATE OF ILLINOIS

UNITED STATES OF AMERICA

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

COUNTY OF DU PAGE

IN RE: THE MARRIAGE OF

MADISON SAMPLE JR

Plaintiff

AND

JACKIE L SAMPLE

Defendant

2023DN000129
CASE NUMBER

# FILED

25 Jan 03   AM 11: 12

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

## ORDER

The Respondent has presented two motions on an emergency basis filed on January 2, 2025. Neither motion contains any factual allegations that support the relief requested. The allegations are merely conclusions without any allegation of facts as required by the Illinois Code of Civil Procedure. Therefore, both motions are stricken, without prejudice, as being insufficient.

Submitted by: JUDGE NEAL W CERNE

DuPage Attorney Number:

Attorney for:

Address:

City/State/Zip:

Phone number:

Entered: *Judge* 01/03/2025

JUDGE NEAL W CERNE

Validation ID : DP-01032025-1112-37333

Date: 01/03/2025

ORDER

2023DN000129-1993

**UNITED STATES OF AMERICA**

STATE OF ILLINOIS

COUNTY OF DU PAGE

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

IN RE: THE MARRIAGE OF

MADISON SAMPLE JR

Plaintiff

AND

JACKIE L SAMPLE

Defendant

2023DN000129
CASE NUMBER

# FILED

25 Apr 14   AM 11: 04

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

## ORDER

1. WIFE'S MOTION FILED 4/11/2025 IS ENTERED AND CONTINUED GENERALLY.

2. FUTURE DATES OF 5/9/25 AND 5/16/25 ARE STRICKEN.

3. CASE IS TRANSFERRED TO PRESIDING JUDGE BY SEPARATE ORDER.

Submitted by: JUDGE SUSAN L ALVARADO

DuPage Attorney Number:

Attorney for:

Address:

City/State/Zip:

Phone number:

Eff. Date: 04/14/2025

Entered:

JUDGE SUSAN L ALVARADO

Validation ID : DP-04142025-1104-23879

Date: 04/14/2025

TRANSFER & RE-ASSIGNMENT ORDER

Form 2194 (Rev. 3/24)

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## DU PAGE COUNTY, ILLINOIS

MADISON Sample Jr.

vs

4530

Jackie L. Sample

2023 DN 129

**CASE NUMBER**

**TRANSFER
AND
RE-ASSIGNMENT ORDER**

*FILED*

APR 14, 2025 11:38 AM

Candice Adams

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

### TEMPORARY TRANSFER TO PRESIDING JUDGE FOR RE-ASSIGNMENT

IT IS ORDERED that this cause is transferred to the Presiding Judge of _____
Division for the re-assignment due to:

- [X] Recused by assigned Judge ALVARADO
- [ ] Substitution of Judge as a matter of right
- [ ] Co-Defendant with lower case number
- [ ] Defendant has case with lower case number
- [ ] Other

DATE _____   JUDGE _____

### RE-ASSIGNMENT BY PRESIDING JUDGE

- [X] IT IS ORDERED that this matter is assigned to Courtroom 3003 Judge Creuz
for all further proceedings.
- [ ] IT IS HEREBY ORDERED transferred to the Chief Judge for reassignment outside this Division.

DATE 4/14/25   JUDGE _____

### 1st APPEARANCE COURT USE ONLY

- [ ] IT IS HEREBY ORDERED that this cause is transferred to Courtroom _____
for all further proceedings.

DATE _____   JUDGE _____

### SPECIAL TRANSFER FROM TRAFFIC DIVISION FOR JURY TRIAL

- [ ] IT IS HEREBY ORDERED that this case is transferred to Courtroom _____, 505 N. County Farm Road
Wheaton, Illinois on _____ at _____ for all further proceedings.

DATE _____   JUDGE _____

### RE-ASSIGNMENT BY THE CHIEF JUDGE

- [ ] IT IS HEREBY ORDERED that this matter is transferred to the Presiding Judge of _____
Division for further proceedings.
- [ ] IT IS HEREBY ORDERED that this matter is transferred to _____ for
hearing on Motion for Substitution of Judge for Cause.

DATE _____   JUDGE _____

### RE-ASSIGNMENT BY PRESIDING JUDGE FOLLOWING TRANSFER BY THE CHIEF JUDGE

- [ ] IT IS HEREBY ORDERED that this matter is assigned to Courtroom _____
for further proceedings.

DATE _____   JUDGE _____

CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT
WHEATON, ILLINOIS

ORDER                                                                    2023DN000129-2024

| | | |
|---|---|---|
| **STATE OF ILLINOIS** | **UNITED STATES OF AMERICA** | **COUNTY OF DU PAGE** |

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

IN RE: THE MARRIAGE OF
MADISON SAMPLE JR.

                             Plaintiff,

             AND

JACKIE L. SAMPLE

                             Defendant

2023DN000129
CASE NUMBER

**FILED**

25 May 16    AM 10: 57

*Candice Adams*

CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

## ORDER

Judgment is entered in favor of Andrew Cores in the amount of $16,387.15 and against Madison Sample Jr. and Jackie L. Sample, jointly and severally.

Judgment is entered in favor of Beerman LLP in the amount of $14,829.90 against Madison Sample Jr.

Jackie Sample has failed to call any witnesses and therefore her case is DISMISSED, case closed.

Submitted by: JUDGE NEAL W CERNE
DuPage Attorney Number:
Attorney for:
Address:
City/State/Zip:
Phone number:

Entered: *[signature]* 05/16/2025

JUDGE NEAL W CERNE
Validation ID : DP-05162025-1057-36180

Date: 05/16/2025

# EXHIBIT 7

# US NORTHERN DISTRICT EAST DIV ORDERS

CONTINUATION OF JUDICIAL ACTIONS CONSTITUTE A SYSTEMIC PATTERN OF CONSPIRACY AGAINST RIGHTS (§ 241) AND DEPRIVATION OF RIGHTS (§ 242) UNDER COLOR OF LAW. JUDGE ANDREA WOOD HAVE DEPRIVED ME OF ACCESS TO THE COURTS DESPITE MY DISABILITY (IN VIOLATION OF THE ADA, TITLE III); DENIED ME EMERGENCY RELIEF NECESSARY TO PROTECT MY HOME, SAFETY, AND UTILITIES; PERPETUATED CONFLICTS OF INTEREST AND OBSTRUCTION THAT PREVENT MEANINGFUL PARTICIPATION; AND DEMONSTRATE CONTINUED BIAS FAVORING DR. MADISON SAMPLE BY WILLFULLY DISREGARDING MY EXIGENT CIRCUMSTANCES, AND AIDING MY SPOUSE IN DEFRAUDING ME OF MY ASSETS AND MUCH MORE.
JULY 16, 2025 ORDER
AUGUST 25, 2025 ORDER
SEPTEMBER 4, 2025 ORDER
SEPTEMBER 9, 2025 ORDER
SEPTEMBER 11, 2025 ORDER

**Criminal Statutes Violated**

**42 U.S.C. § 1983 – Deprivation of Rights (Civil)**
Allows civil action against persons acting under color of law who deprive constitutional or statutory rights.

**42 U.S.C. § 1985 – Conspiracy Against Rights (Civil)**
Civil liability for conspiracies to interfere with civil rights.

**Criminal Statutes Violated**

**42 U.S.C. § 1983 – Deprivation of Rights (Civil)**
Allows civil action against persons acting under color of law who deprive constitutional or statutory rights.

**42 U.S.C. § 1985 – Conspiracy Against Rights (Civil)**
Civil liability for conspiracies to interfere with civil rights.

**18 U.S.C. § 241 – Conspiracy Against Rights (Criminal)**
Makes it a federal crime for two or more persons to conspire to injure, oppress, threaten, or intimidate someone in the free exercise of rights.

**18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (Criminal)**
Criminalizes willful deprivation of constitutional rights by officials acting under color of law.

**18 U.S.C. § 1503 – Obstruction of Justice**
Makes it a crime to corruptly influence, obstruct, or impede the due administration of justice. EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jackie Johnson Sample

                    Plaintiff,

v.

                                        Case No.: 1:25–cv–05329
                                        Honorable Andrea R. Wood

Madison Sample Jr., et al.

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: Telephonic initial status hearing held on 7/16/2025. The Court sets the following briefing schedule on Defendant Select Portfolio Servicing's motion to dismiss Plaintiff's amended complaint under Fed. R. Civ. P. 12(b)(6) [17]. Plaintiff shall file a response by 9/16/2025. Defendant SPS shall file a reply by 9/30/2025. As confirmed on the record, the Judicial Defendants' deadline to answer or otherwise respond to Plaintiff's amended complaint is 7/31/2025. If a motion to dismiss or motion for a more definite statement is filed, Plaintiff shall file a response by 10/1/2025. Judicial Defendants shall file a reply by 10/15/2025. Plaintiff's motion to disqualify Attorney Michael J. Bradtke as counsel for Judicial Defendants [40] is taken under advisement with no further briefing or argument. Plaintiff's motion for attorney representation [39] is entered and continued. As explained on the record, the motion is incomplete because it does not include a completed financial affidavit. The Clerk is directed to send Plaintiff Sample a financial affidavit form at the email address on the docket. Motion to intervene by El Roy Johnson [18] is denied and motion for attorney representation by El Roy Johnson [45] is denied as moot. As discussed on the record, Mr. Johnson does not satisfy the requirements for intervention as a matter of right because he does not have an unconditional right to intervene pursuant to a federal statute nor does he claim an interest relating to the property or transaction that is the subject matter of Plaintiff Sample's action. See Fed. R. Civ. P. 24(a). Additionally, the Court finds that Mr. Johnson may not intervene based on principles of permissive intervention because he has not identified a condition right to intervene under any federal statute nor does he seek to assert a claim or defense that shares a common question of law or fact with Plaintiff's Sample's action. See Fed. R. Civ. P. 24(b). Specifically, the claims that Mr. Johnson desires to bring against Judge James Orel based on his brother's guardianship have no apparent connection to Plaintiff Sample's claims other than that the legal proceedings were presided over by the same judge. Telephonic status hearing set for 10/28/2025 at 10:00 AM. The call-in number is (650) 479–3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future

hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jackie Johnson Sample

                                    Plaintiff,

v.
                                                    Case No.: 1:25–cv–05329
                                                    Honorable Andrea R. Wood
Madison Sample Jr., et al.

                                    Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: Telephonic motion
hearing held on 8/25/2025. For the reasons stated on the record, Plaintiff's emergency
motions for temporary restraining order (TRO) and preliminary injunction under Fed. R.
Civ. P. 65 [15], [66] are denied. Plaintiff's motion for special service of process on
Defendant Madison Sample Jr. [60] is taken under advisement. As stated on the record,
Defendant Old National Bank shall answer or otherwise respond to the complaint by
9/2/2025. The Court will issue a separate order to address the remaining pending motions.
Telephonic status hearing set for 10/28/2025 at 10:00 AM remains firm. Mailed notice
(lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jackie Johnson Sample

                    Plaintiff,

v.                                                Case No.: 1:25–cv–05329
                                                  Honorable Andrea R. Wood
Madison Sample Jr., et al.

                    Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2025:

     MINUTE entry before the Honorable Andrea R. Wood: The Court is in receipt of
Plaintiff's emergency motion to disqualify and for substitution of judge cause [74],
Plaintiff's emergency motion to set hearing and expedite rulings [78], Plaintiff's renewed
motion for preliminary injunction – TRO [79], Plaintiff's emergency motion for counsel
[80], Plaintiff's request for judicial notice [81], Plaintiff's motion for alternative service,
and Plaintiff's motion to disqualify judge [85]. Telephonic motion hearing set for 9/9/2025
at 12:30 PM. The call–in number is (650) 479–3207 and the access code is 1808131170.
To ensure public access to court proceedings, members of the public and media may call
in to listen to telephonic hearings. Persons granted remote access to proceedings are
reminded of the general prohibition against photographing, recording, and rebroadcasting
of court proceedings. Violation of these prohibitions may result in sanctions, including
removal of court–issued media credentials, restricted entry to future hearings, denial of
entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed
notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jackie Johnson Sample

                          Plaintiff,

v.

                                          Case No.: 1:25–cv–05329

Madison Sample Jr., et al.

                                          Honorable Andrea R. Wood

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic motion hearing held on 9/9/2025. As stated on the record, Plaintiff's emergency motion to disqualify and for substitution of judge cause [74], Plaintiff's emergency motion to set hearing and expedite rulings [78], Plaintiff's renewed motion for preliminary injunction – TRO [79], Plaintiff's emergency motion for counsel [80], Plaintiff's request for judicial notice [81], Plaintiff's motion for alternative service, and Plaintiff's motion to disqualify judge [85] are taken under advisement for written ruling. Mailed notice (lma, )

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACKIE JOHNSON SAMPLE,      )
          )
     Plaintiff,      )
          )
     v.      )      No. 25-cv-05329
          )
MADISON SAMPLE, JR., et al.,      )      Judge Andrea R. Wood
          )
     Defendants.      )
          )

## ORDER

Plaintiff's motions to disqualify and for substitution of judge for cause [74], [85], [89], [100], pursuant to 28 U.S.C. §§ 144 and 455, are denied. With those matters resolved, the Court will proceed with written rulings on the pending motions that are ripe for decision in due course. See the accompanying Statement for details.

## STATEMENT

Plaintiff Jackie Sample, proceeding *pro se*, brings this action against ten defendants: her husband, Madison Sample, Jr.; Illinois state court judges Kenton Skarin, James Orel, Neal Cerne, and Susan Alverado; the Circuit Court of the Eighteenth Judicial Circuit, DuPage County; financial institutions Old National Bank, GN Bank, and Select Portfolio Servicing Inc.; and the United States of America. (Dkt. No. 1.) Her eight-count complaint asserts claims based on alleged violations of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101 *et seq.*, violations of the Due Process and Equal Protection Clauses of the Fourteenth Amendment, the "tribal sovereignty and exhaustion doctrine," the "breach of federal trust doctrine," violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, "predatory lending practices," and a conspiracy to violate her civil rights under 42 U.S.C. § 1985(3). After this Court denied Sample's requests for a temporary restraining order and preliminary injunction in an oral ruling on August 22, 2025 (Dkt. No. 72), she filed a series of motions seeking disqualification or recusal of the undersigned judge for cause. (*See* Dkt. Nos. 74, 85, 89, 100.) This order addresses those motions.

While Sample has filed multiple motions and supporting documents, her requests for relief raise essentially the same arguments and rely on two statutory bases: 28 U.S.C. § 144 and 28 U.S.C. § 455. As set forth in her affidavits pursuant to § 144 (Dkt. Nos. 91, 92, 99), and elsewhere in her moving documents, Sample asserts that the undersigned judge has demonstrated bias and prejudice against her through various rulings and case management decisions. Among other things, she states that the undersigned judge presented and summarized her emergency issues during the August 25, 2025 hearing and did not allow her to speak, adopted the opposing party's arguments, disregarded governing legal standards, failed to act on her emergency motions, and

delayed action on her motion for alternative service (instead taking it under advisement for a written ruling), thereby allegedly shielding her ex-husband from responsibility for his actions. She further contends that the Court improperly referenced her requested disability accommodation during a hearing and disregarded "urgent, life-threatening" circumstances. Notably, there is no allegation that the undersigned judge has any personal relationship or familiarity with any of the parties in this case; indeed, she has none.

Section 144 protects parties from proceeding in a case before a judge that has a "personal bias or prejudice" against them. 28 U.S.C. § 144. A judge must recuse herself if the movant satisfies certain procedural requirements. Specifically, the statute requires the movant to file a timely and sufficient affidavit:

> The affidavit shall state the facts and the reasons for the belief that bias or prejudice exists, and shall be filed not less than ten days before the beginning of the term at which the proceeding is to be heard, or good cause shall be shown for failure to file it within such time. A party may file only one such affidavit in any case. It shall be accompanied by a certificate of counsel of record stating that it is made in good faith.

*Id.* When addressing a motion under § 144, the presiding judge is "allowed to pass only on the timeliness and sufficiency of the affidavit, accepting the factual averments as true." *United States v. Balistrieri*, 779 F.2d 1191, 1200 (7th Cir. 1985). Still, "[a] court may only credit facts that are sufficiently definite and particular to convince a reasonable person that bias exists; simple conclusions, opinions, or rumors are insufficient." *Hoffman v. Caterpillar, Inc.*, 368 F.3d 709, 718 (7th Cir. 2004) (internal quotation marks omitted). The Seventh Circuit has emphasized that the requirements of § 144 must be strictly enforced. *United States v. Barr*, 960 F.3d 906, 919 (7th Cir. 2020).

As an initial matter, although Sample has filed both an affidavit and a certificate in support of her § 144 motion, she is not represented by counsel. Federal courts have consistently held that *pro se* litigants cannot satisfy the requirements of § 144 by signing and filing a certificate of good faith on their own behalf. *See Mitchell v. United States*, 126 F.2d 550, 552 (10th Cir. 1942) (holding that the requirement for a certificate by counsel is an essential safeguard to prevent abuse of § 144); *see also Watford v. LaFond*, 725 F. App'x 412, 414 (7th Cir. 2018) (citing *Mitchell* with approval in holding that without counsel a *pro se* plaintiff could not have complied with § 144's requirement that counsel of record certify that the plaintiff's affidavit is filed in good faith); *United States v. Betts-Gaston*, 860 F.3d 525, 537 (7th Cir. 2017) (explaining the separate requirements under § 144 for an affidavit from the party and a certificate by counsel of record); *Robinson v. Gregory*, 292 F. Supp. 334, 337–38 (S.D. Ind. 1996) (holding that a party's affidavit filed without a certificate of counsel of record "fails on this threshold matter"). Since Sample is not represented by counsel of record, and therefore no such counsel has filed a certificate of good faith, her motion under § 144 is procedurally inadequate and properly denied on that basis alone.

Even if Sample had satisfied the procedural requirement of a certificate of counsel of record, the facts and reasons stated in her affidavit still would not be legally sufficient to establish bias or prejudice for purposes of § 144. A legally sufficient affidavit must allege "personal bias or prejudice stemming from an extrajudicial source and resulting in an opinion on the merits on

2

some basis other than what the judge learned from participation in the case." *Barr*, 960 F.3d at 919. None of Sample's statements in her affidavit point to bias derived from any source outside of these proceedings.

Moreover, as the Seventh Circuit has explained, "[u]nlike a motion to recuse under 28 U.S.C. § 455, which simply requires the reasonable appearance of bias, a motion to disqualify under § 144 requires a showing of *actual bias*. And only personal animus or malice on the part of the judge can establish actual bias. Moreover, judicial rulings alone will almost never constitute a valid basis for disqualification under § 144." *Hoffman*, 368 F.3d at 718 (internal citations omitted). Yet Sample's objections relate solely to judicial rulings and matters of docket management, such as the denial of her request for emergency relief and the decision to take her request for alternative service of process under advisement for a written ruling. Disagreeing with the Court's application of the law is grounds for appeal, not recusal. *Liteky v. United States*, 510 U.S. 540, 555 (1994).[1] Thus, Sample's request for recusal under § 144 is denied.

As a second ground for seeking a new judge, Sample invokes § 455, which governs judicial disqualification. Section 455(a) requires disqualification where a judge's impartiality might reasonably be questioned. This is an objective standard. The relevant inquiry is whether a well-informed, thoughtful observer—rather than a "hypersensitive or unduly suspicious person"—would perceive a significant risk that the judge will resolve the case on a basis other than the merits. *Hook v. McDade*, 89 F.3d 350, 355 (7th Cir. 1996). Section 455(b)(1) provides a similar but narrower basis for disqualification where the judge has "a personal bias or prejudice" concerning a party. *Id.*. To be disqualified under this provision, the bias must be personal, not judicial, and must stem from a source outside the proceedings. *United States v. White*, 582 F.3d 787, 807 (7th Cir. 2009). With respect to § 455 generally, judicial rulings, expressions of impatience, and even strong criticisms do not warrant recusal "unless they display a deep-seated favoritism or antagonism that would make fair judgment impossible." *Id. See also United States v. Perez*, 956 F.3d 970, 975 (7th Cir. 2020) (holding that a judge's ordinary efforts at courtroom administration or docket management are immune from claims of bias or partiality).

Sample has not identified any facts or circumstances that would lead a reasonable and well-informed observer to question the impartiality of the undersigned judge. The conduct about which Sample complains falls squarely within the realm of routine judicial functions. In denying her request for emergency injunctive relief, for example, the Court carefully reviewed all Sample's filings, considered the relevant case law, provided Sample with more than one opportunity to be heard, and, in denying her requested relief, explained why such relief would not

---

[1] The undersigned judge acknowledges that she did ask at the most recent hearing on September 9, 2025 whether counsel for other parties had anything to add regarding Sample's motions for disqualification and recusal. While it is this judge's routine practice to give all parties a chance to speak at court hearings, in this instance, the invitation was ill-advised. The Seventh Circuit has advised judges to refrain from asking for views of counsel on matters of recusal. *Barr*, 960 F.3d at 921. That said, the Seventh Circuit has also expressly held that a party's input on such motions is not grounds for finding prejudice and does not require recusal. *Id.* Moreover, any statements by Defendants' counsel at the September 9 hearing had no bearing on this ruling. Accordingly, consistent with Seventh Circuit precedent, the undersigned judge finds no resulting basis for recusal or disqualification.

be granted. At the three court hearings already held in this matter, the undersigned judge has allowed the parties to present their positions, asked questions to ensure an understanding of their arguments, made some rulings, and set appropriate schedules for others. A reasonable observer would not question the Court's impartiality in this case. As the Seventh Circuit has emphasized, "[a] trial judge has as much obligation not to recuse herself when there is no occasion for her to do so as she does to recuse when the converse prevails." *Hoffman v. Caterpillar Inc.*, 368 F.3d 709, 717 (7th Cir. 2004).

In sum, Sample has failed to show that recusal is warranted under either 28 U.S.C. § 144 or 28 U.S.C. § 455(a). Accordingly, her motions to disqualify and for substitution of judge for cause (Dkt. Nos. 74, 85, 89, 100) are denied.

Dated:  September 11, 2025

Andrea R. Wood
United States District Judge

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Jackie Sample,

Plaintiff,

v.

Madison Sample Jr., et al.,

Defendants.

FILED

SEP 10 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No. 1:25-cv-05329

# EMERGENCY MOTION TO DISQUALIFY JUDGE ANDREA R. WOOD UNDER 28 U.S.C. §§ 144 AND 455

NOW COMES Plaintiff, Jackie Sample, sui juris, and respectfully moves for disqualification of Judge Andrea R. Wood pursuant to 28 U.S.C. §§ 144 and 455. Upon the filing of a timely and sufficient affidavit, Judge Wood is required by law to "proceed no further," and the matter must be referred to the Honorable Chief Judge Virginia M. Kendall for determination and reassignment.

## Governing Law

- **28 U.S.C. § 144**: A timely and sufficient affidavit of bias or prejudice requires that the judge "shall proceed no further" and that another judge be assigned. *United States v. Balistrieri*, 779 F.2d 1191, 1204 (7th Cir. 1985).

- **28 U.S.C. § 455(a), (b)(1)**: Recusal is mandatory where impartiality might reasonably be questioned or where actual bias or prejudice exists. *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 859–60 (1988).

- **Due Process**: A fair hearing requires neutrality and the opportunity to be heard. *In re Murchison*, 349 U.S. 133, 136 (1955). Judicial hostility or substituting for a litigant constitutes bias. *Offutt v. United States*, 348 U.S. 11, 14 (1954).

- **Civil Rights / RICO**: Judicial immunity does not apply to conspiracies under color of law. *Dennis v. Sparks*, 449 U.S. 24, 28–29 (1980). Coordinated judicial misconduct may constitute racketeering activity under 18 U.S.C. §§ 1961–1964.

## Request

Because Plaintiff's affidavits are timely and legally sufficient, Judge Wood must cease all further action in this case, and the matter must be referred to Chief Judge Kendall or the Executive Committee for reassignment to preserve due process and the appearance of justice.

Respectfully submitted,

/s/ Jackie Sample

Jackie Sample, Plaintiff Sui Juris

# Exhibit 8

## Criminal Statutes Violated: Coercive Control and Denial of Rights

Email sent by Beermann LLP, which delivered the message and conspired with Dr. Madison Sample to deprive me of my legal and constitutional rights.

- **Unilateral Control of Finances:** Dr. Madison Sample unilaterally took control of all joint finances, in violation of court orders and federal and Illinois law, withholding all financial support, medical care, and insurance. This constitutes Deprivation of Rights Under Color of Law (18 U.S.C. § 242 – criminal); 42 U.S.C. § 1983 – civil) and Intimidation/Coercion (720 ILCS 5/12-6 – Illinois).

- **Attempt to Force Relocation & Unfair Settlement:** Dr. Sample, with his attorney's participation, attempted to force me to vacate my home and offered an unreasonably unfair settlement. This deprived me of access to property, financial protections, and my ability to exercise legal rights, constituting coercion and intimidation.

- **Court Inaction:** The courts' failure to intervene compounded this coercion, leaving me unable to defend my home, property, or finances.

- **Coordinated Scheme (RICO Elements):** The actions of Dr. Sample and Beermann LLP demonstrate a pattern of coordinated abuse consistent with RICO-style conduct (18 U.S.C. §§ 1961–1968), as they acted together to deprive rights, control finances, and coerce compliance.

## Applicable Law Codes (Integrated):

- **18 U.S.C. § 241 – Conspiracy Against Rights (criminal):** Coordinated effort to injure, oppress, or intimidate me in exercising my constitutional and statutory rights.

- **18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (criminal):** Willful deprivation of rights through unilateral financial control and obstruction of support.

- **42 U.S.C. § 1983 – Civil action for deprivation of rights under color of law:** Civil remedies against actors who deprive constitutional rights.

- **42 U.S.C. § 1985 – Civil conspiracy against rights:** Civil liability for conspiracies to interfere with civil rights.

- **720 ILCS 5/12-6 – Coercion/Intimidation (Illinois law):** Threatening or forcing me to act against my will regarding property, housing, or support.

- **18 U.S.C. §§ 1961–1968 – RICO (Racketeer Influenced and Corrupt Organizations Act):** Coordinated scheme by multiple actors to commit abuse, deprivation, and financial coercion.

**Summary:**
This exhibit demonstrates a clear, coordinated scheme by Dr. Madison Sample and Beermann LLP to deprive me of financial support, housing rights, and meaningful access to legal remedies. Their actions constitute criminal coercion, deprivation of rights, conspiracy, and financial abuse under federal and Illinois law.

 Gmail

Jack Johnson <jackehousinganddevelopment@gmail.com>

## RE: IRMO: Sample & Sample 2023DN129 - FOR SETTLEMENT PURPOSES ONLY [IWOV-IMAN_ACTIVE.FID344736]

Kathryn Hornburger Mickelson <KHMickelson@beermannlaw.com>
To: Jack Johnson <jackehousinganddevelopment@gmail.com>, "Matthew D. Elster" <MDElster@beermannlaw.com>, "John A. Conniff" <jconniff@jacfamilylaw.com>, "Isa A. Virelia" <lavirella@beermannlaw.com>

Fri, Sep 29, 2023 at 12:31 PM

Dear Ms. Sample,

In response to your inquiries, I have been authorized to send the attached proposed Order for your review and consideration, for settlement purposes only. While we believe you should have more than sufficient funds to support yourself after unilaterally withdrawing approximately $81,000 from Madison's business account, in an effort to meet your needs, Madison is willing to begin payments of temporary support to you, as reflected in the attached Order. Please review the terms and advise us whether you will agree to the Order's entry. Please note the additional obligations asked of you, including the furnishing of an accounting of the funds withdrawn, the vacating of the Burr Ridge home within 14 days, and the cooperation with the sales process. Madison will only agree to the payment of support provided the other terms are adhered to. Upon the Order's execution and entry, we can then move on to the settlement of the case as a whole.

As noted above, the proposed Order and its term's are for settlement purposes only. Neither the draft nor the contents shall be shared with the Court absent my client's express consent.

We look forward to hearing from you.

Kaly

Kathryn H. Mickelson | Partner

*Fellow - American Academy of Matrimonial Lawyers*
*Illinois Chapter*

161 N Clark St., Suite 3000 | Chicago, IL 60601

Tel: 312.621.9700 | Fax: 312.621.0909

2275 Half Day Rd., Suite 350 | Bannockburn, IL 60015
Tel: 847.681.9900 | Fax: 847.681.0909





IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

IN RE THE MARRIAGE OF:
MADISON SAMPLE, JR.,

          Petitioner,

      and

JACKIE SAMPLE,

          Respondent,

)
)
)
)
)
)
)
)
)
)
)
)

Case No: 2023 DN 129

## AGREED ORDER SUBMITTED VIA ELECTRONIC MEANS

THIS MATTER coming before the Court by agreement of the parties, with Petitioner, MADISON SAMPLE, JR., ("Madison"), represented by the Law Offices of John A. Conniff and Heermann LLP, and Respondent, JACKIE SAMPLE ("Jackie"), appearing *pro se*; the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Within 14 days of entry of this Order, Jackie shall vacate the parties' marital residence located at 9476 Falling Water Dr. East, Burr Ridge, Illinois 60527 ("marital residence") and Madison shall have exclusive possession thereof. Upon her vacating of the marital residence, Jackie shall surrender all keys and garage door openers to Madison. Madison shall be solely responsible for all expenses associated with the marital residence, including but not limited to monthly mortgage payments, real estate taxes, HOA dues, utilities, etc., without contribution by Jackie.

2. Madison shall be granted sole authority to engage a broker to list the marital residence for sale and shall be authorized on behalf of both parties to execute any required documentation to relative to the listing and sales process, including the acceptance of any bonafide offer to purchase. Neither party shall intentionally or unintentionally interfere with the sales process. The issue of the allocation of the proceeds of sale is hereby reserved.

3. Within seven days of entry of this Order, Jackie shall provide a full accounting of those funds withdrawn from the now-closed Bank of America account, totaling approximately $81,000.00.

4. Commencing on the first of October, Madison shall pay the sum of $4,413.00 per month to Jackie as and for temporary support. Any maintenance payments paid by Madison to Jackie shall be considered a corresponding credit to the total duration of maintenance, if so ordered, pursuant to 750 ILCS 5/504(b-1)(1.5).

5. Each party is enjoined and restrained from contacting the other party's friends, family members, business colleagues, vendors, clients. Further, each party is enjoined and restrained from making or defamatory or disparaging comments about the other party to or in the presence of third parties in verbally or in writing.

_____        _____
MADISON SAMPLE, JR, Petitioner        JACKIE SAMPLE Respondent

                                      ENTERED:


                                      _____
                                      JUDGE


Kathryn H. Mickelson
BEERMANN LLP
Attorneys for Petitioner
161 North Clark Street, Suite 3000
Chicago, Illinois 60601
Tel: (312) 621-9700
Fax: (312) 621-0909
Firm No. 4620
kmickelson@beermannlaw.com

FOR SETTLEMENT PURPOSES ONLY

tck Johnson <jackshousinganddevelopment@gmail.com>
y: "Matthew D. Elster" <MDElster@beermannlaw.com>
2: Kathryn Homburger Mickelson <KHMickelson@beermannlaw.com>, "John A. Conniff" <jconniff@jacfamilylaw.com>, "Isa A. Virella" <iavirella@beermannlaw.com>, Madison Sample <msamplejr@gmail.com>

## 16th Request

Hello Mathew, Kathryn, John, and Madison,

I am writing to you once again to express that Madison has taken unilateral control over all marital funds, leaving me in a financially precarious situation. I urgently request access to our marital funds t

My medical condition requires me to drive multiple times a week for treatment, but I don't have money for gas. This is hindering my access to essential medical care. I also need access to our Amazon particularly turmeric and vitamins that help manage my chronic pain.

In addition, my health issues are worsening. I can't replace furnace filters and perform routine home maintenance as I once did. Breathing with dirty furnace filters has resulted in me having asthma at breathing treatments which can be avoided are potentially worsening my tachycardia.

My cell phone services have been interrupted due to non-payment today. I keep receiving notices about multiple delinquent accounts and collections, including T-Mobile, property insurance, City of C This is significantly affecting my credit score, and is causing me unnecessary emotional duress. I need to pay these bills as I once did to prevent further damage and waste

I'm basically confined to my home due to the lack of funds to pay for gas, food, personal care items, hygiene products, basic necessities, and even entertainment.

The actions of financially strangling me and treating me inhuman are cruel. I do not believe I have done anything to deserve what's happening. However, I believe this is being done intentionally to cau to live.

I am asking once again, can we please address this matter without resorting to coercion and intimidation?

Jackie



$198.36

**Balance from previous bill** See details

**Plans** $124.00

**Usage charges** $6.00

**Services** $36.00

**One-time charges** $7.62

**Taxes & fees** $1.41

**TOTAL DUE** $363.39

On Fri, Oct 13, 2023 at 3:16 PM Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:

# Exhibit 8

**Criminal Statutes Violated: Coercive Control and Denial of Rights**

Email sent by Beermann LLP, which delivered the message and conspired with Dr. Madison Sample to deprive me of my legal and constitutional rights.

- **Unilateral Control of Finances:** Dr. Madison Sample unilaterally took control of all joint finances, in violation of court orders and federal and Illinois law, withholding all financial support, medical care, and insurance. This constitutes **Deprivation of Rights Under Color of Law (18 U.S.C. § 242 – criminal; 42 U.S.C. § 1983 – civil) and Intimidation/Coercion (720 ILCS 5/12-6 – Illinois).**

- **Attempt to Force Relocation & Unfair Settlement:** Dr. Sample, with his attorney's participation, attempted to force me to vacate my home and offered an unreasonably unfair settlement. This deprived me of access to property, financial protections, and my ability to exercise legal rights, constituting coercion and intimidation.

- **Court Inaction:** The courts' failure to intervene compounded this coercion, leaving me unable to defend my home, property, or finances.

- **Coordinated Scheme (RICO Elements):** The actions of Dr. Sample and Beermann LLP demonstrate a pattern of coordinated abuse consistent with RICO-style conduct (18 U.S.C. §§ 1961–1968), as they acted together to deprive rights, control finances, and coerce compliance.

**Applicable Law Codes (Integrated):**

- **18 U.S.C. § 241 – Conspiracy Against Rights (criminal):** Coordinated effort to injure, oppress, or intimidate me in exercising my constitutional and statutory rights.

- **18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (criminal):** Willful deprivation of rights through unilateral financial control and obstruction of support.

- **42 U.S.C. § 1983 – Civil action for deprivation of rights under color of law:** Civil remedies against actors who deprive constitutional rights.

- **42 U.S.C. § 1985 – Civil conspiracy against rights:** Civil liability for conspiracies to interfere with civil rights.

- **720 ILCS 5/12-6 – Coercion/Intimidation (Illinois law):** Threatening or forcing me to act against my will regarding property, housing, or support.

- **18 U.S.C. §§ 1961–1968 – RICO (Racketeer Influenced and Corrupt Organizations Act):** Coordinated scheme by multiple actors to commit abuse, deprivation, and financial coercion.

**Summary:**

This exhibit demonstrates a clear, coordinated scheme by Dr. Madison Sample and Beermann LLP to deprive me of financial support, housing rights, and meaningful access to legal remedies. Their actions constitute criminal coercion, deprivation of rights, conspiracy, and financial abuse under federal and Illinois law.

 Gmail

Jack Johnson <jackehousinganddevelopment@gmail.com>

## RE: IRMO: Sample & Sample 2023DN129 - FOR SETTLEMENT PURPOSES ONLY [IWOV-IMAN_ACTIVE.FID344738]

Kathryn Hamburger Mickelson <KHMickelson@beermannlaw.com>
To: Jack Johnson <jackehousinganddevelopment@gmail.com>, "Matthew D. Elster" <MDElster@beermannlaw.com>, "John A. Conniff" <jconniff@jacfamilylaw.com>, "Isa A. Virella"
<iavirella@beermannlaw.com>

Fri, Sep 29, 2023 at 12:31 PM

Dear Ms. Sample,

In response to your inquiries, I have been authorized to send the attached proposed Order for your review and consideration, for settlement purposes only. While we believe you should have more than sufficient funds to support yourself after unilaterally withdrawing approximately $61,000 from Madison's business account, in an effort to meet your needs, Madison is willing to begin payments of temporary support to you, as reflected in the attached Order. Please review the terms and advise us whether you will agree to the Order's entry. Please note the additional obligations asked of you, including the furnishing of an accounting of the funds withdrawn, the vacating of the Burr Ridge home within 14 days, and the cooperation with the sales process. Madison will only agree to the payment of support provided the other terms are adhered to. Upon the Order's execution and entry, we can then move on to the settlement of the case as a whole.

As noted above, the proposed Order and its terms are for settlement purposes only. Neither the draft nor the contents shall be shared with the Court absent my client's express consent.

We look forward to hearing from you.

Katy

Kathryn H. Mickelson | Partner

Fellow - American Academy of Matrimonial Lawyers

Illinois Chapter

161 N Clark St., Suite 3000 | Chicago, IL 60601

Tel: 312.621.9700 | Fax 312.621.0909

2275 Half Day Rd., Suite 350 | Bannockburn, IL 60015

Tel: 847.681.9800 | Fax: 847.681.0909





IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

IN RE THE MARRIAGE OF:
MADISON SAMPLE, JR.,

        Petitioner,

  and

JACKIE SAMPLE,

        Respondent,

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 2023 DN 129

## AGREED ORDER SUBMITTED VIA ELECTRONIC MEANS

THIS MATTER coming before the Court by agreement of the parties, with Petitioner, MADISON SAMPLE, JR., ("Madison"), represented by the Law Offices of John A. Conniff and Beermann LLP, and Respondent, JACKIE SAMPLE ("Jackie"), appearing *pro se*; the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT;

1. Within 14 days of entry of this Order, Jackie shall vacate the parties' marital residence located at 9475 Falling Water Dr. East, Burr Ridge, Illinois 60527 ("marital residence") and Madison shall have exclusive possession thereof. Upon her vacating of the marital residence, Jackie shall surrender all keys and garage door openers to Madison. Madison shall be solely responsible for all expenses associated with the marital residence, including but not limited to monthly mortgage payments, real estate taxes, HOA dues, utilities, etc., without contribution by Jackie.

2. Madison shall be granted sole authority to engage a broker to list the marital residence for sale and shall be authorized on behalf of both parties to execute any required documentation in relative to the listing and sales process, including the acceptance of any bonafide offer to purchase. Neither party shall intentionally or unintentionally interfere with the sales process. The issue of the allocation of the proceeds of sale is hereby reserved.

3. Within seven days of entry of this Order, Jackie shall provide a full accounting of those funds withdrawn from the now-closed Bank of America account, totaling approximately $81,000.00.

4. Commencing on the first of October, Madison shall pay the sum of $4,413.00 per month to Jackie as and for temporary support. Any maintenance payments paid by Madison to Jackie shall be considered a corresponding credit to the total duration of maintenance, if so ordered, pursuant to 750 ILCS 5/504(b-1)(1.5).

5. Each party is enjoined and restrained from contacting the other party's friends, family members, business colleagues, vendors, clients. Further, each party is enjoined and restrained from making or defamatory or disparaging comments about the other party to or in the presence of third parties in verbally or in writing.

_____          _____
MADISON SAMPLE, JR, Petitioner          JACKIE SAMPLE Respondent


                                        ENTERED:



                                        _____
                                        JUDGE


Kathryn H. Mickelson
BEERMANN LLP
Attorneys for Petitioner
161 North Clark Street, Suite 3000
Chicago, Illinois 60601
Tel: (312) 621-9700
Fax: (312) 621-0909
Firm No. 4620
khmickelson@beermannlaw.com

FOR SETTLEMENT PURPOSES ONLY

ick Johnson <jackshousinganddevelopment@gmail.com>
x: "Matthew D. Elster" <MDElster@beermannlaw.com>
c: Kathryn Homburger Mickelson <KHMickelson@beermannlaw.com>, "John A. Conniff" <jconniff@jacfamilylaw.com>, "Isa A. Virella" <iavirella@beermannlaw.com>, Madison Sample <msamplejr@gmail.com>

# 16th Request

Hello Mathew, Kathryn, John, and Madison,

I am writing to you once again to express that Madison has taken unilateral control over all marital funds, leaving me in a financially precarious situation. I urgently request access to our marital funds

My medical condition requires me to drive multiple times a week for treatment, but I don't have money for gas. This is hindering my access to essential medical care. I also need access to our Amazon particularly turmeric and vitamins that help manage my chronic pain.

In addition, my health issues are worsening. I can't replace furnace filters and perform routine home maintenance as I once did. Breathing with dirty furnace filters has resulted in me having asthma at breathing treatments which can be avoided are potentially worsening my tachycardia.

My cell phone services have been interrupted due to non-payment today. I keep receiving notices about multiple delinquent accounts and collections, including T-Mobile, property insurance, City of I This is significantly affecting my credit score, and is causing me unnecessary emotional duress. I need to pay these bills as I once did to prevent further damage and waste

I'm basically confined to my home due to the lack of funds to pay for gas, food, personal care items, hygiene products, basic necessities, and even entertainment.

The actions of financially strangling me and treating me inhuman are cruel. I do not believe I have done anything to deserve what's happening. However, I believe this is being done intentionally to ca to live.

I am asking once again, can we please address this matter without resorting to coercion and intimidation?

Jackie



$188.36

**Balance from previous bill**  See details

**Plans** $124.00

**Usage charges** $6.00

**Services** $36.00

**One-time charges** $7.62

**Taxes & fees** $1.41

**TOTAL DUE** $363.39

On Fri, Oct 13, 2023 at 3:16 PM Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:

# EXHIBIT 9

**Coercive Communications, Domestic Violence, and Financial Abuse**

This exhibit contains text messages and emails from Dr. Madison Sample, Jr., in which he makes threats, coercive statements, and uses manipulation designed to control my decisions, intimidate me regarding legal proceedings, and pressure me into accepting unreasonable financial or property arrangements.

Examples include references to judges' decisions, suggesting that his interpretation of their involvement would determine my fate; statements implying I should comply with his demands to avoid loss; and comments designed to instill fear regarding my personal and business property, including the potential loss of my business.

These communications explicitly reference judicial involvement to create fear and suggest that failure to comply would result in personal or financial harm. The messages constitute domestic violence, financial abuse, and coercive control.

**Criminal Statues Violated**

**1. Coercion, Intimidation, and Interference with Rights**
Dr. Sample's messages implied judicial influence over my life, creating fear and pressuring me to comply with his demands. This conduct constitutes criminal and civil violations of rights:

- **18 U.S.C. § 241 – Conspiracy Against Rights (criminal):** Coordinated threats and coercion to deprive an individual of rights.

- **18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (criminal):** Interference with legal or property rights through coercion or intimidation.

- **42 U.S.C. § 1983 – Civil action for deprivation of rights under color of law:** Civil remedy for interference with constitutional or statutory rights.

- **42 U.S.C. § 1985 – Civil conspiracy against rights:** Civil liability for conspiracies to interfere with civil rights.

- **720 ILCS 5/12-6 – Coercion/Intimidation (Illinois):** Threatening or forcing someone to act against their will regarding property or legal matters.

**2. Domestic Violence and Financial Abuse**
The communications reflect ongoing emotional, psychological, and financial abuse, including threats, manipulation, and coercion regarding personal and business assets:

- **750 ILCS 60/103(14.5) – Illinois Domestic Violence Act:** Financial abuse, intimidation, or coercive control between spouses or household members.

- **Violence Against Women Act (VAWA) – 18 U.S.C. §§ 2261–2262:** Domestic violence, coercion, and financial abuse across state lines.

**3. Use of Communication and Legal Processes to Further Coercion**
Dr. Sample leveraged electronic communications and references to court proceedings to intimidate and control me:

- **18 U.S.C. § 1343 – Wire Fraud (criminal):** Using electronic communications to execute schemes that deprive rights or property.

- **18 U.S.C. § 1512 – Witness Tampering / Intimidation (criminal):** Attempting to influence or intimidate someone involved in legal proceedings.

Jack Johnson <jackshousinganddevelopment@gmail.com>

## Re: Settlement Outline.

Madison Sample Jr <msamplejr@gmail.com>
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

Mon, Aug 7, 2023 at 4:50 PM

You still underestimate me. I know who you are and what you have. And it has a name.

The Judges impassioned speech I thought would not rest in your soul.

Several things I know about you:
1. Your Number one game is control. You take glee in trying to control and manipulate me. Even when it is not in your best interest.
2. I have become a cash cow only. I spent a big savings account to zero and even money I didn't have.
I can never give you enough! There is often a Violent reaction when I tell you NO. Your will is the only thing that is important in your dominion.
3. You want to break me. It is more important that you tarnish my reputation with my family and job, Even if that hurts you. The Judge could not have been more clear. The path you have chosen leads to death. You don't care.
4. You do not even have the ability to say you are sorry. You cannot apologize.
5. Your master plan is to delay this home sale until it doesn't sale. I cannot pay house not anymore. And we lose Big money to the non black man Bank. Of course, it will be my fault for your delay. Again.

Those attributes have a name. Your chosen path will lead to destruction and once achieved you will blame me for your decision. Again, that has a diagnosis.

A. I was Very important for your parents when medical problems arose. I am Not sure your mother would be alive without me.
B. I took good care of you. You experienced things you never would have otherwise!
C. Many times I took care of you when sick including asthma. It didn't matter what time of day or my work schedule the next day.

It is CLEAR, that it is More important that I lose everything including my reputation; than you being in the best position to succeed post divorce. You say you are different than most women. That is not true. This is all emotion and no logic. Just like what most men in the West experience. Same path. Different woman.

You want to burn the house down. I see really clearly. I don't even believe you have any intellectual control over your actions. It is all reflex actions. That's saying something.

Sent from my iPod

Madison Sample Jr MD

> On Aug 6, 2023, at 8:31 AM, Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:
>
> Thanks Madison Understood.
>
> I need access to our credit card. You have seen how badly I need new-underwear for over 6 months.
> I've been wearing underwear which is fit for the trash since January, and it's embarrassing.
>
> Also, my daughter, Tayler need me. May I use our card to go and check on my daughter?
> Hopefully you agree that checking on Tayler's well being shouldn't be based on you punishing me or negotiating your leverage.
>
> You have taken at least 5 getaways and haven't you seen your family and kids recently?
> I hope so. Withholding financial means is cruel especially when blocking my access results in me being unable to check on my daughter, Tayler.
>
> Not only does Tayler need me. I need her too. Will you please not stand in the way of this?
>
> If you don't undo this and make this trip possible for me to check on Tayler and for me to be able to meet basic needs, there will never be a reason that you should refer to me as Jackie dear.

Pinger

**Madison Sample**

Sat, Feb 16 at 4:44 PM

I won't talk with you on the phone. Will try once to talk like adults when and IF I see you again.
The Judge will determine everything else.

Text Message
Sat, Feb 18 at 6:25 PM

I won't talk with you on the phone. Will try once to talk like adults when and IF I see you again.
The Judge will determine everything else.

iMessage
Sun, Feb 19 at 1:00 PM



# Summary
message

Madison Sample Jr <msamplejr@gmail.com>                                    Tue, Jul 25, 2023 at 10:46 AM
x: Jack Sample <jackshousinganddevelopment@gmail.com>
c: "Madison (share) Sample, Jr" <msamplejr@gmail.com>

Jackie

I prefer talking to you but I am sure that will not go well.

I am sure you heard the Judge. He made it clear that this should be easier without kids. This should be like contract negotiations. Divorce is always hard. It is hard on me like it is on you. But do we really want to make a hard situation worse! We are at a critical point. Either we
1. Work together and mediate to an agreement or
2. We will continue to litigate, spend money we don't have or we should split and come out the other end far worse.
Do you really want to spend proceeds from the 7439 Prairie sale to hurt me, or is it better to have that money for yourself?

I have instructed John to make you a good offer that you and your attorney can review. We need to remove emotions out of it because emotions can lead to both of us being a lot poorer!

I know you are angry with me. But I beg you to look at this moment critically. I remember when you used to brag "I am not like most women. I think like a man". You (not me) said this to disparage women. I am not saying all men think logically. What I am saying is that our current situation demands that we think logical.

I have not been able to talk with you in many months! I pray we can talk about this tonight.

The Judge could not of been more clear! Is it more important to hurt me or you having a piece of a bigger money pie to live more important. It's up to you. I have been consistent from the beginning. It's more important to sale the house, divide assets and liabilities and move on.

Madison

Sent from my iPod

Madison Sample Jr MD



Jack Johnson <jackshousinganddevelopment@gmail.com>

Re:

**Madison Sample Jr** <msamplejr@gmail.com>
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

Wed, Apr 12, 2023 at 12:08 PM

Hello Jackie

I talk to everyone much less that I was before. My fuse is too short.
I was looking at rents in Bolingbrook. Could find something $1500 or less.
You should consider taking my offer sooner than later. I also believe you should
Not lose the Salon.

It is ashamed it has come to this. I pleaded for years for a change. Now we have this change instead. I view this less of a spiritual issue and more of a battle between us. As I said when we were dating, I never wanted a battle with a wife.

Sent from my iPad

Madison Sample Jr MD

> On Apr 12, 2023, at 5:18 AM, Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:
>
> Good morning Madison
> Is there someone in your ear speaking or advising you about what's happening with us? Be cautious of them. They want to see you self destruct. May God protect you and shield you from anyone that want to see you fell. Amen!
>

## ast Offer

message

adison Sample Jr <msamplejr@gmail.com>

Jack Sample <jackshousinganddevelopment@gmail.com>

"Madison (share) Sample, Jr" <msamplejr@gmail.com>

Fri, Jun 2, 2023 at 1:07 PM

Jackie. You find yourself in a precarious situation. This is what I am willing to do. I am NOT willing to just give you money.

1. Our attorneys ratify the below agreement.
2. AFTER that is done, then monies can be dispersed
3. Save the $12-15,000 for mediation.
4. All proceeds for 7439 sale go to you. Well over $140K.
5. $10K from me to you so you can close.
6. You move out within 30 days of your closing at 7439.
7. $40K to you within 30 days after you move out.
8. Another $50K 12 month after you move out.
9. $3,000 per month to you, starting 60 days after you move out for 36 months. Then spousal support ends.
10. You sign over any and all rights to me to house at 9476 Falling water drive east Burr Ridge IL.
11. You remove your name from all my BofA accounts including #1808 and business accounts.
12. You remove your name from my Chase account.
13. I remove my name from your BofA accounts.
14. You return all items you stole from me within 24 hours.
15. I will pay for Jeep auto repair coming up soon.
16. You accompany me to transfer Jeep into your name.
17. Your movers be careful upon moving your items out

Simple. Straight forward. Clean. This gives you the money to close and more. Gives me the peace to move on.

If you refuse. Good luck to you. Your attorney is not going to force me to do anything. I already changed beneficiary for my life insurance if anything were to happen to me.
You have forgotten how much I have done for you. Money does not appear like magic. I studied long and hard and dedicated myself to a profession.
You will have your wish to make your own decisions.
Don't come to me asking for ANYTHING and yet trying to treat me like a child! Taking my car. Taking my watch. Trying to take my dignity. You already withdrew your respect long ago. I have to be careful not to get a spanking. I already get lots of words of Affirmation that I am evil. I will be done with this soon.
This is my best offer.

Madison

Sent from my iPod

Madison Sample Jr MD

‹ Inbox ⌄

Found in Gmail Inbox 🗀

 **Madison Sample**      6/10/23
To: jackshousinganddevelop... ›

## Re:

Jack

It is simple. You talk to my lawyer for a SIGNED mediation agreement. Then you will have the money you need. Using excess testosterone in taking my car, not consulting me etc.., will not work. Mediation as I suggested December 2022 would have been much better for both of us. This is just giving money to lawyers and wasting money.
The ball is still in your court; not mine. It is not only about what you get. That is a one sided contract. You don't understand that.

Please forward me countertop contact

      

   

**Photo** ⌄  Done

Madison Sample

Florin is supposed to come soon.

Sat, Mar 25 at 11:50 AM

You will look back on this time and wonder why you made the decisions you have.
You will wish you just took the deal I offered. Now we will go down a path of contention and going nearly broke. Then you will continue to blame me— this time will be why I won't invest money to finish LeKula. That will be simple. Because I don't have any. Connect the dots!



# EXHIBIT 10

Some Dissipation of Marital Assets by Dr. Madison Sample and Coordinated Obstruction From April 15, 2023, through March 28, 2024, Dr.

**Criminal Statutes Violated:**

From April 15, 2023, through March 28, 2024, Dr. Madison Sample unlawfully took sole control of our assets and unilaterally dissipated over $709,448.30 in marital assets, in violation of 18 U.S.C. § 241 (conspiracy against rights – criminal), 18 U.S.C. § 242 (deprivation of rights under color of law – criminal), 42 U.S.C. § 1983 (civil action for deprivation of rights under color of law), 42 U.S.C. § 1985 (civil conspiracy against rights), and 18 U.S.C. §§ 1961–1968 (Racketeer Influenced and Corrupt Organizations Act – RICO). These expenditures included personal travel (18 U.S.C. § 1343 – wire fraud), dating-related expenses (18 U.S.C. § 1343 – wire fraud), international transfers (18 U.S.C. § 1343 – wire fraud), and possible sex trafficking (18 U.S.C. § 1591 – sex trafficking of persons). All of these actions were facilitated by the court in direct violation of the April 11, 2023, court order limiting expenditures to $400 and deliberately deprived me of access to marital property and essential financial resources.

Dr. Sample's dissipation of marital assets, aided by opposing counsel Beermann LLP, John Conniff, and several attorneys I personally retained, and facilitated by the DuPage County judiciary's failure to enforce orders, constitutes a coordinated effort to obstruct my constitutional rights. Judges failed to enforce financial directives, allowing unlawful dissipation (18 U.S.C. § 242 – deprivation of rights under color of law). Attorneys and judicial actors advised or facilitated transfers in direct violation of court orders (42 U.S.C. § 1983 – deprivation of rights under color of law), obstructed access to legal remedies (42 U.S.C. § 1985 – conspiracy to interfere with civil rights), and conspired to deprive me of protections tied to my home and property (18 U.S.C. § 241 – conspiracy against rights).

Taken together, these actions form a pattern of racketeering (18 U.S.C. §§ 1961–1968 – RICO), with the "enterprise" comprising Dr. Sample, his attorneys, certain retained attorneys, and the DuPage judiciary. Each participant contributed to unlawful transfers (18 U.S.C. § 1343 – wire fraud), obstruction of statutory rights (42 U.S.C. § 1983), and willful non-enforcement of lawful orders (18 U.S.C. § 242), resulting in deprivation of financial resources, property protections, and meaningful access to court proceedings, causing irreparable harm and exigent circumstances.



Some Dissipation of Marital Assets by Dr. Madison Sample and facilitated by the judiciary

4.15.23 Crypto Currency Transfer $50,000

4.16.23 Crypto Currency Transfer $10,000

- 4.17.23 Commonwealth Bank of Australia Wire Transfer $60,000.
- 4.18.23 Crypto Currency Transfer $59,980
- 4.19.23 Payment for Credit Card#6212 $750
- 5.1.23 Bank of America check#1429 $12,000
- 5.4.23 Payment for Credit Card#4696 $590
- 5.5.23- Bank of America withdrawal $1,000
- 5.12.23- Bank of America check#1401 $2,442
- 5.23.23- Bank of America transfer $1585.36
- 5.24.23 United Pkgs Vacation $984.42
- 5.24.23 Courtyard Steele $724.92
- 5.25.23 Country Inn & Suites $411.30
- 5.30.23 Payment for Credit Card#4696 $2,200
- 5.30.23 Payment for Credit Card#4696 $458
- 5.30.23- Bank of America check#1433 $2,000
- 5.30.23- Bank of America check#1432 $10,000
- 6.2.2023 Coin Cado Transfer of $244,209.99
- 6.2.23- Bank of America Cash Withdrawal $1,500
- 6.5.23- SQ Paul Gil Credit Card#6212 $1350
- 6.7.23- Bank of America transfer ck $10,000
- 6.7.23- Payment to Credit Card#6212 $1,600
- 6.7.23- Bank of America transfer to ck#1808 $1,134.38
- 6.7.23- Bank of America transfer to ck#4144 $1,134.38
- 6.12.23- Bank of America withdrawal $2,050
- 6.15.23- SQ Paul Gil Credit Card#6212 $3,101.36
- 6.25.23 Hilton Garden Inn $595.98
- 6.27.23- Bank of America Transfer to Ck account#2803 $1,000
- 7.1.23 Payment to credit card#4696 $1,000
- 7.2.23 Christian Filipina (dating service) card#4696 $597.00
- 7.7.23 AIRBNB $372.36
- 7.12.23- payment to Credit Card#4696 $1,000
- 7.14.23 Comstock Inn $429.84
- 7.17.23- payment to Credit Card#4696 $3,400
- 7.17.23- Bank of America transaction $7,914.97
- 7.17.23- Bank of America transfer to checking# 4144 $12,000
- 7.17.23- Bank of America cash withdrawal from ck#4144 $3220.09
- 7.23.23 Courtyard Steele Squandering for dating $31,05
- 7.23.23 Budget Rental Car squandering for dating $265.85
- 7.24.23- payment to Credit Card#4696 $810
- 7.25.23- Bank of America withdrawal $1,000
- 7.27.23- payment to Credit Card#4696 $4,400
- 7.29.23- Comstock Inn squandering for dating $102.60
- 7.30.23 Comstock Inn squandering for dating $102.60
- 8.1.23- Bank of America withdrawal $800
- 8.1.23- Bank of America bank transfer to ck#4144 $12,000
- 8.2.23- AIRBNB squandering for dating $206.60
- 8.3.23 AIRBNB $1,121.90
- 8.4.23 Christian Filipina (dating service) $229.95
- 8.5.23 AIRBNB $850.43

- 8.7.23- payment to Credit Card#4696 $6,400
- 8.8.23- Bank of America withdrawal $800
- 8.9.23 Japan Air Lines, trip to Philippines for dating $2,120
- 8.9.23- payment to Credit Card#4696 $1,418.69
- 8.18.23- payment to Credit Card#4696 $2,300
- 8.20.23- Hotels.com squandering for dating $192.10
- 8.21.23- Bank of America customer withdrawal $15,000
- 8.21.23- Bank of America cash withdrawal $800
- 8.21.23- Bank of America Zelle payment to Landlord $100
- 8.21.23- Bank of America Zelle payment to Landlord $2,400
- 8.21.23- Bank of America Zelle payment to Landlord $2,500
- 8.22.23- AIRBNB $786.77
- 8.22.23- Bank of America Zelle payment to Landlord $2,500
- 8.23.23- payment to Credit Card#4696 $875.76
- 8.24.23- Bank of America Zelle payment to Landlord $2,000
- 8.25.23- Expedia $907.92
- 8.28.23- Bank of America Zelle payment to Landlord $1,000
- 8.29.23- Expedia squandering for dating $44.38
- 8.31.23- payment to Credit Card#4696 $4,000
- 9.1.23- Expedia squandering for dating $129.90
- 9.1.23 AIRBNB $1,121.90
- 9.1.23- CEBU Air, Philippines dating $120.10
- 9.5.23- Bank of America withdrawal $800
- 9.8.23 AIRBNB $1,121.90
- 9.11.23- payment to Credit Card#4696 $1,749.29
- 9.12.24- Bank of America withdrawal by Madison $12,000
- 9.12.23- Comstock Inn $945.00
- 9.19.23- payment to Credit Card#4696 $18,100.00
- 9.28.23- payment to Credit Card#4696 $540.00
- 10.02.23- Bank of America Customer Withdrawal $15,000
- 10.19.23- Bank of America Customer withdrawal for $28,251.00
- 10.19.23- payment to Credit Card#4696 $3,118.07
- 10.30.23- Bank of America Ck#1401 $15,000 written to Madison
- 10.31.23- payment to Credit Card#4696 $ 1,655
- 11.3.23- payment to Credit Card#4696 $1,250
- 11.8.23- payment to Credit Card#4696 $1,018.15
- 11.9.23- Payment to credit card#4696 $4,800
- 11.14.23- payment to Credit Card#4696 $725.04
- 11.14.23- Payment to Berstien and Reikes $5,000
- 11.22.23- payment to Credit Card#4696 $1,200
- 11.30.23- Bank of America $15,000 check written to Madison
- 03.28.24-Transfer Charles Schwab account ending#532, amount unknown
- Around 3.28.24 Transfer ITrust IRA account ending in#989, amount unknown
- Around 3.28.24 Transfer ITrust IRA account ending in#842, amount unknown

TOTAL $709,448.30

 **BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Business Advantage**

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SAMPLE ANESTHESIA LIMITED
9476 FALLING WATERS DR E
BURR RIDGE, IL 60527

# Your Business Advantage Relationship Banking

for March 31, 2023 to March 31, 2023

Account number: 

**SAMPLE ANESTHESIA LIMITED**

## Account summary

| | | |
|---|---|---|
| Beginning balance on March 31, 2023 | $0.00 | # of deposits/credits: 1 |
| Deposits and other credits | 75,000.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 1 |
| Service fees | -0.00 | Average ledger balance: $75,000.00 |
| **Ending balance on March 31, 2023** | **$75,000.00** | [1]Includes checks paid, deposited items and other debits |

SMALL BUSINESS RESOURCES

# Get valuable information on a wide range of business topics

Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.

 Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QR feature certain information is collected from your mobile device for business purposes.

SSM-09-22-0050B_PUD151

PULL: E   CYCLE: 54   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: II.

Page 1 of 4



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SAMPLE ANESTHESIA LIMITED
9476 FALLING WATERS DR E
BURR RIDGE, IL 60527

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for April 1, 2023 to April 30, 2023

SAMPLE ANESTHESIA LIMITED

Account number: 

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on April 1, 2023 | $75,000.00 | # of deposits/credits: 0 | |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 3 | |
| Withdrawals and other debits | -60,170.00 | # of items-previous cycle¹: 0 | |
| Checks | -0.00 | # of days in cycle: 30 | |
| Service fees | -45.00 | Average ledger balance: $46,911.00 | |
| Ending balance on April 30, 2023 | $14,785.00 | ¹Includes checks paid, deposited items and other debits | |

REMEMBER

# You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

Contact me today.

Lauren Orseno
708.928.8742
lauren.orseno@bofa.com

## Your checking account

**BANK OF AMERICA**

SAMPLE ANESTHESIA LIMITED | Account # ~~XXXXXXXXX~~ | April 1, 2023 to April 30, 2023

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/17/23 | WIRE TYPE:INTL OUT DATE:230417 TIME:0409 ET TRN:2023041700080325 SERVICE REF:716076 BNF:C AND B CORP PTY LTD ID:063000014168255 BNF BK COMMONWEALTH BANK OF AU ID:CTBAAU2S PMT DET:GL5WMR DR5 POP CUSTOMER ID NO. CU035248 | -60,000.00 |
| 04/19/23 | Online Banking payment to CRD 4696 Confirmation# 1391525913 | -170.00 |
| **Total withdrawals and other debits** | | **-$60,170.00** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 03/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

◯ Became a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/17/23 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 75,000.00 | 04/17 | 14,955.00 | 04/19 | 14,785.00 |



## Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.
- **We will never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

**BANK OF AMERICA** 

P.O. Box 15284
Wilmington, DE 19850

SAMPLE ANESTHESIA LIMITED
9476 FALLING WATERS DR E
BURR RIDGE, IL  60527-0723

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for July 1, 2023 to July 31, 2023

Account number: ███████████

SAMPLE ANESTHESIA LIMITED

### Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2023 | $10,437.00 | # of deposits/credits: 2 |
| Deposits and other credits | 42,321.91 | # of withdrawals/debits: 7 |
| Withdrawals and other debits | -25,499.00 | # of items-previous cycle¹: 0 |
| Checks | -5,000.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $13,707.97 |
| **Ending balance on July 31, 2023** | **$22,259.91** | ¹Includes checks paid, deposited items and other debits |

REMEMBER

# You've got a banking partner ready to help.

As your dedicated Small Business Banker,
I'm here to help with all of your business's
financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Lauren Orseno
708.928.8742
lauren.orseno@bofa.com

**BANK OF AMERICA** 

**Your checking account**

SAMPLE ANESTHESIA LIMITED  |  Account #⬛⬛⬛⬛⬛⬛⬛⬛  July 1, 2023 to July 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 07/14/23 | AHCSTAFFING     DES:CONS PAY  ID: INDN:SAMPLE ANESTHESIA LIMI  CO ID:9810803001 PPD | 22,153.14 |
| 07/26/23 | AHCSTAFFING     DES:CONS PAY  ID: INDN:SAMPLE ANESTHESIA LIMI  CO ID:9810803001 PPD | 20,168.77 |
| **Total deposits and other credits** | | **$42,321.91** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 07/12/23 | Online Banking payment to CRD 4696 Confirmation# 1715750516 | −1,000.00 |
| 07/17/23 | Online Banking payment to CRD 4696 Confirmation# 0545909596 | −3,400.00 |
| 07/17/23 | IL TLR transfer to CHK 4144 Banking Ctr WILLOWBROOK          #8890134 IL Confirmation# 0562892855 | −12,000.00 |
| 07/24/23 | Online Banking payment to CRD 4696 Confirmation# 3003731148 | −810.00 |
| 07/27/23 | Online Banking payment to CRD 4696 Confirmation# 0348339723 | −4,400.00 |
| 07/31/23 | IRS          DES:USATAXPYMT ID:220361214580429  INDN:BERNSTEIN AND REIKES C  CO ID:3387702000 CCD | −3,889.00 |
| **Total withdrawals and other debits** | | **−$25,499.00** |

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 07/05/23 | 1026 | −5,000.00 |
| **Total checks** | | **−$5,000.00** |
| **Total # of checks** | | **1** |

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or scan this code

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply




# BANK OF AMERICA

SAMPLE ANESTHESIA LIMITED | Account # ▓▓▓▓▓▓▓▓ | July 1, 2023 to July 31, 2023

## Check images

Account number: ▓▓▓▓▓▓▓▓▓▓▓▓
Check number: 1026 | Amount: $5,000.00



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SAMPLE ANESTHESIA LIMITED
12638 S TALBOT CIR
PLAINFIELD, IL 60585-9619

---

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

---

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for August 1, 2023 to August 31, 2023                     Account number:
**SAMPLE ANESTHESIA LIMITED**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on August 1, 2023 | $22,259.91 | # of deposits/credits: 7 |
| Deposits and other credits | 76,674.21 | # of withdrawals/debits: 13 |
| Withdrawals and other debits | -52,091.22 | # of items-previous cycle[1]: 1 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $34,320.81 |
| **Ending balance on August 31, 2023** | **$46,842.90** | [1]Includes checks paid, deposited items and other debits |

---

Mobile and Online Banking — convenient, secure, simple



Help reduce check fraud by writing fewer checks and switching to digital payments. Scammers are targeting the mail to steal checks and other information.

To learn more, scan the code or go to **bofa.com/BillPay**.

[1] Mobile Banking requires that you download the Mobile Banking app, and is only available for select mobile devices. Message and data rates may apply. When you use the QR Creature, certain information is collected from your mobile device for business purposes.



SSM-02-23-0339-C | 8421946



# BANK OF AMERICA

## Your checking account

SAMPLE ANESTHESIA LIMITED | Account # ▓▓▓▓▓▓ | August 1, 2023 to August 31, 2023

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 08/01/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 4,849.78 |
| 08/02/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 8,010.37 |
| 08/08/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 16,145.73 |
| 08/15/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 17,342.63 |
| 08/22/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 14,518.20 |
| 08/29/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 15,020.73 |
| 08/29/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 786.77 |

**Total deposits and other credits**  $76,674.21

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/23 | MI TLR transfer to CHK 4144 Banking Ctr MERIDIAN　　　#0000308 MI Confirmation# 0390976257 | -12,000.00 |
| 08/02/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001434044880 INDN:BERNSTEIN REIKES CORP  CO ID:5555566257 CCD  PMT INFO:TXP*47338840301*20099*20230630*T*60588\ | -605.88 |
| 08/03/23 | IL DEPT EMPL SEC DES:UNEMPL TAX ID:XXXXXXXXX INDN:BERNSTEIN & REIKES COR  CO ID:1363042127 CCD  PMT INFO:TXP*4767737**230630*0000000000**0000052 489**XXXXXXXXX\ | -524.89 |
| 08/07/23 | Online Banking payment to CRD 4696 Confirmation# 1344418647 | -6,400.00 |
| 08/09/23 | Online Banking payment to CRD 4696 Confirmation# 2662999583 | -1,418.69 |
| 08/14/23 | IRS　　　　DES:USATAXPYMT ID:220362611288429 INDN:BERNSTEIN AND REIKES C  CO ID:3387702000 CCD | -3,889.00 |
| 08/15/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001527917008 INDN:BERNSTEIN REIKES CORP  CO ID:5555566257 CCD  PMT INFO:TXP*473388403000*0112*20230930*T*59400\ | -594.00 |
| 08/18/23 | Online Banking payment to CRD 4696 Confirmation# 0436340740 | -2,300.00 |
| 08/21/23 | Customer Withdrawal Image | -15,000.00 |
| 08/23/23 | Online Banking payment to CRD 4696 Confirmation# 2683105633 | -875.76 |

continued on the next page

BUSINESS ADVANTAGE

## Go paperless. Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SAMPLE ANESTHESIA LIMITED
12638 S TALBOT CIR
PLAINFIELD, IL 60585-9619

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for September 1, 2023 to September 30, 2023

Account number: 

SAMPLE ANESTHESIA LIMITED

### Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2023 | $46,842.90 | # of deposits/credits: 4 |
| Deposits and other credits | 66,347.15 | # of withdrawals/debits: 8 |
| Withdrawals and other debits | −45,149.83 | # of items–previous cycle[1]: 0 |
| Checks | −0.00 | # of days in cycle: 30 |
| Service fees | −0.00 | Average ledger balance: $64,009.91 |
| Ending balance on September 30, 2023 | $68,040.22 | [1]includes checks paid, deposited items and other debits |

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or scan this code.



When you use the QRE feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



FULL E CYCLE 94 SPEC: E DELIVERY: E TYPE:  IMAGE:1 BC: IL

**BANK OF AMERICA** 

**Your checking account**

SAMPLE ANESTHESIA LIMITED | Account #████████ | September 1, 2023 to September 30, 2023

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 09/06/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 17,521.16 |
| 09/12/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 17,267.63 |
| 09/19/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 17,240.73 |
| 09/26/23 | Accountable Heal DES:PAYROLL | ID:412846 INDN:Madison Sample Jr. | CO ID:1452469689 PPD | 14,317.63 |

**Total deposits and other credits**     **$66,347.15**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/11/23 | Online Banking payment to CRD 4696 Confirmation# 3730869352 | -1,749.29 |
| 09/12/23 | BKOFAMERICA BC 09/12 #000003291 WITHDRWL | -12,000.00 |
| 09/18/23 | PLANET FIT DES:CLUB FEES ID:2325803972869 INDN:Madison Sample CO ID:1710602737 PPD PMT INFO:815-600-9018 | -25.04 |
| 09/19/23 | Online Banking payment to CRD 4696 Confirmation# 0414180448 | -18,100.00 |
| 09/20/23 | ISMIE MUTUAL INS DES:PAYMENT ID:29440762 INDN:MADISON SAMPLE JR CO ID:1362883612 WEB PMT INFO:002*64031*2442.00*MADISON SAMPLE JR*2309 20 | -2,442.00 |
| 09/28/23 | Online Banking payment to CRD 4696 Confirmation# 2992059264 | -540.00 |
| 09/29/23 | IRS DES:USATAXPYMT ID:220367293679027 INDN:BERNSTEIN AND REIKES C CO ID:3387702000 CCD | -8,957.00 |
| 09/29/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001039991760 INDN:BERNSTEIN REIKES CORP CO ID:5555566257 CCD PMT INFO:TXP*473388403000*0112*20230930*T*133650\ | -1,336.50 |

**Total withdrawals and other debits**     **-$45,149.83**

BANK OF AMERICA BUSINESS ADVANTAGE

## Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

SAMPLE ANESTHESIA LIMITED
12638 S TALBOT CIR
PLAINFIELD, IL 60585-9619

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for October 1, 2023 to October 31, 2023          Account number: ~~[redacted]~~

**SAMPLE ANESTHESIA LIMITED**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2023 | $68,040.22 | # of deposits/credits: 2 |
| Deposits and other credits | 26,695.56 | # of withdrawals/debits: 12 |
| Withdrawals and other debits | -63,981.61 | # of items-previous cycle[1]: 0 |
| Checks | -15,000.00 | # of days in cycle: 31 |
| Service fees | -30.00 | Average ledger balance: $37,970.73 |
| Ending balance on October 31, 2023 | $15,724.17 | [1]includes checks paid, deposited items and other debits |

---

BUSINESS ADVANTAGE

# View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0083 | 3379286

# Your checking account


**BANK OF AMERICA**

SAMPLE ANESTHESIA LIMITED  |  Account #[redacted]  |  October 1, 2023 to October 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 10/24/23 | Accountable Heal DES:PAYROLL  ID:412846  INDN:Madison Sample Jr.  CO ID:1452469689 PPD | 8,655.78 |
| 10/31/23 | Accountable Heal DES:PAYROLL  ID:412846  INDN:Madison Sample Jr.  CO ID:1452469689 PPD | 18,039.78 |

**Total deposits and other credits**     **$26,695.56**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 10/02/23 | Customer Withdrawal Image | -15,000.00 |
| 10/02/23 | PLANET FIT      DES:CLUB FEES  ID:2327200980961  INDN:Madison Sample      CO ID:1710602737 PPD  PMT INFO:815-600-9018 | -49.00 |
| 10/05/23 | T-MOBILE       DES:PCS SVC   ID:9605240  INDN:MADISON SAMPLE       CO ID:0000450304 WEB | -73.00 |
| 10/17/23 | PLANET FIT      DES:CLUB FEES  ID:2328902929011  INDN:Madison Sample      CO ID:1710602737 PPD  PMT INFO:815-600-9018 | -25.04 |
| 10/19/23 | Online Banking payment to CRD 4696 Confirmation# 4073190016 | -3,118.07 |
| 10/19/23 | Customer Withdrawal Image | -28,251.00 |
| 10/20/23 | WIRE TYPE:WIRE OUT DATE:231020 TIME:1420 ET TRN:2023102000407320 SERVICE REF:483543 BNF:BEERMANN LLP ID:004155548 BNF BK:JPMORGAN CHAS E BANK, N. ID:0002 PMT DET:TVWEEG5YA POP Services | -10,000.00 |
| 10/31/23 | IRS          DES:USATAXPYMT  ID:220370424219430  INDN:BERNSTEIN AND REIKES C  CO ID:3387702000 CCD | -5,068.00 |
| 10/31/23 | Online scheduled payment to CRD 4696 Confirmation# 2275021842 | -1,655.00 |
| 10/31/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001962474448  INDN:BERNSTEIN REIKES CORP  CO ID:5555566257 CCD  PMT INFO:TXP*473388403000*0112*20231231*T*74250\ | -742.50 |

**Total withdrawals and other debits**     **-$63,981.61**

# Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-05-23-0809_1_9895/22

# BANK OF AMERICA

SAMPLE ANESTHESIA LIMITED | Account # ▓▓▓▓▓ | October 1, 2023 to October 31, 2023

## Check Images
**Account number:** ▓▓▓▓▓▓
**Check number:** 1401 | **Amount:** $15,000.00



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

SAMPLE ANESTHESIA LIMITED
12638 S TALBOT CIR
PLAINFIELD, IL 60585-9619

# Your Business Advantage Relationship Banking Preferred Rewards for Bus Platinum

for November 1, 2023 to November 30, 2023          Account number:

SAMPLE ANESTHESIA LIMITED

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2023 | $15,724.17 | # of deposits/credits: 4 |
| Deposits and other credits | 44,235.14 | # of withdrawals/debits: 15 |
| Withdrawals and other debits | -19,510.12 | # of items-previous cycle¹: 1 |
| Checks | -20,000.00 | # of days in cycle: 30 |
| Service fees | -41.04 | Average ledger balance: $30,318.63 |
| Ending balance on November 30, 2023 | $20,408.15 | ¹Includes checks paid, deposited items and other debits |

Can you spot a scam?

 Contacted unexpectedly and asked for sensitive information

 Pressured to act immediately

 Asked to provide codes or click links to verify information

 Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-03-23-0079-B | 5449175

# BANK OF AMERICA

## Your checking account

SAMPLE ANESTHESIA LIMITED | Account # ~~XXXXXXXX~~ | November 1, 2023 to November 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 11/03/23 | Bank of America DES:CASHREWARD ID:ANESTHESIA LTD INDN:000000000747031500000 CO ID:2002290310 PPD | 929.81 |
| 11/07/23 | Accountable Heal DES:PAYROLL ID:412846 INDN:Madison Sample Jr. CO ID:1452469689 PPD | 17,565.36 |
| 11/14/23 | Accountable Heal DES:PAYROLL ID:412846 INDN:Madison Sample Jr. CO ID:1452469689 PPD | 17,985.43 |
| 11/28/23 | Accountable Heal DES:PAYROLL ID:412846 INDN:Madison Sample Jr. CO ID:1452469689 PPD | 7,754.54 |
| **Total deposits and other credits** | | **$44,235.14** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 11/03/23 | Online Banking payment to CRD 4696 Confirmation# 4201577263 | -1,250.00 |
| 11/06/23 | T-MOBILE DES:PCS SVC ID:8573720 INDN:MADISON SAMPLE CO ID:0000450304 WEB | -164.88 |
| 11/08/23 | Online Banking payment to CRD 4696 Confirmation# 1544113835 | -1,018.15 |
| 11/09/23 | Online Banking payment to CRD 4696 Confirmation# 1555813935 | -4,800.00 |
| 11/09/23 | IL DEPT OF REVEN DES:EDI PYMNTS ID:00001328519120 INDN:BERNSTEIN REIKES CORP CO ID:5555566257 CCD PMT INFO:TXP*47338840301*20099*20221231*T*8753\ | -87.53 |
| 11/14/23 | Online Banking payment to CRD 4696 Confirmation# 1501335599 | -725.04 |
| 11/17/23 | PLANET FIT DES:CLUB FEES ID:2332002836782 INDN:Madison Sample CO ID:1710602737 PPD PMT INFO:815-600-9018 | -25.04 |
| 11/21/23 | ISMIE MUTUAL INS DES:PAYMENT ID:30261467 INDN:MADISON SAMPLE JR CO ID:1362883612 WEB PMT INFO:002*64031*3421.25*MADISON SAMPLE JR*2311 21 | -3,421.25 |
| 11/22/23 | Online Banking payment to CRD 4696 Confirmation# 2667370460 | -1,200.00 |
| 11/27/23 | BCBS HEALTH DES:BILL PAY ID:19317601381 INDN:MADISON SAMPLE JR CO ID:7529139811 CCD | -1,007.73 |

*continued on the next page*

---

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.



When you use the QRC feature, certain information is collected from your mobile device for business purposes. You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

# BANK OF AMERICA

SAMPLE ANESTHESIA LIMITED | Account ▉▉▉▉▉▉ | November 1, 2023 to November 30, 2023

## Check Images

Account number: ▉▉▉▉▉▉▉▉

Check number: 1402 | Amount: $5,000.00

Check number: 1403 | Amount: $15,000.00

# EXHIBIT 11

Criminal Statutes Violated: Retaliation, Intimidation and Witness Tampering/Intimidation) Over $37.86 Water Bill

**To the Appropriate Federal Agency or Officer Responsible for Investigating Criminal and Civil Rights Violations:**

I received multiple coordinated threats of legal action over a $37.86 water bill. These came from:

- The DuPage County State's Attorney's Office (on Robert Berlin's letterhead, signed by Assistant State's Attorney Trevor M.J. Prindle) – threatening prosecution for nonpayment, which constitutes intimidation and retaliation for protected activity (18 U.S.C. § 241 – Conspiracy Against Rights; 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law; 42 U.S.C. § 1983 – civil rights deprivation and Witness Tampering/Intimidation)

- The Burr Ridge Mayor Gary Grasso's Office – issuing warnings over the same $37.86 bill, which represents harassment and retaliation tied to my lawsuit against four DuPage County judges (First Amendment retaliation; 18 U.S.C. § 241and Witness Tampering/Intimidation)).

- The DuPage County Water Department – sending a final notice threatening disconnection for the same minimal bill, an act of intimidation disproportionate to the alleged debt (Fair Debt Collection principles; 42 U.S.C. § 1983 and Witness Tampering/ Intimidation)).

- The Village of Burr Ridge – alleging unusual water usage, further compounding the intimidation and harassment (18 U.S.C. § 241; 18 U.S.C. § 1512 – Witness Tampering/ Intimidation).

These retaliatory actions, taken together, show a coordinated effort by government entities to harass, intimidate, and retaliate against me for pursuing civil rights litigation against four DuPage County judges.



**ROBERT B. BERLIN**
**STATE'S ATTORNEY**
DU PAGE COUNTY, ILLINOIS

September 15, 2025

Madison and Jackie Sample
9476 Fallingwater Drive, East
Burr Ridge, IL 60527

> **Past Due Water/Sewer Account #176638-30506429**
> **Past Due Amount: $37.86**
> **Service Address: 9476 Fallingwater Drive, E, Burr Ridge, IL 60527**

Dear Madison and Jackie Sample:

Please be advised that the undersigned represents the DuPage County Public Works Department. It appears that the above delinquent amount is still due and owing.

Please remit payment in full to the **DuPage County Public Works Department**, 7900 S. Route 53, Woodridge, Illinois 60517 by **October 6, 2025.** If this amount is not paid by **October 6, 2025**, this office shall take whatever legal action necessary to collect the balance. For your convenience, payments in person will be accepted at the above location in cash, however change cannot be returned; therefore, if paying in person by cash, the exact amount due must be tendered.

If you have any questions regarding the past due amount, the manner or location for making payment, please contact the DuPage County Public Works Department, Billing Division at (630) 985-2905.

Sincerely,

TREVOR M.J. PRINDLE
Assistant State's Attorney

TMJP:kjw
cc: Public Works, Billing Division (Diane)



# Village of Burr Ridge

## Mayor Gary Grasso

**Dear Burr Ridge Resident,**         *9476 Falling Water E*

<u>This notice is being provided as a courtesy to help you avoid any disruption to your water service.</u>

Your water service account with the Village of Burr Ridge **currently shows a past due balance.** This may be the result of a missed payment or an issue with automatic payments not processing as expected.

To review past invoices, or make a payment, please **utilize our online payment portal** using the information below. It's a quick and convenient way to manage your account.

See the reverse side of this notice for account information. If you have any questions or believe this notice may have been sent in error, our Utility Billing Department is here to help.

We appreciate your prompt attention to this matter and thank you for being a valued member of our community.

Sincerely,
**Village of Burr Ridge – Utility Billing Department**
📞 Phone: (630) 654-8181 ext. 4030
📧 Email: UtilityBilling@burr-ridge.gov

- *For a faster response, please send an email.*

🖥 **Online Portal:**
To view invoices, make a payment, or set up AutoPay, visit:
👉 **www.burr-ridge.gov/invoicecloud**

**Steps:**

1. Click **PAY NOW**
2. Enter your **12-digit Account #**, *(found on the reverse side of this notice)*
3. View invoices & make payments

📞 **Pay by Phone:**
Call **(877) 314-2481**
*Note: 12-digit account # is required*

7660 County Line Road
Burr Ridge, IL 60527

(630) 654-8181 
www.burr-ridge.gov



DUPAGE COUNTY PUBLIC WORKS
PO BOX 4751
CAROL STREAM, IL 60197-4751

**Disconnect Notice**
CUSTOMER COPY

Please keep this portion for your records

| CUSTOMER NAME | CUSTOMER NUMBER | PARCEL ID | SERVICE ADDRESS |
|---|---|---|---|
| SAMPLE & JACKIE JOHNSON-SAMPLE, MADISON | 176638 | 10-02-409-031 | 9476 FALLINGWATER DR E |

| DUE DATE | DISCONNECT DATE | ACCOUNT NUMBER | ACCOUNT TYPE | NOTICE DATE | PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 09/04/2025 | 09/05/2025 | 30506429 | RESIDENTIAL | 08/26/2025 | $37.86 | $37.86 |

**FINAL NOTICE**

Pursuant to DuPage County code, your water service will be discontinued on or after the due date shown above due to nonpayment of your water and/or sanitary sewer bill.

To avoid discontinuation of service, FULL PAYMENT MUST BE RECEIVED PRIOR TO THE ABOVE DUE DATE. THERE IS AN ADDITIONAL $100.00 FEE TO HAVE SERVICE RESTORED AFTER TERMINATION.

For your convenience you can pay online at https://ipn.paymentus.com/cp/dpco, or by calling (855) 748-8523. Additionally, there is a payment drop box located at 7900 S Route 53, Woodridge, Illinois. This notice must be included with your payment when using the drop box.

If you have any questions, please contact our Billing Department at (630) 985-2905.

Please include your Customer # and Account # in the memo field of your check, when using your bank's online bill pay, for one-time payments, or enrollment in the customer portal.

- - - - - - - - - - - - - - - - - - - - ✂ DETACH AND RETURN THE PORTION BELOW WITH YOUR PAYMENT ✂ - - - - - - - - - - - - - - - - - - - - -

DUPAGE COUNTY PUBLIC WORKS
PO BOX 4751
CAROL STREAM, IL 60197-4751

**Disconnect Notice**
REMIT PORTION

| SERVICE ADDRESS | CUSTOMER NUMBER | ACCOUNT NUMBER | DUE DATE | AMOUNT DUE |
|---|---|---|---|---|
| 476 FALLINGWATER DR E | 176638 | 30506429 | 09/04/2025 | $37.86 |

☐ Check here for change of billing address only and note changes below.

SAMPLE & JACKIE JOHNSON-SAMPLE, MADISON
9476 FALLINGWATER DR E
BURR RIDGE, IL 60527

Promptly Send To:
DUPAGE COUNTY PUBLIC WORKS
PO BOX 4751
CAROL STREAM, IL 60197-4751

00006042025500827864300000000



Jack Johnson <jackshousinganddevelopment@gmail.com>



## : Excessive Water usage report - 9476 Fallingwater Dr. East

k Johnson <jackshousinganddevelopment@gmail.com>                                Tue, Sep 30, 2025 at 10:55 AM
Utility Billing <UtilityBilling@burr-ridge.gov>

ello,

rank you for your email. The only correspondence I have received by mail is a disconnection notice from Mayor Grasso's office
garding termination of my services for a balance of $38.00.

n Tue, Sep 30, 2025 at 10:46AM Utility Billing <UtilityBilling@burr-ridge.gov> wrote:

Please see the attached letter that was mailed to your home. It is important that we hear from someone regarding the
water usage.

You are using allot more water than usual and we have been trying to contact you.

Thank you,
Village of Burr Ridge -- Utility Billing Department
📞 Phone: (630) 654-8181 ext. 4030
✉ Email: UtilityBilling@burr-ridge.gov

🖥 Online Portal:
To view past invoices, make a payment, set up AutoPay, or create an account, visit:
www.burr-ridge.gov/invoicecloud

📞 Pay by Phone:
Call (877) 314-2481
Note: A 12-digit account # is required.



# DUPAGE COUNTY IL

## -$52.35

## Transaction Details

| | |
|---|---|
| Type | Card |
| Transaction date | Sep 12, 2025 |
| Posted date | Sep 15, 2025 |

IL 60199

📞 (630) 985-2905

| | |
|---|---|
| Description | DUPAGE COUNTY, IL 630-985-2905 IL 09/13 |
| Also known as | DUPAGE COUNTY IL |
| Merchant type | Utilities: electric, gas, water and sanitation |
| Method | Online, mail or phone |
| Category | Bills & utilities |

7:11

## Transaction Details

## Transaction Details

| | |
|---|---|
| Type | Card |
| Transaction date | Sep 12, 2025 |
| Posted date | Sep 15, 2025 |

IL 60139

(630) 985-2905

| | |
|---|---|
| Description | DUPAGE COUNTY, IL<br>630-985-2905 IL       09/13 |
| Also known as | DUPAGE COUNTY IL |
| Merchant type | Utilities: electric, gas, water and sanitation |
| Method | Online, mail or phone |
| Category | Bills & utilities |

## Having a problem with this transaction?

Let's look into it.

Report a problem

## Recent charges

| | |
|---|---|
| DUPAGE COUNTY, IL<br>Sep 16, 2025 | −$40.21 |
| DUPAGE COUNTY, IL<br>Jul 25, 2025 | −$202.35 |

**Transaction Details**



## DUPAGE COUNTY IL

# −$40.21

## Transaction Details

| | |
|---|---|
| Type | Card |
| Transaction date | Sep 15, 2025 |
| Posted date | Sep 16, 2025 |

IL-60139

☎ (630) 985-2905

| | |
|---|---|
| Description | DUPAGE COUNTY, IL  630-985-2905 IL  09/15 |
| Also known as | DUPAGE COUNTY IL |
| Merchant type | Utilities: electric, gas, water and sanitation |
| Method | Online, mail or phone |
| Category | Bills & utilities |

## Having a problem with this transaction?

Let's look into it.

Report a problem



M Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

---

**(no subject)**

Jack Johnson <jackshousinganddevelopment@gmail.com>
To: Hibbler Desk <hibbler@uplcchicago.org>
Bcc: Almer Nwannewuihe <almerjean63@gmail.com>

Fri, Sep 12, 2025 at 10:43 AM

**Dear Hibbler Program Coordinator,**

I am writing to respectfully bring to your attention serious concerns regarding the attorney I met with during today's volunteer legal session.

The session began calmly for the first few minutes, but the attorney quickly turned aggressive and repeatedly attempted to talk me out of pursuing my federal lawsuit. Instead of offering assistance, he openly disagreed with my right to exercise my constitutional rights and seek redress in federal court. He further advised that my matter should return to state court to address my divorce, insisting that no federal court deals with divorce issues.

When I made it clear that I intended to continue with my federal case against my husband, Dr. Madison Sample Jr., and the four state judges, the attorney became more aggressive and condescending. He directly insulted me, stating that I "had issues," which was wholly inappropriate and unprofessional.

This was not a matter of interpretation, the attorney in fact made this statement. His inability to separate personal opinions from professional responsibilities resulted in no meaningful legal assistance being provided and left me with emotional trauma from the experience.

I am documenting this experience because I value the integrity of this program and believe participants must be treated with respect and impartiality. No litigant should be discouraged from exercising their constitutional rights or subjected to personal insults while seeking legal guidance.

Thank you for your attention to this matter.

Respectfully,

**Jackie Sample**

**(773)719-0337**

# EXHIBIT 12

**Attorney Misconduct, Conspiracy, and Deprivation of Rights**
**This exhibit documents the coordinated misconduct and deprivation of**
**rights by multiple attorneys representing me, including their actions of**
**conspiracy against rights in violation of federal and Illinois law.**

**Criminal Statutes Violated:**

**1. Former Counsel – Schiller DuCanto & Fleck (Judge Kenton Skarin)**

- Refused to file:

    - Motion to maintain the financial status quo (750 ILCS 5/501)

    - Rule to Show Cause for my spouse's violations of prior support orders (750 ILCS 5/511)

    - Temporary Restraining Order to protect marital assets (735 ILCS 5/11-101)

- Allowed dissipation of assets (750 ILCS 5/503(d)(2)), then withdrew after accepting a $7,500 retainer and petitioned the court for an additional $12,000 although willfully underrepresented me by not filing any motions on my behalf.

- Violations: Conspiracy against rights, Breach of fiduciary duty, malpractice, deprivation of due process rights (U.S. Const. Amend. XIV).

    - Racketeering activity under RICO (18 U.S.C. §§ 1961–1968)

**2. Fedor Kozlov & Firm**

- Engaged in:

    - Deprivation of Rights (18 U.S.C. § 242)

    - Conspiracy Against Rights (18 U.S.C. § 241)

    - Racketeering activity under RICO (18 U.S.C. §§ 1961–1968)

- Conduct: Refused to submit truthful financial documentation, pressured me violently to accept an unfair settlement, conspired with spouse to leave me financially destitute, failed to file agreed-upon motions, and sought dismissal plus additional fees.

- Civil liability: Civil conspiracy and misconduct (42 U.S.C. § 1983).

### 3. Attorney Rice

- Conspired with Judge James Orel to pursue an unlawful guardianship petition over me (755 ILCS 5/11a-3) to seize my $2.8 million home.

- Violations: Constitutional rights to property and liberty (U.S. Const. Amend. V & XIV); attempted exploitation and abuse (720 ILCS 5/16-1.3).

### 4. Attorney Fitze

- Collected over $7,000 in retainer fees, attempted fiduciary duty (Illinois Rules of Professional Conduct, Rules 1.1 & 1.3).

- Representation obstructed by Judge Orel, Beermann LLP, and John Conniff.

- Admitted that she could confirm misconduct if called to testify; noted a repeated pattern of prior attorneys failing to file standard motions.

- Violations: Professional misconduct and deprivation of due process (42 U.S.C. § 1983).

### 5. Attorney Samforay

- Misrepresented intent to retrieve funds, demanded personal retainer, minimized urgent needs, advised me to work at Target, refused to challenge fraudulent affidavits (720 ILCS 5/32-2), ignored court order violations (750 ILCS 5/511), and disregarded threats of jail and worsening health.

- Violations: Racketeering activity under RICO (18 U.S.C. §§ 1961–1968) Malpractice, willful neglect, deliberate indifference to constitutional rights (U.S. Const. Amend. XIV; 42 U.S.C. § 1983).

### Summary of Legal Violations

All attorneys above engaged in coordinated misconduct, conspiracy against rights, deprivation of rights, and obstruction of legal protections, in violation of:

- **Federal Criminal Law**: 18 U.S.C. §§ 241, 242; 18 U.S.C. §§ 1961–1968 (RICO)

- **Federal Civil Law**: 42 U.S.C. §§ 1983, 1985

- **Illinois State Law:** 750 ILCS 5/501, 5/503(d)(2), 5/511; 735 ILCS 5/11-101; 720 ILCS 5/16-1.3; 720 ILCS 5/32-2

- **Professional Standards:** Illinois Rules of Professional Conduct, Rules 1.1 & 1.3

**Effect:** Their actions deprived me of my marital assets, financial support, obstructed legal remedies, and prevented meaningful participation in legal proceedings.



**BANK OF AMERICA**
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850-5047

Important information

Date
September 12, 2025
Case name
JACKIE SAMPLE 2023DN129
Case number
2023DN129
Reference number
D091125000623

LO 0915    792 168    30592 #801 AB 0.641
JACKIE L JOHNSON-SAMPLE
9476 FALLING WATERS DR E
BURR RIDGE IL 60527-0723

*[Handwritten:]* Restricted by Fedor Kozlov Law Firm, Who aided my Spouse in financial fraud, and stealing my share of Marital assets. 18 U.S.C 1962(C) & 18 U.S.C (d)

We received a(n) IL Illinois Citation for $5,345.95 on September 11, 2025, so unfortunately we've debited and/or restricted access to your account(s)

Due to the legal order, we're required to debit your account and hold your funds and/or restrict access to your safe deposit box(es). The creditor has claimed your assets to satisfy all or part of a debt, so we're legally required to hold your funds until they are sent to SELWYN SKEVIN or until we receive instructions from the court.

If you have questions or need to dispute this legal order, please call SELWYN SKEVIN at 847.241.1299. Keep in mind, we can't return the funds to you unless we receive a release or court order.

## Here are the details

| Safe Box number and/or Account number ending in: | State account located: | Amount attached: | Protected Amount: |
|---|---|---|---|
| 6948 | IL | $0.00 | $0.00 |

## What you need to know

- The issuing state of this legal order is Illinois. The legal order may identify exemptions under the law of the state in which the order was issued.
- Our records show that you and all debtors named in the legal order have the following resident state(s): Illinois. You may be eligible for certain exemptions based on your state of residence.
- Depending on the laws in your state, we may have to hold future deposits if the amount we've already held isn't enough to satisfy the legal order.
- Please notify any joint account holders, if applicable.
- You may wish to speak with your attorney about your options and obligations with this order.
- If one of the accounts is a CD or IRA, you may be charged early withdrawal penalties.
- You may still be charged maintenance fees on your accounts.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

# SCHILLER DuCANTO & FLECK

321 N. Clark Street, Suite 1200
Chicago, IL 60654

(312)641-5560
PRIVILEGED AND CONFIDENTIAL

Jackie Sample
jackshousinganddevelopment@gmail.com

| | |
|---|---|
| Invoice No. | 225407 |
| Invoice Date: | September 17, 2025 |
| Client ID: | 20497 |
| Matter ID: | 001 |
| Billing Attorney: | Meighan Harmon |

| | |
|---|---|
| Previous Balance Due: | 12,951.94 |
| Current Charges: | 0.00 |
| Total Amount Due: | 12,951.94 |
| Amount Remitted: | $ _____ |

### We Appreciate Your Prompt Payment - Invoices Due Upon Receipt

As a convenience to our clients, we offer the option of using a credit card to pay outstanding invoices. However, a 2.5% convenience fee will be included in such cases to cover the costs associated with processing such payments.

# EXHIBIT 13

**Subject: Financial Losses and Damages resulting from Dr. Sample's Ongoing Financial Fraud Against Me, Exigent Circumstances Ignored by the Court, Judicial Conspiracy against Rights, and Deprivation of Rights**

**Criminal Statutes Violated**

Both state judges and now the federal judge assigned to my case have failed to take reasonable action despite my documented exigent circumstances. Their inaction has allowed or caused my property taxes to be sold for nonpayment, multiple properties to enter foreclosure, loss of business, loss of health insurance, loss of utilities, and deprivation of my right to live free from domestic violence—placing my home and assets at immediate risk.

This conduct constitutes a deprivation of rights under color of law (42 U.S.C. § 1983; 18 U.S.C. § 242), a criminal conspiracy against rights (18 U.S.C. § 241), and a civil conspiracy to interfere with rights (42 U.S.C. § 1985). By failing to act, these judges directly interfered with my constitutional property rights and denied me due process under the Fifth and Fourteenth Amendments.

Furthermore, their refusal to provide reasonable accommodations or appointed counsel has violated the Americans with Disabilities Act, Title II (42 U.S.C. § 12132), as I am unable to meaningfully participate in legal proceedings or protect my property without such access.

## Documented Losses and Retaliation

- **Bank of America account frozen by Fedor Kozlov Law Firm.**

- **Multiple properties in foreclosure:**

  - 9476 Falling Water Dr. E, Burr Ridge, IL 60527 – loss of homeowner's insurance

  - 7439 S. Prairie, Chicago, IL 60619

  - 641 W. 119th Street, Chicago, IL 60628

- **Multiple properties with property taxes sold and/or at risk of sale:**

  - 645 W. 119th Street, Chicago, IL 60628

  - 653 W. 119th Street, Chicago, IL 60628

  - 651 W. 119th Street, Chicago, IL 60628

- 647 W. 119th Street, Chicago, IL 60628

- **Retaliation letter from DuPage County State's Attorney Robert Berlin (signed by Assistant State's Attorney) threatening legal action for an unpaid water bill of $37.86.**

- **Retaliation letter from Mayor of Burr Ridge, IL, Gary Grasso, warning of utility water disconnection for the same unpaid water bill of $37.86.**

- **Loss of salon business** – basement currently flooded, water up to the ceiling, with no access to marital assets to repair damages.

- **Loss of good credit score.**

- **Loss of ability to secure business or personal loans.**

- **Loss of General Contractor's License** – unable to renew license, incorporate businesses, or maintain business insurance.

- **Loss of business income.**

- **Loss of health insurance and inability to meet medical needs** – health worsening, suffering chronic pain and other issues; unable to afford supplements not covered by public aid insurance.

- **Loss of life insurance and inability to obtain reasonable rates.**

- **Constant loss of utilities.**

- **Inconsistent food supply.**

- **Confinement to home due to systemic conspiracy against rights and deprivation of rights, ensuring I remain broke and isolated, unable to maintain relationships with others.**

- **Loss of ability to fully practice my religion.**

- **Loss of ability to live free from domestic violence.**



September 8, 2025

Sign up for paperless delivery
at www.spsservicing.com

Paperless



JACKIE L JOHNSON-SMITH
9476 FALLING WATERS DR E
BURR RIDGE, IL 60527-0723

**Account Number:** 0022722847
**Property Address:** 7439 S PRAIRIE AVE
CHICAGO, IL 60619

Dear Customer(s):

SPS is notifying you that the previously scheduled foreclosure sale of the above noted property has been postponed and re-scheduled to occur on 10/29/2025. Please contact us immediately if you have any questions.

If you have any questions, your assigned Relationship Manager, Nadia, can be reached toll free at (888) 818-6032 x 53438 or by email at Relationship.Manager@spservicing.com.

At SPS, any of our Customer Care Experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is 888-818-6032 and representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time. You may also visit our website anytime at www.spsservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llámenos al número 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**



AG001 1055                    00311865000085010100                    0022722847

Law Offices of
# JACOBS & PINTA

Tina M. Jacobs, Esq.
tjacobs@jacobsandpinta.com

Joy Pinta, Esq.
jpinta@jacobsandpinta.com

77 West Washington St.
Suite 1005
Chicago, Illinois 60602

Phone (312) 263-1005
Fax     (312) 263-1055

September 4, 2025

*VIA FEDERAL EXPRESS*
The Honorable Judge Robert G. Gibson
CIRCUIT COURT OF DUPAGE COUNTY, ILLINOIS
505 N. County Farm Road
Wheaton, Illinois 60187

> **Re:** *Old National Bank v. Madison Sample Jr., et al.*
> *Case No. 2025FC000199*
> *Property Address: 9476 Falling Waters Drive E, Burr Ridge, Illinois 60527*

Your Honor,

Enclosed are courtesy copies of the following pleadings:

1. Notice of Motion;
2. Plaintiff's Motion for Alternative Service Upon Madison Sample, Jr. and Jackie Johnson-Sample; and
3. Proposed Order Granting Leave to Serve Third and Fourth Alias Summons and Complaint Upon Madison Sample, Jr. and Jackie Johnson-Sample by Alternative Service.

The hearing on Plaintiff's Motion has been scheduled for presentation on September 18, 2025 at 9:00 a.m.

Very truly yours,

JACOBS & PINTA

Tina M. Jacobs

TMJ/eb
Enclosures
cc: Attached Service List (w/o enclosures)

G:\Old National Bank (fna Integra Bank)\Sample, Madison & Jackie\Your Honor.doc

5-28-102-005-0000   Taxes Sold

## PROPERTY ADDRESS

645 W 119TH ST

CHICAGO

60628

Township: LAKE

## MAILING ADDRESS

JACKIE JOHNSON

9624 S CICERO AVE#108

OAK LAWN, IL 60453

## PROPERTY CHARACTERISTICS

**CURRENT INFORMATION**

**Assessed Value:**

(2023 Assessor Certified)

| | |
|---|---|
| Assessment Information: | 5,000 |
| Estimated Property Value: | $50,000 |
| Lot Size (SqFt): | 2,650 |
| Building (SqFt): | 2,125 |
| Property Class: | 2-11 |
| Tax Rate : | 8.634 |
| Tax Code : | 72148 |

## TAX BILLED AMOUNTS & TAX HISTORY

2024: $716.20*   Paid in Full

2023: $1,302.18   Paid in Full

2022: $1,258.11   Payment History

2021: $1,237.75   Payment History

2020: $2,593.95   Payment History

2019: $2,244.67   Payment History

*=(1st Install Only)

## EXEMPTIONS

2024: Not Available

2023: 0 Exemptions Received

2022: 0 Exemptions Received

2021: 0 Exemptions Received

2020: 0 Exemptions Received

2019: 0 Exemptions Received

## APPEALS

2024: Not Available

2023: Not Available

2022: Not Available

2021: Not Available

2020: Appeal Information

2019: Appeal Filed

## REFUNDS AVAILABLE

No Refund Available

## TAX SALE (DELINQUENCIES)

2024: Taxes Paid By Tax Buyer

2023: Taxes Paid By Tax Buyer

2022: Taxes Sold

2021: No Tax Sale

2020: No Tax Sale

2019: No Tax Sale

Privacy - Terms

## DOCUMENTS, DEEDS & LIENS

2105642235 - RELEASE - 02/25/2021

1915034084 - LIS PENDENS - 05/30/2019

1903618030 - RELEASE - 02/05/2019

1835216073 - MECHANICS LIEN - 12/18/2018

_____ ___ ____ ___ :4/2018

*All years referenced herein denote the applicable tax year (i.e., the year for which taxes were assessed). Parcels may from time to time be consolidated or subdivided. If information regarding a particular PIN appears to be missing for one or more tax years, it is possible that the PIN has changed due to a consolidation or subdivision. Users may contact the Cook County Clerk's Office for information regarding PIN lineage. Users should also note that the information displayed on this site does not include special assessments (which are billed and collected by municipalities) or omitted taxes (which are assessed on an ad hoc basis by the Cook County Assessor's Office). Please direct inquiries regarding the status of special assessments to your municipality. Questions regarding omitted taxes should be directed to the Assessor's Office.*

**Note: This printout cannot be used as a tax bill.**

roperty Characteristics for PIN:

## 5-28-102-004-0000



### PROPERTY ADDRESS

647 W 119TH ST

CHICAGO

60628

Township: LAKE

### MAILING ADDRESS

JACKIE SAMPLE

747 BOUGHTON RD 194

BOLINGBROOK, IL 60440

### PROPERTY CHARACTERISTICS

**CURRENT INFORMATION**

**Assessed Value:**

(2023 Assessor Certified)

| | |
|---|---|
| Assessment Information: | 2,385 |
| Estimated Property Value: | $23,850 |
| Lot Size (SqFt): | 2,650 |
| Building (SqFt): | |
| Property Class: | 1-00 |
| Tax Rate: | 8.634 |
| Tax Code: | 72148 |

## TAX BILLED AMOUNTS & TAX HISTORY

| | | |
|---|---|---|
| 2024: | $341.62* | Pay Online: $359.54 |
| 2023: | $621.13 | Pay Online: $694.11 |
| 2022: | $600.10 | Payment History |
| 2021: | $590.35 | Payment History |
| 2020: | $646.87 | Payment History |
| 2019: | $585.12 | Payment History |

*=(1st Install Only)

## EXEMPTIONS

2024: Not Available

2023: 0 Exemptions Received

2022: 0 Exemptions Received

2021: 0 Exemptions Received

2020: 0 Exemptions Received

2019: 0 Exemptions Received

## APPEALS

2024: Not Available

2023: Not Available

2022: Not Available

2021: Not Available

2020: Appeal Information

2019: Appeal Information

## REFUNDS AVAILABLE

No Refund Available

## TAX SALE (DELINQUENCIES)

2024: Tax Sale Has Not Occurred

2023: Tax Sale Has Not Occurred

2022: Taxes Forfeited

2021: No Tax Sale

2020: No Tax Sale

2019: No Tax Sale

## DOCUMENTS, DEEDS & LIENS

1406919011 - QUIT CLAIM DEED - 03/10/2014

99149084 - DEED - 02/16/1999

97878138 - LIS PENDENS - 11/24/1997

97346777 - LIEN - 05/15/1997

94246898 - QUIT CLAIM DEED - 03/17/1994

*All years referenced herein denote the applicable tax year (i.e., the year for which taxes were assessed). Parcels may from time to time be consolidated or subdivided. If information regarding a particular PIN appears to be missing for one or more tax years, it is possible that the PIN has changed due to a consolidation or subdivision. Users may contact the Cook County Clerk's Office for information regarding PIN lineage. Users should also note that the information displayed on this site does not include special assessments (which are billed and collected by municipalities) or omitted taxes (which are assessed on an ad hoc basis by the Cook County Assessor's Office). Please direct inquiries* ................ *:ipality. Questions regarding omitted taxes should be directed to the Assessor's Office.*

Privacy - Terms

**Note: This printout cannot be used as a tax bill.**

Property Characteristics for PIN:

# 25-28-102-003-0000



## PROPERTY ADDRESS

651 W 119TH ST

CHICAGO

60628

Township: LAKE

## MAILING ADDRESS

JACKIE JOHNSON

9624 S CICERO #108

OAK LAWN, IL 60453

## PROPERTY CHARACTERISTICS

### CURRENT INFORMATION

**Assessed Value:**

(2023 Assessor Certified)

| | |
|---|---|
| Assessment Information: | 2,385 |
| Estimated Property Value: | $23,850 |
| Lot Size (SqFt): | 2,650 |
| Building (SqFt): | |
| Property Class: | 1-00 |
| Tax Rate : | 8.634 |
| Tax Code : | 72148 |

## TAX BILLED AMOUNTS & TAX HISTORY

2024: $341.62*  Pay Online: $359.54

2023: $621.13   Pay Online: $694.11

2022: $600.10   Payment History

2021: $590.35   Payment History

2020: $646.87   Payment History

2019: $585.12   Payment History

*=(1st Install Only)

## EXEMPTIONS

2024: Not Available

2023: 0 Exemptions Received

2022: 0 Exemptions Received

2021: 0 Exemptions Received

2020: 0 Exemptions Received

2019: 0 Exemptions Received

## APPEALS

2024: Not Available

2023: Not Available

2022: Not Available

2021: Not Available

2020: Appeal Information

2019: Appeal Information

## REFUNDS AVAILABLE

No Refund Available

## TAX SALE (DELINQUENCIES)

2024: Tax Sale Has Not Occurred

2023: Tax Sale Has Not Occurred

2022: Taxes Forfeited

2021: No Tax Sale

2020: No Tax Sale

2019: No Tax Sale

## DOCUMENTS, DEEDS & LIENS

1406919011 - QUIT CLAIM DEED - 03/10/2014

99149084 - DEED - 02/16/1999

97878138 - LIS PENDENS - 11/24/1997

97346777 - LIEN - 05/15/1997

94246898 - QUIT CLAIM DEED - 03/17/1994

*All years referenced herein denote the applicable tax year (i.e., the year for which taxes were assessed). Parcels may from time to time be consolidated or subdivided. If information regarding a particular PIN appears to be missing for one or more tax years, it is possible that the PIN has changed due to a consolidation or subdivision. Users may contact the Cook County Clerk's Office for information regarding PIN lineage. Users should also note that the information displayed on this site does not include special assessments (which are billed and collected by municipalities) or omitted taxes (which are assessed on an ad hoc basis by the Cook County Assessor's Office). Please direct inquiries* ............ *ipality. Questions regarding omitted taxes should be directed to the Assessor's Office.*

Privacy · Terms

**Note: This printout cannot be used as a tax bill.**

**5-28-102-002-0000**



## PROPERTY ADDRESS

653 W 119TH ST

CHICAGO

60628

Township: LAKE

## MAILING ADDRESS

JACKIE JOHNSON

9624 S CICERO

OAK LAWN, IL 60453

## PROPERTY CHARACTERISTICS

### CURRENT INFORMATION

**Assessed Value:**

(2023 Assessor Certified)

| | |
|---|---|
| Assessment Information: | 2,385 |
| Estimated Property Value: | $23,850 |
| Lot Size (SqFt): | 2,650 |
| Building (SqFt): | |
| Property Class: | 1-00 |
| Tax Rate: | 8.634 |
| Tax Code: | 72148 |

## TAX BILLED AMOUNTS & TAX HISTORY

2024: $341.62* Pay Online: $359.54

2023: $621.13  Pay Online: $694.11

2022: $600.10  Payment History

2021: $590.35  Payment History

2020: $646.87  Payment History

2019: $585.12  Payment History

*=(1st Install Only)

## EXEMPTIONS

2024: Not Available

2023: 0 Exemptions Received

2022: 0 Exemptions Received

2021: 0 Exemptions Received

2020: 0 Exemptions Received

2019: 0 Exemptions Received

## APPEALS

2024: Not Available

2023: Not Available

2022: Not Available

2021: Not Available

2020: Appeal Information

2019: Appeal Information

## REFUNDS AVAILABLE

No Refund Available

## TAX SALE (DELINQUENCIES)

2024: Tax Sale Has Not Occurred

2023: Tax Sale Has Not Occurred

2022: Taxes Forfeited

2021: No Tax Sale

2020: No Tax Sale

2019: No Tax Sale

## DOCUMENTS, DEEDS & LIENS

1406919011 - QUIT CLAIM DEED - 03/10/2014

99149084 - DEED - 02/16/1999

97878138 - LIS PENDENS - 11/24/1997

97346777 - LIEN - 05/15/1997

94246898 - QUIT CLAIM DEED - 03/17/1994

*All years referenced herein denote the applicable tax year (i.e., the year for which taxes were assessed). Parcels may from time to time be consolidated or subdivided. If information regarding a particular PIN appears to be missing for one or more tax years, it is possible that the PIN has changed due to a consolidation or subdivision. Users may contact the Cook County Clerk's Office for information regarding PIN lineage. Users should also note that the information displayed on this site does not include special assessments (which are billed and collected by municipalities) or omitted taxes (which are assessed on an ad hoc basis by the Cook County Assessor's Office). Please direct inquiries* :ipality. Questions *regarding omitted taxes should be directed to the Assessor's Office.*

Privacy · Terms

**Note: This printout cannot be used as a tax bill.**



**comed℠**

AN EXELON COMPANY

0042

USEFUL TELEPHONE NUMBERS
Customer Service: 800-203-0684
Hearing/Speech Impaired: 800-572-5789 (TTY)
comed.com

September 9, 2025

Account Number: 0940459000
Service Address:
9476 Fallingwater
Burr Ridge, IL 60521

Urgent
Final Notice Prior to Disconnection

Dear Jackie Johnson,

Total amount due immediately $5,440.16.

Currently your electric service account is past due in the amount of $5,440.16 and your service is at risk of being disconnected on or after September 22, 2025. This notice is valid through October 15, 2025.

Failure to make a payment could result in the disconnection of your electric service. In addition to paying the entire past due balance, you may also be required to pay a security deposit and reconnection fee before service is restored.

ComEd reserves the right to verify any payment before restoring service.

ComEd provides financial assistance to help eligible customers pay their energy bills. Individuals or families in need, who meet eligibility requirements, may also apply for the federally funded Low Income Home Energy Assistance Program (LIHEAP) while funding is available. LIHEAP provides a one-time grant toward your energy bill to aid in the reduction of your outstanding balance. Low income customers who participate in these programs may not be assessed a deposit. Please visit ComEd.com/PaymentAssistance or call 888-806-2273 for more information about these programs.

If you cannot pay the entire balance now, you may be eligible to enter into a payment agreement with us. To contact us regarding your account, call ComEd at 800-203-0684. If a representative is unable to assist, you may ask to speak with a supervisor. If a supervisor is unable to assist, you may contact the Consumer Services Division of the Illinois Commerce Commission at 800-524-0795. Hearing or speech impaired customers that use a TDD or TTY, can call 800-572-5789.

Sincerely,
ComEd

---

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**comed℠**

AN EXELON COMPANY

0003921 01 AB 0.64 **AUTO T0 0 2179 60527-072376 -C03-P03924-I12



JACKIE JOHNSON
9476 FALLING WATER DR
BURR RIDGE, IL 60527-0723

**Pay your bill online, by phone or by mail.**

See reverse side for more info
Account # 0940459000



| Total Amount Due by 9/22/25 | **$5,440.16** |
|---|---|

Payment Amount:

COMED
PO BOX 6111
CAROL STREAM, IL 60197-6111

0940459000000054401652655440163



**Nicor Gas**

nicorgas.com/myaccount
1 888 Nicor4U   1 888 642-6748

### Account Summary for Jack's Housing & Development

Account Number: 66-11-53-0368 8
Meter Number: 5224548
Service Address: 9476 Falling Waters Dr E Burr Ridge
Bill Period: 08/15/25 - 09/16/25 (32 days)
Bill Issue Date: 09/17/25

| | |
|---|---|
| Total Previous Balance | $1,685.20 |
| New Charges - Utility | $94.74 |
| **Total Amount Due** ................................ | **$1,779.94** |

### A Message for You

Safety is our No. 1 value. Review natural gas meter, appliance and equipment safety tips at nicorgas.com/safety.

Our records show you have defaulted on your payment arrangement. To ensure continued service, $565.05 is due immediately. Please call Nicor Gas at 1.888.NICOR4U (888.642.6748) to pay amount owed and reinstate arrangement.

### Monthly Energy Profile

| Current Reading 09/16/25 (Actual) 12721 | Previous Reading 08/15/25 (Actual) 12667 | Usage CCF 54 | BTU Factor 1.049 | Therms 56.64 | Avg. Daily Therms 2024 1.74 | Avg. Daily Therms 2025 1.77 |
|---|---|---|---|---|---|---|

CCF x BTU Factor = Therms

### Monthly Therm Use



| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | '24 | | | | | | | | | | | | '25 |
| Avg. Temp | 72 | 61 | 48 | 36 | 34 | 24 | 29 | 46 | 59 | 75 | 79 | 75 | 68 |
| Avg. Daily Natural Gas Cost* | $.32 | .28 | .26 | .28 | .28 | .32 | .32 | .38 | .43 | .54 | .54 | .52 | .45 |

*Cost rate per therm applicable if supply obtained from Nicor Gas

### New Charges - Residential - Heat
Rate 1: Residential Service

| Delivery Charges 08/15/2025 - 09/15/2025 | $35.05 |
|---|---|
| Monthly Customer Charge | $20.48 |
| All Therms   56.64 @ $0.2134 | $12.09 |
| Environmental Cost Recovery 56.64 @ $0.0098 | $0.56 |
| Franchise Cost Adjustment | $0.59 |
| Efficiency Program 56.64 @ $0.0094 | $0.53 |
| Tax Cost Adjustment 56.64 @ $-0.0012 | -$0.07 |
| Rider LIDA | $0.87 |

| Natural Gas Cost | $27.60 |
|---|---|
| August @ 30.09 Therms x $0.52 | $15.65 |
| September @ 26.55 Therms x $0.45 | $11.95 |

| Taxes | $4.65 |
|---|---|
| Municipal Utility Tax for IL - Burr Ridge $62.65 @ 5.15% | $3.23 |
| Utility Fund Tax $62.65 @ 0.1% | $0.06 |
| State Revenue Tax 56.64 @ $0.024 = | $1.36 |

| Other Charges | $27.44 |
|---|---|
| Late Pay Chrg (may incl tax) 09/16/2025 | $27.44 |

| **Total** | **$94.74** |
|---|---|

*Please see the reverse side of this bill for additional billing explanations.*

*Please do not include written inquiries as the stub is processed by machine. Return this portion with your check made payable to Nicor Gas.*

**Nicor Gas**

PO Box 2020
Aurora, IL 60507-2020

Please circle an amount to add a one-time charitable donation to Sharing:

$5   $10   $25   $50

**Total Amount Due**
**$1,779.94**

Account Number:
6611530368 8

Past due balance is $1685.20 due now.
Current bill $94.74 due by 10/13/2025

AV 01  035825  18573H111  B**5DGT

Jack's Housing & Development
9476 Falling Waters Dr E
Burr Ridge IL 60527-0723

PO BOX 5407
CAROL STREAM IL 60197-5407

66 11 53 0368 8 0001779941 0001779941 922



| | Account Number | Billing Date | Services From | Page |
|---|---|---|---|---|
| | 8771 20 114 0527452 | Sep 17, 2025 | Sep 21, 2025 to Oct 20, 2025 | 1 of 6 |

# Hello Jackie Johnson,

Thank you for choosing Xfinity.

## Your bill at a glance
For 9476 FALLING WATER DR E, BURR RIDGE, IL, 60527-0723

| | | |
|---|---|---|
| Previous balance | | $778.56 |
| Payment - thank you | Sep 06 | -$400.00 |
| **Past due balance** | | **$378.56** |
| Partial charges | Page 3 | -$15.48 |
| Regular monthly charges | Page 3 | $316.34 |
| One-time charges | Page 4 | $10.00 |
| Taxes, fees and other charges | Page 4 | $20.52 |
| **New charges due Oct 15, 2025** | | **$331.38** |

**Amount due** **$709.94**

## Your bill explained

You saved $60.00 this month with your product and loyalty discounts. Please see page 3 of this bill for more details.

- We've applied a partial charge of -$15.48 as a result of Loyalty Discount change(s) made to your account on Aug 28.
- Regular monthly charges have decreased by $20.00 as a result of service change(s) made to My Xfinity plan.
- Your one-time charges are $10.00 due to Late Fee charge(s).

**Your account is past due**
Your account is past due, so you may have been charged a late fee of $10.00. To keep your services, please pay the past due balance. Thanks!

**Need help?**
Visit xfinity.com/customersupport or see page 2 for other ways to contact us.

---

Detach the bottom portion of this bill and enclose with your payment

Please write your account number on your check or money order

Do not include correspondence with payment



1475E WOODFIELD #450
SCHAUMBURG IL 60173-4980
8771 6900 NO RP 17 20250917 NNNNNNNY 0001184 0007

JACKIE JOHNSON
9476 FALLING WATERS DR E
BURR RIDGE IL 60527-0723

| | |
|---|---|
| Account number | 8771 20 114 0527452 |
| Past due balance | $378.56 |
| New charges due Oct 15, 2025 | $331.38 |
| **Total amount due** | **$709.94** |
| Amount enclosed | $ |

Make checks payable to Comcast
Do not send cash

Send payment to
COMCAST
PO BOX 4089
CAROL STREAM IL 60197-4089

8771201140527452200709949

# Genworth

Genworth Life
PO Box 10720
Lynchburg, VA 24506-0720

**Annual Report enclosed. This is not a bill.**

327604 0 0916 2740 17301 1/3 BIR₀0

*[handwritten: loss coverage for non-Payment + ill never get this rate again due to age & Heflin]*

JACKIE L JOHNSON
9476 FALLING WATER DR. E
BURR RIDGE, IL 60527

**Annual report for your policy**
September 15, 2025
report period Sep. 14, 2024 - Sep. 14, 2025
Flexible Premium Adjustable Life Insurance
product GenGuard° UL
from Genworth Life Insurance Company

Page 1 of 6

Insured
**Jackie L Johnson**
Female, issue age 45

Life insurance agents
**The Bollinger Group
Howard Wilner**

Policy number
~~[redacted]~~

Policy date
**September 14, 2014**

Customer service
**888 325.5433**
M-Th: 8:30 - 6PM ET
F: 9 - 6PM ET
genworth.com

Dear Policy Owner,

Thank you for choosing Genworth Life to help meet your insurance needs and objectives.

This is your annual report. It is a comprehensive record of policy activity during the report period. It is a very important document.

This report shows actual policy values, including amounts that were credited and deducted during the report period. It also includes *Policy forecasts* about how long we expect your coverage to continue. A *Glossary of terms used in this report* and *Important disclosures* are included to help you better understand the report and the coverage provided by your policy.

Please review your entire report. Make sure the *Summary of policy activity* section accurately reflects your understanding of the transactions that occurred or should have occurred during this report period and that your policy performance is consistent with your current insurance needs and expectations.

If you originally planned to pay a limited number of premiums, please consider that your original sales illustration was a projection of your policy's future performance, and actual performance will vary based on changing interest rates, the timing, amount and frequency of actual premium payments and whether or not you choose to take loans or withdrawals. Additionally, your insurance needs may have changed. If you are satisfied with your original plan to pay a limited number of premiums, please let us know if you ever receive an unwanted premium notice or are drafted for a premium that you do not want to pay. Alternatively, if we have stopped premium notices or premium drafting, please contact us to have us restart. Regardless of your situation, a life insurance agent can work with you and help you make a proper evaluation.

If you have questions regarding your policy or this report, contact your life insurance agent or our Customer Service department at the telephone number or website address shown above.

Again, thank you for choosing Genworth Life to provide your life insurance needs.

Sincerely,

Your Genworth Life Customer Service Team



**TRUGREEN**

1790 Kirby Pkwy Ste 300 Memphis, TN 38138

6534 0500  DY RP 06 09062025 NNNNNNNY 01 001431  0003

JACKIE SAMPLE
9476 FALLING WATERS DR E
BURR RIDGE, IL 60527-0723



**Account info**

**Customer number:** 7009512224
**Branch number:** 5575

**Your tailored lawn care plan**

Your plan includes the following services to provide the exact help your lawn needs at key stages throughout the year.[1]

| Scheduled services[3] | No. of services | Price per service* |
|---|---|---|
| TruYou Lawn Service | 6 | $106.15 |

PrePay for your services in advance and you can save $31.86.[2]
*plus tax where applicable



September 6, 2025

Dear JACKIE SAMPLE,

Thanks for choosing TruGreen® as your lawn care partner. As America's #1 professional lawn care company, we look forward to getting to work on your lawn.

We pride ourselves on tailoring our service to the unique needs of each lawn. As a first step, your BURR RIDGE specialist will soon be making an initial service visit to your property. If you can't be home, it's no problem. We'll always leave a service summary at your front door.



**Tailored lawn care made easy**
At your first visit, your specialist will perform our exclusive Healthy Lawn Analysis®§. This includes evaluating climate, soil condition, grass type and lawn usage. Your specialist will then continually tailor your lawn care plan as needed, as well as suggest steps that you can take between service visits. Also, depending on the specific plan you purchased and the region of the country you live in, we may perform a scheduled lawn service as well as an additional service, like insect control, on the same day.



**Billing and payments**
You'll receive an invoice from us a few days after service is complete. You can also pay online or sign up to PrePay for your remaining services at **MyAccount.TruGreen.com** and save **$31.86.**[2]



**Manage your account online**
Also at **MyAccount.TruGreen.com**, you can view your service summaries, change your account information, see details of your plan and find more resources to make your TruGreen experience even easier.


**Service address**

9476 FALLING WATERS DR E
BURR RIDGE, IL 60527


**GUARANTEE**

TruGreen® will gladly visit your property as needed between scheduled visits to ensure your satisfaction.®

---

**TRUGREEN**

**Customer number:** 7009512224
**Branch number:** 5575

6534 0500  DY RP 06 09062025 NNNNNNNY 01 001431  0003

JACKIE SAMPLE
9476 FALLING WATERS DR E
BURR RIDGE, IL 60527-0723

Please detach and return bottom portion in the enclosed envelope. Please retain top portion for your records. Thank you.

| | |
|---|---|
| Healthy Lawn Plan | $636.90 |
| PrePay and SAVE | -$31.86 |
| Discounted Healthy Lawn Plan | $605.04 |
| **Your total** | **$605.04** |

Check One:  ☐ DISCOVER  ☐ VISA  ☐ MasterCard  ☐  ☐

Credit Card #: _____

Exp. Date: _____ / _____

Name (as it appears on credit card): _____

Amount Paid: _____

Authorized Signature: _____

TRUGREEN 5575
PO BOX 9001128
LOUISVILLE KY 40290-1128



1  00005575  40  070095122240  00000000131184392590  000605040006050 4




# ⚠ THIRD NOTICE: Invoice for Unpaid Toll

The Illinois Tollway's automated tolling system has recorded your vehicle going through a toll plaza without payment during the 14-day grace period. As a convenience to our customers, we now provide an additional opportunity to avoid a Notice of Violation by paying unpaid tolls with an added invoice fee for each toll online at www.illinoistollway.com.

JACKIE L JOHNSON SAMPLE      114
9476 FALLING WATERS DR E      37134
BURR RIDGE IL 60527-0723

## ACCOUNT STATEMENT

| | |
|---|---|
| Invoice Number: | VS5508392018 |
| Vehicle License Plate: | FD91749 (IL) |
| Invoice Date: | 08/22/2025 |
| Payment Due Date: | 09/21/2025 |

### INVOICE TOTAL

Total Amount Due:      $67.30



## 🄳I-PASS

### GET IPASS AND GET GOING.
Update or open your account today and start saving today!
www.getipass.com

## PAY-BY-PLATE

### AVOID FUTURE FEES
If you're not interested in I-PASS, the Tollway's Pay-By-Plate service allows customers to pay unpaid tolls with zero fines and fees, no transponder required.
illinoistollway.com/paybyplate

## 🄳I-PASS ASSIST

### NEED FINANCIAL ASSISTANCE?
I-PASS Assist for income-eligible customers not only includes the benefits of I-PASS, but also includes fee dismissal, lower prepayment requirements, and waived transponder deposits.
illinoistollway.com/assist

### DISPUTE AN UNPAID TOLL
To dispute an image or unpaid toll you may submit an Affidavit of Non-Liability available while reviewing your invoices. Please note, disputes should be submitted prior to the due date of this invoice.
illinoistollway.com/invoices

### PAYMENT OPTIONS



SCAN AND PAY

**EASY PAY ONLINE**
www.illinoistollway.com

**PAY BY MAIL**
P.O. Box 1412
Downers Grove, IL 60515

**NOW AVAILABLE:** Download the official app of the Illinois Tollway on your smartphone today!
Now serving I-PASS and Pay By Plate.    (over)

8869593234

---



Illinois Tollway
P.O. Box 1412
Downers Grove, IL 60515

**Please detach and return this coupon with your payment.
DO NOT SEND CASH**

| Invoice Number | License Plate | Issue Date | Reissue Date | Due Date | Amount Due |
|---|---|---|---|---|---|
| VS5508392018 | FD91749 (IL) | 08/22/2025 | | 09/21/2025 | $67.30 |

Payment Amount _____

Make check or money order payable to the Illinois Tollway, or pay by credit card below:

___Visa ___Mastercard ___Discover ___Amex

Card # _____ Exp. ____

Name on Card _____

Signature _____

JACKIE L JOHNSON SAMPLE
9476 FALLING WATERS DR E
BURR RIDGE IL 60527-0723

Please be advised that under Illinois law, the following are not legal defenses or mitigating factors: (1) the driver was not aware they were on a toll road; (2) the driver did not intend to miss the payment or go through an I-Pass lane; (3) someone else was driving the vehicle. Also, this notification may not be inclusive of all potential events for this license plate, including events occurring prior to the dates in this Notice.



**Falling Water Homeowners Association**
P.O. Box 1255
Westmont, IL 60559

(630) 323-8810

| | Statement Date: | 9/29/2025 |
|---|---|---|
| | Page Number: | 1 |

## Statement

Dr. Madison & Mrs. Jackie Sample
9476 Falling Water Drive E
Burr Ridge, IL 60527

| Account Number | 057570031 |
|---|---|
| Amount Due | $7,370.87 |

Quick Pay at:     https://oak.cincwebaxis.com/account/quickpay/?token=057570031

| Date | Description | Charge | Payment |
|---|---|---|---|
| | *Previous Balance* | $2,829.00 | |
| 01/01/2025 | Assessment 2025 | $350.00 | |
| 01/20/2025 | Assessment - Homeowner (Delinquent Fee) 2024 | $25.00 | |
| 02/01/2025 | Assessment 2025 | $350.00 | |
| 02/20/2025 | Assessment - Homeowner (Delinquent Fee) 2024 | $25.00 | |
| 02/20/2025 | Assessment - Homeowner (Delinquent Fee) 2025 | $25.00 | |
| 03/01/2025 | Assessment 2025 | $350.00 | |
| 03/20/2025 | Assessment - Homeowner (Delinquent Fee) 2024 | $25.00 | |
| 03/20/2025 | Assessment - Homeowner (Delinquent Fee) 2025 | $25.00 | |
| 04/01/2025 | Assessment 2025 | $350.00 | |
| 04/20/2025 | Assessment - Homeowner (Delinquent Fee) 2024 | $25.00 | |
| 04/20/2025 | Assessment - Homeowner (Delinquent Fee) 2025 | $25.00 | |
| 05/01/2025 | Assessment 2025 | $350.00 | |
| 05/20/2025 | Assessment - Homeowner (Delinquent Fee) 2024 | $25.00 | |
| 05/20/2025 | Assessment - Homeowner (Delinquent Fee) 2025 | $25.00 | |
| 06/01/2025 | Assessment 2025 | $350.00 | |
| 06/20/2025 | Assessment - Homeowner (Delinquent Fee) 2024 | $25.00 | |
| 06/20/2025 | Assessment - Homeowner (Delinquent Fee) 2025 | $25.00 | |
| 07/01/2025 | Assessment 2025 | $350.00 | |
| 07/20/2025 | Assessment - Homeowner (Delinquent Fee) 2024 | $25.00 | |
| 07/20/2025 | Assessment - Homeowner (Delinquent Fee) 2025 | $25.00 | |
| 08/01/2025 | Assessment 2025 | $350.00 | |
| 08/08/2025 | Kovitz Shifrin Nesbit, INV#1683665, 616.87 2025 | $616.87 | |
| 08/20/2025 | Assessment - Homeowner (Delinquent Fee) 2024 | $25.00 | |
| 08/20/2025 | Assessment - Homeowner (Delinquent Fee) 2025 | $25.00 | |
| 09/01/2025 | Assessment 2025 | $350.00 | |
| 09/20/2025 | Assessment - Homeowner (Delinquent Fee) 2024 | $25.00 | |
| 09/20/2025 | Assessment - Homeowner (Delinquent Fee) 2025 | $25.00 | |
| 10/01/2025 | Assessment 2025 | $350.00 | |

| Over 30 Days | Over 60 Days | Over 90 Days | Current | Amount Due |
|---|---|---|---|---|
| $400.00 | $666.87 | $5,954.00 | $350.00 | $7,370.87 |

 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

## Falling Water - 9476 Falling Water Drive East

Dennis Brugh <dmbrugh@oakanddaleproperties.com>                    Wed, May 21 at 3:17 PM
To: Madison Sample Jr <msamplejr@gmail.com>, Jack Johnson <jackshousinganddevelopment@gmail.com>
Cc: Dennis Brugh <dmbrugh@oakanddaleproperties.com>

Dr. and Mrs. Sample,

Two item that I need to bring to your attention:

- Your property is not being maintained - Grass need to be cut and weeds need to be removed. If not addressed by Monday fines of $200 per day will be imposed.
- Attached please find a history of your account. Note: no payments have been made since July of 2024. If not brought current by Monday. This will be turned over to collections.

Please address both items to avoid fines or collection.

*Best Regards,*



**Dennis M. Brugh | *Community Association Manager***
CAM Lics. #261000615
t 630-323-8610 l f. 630-323-8910 l direct 630-413-0790
dmbrugh@oakanddaleproperties.com
211 W. Chicago Avenue, Suite 211 l Hinsdale, IL 60521 l
www.oakanddaleproperties.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**Homeowner Transaction History-2.pdf**

Docket #: 25DS41438M



**CITY OF CHICAGO**
**DEPARTMENT OF STREETS AND SANITATION**
Commissioner's Office
121 N. LaSalle St., Room 1107
Chicago, IL 60602

**CITY OF CHICAGO,**
a Municipal Corporation,

        Petitioner,

V.

**JACKIE JOHNSON**
9476 FALLING WATER DR E
BURR RIDGE, IL 60527,

        Respondent(s).

**Violation Address:**
647 W 119TH ST
Chicago, IL 60628

**Property Index Number:**
25-28-102-004-0000

**Docket Number:**
25DS41438M

**ANOV Number:**
QTYP5VL

**Issuing City Department:**
Streets and Sanitation

## NOTICE OF ORDINANCE VIOLATION(S) AND HEARING

### Date of Notice: 09-23-2025

**YOU ARE HEREBY NOTIFIED THAT THE DEPARTMENT OF STREETS & SANITATION HAS CITED YOU FOR AN ALLEGED VIOLATION(S) OF THE MUNICIPAL CODE OF CHICAGO.**

**PLEASE READ THIS NOTICE IN ITS ENTIRETY. THE ALLEGED VIOLATION(S) IS SERIOUS AND MUST BE CORRECTED IMMEDIATELY.**

**EVEN IF CORRECTED, YOU MUST DO ONE OF THE FOLLOWING:**

    1. APPEAR FOR YOUR SCHEDULED HEARING LISTED BELOW; OR

    2. IF ELIGIBLE, PAY THE FINE(S) BY MAIL, ONLINE OR IN PERSON.

### YOUR SCHEDULED ADMINISTRATIVE HEARING

| Date | Time | Court Location | Court Room | Docket |
|------|------|----------------|------------|--------|
| 12-22-2025 | 2:30 PM | 400 W Superior St | 111 | 25DS41438M |

### MUNICIPAL CODE VIOLATION(S) CITED:

| Inspection Date & Time | Code Violation | Inspector's Narrative Description |
|------------------------|----------------|----------------------------------|
| 08-29-2025 10:16:33 AM | 7-28-120(a) Average Height Of Weeds On Property Exceeds Ten Inches | Weeds on property, on average, are greater than 10 inches in height |
| 08-29-2025 10:16:33 AM | 7-28-740 Failure To Maintain Open Lot Free Of Garbage, Refuse, Trash, Or Manure | Owner of open lot failed to maintain lot and keep it free of garbage/trash/waste/refuse/etc |

Docket #: 25DS41438M

| Code Section | Fine if Paid Within 14 Days | Maximum Fine |
|---|---|---|
| 4-6-130(e)(14) | $200 | $1000 |
| 7-28-060 | $200 | $5000 |
| 7-28-070 | $200 | $500 |
| 7-28-080 | $300 | $1000 |
| 7-28-120(a) | $600 | $1200 |
| 7-28-217 | $200 | $500 |
| 7-28-220 | $250 | $500 |
| 7-28-227 | $200 | $500 |
| 7-28-240 | $250 | $500 |
| 7-28-260(a) | $200 | $500 |
| 7-28-261(b) | $200 | $500 |
| 7-28-270 | $250 | $500 |
| 7-28-360 | $250 | $500 |
| 7-28-450(a) | $750 | $5000 |
| 7-28-680 | $250 | $500 |
| 7-28-710 | $300 | $600 |
| 7-28-720 | $300 | $5000 |
| 7-28-740 | $300 | $600 |
| 7-28-750(a) | $300 | $600 |
| 7-28-750(b) | $300 | $600 |
| 10-8-180 | $150 | $500 |
| 10-8-320 | $200 | $1000 |
| 10-8-480 | $150 | $1500 |
| 10-28-030 | $150 | $500 |
| 10-32-050 | $50 | $500 |

(Nothing in the above schedule shall waive the applicability of any subsequent amendment to any fine amount or other penalty enacted by the Chicago City Council.)

Docket #: 25DS39407M



**CITY OF CHICAGO**
**DEPARTMENT OF STREETS AND SANITATION**
Commissioner's Office
121 N. LaSalle St., Room 1107
Chicago, IL 60602

CITY OF CHICAGO,
a Municipal Corporation,

        Petitioner,

V.

JACKIE JOHNSON
9476 FALLING WATERS DR E
BURR RIDGE, IL 60527,

        Respondent(s).

**Violation Address:**
651 W 119TH ST
Chicago, IL 60628

**Property Index Number:**
25-28-102-003-0000

**Docket Number:**
25DS39407M

**ANOV Number:**
QTYONGL

**Issuing City Department:**
Streets and Sanitation

## NOTICE OF ORDINANCE VIOLATION(S) AND HEARING

### Date of Notice: 09-16-2025

YOU ARE HEREBY NOTIFIED THAT THE DEPARTMENT OF STREETS & SANITATION HAS CITED YOU FOR AN ALLEGED VIOLATION(S) OF THE MUNICIPAL CODE OF CHICAGO.

PLEASE READ THIS NOTICE IN ITS ENTIRETY. THE ALLEGED VIOLATION(S) IS SERIOUS AND MUST BE CORRECTED IMMEDIATELY.

EVEN IF CORRECTED, YOU MUST DO ONE OF THE FOLLOWING:

    1. APPEAR FOR YOUR SCHEDULED HEARING LISTED BELOW; OR

    2. IF ELIGIBLE, PAY THE FINE(S) BY MAIL, ONLINE OR IN PERSON.

### YOUR SCHEDULED ADMINISTRATIVE HEARING

| Date | Time | Court Location | Court Room | Docket |
|------|------|----------------|------------|--------|
| 12-09-2025 | 10:00 AM | 400 W Superior St | 111 | 25DS39407M |

### MUNICIPAL CODE VIOLATION(S) CITED:

| Inspection Date & Time | Code / Violation | Inspector's Narrative Description |
|------------------------|------------------|----------------------------------|
| 08-29-2025 10:10:58 AM | 7-28-120(e) Average Height Of Weeds On Property Exceeds Ten Inches | Weeds on property, on average, are greater than 10 inches in height |
| 08-29-2025 10:10:58 AM | 7-28-740 Failure To Maintain Open Lot Free Of Garbage, Refuse, Trash, Or Manure | Owner of open lot failed to maintain lot and keep it free of garbage/trash/waste/refuse/etc |

Docket #: 25DS39407M

| Code Section | Fine if Paid Within 14 Days | Maximum Fine |
|---|---|---|
| 4-6-130(e)(14) | $200 | $1000 |
| 7-28-060 | $200 | $5000 |
| 7-28-070 | $200 | $500 |
| 7-28-080 | $300 | $1000 |
| 7-28-120(a) | $600 | $1200 |
| 7-28-217 | $200 | $500 |
| 7-28-220 | $250 | $500 |
| 7-28-227 | $200 | $500 |
| 7-28-240 | $250 | $500 |
| 7-28-260(a) | $200 | $500 |
| 7-28-251(b) | $200 | $500 |
| 7-28-270 | $250 | $500 |
| 7-28-360 | $250 | $500 |
| 7-28-450(a) | $760 | $5000 |
| 7-28-680 | $250 | $500 |
| 7-28-710 | $300 | $600 |
| 7-28-720 | $300 | $5000 |
| 7-28-740 | $300 | $600 |
| 7-28-750(a) | $300 | $600 |
| 7-28-750(b) | $300 | $600 |
| 10-8-180 | $150 | $500 |
| 10-8-320 | $200 | $1000 |
| 10-8-480 | $150 | $1500 |
| 10-28-039 | $150 | $500 |
| 10-32-050 | $50 | $500 |

(Nothing in the above schedule shall waive the applicability of any subsequent amendment to any fine amount or other penalties enacted by the Chicago City Council.)



# EXHIBIT 14

## Violation of the Americans with Disabilities Act (ADA): Denial of Reasonable Court Accommodations

### Statutes Violated:

The ADA office in my state and federal cases were repeatedly informed of my need for reasonable accommodations to participate in complex litigation. Despite these documented requests, they refused to provide or enforce accommodations required under the Americans with Disabilities Act (ADA), Title II, 42 U.S.C. § 12132. When I filed complaints in DuPage about this treatment, the DuPage County ADA office rescinded my accommodations, an act of retaliation prohibited under 42 U.S.C. § 12203.

By failing to act on these documented needs, the court undermined public trust and the integrity of the judiciary, in violation of Canon 1. Their continued inaction and the apparent discrimination towards me, and bias favoring opposing parties created an appearance of partiality, contrary to Canon 2. Urgent financial and legal crises, which required timely intervention, were ignored, demonstrating a lack of diligence and impartial administration of justice in violation of Canon 3.

Furthermore, by permitting attorney and opposing party misconduct to influence court proceedings, the judges allowed extrajudicial factors to interfere with their judicial responsibilities, contrary to Canon 4. The failure to ensure fair access to court resources, including ADA accommodations, compromised their impartiality as required under Canon 5. Finally, these actions violated federal and state statutes, depriving me of the ability to meaningfully participate in my cases and denying constitutionally guaranteed rights, in violation of Canon 7.

This systemic denial of ADA accommodations and retaliation has prevented me from defending against foreclosure, protecting my property, accessing essential financial resources, and participating fully in court proceedings. The ongoing pattern of denial, rescission, and judicial inaction constitutes violations of the ADA and Illinois disability law (775 ILCS 5/2-102) and requires prompt investigation and corrective action.

## Certified Statement of Truth Regarding ADA Denials

I, **Jackie Sample**, being over the age of twenty-one (21) and competent to testify, declare under penalty of perjury that the following is true and correct:

1. **ADA Requests Ignored**
   I made repeated requests for reasonable accommodations under the **Americans with Disabilities Act (ADA), Title II, 42 U.S.C. § 12132**, in order to participate in ongoing litigation. These requests were denied or obstructed.

2. **Contradictory Conduct by Judges and ADA Office**
   The DuPage County ADA office told me they had spoken with **Judge Susan Alvarado** about my request. Yet Judge Alvarado denied my accommodations in open court, claiming she knew nothing about them. **Judge Neal Cerne** acted the same way, making hostile statements while denying accommodations, suggesting a pattern of coordinated denial and hostility.

3. **Misuse of Authority by Judge James Orel**
   **Judge James Orel** denied me access to an attorney, then in or around **November 2023**, transcripts show he pressured my attorney to pursue an unlawful guardianship over me. This was outside the scope of the case, not legally justified, and directly violated my ADA rights and due process protections.

4. **Violation of Privacy in Federal Court**
   In federal court, **Judge Andrea R. Wood** discussed my disability openly in front of opposing counsel. ADA protections require such matters to be handled confidentially. This caused further humiliation and harm.

5. **Systemic ADA Violations**
   Across state and federal courts, these actions show a **pattern of discrimination and retaliation,** including:

- Denial of equal access to proceedings,

- Retaliation for asserting ADA rights (**42 U.S.C. § 12203),**

- Violations of due process and equal protection under the Constitution.


## Certification

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this ⎿ day of September , 2025.

_Jann S_____

EXHIBIT COVER SHEET

4393 (Rev. 6/13)

STATE OF ILLINOIS

UNITED STATES OF AMERICA

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

COUNTY OF DU PAGE

Madison Sample

Plaintiff,

v.

Jackie Sample

Defendant,

Case Number: 2023DN000129

Candice Adams
e-filed in the 18th Judicial Circuit Court
DuPage County
ENVELOPE: 32184028
2023DN000129
FILEDATE: 4/8/2025 3:26 PM
Date Submitted: 4/8/2025 3:26 PM
Date Accepted: 4/8/2025 3:35 PM
CK

File Stamp Here

# EXHIBIT COVER SHEET 4

Local Court Rules 5.06 and 5.09

**EXHIBIT NAME:** Violation of Americans with Disabilities Act Rights

**TITLE OF DOCUMENT THIS EXHIBIT BELONGS WITH:**
Emergency Motion for Change of Venue

**Document File Date:** April, 2025

*(The file date of the document this exhibit belongs with)*

**EXHIBIT FILED ON BEHALF OF:** Jackie Sample

*(Case Party Name)*

**Submitted by:** Jackie Sample

**Name:** Jackie Sample ☐ Pro Se

**DuPage Attorney Number:** _____

**Attorney for:** _____

**Address:** 9476 Falling Water Dr. East

**City/State/Zip:** Burr Ridge, IL 60527

**Telephone Number:** 773-719-0337

**Email:** Jackshousinganddevelopment@gmail.com

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT
WHEATON, ILLINOIS 60187-0707

**ADA Accommodation Violations at DuPage County Courthouse**

Around October 3, 2024, I formally requested accommodations under the Americans with Disabilities Act (ADA) through the ADA Coordinator at the DuPage County Courthouse. I received written confirmation from Ms. Jillian Dirks, the courthouse's Disability Coordinator, acknowledging my request for accommodations.

On or around October 8, 2024, the ADA office granted several reasonable accommodations based on my disability, including:

- **Extended Time** – The presiding judge would allow additional time during court proceedings.
  **Simplified or Structured Process** – The judge would address one issue at a time to reduce cognitive overload.
  **Breaks and Flexible Scheduling** – Short breaks would be permitted as needed.
  **Minimizing Distractions** – Efforts would be made to ensure the courtroom environment remained conducive to focus.
  **Access to a Personal Support Person** – I would be permitted to bring a support person to assist with organization and note-taking during proceedings.

Although these accommodations were granted by the Disability Coordinator's office, the judges in my case have repeatedly refused to honor them during court proceedings. I submitted multiple written complaints to both the ADA Coordinator and the Office of the Chief Judge. However, rather than the judges addressing these concerns, the judges' behavior escalated, becoming increasingly hostile and targeting me with bullying and intimidation.

Judge Susan Alvarado, currently presiding over my case, stated on record that she was unaware of my ADA accommodations because no court order had been issued to inform her. This is contrary to the email from the ADA Coordinator dated February 7, 2025, which I received stating that the coordinator had, in fact, spoken with Judge Susan Alvarado regarding my disability accommodations.

As stated in the February 7, 2025, letter from the Disability Coordinator and Chief Judge Bonnie Wheaton's office, the disability office has rescinded my approved disability accommodations.

Further, does the court require a court order for judges to follow reasonable accommodations approved by the designated ADA Coordinator? Would you please cite the law that allows for judges to determine the accommodations for persons with disabilities?

Furthermore, at the behest of Judge Alvarado, her courtroom bailiff has intimidated me by standing in close proximity—in front, next to, and behind me—during court proceedings. The bailiff follows me as I walk up to stand in front of the judge. This harassment and intimidation have escalated, going so far as to forcibly remove my supporters from the courtroom, in direct violation of my constitutional rights and the approved accommodation allowing me to have a support person present in a courtroom, which is open to the public.

In addition, Judges James Orel and Neal Cerne have willfully conducted proceedings in a manner that exacerbated my disability, ignoring the ADA accommodations and proceeding in ways that heightened my distress and impaired my ability to meaningfully participate.

These actions constitute violations of my federally protected ADA rights, and I am requesting that these serious matters be reviewed and addressed immediately.

From: CDC CDC@18thjudicial.org
Subject: Re: Request for Reasonable Accommodation under the ADA
Date: October 8, 2024 at 4:29 PM
To: Jack Johnson jackshousinganddevelopment@gmail.com



Dear Ms. Sample,

This email is in response to your request for reasonable accommodation under the Americans with Disabilities Act.

We have carefully reviewed your request and strive to work with you to ensure that the requirements of the ADA, the policies of the 18th Judicial Circuit Court, and all applicable rules are followed. Reasonable modifications to court policy may be made where there is a relationship between a person's disability and the requested accommodation unless that modification results in a fundamental alteration of the court process or an undue burden on the court.

You have requested the following accommodations in your email dated October 3, 2024, as delineated below with our response:

1. **Extended time for tasks or responses.** The judge will allow extended time for tasks or responses and short breaks as needed and when appropriate, and you may request these from the judge at any time during your court proceeding.
2. **Structured or Simplified Work Processes:** The judge will address issues individually to allow time for processing, allowing you to focus as requested.
3. **Assistance with Organization:** The court cannot, as an accommodation, provide checklists or assistance from court staff to help manage deadlines. This would require the court to provide an additional service not provided to individuals without a disability, which would be an undue burden and a fundamental alteration of the court's programs. The Clerk of the Circuit Court has a service that provides text reminders for court dates. Additionally, court records may be accessed online by visiting www.18thjudicial.org.
4. **Breaks or Flexible Scheduling:** The judge will allow for appropriate short breaks during court proceedings upon request when needed.
5. **Minimizing Distractions:** The court will continue to treat you and all court participants respectfully.
6. **Alternative Communication Methods:** We need further information about this request, including the situations to which it would apply.
7. **Access to Support Personnel:** The Court cannot, as an accommodation, provide support personnel to assist you with tracking proceedings and organizing your responses as this would require the court to provide an additional service not provided to individuals without a disability, which would be an undue burden and a fundamental alteration of the court's programs. You may bring your own support person to court to assist you in organizing documents, creating checklists, and writing summaries during court.
8. **Clear and Direct Instructions:** The judge will continue to provide clear instructions in court as part of the court process. The court cannot, as an accommodation, create written summaries as that would require the court to

provide an additional service not provided to individuals without a disability, which would be an undue burden and a fundamental alteration of the court's programs. Court participants can order court transcripts which can be processed and paid for directly through the Court Reporters Office at https://www.dupagecourts.gov/18th_judicial_circuit_court/services/court_trans l

Please note that audio video recording is explicitly prohibited in all areas of the courthouse, including all court proceedings.

We remain committed to ensuring you have equal access to the judicial process in DuPage County, welcoming further conversation regarding your needs going forward. Please feel free to contact me at CDC@18thjudicial.org with any additional requests.

Sincerely,



**Jillian Dirks**
Court Disability Coordinator
*Office of the Chief Judge*
Phone 630.407.8825
505 N. County Farm Rd, Wheaton IL 60187
www.dupagecourts.gov

---

From: Jack Johnson <jackshousinganddevelopment@gmail.com>
Sent: Tuesday, October 8, 2024 1:41 PM
To: CDC <CDC@18thjudicial.org>
Subject: [EXTERNAL]: Re: [EXTERNAL]: Re: Request for Reasonable Accommodation under the ADA

Subject: Follow-up Request for Accommodations under the Americans with Disabilities Act (ADA)

Hello Ms. Dirks,

I hope this message finds you well. I'm following up on my accommodation request made on October 3, 2024. May I use them for tomorrow's 8:30 am hearing?

Would it be possible to address issues one at a time to allow an opportunity for me to respond to one issue at a time?

Additionally, may I present petitions, motions, or responses verbally and use audio/video recordings as part of my communication as needed?

Would it be ok to have clear, concise instructions and written summaries or transcripts be provided to help me participate fully in the court process?

Would it be ok to eliminate any hostile, abusive and improper behaviors? These are very distracting and make it challenging for me to stay focused.

Sincerely,

Jackie Sample

7773-719-0337

Jack Johnson <jackshousinganddevelopment@gmail.com>

M Gmail

**no subject)**

Sun, Jan 26, 2025 at 9:28 PM

Jack Johnson <jackshousinganddevelopment@gmail.com>
To: CDC ....@18thjudicial.org>

Some notes/communications from my previous request for reasonable accommodations include,

1. Extended time for tasks or responses. The judge will allow extended time for tasks or responses and short breaks as needed and when appropriate, and you may request these from the judge at any time during your court proceeding.
(The Respondent, Jackie Sample makes known, my request for a short break was denied by Judge Neal Cerne).

2. Structured or Simplified Work Processes: The judge will address issues individually to allow time for processing, allowing you to focus as requested. (The Respondent, Jackie Sample makes known, Judge Neal Cerne does not accommodate a structured or simplified work process. In Fact, the Honorable Judge Neal Cerne willfully exhibits the opposite of structure or simplified work process. For example, I have to ask to address one issue at a time. Judge Cerne mocked and gaslighted me when I asked for this accommodation).

2. Minimizing Distractions: The court will continue to treat you and all court participants respectfully. (The Honorable Judge Neal Cerne gaslights me. I am unable to participate fairly in the process when Judge Cerne is hostile towards me, while practicing law from the bench, vigorously representing the Petitioner, I am requesting accommodations to receive an impartial process).

3. Alternative Communication Methods: In situations where written submissions may be challenging, I request the option to present petitions, motions, or responses verbally when needed.

4. Opposing counsel use electronic devices in court. I am requesting equal treatment to use my device,

5. The previous Judge, the Honorable Judge James Orel and previous law firm, Beermann LLP often discussed issues without allowing me to participate on matters. (The Current Judge, Neal Cerne, constantly cuts me off, not allowing me to participate. I am requesting accommodations where I am respectfully allowed to participate on all matters).

📎 Americans with Disabilities ADA  Grievance Form fillable.pdf
245K



18ᵀᴴ JUDICIAL CIRCUIT COURT
505 N. County Farm Road,
Wheaton, IL 60187

BONNIE M. WHEATON
Chief Judge

SUZANNE H. ARMSTRONG
Court Administrator

February 7, 2025
Jackie Sample
9476 Falling Water Dr E
Burr Ridge, IL 60527

Dear Ms. Sample,

This letter is in response to your grievance filed for complaints related to Requests for
Reasonable Accommodation under the Americans with Disabilities Act. In your grievance, you
first stated that your request to take a short break was denied by Judge Cerne. Second, you stated
that Judge Cerne did not accommodate a structured or simplified work process. Third, you stated
that Judge Cerne cuts you off and does now allow you to participate. Finally, you cited requests
to present motions, petitions, or responses verbally when needed and using electronic devices in
court. While your grievance was filed based on your requests under Judge Cerne and Judge Orel,
I have discussed your requests with Judge Alvarado, who is now presiding over your case.

To address your grievance related to taking short breaks and a structured or simplified work
process, or as previously mentioned, to address one issue at a time. These are requests that can
only be addressed by the judge during the proceedings. Each judge has the authority to manage
the flow of their courtroom at their discretion. You may continue to request short breaks from the
judge, and if the judge deems it appropriate, they may be granted. Please note that there may be
times when a break in the court proceeding is not appropriate, and these sorts of requests must be
handled on a situation-by-situation basis. In addition, if you feel as though more than one issue is
being addressed at a time, you may bring this up to the judge at the time of the occurrence.

To address your grievance that Judge Cerne cuts you off and does not allow you to participate.
As previously stated, matters concerning a judge's conduct cannot be addressed as part of a
reasonable accommodation. Such concerns should be directed to the Judicial Inquiry Board.

Finally, to address your grievance related to presenting motions, petitions, or responses verbally
and using electronic devices in court. These requests can only be addressed by the judge during
the proceeding. If you would like to make a request to present a petition, motion, or response
verbally or bring your electronic device(s) into court, you must make this request to the judge,
who may grant or deny the request at their discretion. Please note that there may be times when a
verbal petition, motion, or response is not appropriate. In addition, the judge, who is aware of the



**18TH JUDICIAL CIRCUIT COURT**
505 N. County Farm Road,
Wheaton, IL 60187

specific details of your case, can determine whether you may bring your electronic device(s) into court. They may, at their discretion, write a court order allowing your electronic devices into the building. These requests, including your requests for breaks and addressing one issue at a time are outside of the administrative authority of the Court Disability Coordinator and therefore can only be addressed by the judge.

We remain committed to ensuring that you have equal access to the judicial process in DuPage County and welcome further conversation regarding your disability accommodation needs going forward. Please feel free to contact our office with future requests at CDC@18thjudicial.org, 630-407-8825.

Sincerely,

Jillian Dirks
Court Disability Coordinator
Office of the Chief Judge
18th Judicial Circuit Court

 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

## RE: [EXTERNAL]: Re: Request for Reasonable Accommodation under the ADA

CDC <CDC@18thjudicial.org>
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

Tue, Nov 12, 2024 at 2:23 PM

Dear Ms. Sample,

This email is in response to your reasonable accommodation request made via email on Monday, November 4th and in-person on Thursday, November 7th, 2024.

You have requested to make oral motions to the court, to use your cell phone in court, and for the judge to not gaslight you. Your request to make oral motions to the court has been denied as it would result in a fundamental alteration of the court process. Matters concerning a judge's conduct cannot be addressed as a reasonable accommodation; such concerns should be directed to the Judicial Inquiry Board. If you would like to use your cell phone to show evidence, that request can be made directly to the judge who could, if granted, write a court order allowing your cell phone in the building. Audio or video recording of any kind is strictly prohibited in the courthouse.

I also wanted to address your claim that an unknown man was recording you in court. All security matters in the courthouse are handled by the DuPage County Sheriff's Deputies, and if at any time you believe someone is recording you in court, you should immediately bring that to the attention of the courtroom Deputy or any Deputy in the courthouse.

If you disagree with the result of this accommodation request, you may file a grievance with the Chief Judge. Grievance forms, as well as further information as to the types of accommodations we can grant, can be found on the Disability Access page of our website, here: https://www.dupagecourts.gov/18th_judicial_circuit_court/services/disability_access.php.

As always, I can be contacted at CDC@18thjudicial.org with any questions or further requests.

Sincerely,



**Jillian Dirks**

Court Disability Coordinator

*Office of the Chief Judge*

**Phone** 630.407.8825

505 N. County Farm Rd, Wheaton IL 60187

www.dupagecourts.gov

**From:** Jack Johnson <jackshousinganddevelopment@gmail.com>
**Sent:** Monday, November 4, 2024 9:12 PM
**To:** CDC <CDC@18thjudicial.org>
**Subject:** [EXTERNAL]: Re: Request for Reasonable Accommodation under the ADA

Hello Ms. Dirks,

I hope this message finds you well. I greatly appreciate you for assisting in this matter. I am following up from my email sent to you on October 21, 2024. I have also attached notes from your response email. I highlighted a few matters below. My next court appearance is November 7, 2024. Would you mind providing clarity on whether these matters are covered under reasonable accommodation under the ADA ?

 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

**Re: Request for Reasonable Accommodation under the ADA**

message

CDC <CDC@18thjudicial.org>
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

Tue, Jan 7, 2025 at 4:23 PM

Dear Ms. Sample,

I responded to your previous requests for accommodation via email on Tuesday, November 12th, 2024, which can be found in the thread below for reference. If you disagree with the results of the accommodation requests you previously submitted, you may file a grievance which will be reviewed by the Chief Judge. The Grievance Form, as well as further information as to the types of accommodations we may grant can be found on the Disability Access page of our website, here: https://www.dupagecourts.gov/16th_judicial_circuit_court/services/disability_access.php/.

I have also attached the Grievance Form to this email for your convenience.

If you have additional requests that are different than what has already been addressed, please detail those separately so I can address them effectively.

Sincerely,



Jillian Dirks

Court Disability Coordinator

*Office of the Chief Judge*

Phone 630.407.8825

605 N. County Farm Rd, Wheaton IL 60187

www.dupagecourts.gov

From: Jack Johnson <jackshousinganddevelopment@gmail.com>
Sent: Monday, January 6, 2025 8:03 AM
To: CDC <CDC@18thjudicial.org>; Jack Johnson <jackshousinganddevelopment@gmail.com>
Subject: [EXTERNAL]: Re: [EXTERNAL]: Re: Request for Reasonable Accommodation under the ADA

Dear Ms. Dirks,

I am once again requesting accommodations under the Americans with Disabilities Act (ADA) with the current judge, Neal Cerne. There has been a recurring pattern of hostility directed at me in the courtroom from Judge Cerne. At one point, the courtroom bailiff even walked over and stood near me while I was speaking. My disability is not being respected. In fact, Judge Cerne seems to intentionally cut me off repeatedly, jumping frantically from one topic to another. I urgently need the accommodations I previously requested.

Thank you.

Jackie Sample

 Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com>

## Re: [EXTERNAL]: Re: Request for Reasonable Accommodation under the ADA

Jack Johnson <jackshousinganddevelopment@gmail.com>
To: CDC <CDC@18thjudicial.org>, Jack Johnson <jackshousinganddevelopment@gmail.com>
Bcc: Aimar Nwannewuihe <aimarjean53@gmail.com>, N Fig <nonnfig@gmail.com>

Mon, Jan 6, 2025 at 8:03 AM

Dear Ms. Dirks,

I am once again requesting accommodations under the Americans with Disabilities Act (ADA) with the current judge, Neal Cerne. There has been a recurring pattern of hostility directed at me in the courtroom from Judge Cerne. At one point, the courtroom bailiff even walked over and stood near me while I was speaking. My disability is not being respected. In fact, Judge Cerne seems to intentionally cut me off repeatedly, jumping frantically from one topic to another. I urgently need the accommodations I previously requested.

Thank you.
Jackie Sample

On Tue, Nov 12, 2024 at 2:23 PM CDC <CDC@18thjudicial.org> wrote:

Dear Ms. Sample,

This email is in response to your reasonable accommodation request made via email on Monday, November 4th and in-person on Thursday, November 7th, 2024.

You have requested to make oral motions to the court, to use your cell phone in court, and for the judge to not gaslight you. Your request to make oral motions to the court has been denied as it would result in a fundamental alteration of the court process. Motions concerning a judge's conduct cannot be addressed as a reasonable accommodation; such concerns should be directed to the Judicial Inquiry Board. If you would like to use your cell phone to show evidence, that request can be made directly to the judge who could, if granted, write a court order allowing your cell phone in the building. Audio or video recording of any kind is strictly prohibited in the courthouse.

I also wanted to address your claim that an unknown man was recording you in court. All security matters in the courthouse are handled by the DuPage County Sheriff's Deputies, and if at any time you believe someone is recording you in court, you should immediately bring that to the attention of the courtroom Deputy or any Deputy in the courthouse.

If you disagree with the result of this accommodation request, you may file a grievance with the Chief Judge. Grievance forms , as well as further information as to the types of accommodations we can grant, can be found on the Disability Access page of our website, here: https://www.dupagecourts.gov/18th_judicial_circuit_court/services/disability_access.php.

As always, I can be contacted at CDC@18thjudicial.org with any questions or further requests.

Sincerely,



Jillian Dirks

Court Disability Coordinator

Office of the Chief Judge

Phone 630.407.8829

505 N. County Farm Rd, Wheaton IL. 60187

www.dupagecourts.gov

 **Gmail**

Jack Johnson <jackshousinganddevelopment@gmail.com>

---

**RE: [EXTERNAL]: Re: Request for Reasonable Accommodation under the ADA**

CDC <CDC@18thjudicial.org>
To: Jack Johnson <jackshousinganddevelopment@gmail.com>

Tue, Nov 12, 2024 at 2:23 PM

Dear Ms. Sample,

This email is in response to your reasonable accommodation request made via email on Monday, November 4th and in-person on Thursday, November 7th, 2024:

You have requested to make oral motions to the court, to use your cell phone in court, and for the judge to not gaslight you. Your request to make oral motions to the court has been denied as it would result in a fundamental alteration of the court process. Matters concerning a judge's conduct cannot be addressed as a reasonable accommodation; such concerns should be directed to the Judicial Inquiry Board. If you would like to use your cell phone to show evidence, that request can be made directly to the judge who could, if granted, write a court order allowing your cell phone in the building. Audio or video recording of any kind is strictly prohibited in the courthouse.

I also wanted to address your claim that an unknown man was recording you in court. All security matters in the courthouse are handled by the DuPage County Sheriff's Deputies, and if at any time you believe someone is recording you in court, you should immediately bring that to the attention of the courtroom Deputy or any Deputy in the courthouse.

If you disagree with the result of this accommodation request, you may file a grievance with the Chief Judge. Grievance forms , as well as further information as to the types of accommodations we can grant, can be found on the Disability Access page of our website, here: https://www.dupagecourts.gov/18th_judicial_circuit_court/services/disability_access.php.

As always, I can be contacted at CDC@18thjudicial.org with any questions or further requests.

Sincerely,



Jillian Dirks

Court Disability Coordinator

*Office of the Chief Judge*

Phone 630.407.8826

505 N. County Farm Rd, Wheaton IL 60187

www.dupagecourts.gov

---

From: Jack Johnson <jackshousinganddevelopment@gmail.com>
Sent: Monday, November 4, 2024 9:12 PM
To: CDC <CDC@18thjudicial.org>
Subject: [EXTERNAL]: Re: Request for Reasonable Accommodation under the ADA

Hello Ms. Dirks

I hope this message finds you well. I greatly appreciate you for assisting in this matter. I am following up from my email sent to you on October 21, 2024. I have also attached notes from your response email. I highlighted a few motion below. My next court appearance is November 7, 2024. Would you mind providing clarify on whether these matters are covered under reasonable accommodation under the ADA ?

 **Gmail**

Jack Johnson <jackshousinganddevelopment@gmail.com>

### Re: Request for Reasonable Accommodation under the ADA

Jack Johnson <jackshousinganddevelopment@gmail.com>
To: CDC <CDC@18thjudicial.org>
Bcc: Mary Dungy <mary@livingwellpsychotherapy.com>, lilson@livingwellpsychotherapy.com, Ruth Minnick <ruth@livingwellpsychotherapy.com>, Caitlin ilsos <caitlin@livingwellpsychotherapy.com>, Elyse Naples <elyse@livingwellpsychotherapy.com>, teve@livingwellpsychotherapy.com, Aimer wannewuihe <almerjean83@gmail.com>

Mon, Nov 4, 2024 at 9:11 PM

Hello Ms. Dirks
I hope this message finds you well. I greatly appreciate you for assisting in this matter. I am following up from my email sent to you on October 21, 2024. I have also attached notes from your response email. I highlighted a few matters below. My next court appearance is November 7, 2024. Would you mind providing clarity on whether these matters are covered under reasonable accommodation under the ADA?

(Others, including opposing counsel, almost always use their cell phones in court. May I please have accommodations where I can also use my device as they are?
Judge Orel and Beermann LLP often discuss issues without allowing me to fully participate on All matters. I am requesting accommodations where I am also allowed to participate on All matters?

1. **Extended time for tasks or responses.** The judge will allow extended time for tasks or responses and short breaks as needed and when appropriate, and you may request these from the judge at any time during your court proceeding.
2. **Structured or Simplified Work Processes:** The judge will address issues individually to allow time for processing, allowing you to focus as requested.
3. **Assistance with Organization:** The court cannot, as an accommodation, provide checklists or assistance from court staff to help manage deadlines. This would require the court to provide an additional service not provided to individuals without a disability, which would be an undue burden and a fundamental alteration of the court's programs. The Clerk of the Circuit Court has a service that provides text reminders for court dates. Additionally, court records may be accessed online by visiting www.18thjudicial.org.
4. **Breaks or Flexible Scheduling:** The judge will allow for appropriate short breaks during court proceedings upon request when needed.
5. **Minimizing Distractions:** The court will continue to treat you and all court participants respectfully. a. The courtroom was unusually loud due to lawyers conversing standing behind me. Although they were standing behind the gate, the attorneys at this particular court appearance were at least three times louder. I am requesting accommodations for decreased noise. b. Although Judge Orel lowered his voice when addressing me at this particular court appearance, he continued to gaslight me. It is difficult to participate fairly when Judge Orel is being abusive towards me. I am requesting accommodations for fair treatment?
6. **Alternative Communication Methods:** In situations where written submissions may be challenging, I request the option to present petitions, motions, or responses verbally?
7. **Alternative Communication Methods:** We need further information about this request, including the situations to which it would apply.
8. **Access to Support Personnel:** The Court cannot, as an accommodation, provide support personnel to assist you with tracking proceedings and organizing your responses as this would require the court to provide an additional service not provided to individuals without a disability, which would be an undue burden and a fundamental alteration of the court's programs. You may bring your own support person to court to assist you in organizing documents, creating checklists, and writing summaries during court.
9. **Clear and Direct Instructions:** The judge will continue to provide clear instructions in court as part of the court process. The court cannot, as an accommodation, create written summaries as that would require the court to provide an additional service not provided to individuals without a disability, which would be an undue burden and a fundamental alteration of the court's programs. Court participants can order court transcripts which can be processed and paid for directly through the Court Reporters Office at https://www.dupagecourts.gov/18th_judicial_circuit_court/services/court_trans/

Please note that audio video recording is explicitly prohibited in all areas of the courthouse, including all court proceedings. On April 10, 2024, a man unknown to me was inside of the courtroom using his cell phone, seemingly recording me while I was testifying. Later, A strange and unsettling incident occurred when a man accosted me on the street, repeatedly saying my full name and that the judge wanted my house sold. I took out my phone to record him, and he quickly rushed off. I caught up and recorded him back. This mirrored an earlier incident in court on April 10, 2024, when the individual using his cell phone, seemingly to record me during my testimony, leaving me feeling unsafe both inside and outside the courtroom. I have attached the short video of the stranger intimidating me about equity in my home. My

me?

Thank you very much. I look forward to hearing from you soon.

On Fri, Nov 1, 2024 at 3:54 PM CDC <CDC@18thjudicial.org> wrote:

Dear Ms. Sample,

I have attached my previous email which contains individual responses to each of your requests.

Please note that my role is administrative in nature, and I am only able to assist you with matters as they relate to disability accommodations.

Sincerely,



Jillian Dirks

Court Disability Coordinator

*Office of the Chief Judge*

Phone 630.407.8825

505 N. County Farm Rd, Wheaton IL 60187

www.dupagecourts.gov

---

**From:** Jack Johnson <jackshousinganddevelopment@gmail.com>
**Sent:** Monday, October 21, 2024 6:16 PM
**To:** CDC <CDC@18thjudicial.org>
**Subject:** [EXTERNAL]: Re: [EXTERNAL]: Re: Request for Reasonable Accommodation under the ADA

Hello Ms. Dirks,

I hope you are well. I am unable to locate your email regarding my request to make oral motions if needed. Could you please resend or advise on this matter? Additionally, opposing counsel frequently uses digital devices during court. May I have the same courtesy, as it would be helpful?

I'm also following up on an ongoing issue that occurred again during the October 8, 2024, court appearance. The courtroom was unusually loud due to lawyers conversing behind the gate. Although Judge Orel lowered his voice when addressing me, he continued to gaslight me.

In November 2023, Judge Orel used coercive actions in an attempt to have my attorney file a guardianship motion against me, and later gaslighted me about the matter in court.

On February 1, 2024, when I raised the issue of my spouse, Dr. Sample's falsified financial affidavits, Judge Orel threatened me with jail and sanctions. His ongoing gaslighting, including at the October 8, 2024 hearing about this issue, is emotionally abusive and traumatizing. He also appointed a divorce attorney as a financial expert and used his decision to further gaslight me during this court proceeding.

Judge Orel and Beermann LLP often discuss issues without allowing me to fully participate on All matters. While he spoke more softly during the last hearing, he was extremely condescending towards me.

I've only witnessed respect toward my spouse and opposing counsel, and request respectful treatment as well.

The October 8 court appearance is just one example of Judge Orel's ongoing gaslighting and mistreatment, which are inhumane and prevent fair participation.

Thank you for your attention to these matters.

Sincerely,

Jackie Sample

On Fri, Oct 4, 2024 at 12:35 PM Jack Johnson <jackshousinganddevelopment@gmail.com> wrote:

Thank you so much.

J Sample

On Thu, Oct 3, 2024 at 4:39 PM CDC <CDC@18thjudicial.org> wrote:

Jackie,

Your request has been received and is being processed.

Sincerely,



Jillian Dirks

Court Disability Coordinator

*Office of the Chief Judge*

Phone 630.407.8825

505 N. County Farm Rd, Wheaton IL 60187

www.dupagecourts.gov

From: Jack Johnson <jackshousinganddevelopment@gmail.com>
Sent: Thursday, October 3, 2024 12:50 PM
To: CDC <CDC@18thjudicial.org>
Subject: [EXTERNAL]: Re: Request for Reasonable Accommodation under the ADA

# Jackie Sample

## 9476 Falling Water DR E

## Burr Ridge IL 60527
## Jackshousinganddevelopment@gmail.com
## 773-719-0337

## Jillian Dirks

Court Disability Coordinator
DuPage County Courthouse
Attn: ADA Coordinator
505 County Farm Road
Wheaton, IL 60187

Subject: Request for Accommodations under the Americans with Disabilities Act (ADA)

## Dear Ms. Dirks

I hope this letter finds you well. I am following up regarding my upcoming court date and to formally request reasonable accommodations in accordance with the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and its accompanying regulations, 28 C.F.R. Part 35, to participate in court proceedings.

To ensure that I can fully and fairly participate in the court process, I respectfully request the following accommodations:

1. **Extended Time for Tasks or Responses**: I ask for additional time to complete tasks, respond to questions, or review documents, as my processing ability sometimes differs from the pace of others.

2. **Structured or Simplified Work Processes**: I request that issues be addressed one at a time, allowing me the opportunity to focus on each individually. Additionally, breaking down complex information into manageable steps would greatly assist me.

3. **Assistance with Organization**: I would appreciate tools or resources to help me stay organized, such as a checklist or assistance from court staff in managing documents and deadlines.

4. **Breaks or Flexible Scheduling**: If possible, I would like to request the ability to take short breaks to refocus my attention during proceedings when needed.

5. **Minimizing Distractions**: I request accommodations to reduce distractions, as being yelled at and treated hostilely, negatively affects my ability to concentrate, think, and communicate during court proceedings. Also, intimidation, harassment, gaslighting and coercive control tactics being used against me interrupts my ability to focus. Treated respectfully and not being yelled at helps me to stay focused during the proceedings.

6. **Alternative Communication Methods**: In situations where written submissions may be challenging, I request the option to present petitions, motions, or responses verbally, and to use audio/video recordings as part of my communication.

7. **Access to Support Personnel**: If possible, I would like access to support staff to assist me with tracking proceedings and organizing my responses.

8. **Clear and Direct Instructions**: I request that instructions or court expectations be provided in a clear and concise manner, with written summaries and court transcripts, to help me stay on track and fairly participate in the court process.

These accommodations are necessary for me to have equal access to the court proceedings in line with the ADA. I am happy to provide further information if needed. Please let me know how I can best proceed in working with the court to ensure these reasonable accommodations are provided.

Thank you for your time and consideration. I look forward to your response.

Sincerely,
Jackie Sample

On Tue, Sep 3, 2024 at 3:02 PM CDC <CDC@18thjudicial.org> wrote:

Dear Jackie,

This email is in response to your Request for Reasonable Accommodation submitted in person on September 3, 2024.

Can you please provide more information regarding your request for more time organize, prepare, respond, and time for medical procedure and recovery? Are you asking for a continuance of your next court date or more time during your next court proceeding?

Any additional information provided can help us respond to your requests.

Sincerely,



**Jillian Dirks**

**Court Disability Coordinator**

*Office of the Chief Judge*

Phone 630.407.8825

505 N. County Farm Rd, Wheaton IL 60187

www.dupagecounty.gov

THE INTIMIDATOR .mov
16314K



# AMERICANS WITH DISABILITIES ACT
# GRIEVANCE FORM
# 18TH JUDICIAL CIRCUIT COURT, DUPAGE COUNTY

You have the right to file a grievance. A grievance is a formal complaint that you were not given the accommodations you requested under the 18th Judicial Circuit Court Disability Access Policy (Policy), the Americans with Disabilities Act (ADA), or the Illinois Human Rights Act (IHRA). This grievance may be filed at any time, but the court may move forward with your case if you do not submit your grievance within fifteen (15) days after you become aware of the alleged violation.

Date Request Submitted: <u>Around September 2024</u>

## 1. Who are you?

Name of person accommodation is for: <u>Jackie Sample</u>
Court case number (if known): <u>2023DN000129</u>
Role at court:

- ☑ Party to a case (petitioner/plaintiff, respondent/defendant, etc.)
- ☐ Witness
- ☐ Juror
- ☐ Other: _____

Contact person (if different from above): _____

Address: <u>9476 Falling Water DR E Burr Ridge IL 60527</u>
         *Street Address, Apt. #, City, State, Zip Code*

Phone Number: <u>773-719-0337</u>

Email Address: <u>jackshousinganddevelopment@gmail.com</u>
*Please note, if you do not list an email address, a written response will be sent to you via U.S. mail.*

Best way to reach you?

- ☑ Phone call
- ☑ Email
- ☐ U.S. Mail
- ☑ Other: <u>In person</u>

## 2. What happened?

I requested:
*(if you select "something else" you must list additional information about the request)*

- ☐ Qualified sign language interpreter
- ☐ Assistive Listening Device (ALD)
- ☐ Access for my <u>service</u> animal (dog or miniature horse)
- ☐ Court documents in large print/Braille
- ☑ Something else. Describe the accommodation you need:

    Some notes/communications from my previous request for reasonable accommodations include:
    I am once again requesting acco
    mmodations under the Americans with Disabilities Act (ADA) with the current

Page 1 of 2



# AMERICANS WITH DISABILITIES ACT
# GRIEVANCE FORM
# 18TH JUDICIAL CIRCUIT COURT, DUPAGE COUNTY

Please provide any further information that would help the court respond to your grievance:

Extended time for tasks or responses. The judge will allow extended time for tasks or responses and short breaks as needed and when appropriate, and you may request these from the judge at any time during your court proceeding. (My request for a short break was denied by Judge Neal Cerne) Structured or Simplified Work Processes: The judge will address issues individually to allow time for processing, allowing you to focus as requested. (Judge Neal Cerne does not accommodate a structured or simplified work process. In Fact, the Honorable Judge Neal Cerne willfully exhibits the opposite of

## 3. When & where were you not given the accommodation you requested?

Date(s) denial of accommodation occurred (if known): Constant-September 2024-Present

Location where the denial occurred (including courtroom, jury room, etc.), and any other information you know about the denial: The Honorable Judge James Orel Court Room 2012 and The Honorable Neal Cerne 2003

## 4. Next Steps

Please submit this completed form to:

Court Disability Coordinator (CDC)
Email: CDC@18thjudicial.org
505 N. County Farm Road, Room 2015
Wheaton, IL 60187
Phone: (630) 407-8825
TDD: (630) 407-8910
Fax: (630) 407-8836

---

| OFFICE USE ONLY | | |
|---|---|---|
| Grievance for Accommodation: _____ | | |
| ☐ Original denial stands  ☐ Hadn't previously decided, will decide now  ☐ Granted | | |
| Requestor notified on: _____  Via: _____ | | |
| Comments: | | |

SUBMIT



From: CDC CDC@18thjudicial.org
Subject: Request for Reasonable Accommodation under the ADA
Date: September 3, 2024 at 3:02 PM
To: jackshousinganddevelopment@gmail.com

Dear Jackie,

This email is in response to your Request for Reasonable Accommodation submitted in person on September 3, 2024.

Can you please provide more information regarding your request for more time organize, prepare, respond, and time for medical procedure and recovery? Are you asking for a continuance of your next court date or more time during your next court proceeding?

Any additional information provided can help us respond to your requests.

Sincerely,



**Jillian Dirks**
Court Disability Coordinator
*Office of the Chief Judge*

Phone 630.407.8825
505 N. County Farm Rd, Wheaton IL 60187
www.dupagecourts.gov

# Subject:

 **Jack Johnson** <jackshousinganddevelopment@gmail.com>
to CDC

Hello Access to the Court for People with Disabilities,

Would you please call me at your earliest convenience?

Thank you

Jackie Sample

(773)719-0337

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

**JACKIE SAMPLE,**

    Plaintiff,

v.

**MADISON SAMPLE JR., et al.,**

    Defendants.

**Case No.:** 1:25-cv-05329

**Judge:** Andrea R. Wood

## MOTION FOR REASONABLE ADA ACCOMMODATIONS UNDER FEDERAL LAW

NOW COMES the Plaintiff, **Jackie Sample**, pro se, and pursuant to the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12101 et seq., Section 504 of the Rehabilitation Act (29 U.S.C. § 794), and 28 C.F.R. § 35.160, respectfully moves this Honorable Court for an order granting reasonable accommodations to ensure meaningful access to court proceedings in this matter. In support thereof, Plaintiff states as follows:

### 1. ADA-Protected Disability and Prior Notice

Plaintiff is a person with a disability protected under federal law. This Court has previously been made aware of Plaintiff's disability and has received prior requests for accommodations consistent with the ADA.

1.

**2. Specific Accommodations Requested**

Plaintiff respectfully requests the following accommodations to ensure equal access and participation in this litigation:

a. **Immediate and complete access** to all court transcripts and hearing recordings at no cost, due to Plaintiff's indigent status as a victim of domestic violence. Plaintiff requires such access as a reasonable accommodation under the ADA for timely review and case preparation;

b. **Permission to submit filings in nonstandard formats** (e.g., audio, dictated content, or with extended time), with assurance that no adverse action will result from format deviations caused by disability-related limitations;

c. **Assistance with remote/telephonic participation** in all hearings and conferences, as in-person attendance presents a substantial barrier to Plaintiff's full access;

d. **Clear written notice and explanations** of all court rulings, orders, and scheduling, in plain-language format where appropriate;

e. **Designation of an ADA court liaison or clerk** to assist with accessible communication and scheduling coordination throughout the litigation;

f. **A protective order or judicial instruction** that details of Plaintiff's disability— including the existence of any ADA requests—shall not be discussed on the public record or in the presence of opposing counsel or third parties, pursuant to privacy protections under:

- 42 U.S.C. § 12112(d)(4)(C) – confidentiality of medical information;

- 29 U.S.C. § 794 (Section 504 of the Rehabilitation Act);

2.

- 28 C.F.R. § 35.130(b)(3) – nondisclosure and privacy of disability information;

- *Doe v. Attorney General*, 941 F.2d 780, 795 (9th Cir. 1991) – recognizing constitutional right to medical privacy.

## 3. Legal Basis for Relief

Plaintiff relies on the following statutes and authorities to support this Motion:

- **42 U.S.C. § 12132:** Prohibits exclusion or denial of benefits by public entities, including courts, based on disability;

- **29 U.S.C. § 794:** Mandates that entities receiving federal funding must provide reasonable accommodations to qualified individuals;

- **28 C.F.R. § 35.160:** Requires public entities to furnish auxiliary aids or services to ensure effective communication with individuals with disabilities;

- *Tennessee v. Lane*, 541 U.S. 509 (2004): Affirms that access to courts is a fundamental right protected by the ADA.

## 4. Good Faith and Urgency of Request

This Motion is submitted in good faith, without delay, and in full accordance with the procedures and protections guaranteed under federal disability law. Without these accommodations and privacy protections, Plaintiff's meaningful access to the judicial process will be severely impaired.

## 5. Relief Requested

3.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. **GRANT** Plaintiff's request for ADA accommodations as outlined above;

B. **ISSUE** an order directing the Clerk's Office and all court officers to comply with the requested accommodations;

C. **APPOINT** a designated ADA contact or liaison to assist with coordination and timely provision of transcripts and other access needs;

D. **ENTER** an order prohibiting open discussion of Plaintiff's disability or accommodation requests in public proceedings or in the presence of opposing counsel;

E. **GRANT** such other relief as this Court deems just, proper, and necessary to ensure full ADA compliance and equal access.

Respectfully submitted,

/s/ Jackie Sample

**Jackie Sample**

jackshousinganddevelopment@gmail.com
(773) 719-0337

Date: _8/5/2025_

4.

Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com

# Re: ACCOMMODATIONS AND COORDINATION

Michael Serratore <Michael_Serratore@ilnd.uscourts.gov>
To: Johnson Jack <jackshousinganddevelopment@gmail.com>
Cc: ilnd_courtservices <ilnd_courtservices@ilnd.uscourts.gov>

Sun, Jun 15, 2025 at 11:08 AI

Good morning,

I hope your weekend is going well. The accessibility accommodations are strictly regulated to court proceedings.

What are your questions about the filing being rejected?

Thank you.
Sent from my iPhone

On Jun 13, 2025, at 7:46 PM, Jack Johnson <                                    > wrote:

CAUTION - EXTERNAL:

Subject: Request for Assistance with Communication and Possible ADA Accommodation

Dear Mr. Serratore,

I hope this message finds you well. I am writing to kindly ask whether I may receive assistance with communication between myself and the clerk's office.

Today, I contacted the clerk's office in response to an email informing me that my June 12, 2025 filing had been rejected. During the call, I attempted to ask clarifying questions regarding the issues listed in the email.

Unfortunately, the staff member I spoke with, Greg, repeatedly interrupted me and spoke over me each time I began to speak. His responses did not answer the questions I was attempting to ask. After multiple attempts, I asked Greg if I could complete my questions without being cut off. At that point, Gregg abruptly threatened to end the call, claiming I was being hostile even though I remained polite and maintained a respectful tone throughout the conversation. (Please pull the phone records for verification if the calls are recorded).

Greg's repeated interruptions, hostile tone, and refusal to let me finish my sentence followed by an unreasonable hostil accusation did not just prevent effective communication, but also significantly exacerbated my disability, making it harder for me to process information and stay focused.

This kind of interaction creates a serious barrier to accessing the court system and undermines my ability to meaningfully participate in my own case. When I am not given the space to speak or ask questions in a non hostile environment, it triggers symptoms related to my health and disability, such as difficulty concentrating and heightened stress.

I am not a legal expert and will occasionally need to contact the clerk's office to ask questions. While I did mention my disability in the hope that Greg might be more understanding and allow me the opportunity to speak, the call remained challenging. The entire conversation lasted about seven minutes, but it could likely have taken half that time had I been allowed to ask questions.

Although this interaction seemed more related to respect than disability, the impact on my disability was very real and mirrors other situations where clear communication is essential for me to participate. I would like to know whether support or facilitation in communicating with the clerk's office might be considered a reasonable accommodation under the ADA?

Thank you for your time and consideration. I appreciate any guidance or assistance you can offer.

Warm regards,

Jackie Sample

(773)719-0337

**RE: ADA Accommodation Request**

Good morning Mr. Serratore,

Thank you for your message and for taking the time to respond.

I just wanted to clarify that, to my understanding, federal courts like all public entities and recipients of federal funding are required to comply with the **Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.**, and **Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.** These laws mandate the provision of reasonable accommodations for individuals with disabilities to ensure equal access to court proceedings and services.

This has been reinforced by the U.S. Supreme Court in *Tennessee v. Lane*, 541 U.S. 509 (2004), which recognized the importance of ensuring court access for individuals with disabilities under Title II of the ADA. While I understand that the presiding judge ultimately reviews such requests, the duty to provide appropriate accommodations is not optional under these federal protections.

I sincerely appreciate you forwarding my request to Judge Wood for her consideration, and I'm hopeful it will be reviewed with these important principles in mind. I look forward to hearing from you soon.

Respectfully,

**Jackie Sample**

(773)719-0337

On Mon, Jun 9, 2025 at 9:52 AM Michael Serratore < _____ > wrote:

Good morning Jackie,

That is incorrect about that ADA and Section 504 of the Rehabilitation Act. Federal courts are under no obligation to permit, provide or fund such resources.. The authority for making determinations on such requests, particularly for individuals who are required to participate in the business of the federal courts, lies with the presiding judge for the case in question.   I will send your requests to Judge Wood for her review and approval.

Thank you,

Michael Serratore

Judicial Services Manager

U.S. District Court for the Northern District of Illinois

U.S. Courthouse, Northern
Chicago, IL 60604

312-435-5359

**From:** ilnd_courtservices < _____ >
**Sent:** Monday, June 9, 2025 8:09 AM
**To:** Michael Serratore < _____ >
**Subject:** FW: ACCOMMODATIONS AND COORDINATION

M Gmail

Jack Johnson <jackshousinganddevelopment@gmail.com

# Re: ACCOMMODATIONS AND COORDINATION

Jack Johnson <jackshousinganddevelopment@gmail.com>                    Fri, Jun 6, 2025 at 6:28 P
To: "Ocj Accommodations (Accessibility and Education Outreach)" <ocj.accommodations@cookcountyil.gov>

Yes. As soon as possible, please.

On Fri, Jun 6, 2025 at 12:30 PM Ocj Accommodations (Accessibility and Education Outreach) < > wrote:

Ms. Sample,

Would you like to schedule a time to discuss your ADA requests?

Thank you.

Elena Demos, J.D.
Senior Labor & Employment Counsel & Court Disability Coordinator
Circuit Court of Cook County

(312) 603-0241
The Court Disability Coordinator is not an advocate in any matters regarding litigation.
If the response to your accommodation request does not resolve the issue to your satisfaction, you may file a Grievance. A Grievance form is available in the Accessibility section of our website, . A Grievance may be filed at any time, but to address the issue in a timely fashion, it should be made within fifteen (15) business days after you become aware of the action or inaction of the Court Disability Coordinator.

From: Jack Johnson < >
Sent: Wednesday, June 4, 2025 6:12 PM
To: CDC; Ocj Accommodations (Accessibility and Education Outreach); 
Subject: ACCOMMODATIONS AND COORDINATION

External Message Disclaimer

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Hello Ms.Dirks, Ms. Demos, Mr. Serratore, and Mr. Hooper

As I am currently involved in multiple court proceedings across different jurisdictions, I am kindly requesting assistance in managing/scheduling court appearances while I continue searching for legal representation. I have attached my formal request and an updated request for those that I have previously submitted a request for accommodations. Would you kindly let me know the next steps in coordinating and if you need additional information from me

Thank you in advance for your support and understanding.

Sincerely,

Jackie Sample

 <mailto: >

(773)719-0337

 Gmail

Jackie Johnson <jackshousingandconstruction@gmail.com

**(no subject)**

**Jackie Johnson** <jackshousingandconstruction@gmail.com>
To: OCJ.accommodations@cookcountyil.gov

Mon, Mar 31, 2025 at 9:02 A

Hi Elena Demos

My name is Jackie Sample. I have been trying to reach your office receive services under the Americans With Disabilities Accommodations Act(ADA). I will be downtown today and would like to come by your office to fill out any necessary paperwork. I would prefer to fill out the paperwork in person today. I should be downtown around 11:00-12:00. I can wait until you are available to help me.

Thank you

Jackie Sample
(773)719-0337



PLEASE SEE OTHER SIDE FOR ADDITIONAL BILLING INFORMATION

**BILL DATE:** 10/01/2025
**NAME:** MADISON SAMPLE
**SERVICE ADDRESS:** 9476 Fallingwater Dr East

**ACCOUNT NUMBER:** 6638009476-02

**PIN:** f0e3453

| METER INFORMATION | | BILLING PERIOD | |
|---|---|---|---|
| Current Read ........................................ | 864207 | Current Read Date ........................ | 08/31/2025 |
| Previous Read ...................................... | 647567 | Previous Read Date ..................... | 07/31/2025 |
| Consumption (Gallons) ....................... | 216640 | Type Of Read ........................... | A |

| | |
|---|---|
| PREVIOUS BALANCE ........................................................................................ | $167.25 |
| LAST PAYMENT RECEIVED .............................................................................. | $20.68 CR |
| **PAST DUE BALANCE** .......................................................................................... | $146.57 |

CURRENT CHARGES:

| | |
|---|---|
| WATER | $4,968.55 |
| Fixed Charge | $11.80 |
| Rec/Disc/Serv Fee | $0.00 |

| | |
|---|---|
| TOTAL CURRENT CHARGES ......................................................................... | $4980.35 |
| **TOTAL AMOUNT DUE BY 10/20/2025** | **$5126.92** |
| TOTAL DUE AFTER 10/20/2025 | 5624.96 |

10% LATE CHARGE WILL BE ADDED TO CURRENT CHARGES IF PAYMENT IN FULL IS NOT RECEIVED BY DUE DATE

------------------------------------------------------------------------------------------------------------

DETACH HERE     RETURN BOTTOM PORTION WITH CHECK PAYABLE TO VILLAGE OF BURR RIDGE     DETACH HERE



**Village of Burr Ridge**
7660 S. County Line Road
Burr Ridge, IL 60527-4721
(630) 654-8181 ext. 4030
www.burr-ridge.gov
Pay by Phone 877-314-2481

**ACCOUNT NUMBER:** 6638009476-02
**SERVICE ADDRESS:** 9476 Fallingwater Dr East

| | |
|---|---|
| **TOTAL AMOUNT DUE BY 10/20/2025** | **5126.92** |
| TOTAL AMOUNT DUE AFTER 10/20/2025 | 5624.96 |
| **AMOUNT PAID** | |

MADISON SAMPLE
JACKIE SAMPLE
9476 FALLINGWATER DR EAST
BURR RIDGE, IL 60527

PLEASE DO NOT FOLD OR STAPLE



## PLEASE SEE OTHER SIDE FOR ADDITIONAL BILLING INFORMATION

**BILL DATE:** 10/01/2025
**NAME:** MADISON SAMPLE
**SERVICE ADDRESS:** 9476 Fallingwater Dr East

**ACCOUNT NUMBER:** 6638009476-02

**PIN:** f0e3453

| **METER INFORMATION** | | **BILLING PERIOD** | |
|---|---|---|---|
| Current Read | 864207 | Current Read Date | 08/31/2025 |
| Previous Read | 647567 | Previous Read Date | 07/31/2025 |
| Consumption (Gallons) | 216640 | Type Of Read | A |

| | |
|---|---|
| PREVIOUS BALANCE | $167.25 |
| LAST PAYMENT RECEIVED | $20.68 CR |
| **PAST DUE BALANCE** | $146.57 |

CURRENT CHARGES:
| | |
|---|---|
| WATER | $4,968.55 |
| Fixed Charge | $11.80 |
| Rec/Disc/Serv Fee | $0.00 |

| | |
|---|---|
| TOTAL CURRENT CHARGES | $4980.35 |
| **TOTAL AMOUNT DUE BY 10/20/2025** | **$5126.92** |
| TOTAL DUE AFTER 10/20/2025 | 5624.96 |

10% LATE CHARGE WILL BE ADDED TO CURRENT CHARGES IF PAYMENT IN FULL IS NOT RECEIVED BY DUE DATE

DETACH HERE          RETURN BOTTOM PORTION WITH CHECK PAYABLE TO VILLAGE OF BURR RIDGE          DETACH HERE



Village of Burr Ridge
7660 S. County Line Road
Burr Ridge, IL 60527-4721
(630) 654-8181 ext. 4030
www.burr-ridge.gov
Pay by Phone 877-314-2481

**ACCOUNT NUMBER:** 6638009476-02
**SERVICE ADDRESS:** 9476 Fallingwater Dr East



| **TOTAL AMOUNT DUE BY 10/20/2025** | **5126.92** |
|---|---|
| TOTAL AMOUNT DUE AFTER 10/20/2025 | 5624.96 |
| **AMOUNT PAID** | |

MADISON SAMPLE
JACKIE SAMPLE
9476 FALLINGWATER DR EAST
BURR RIDGE, IL 60527

PLEASE DO NOT FOLD OR STAPLE



### PLEASE SEE OTHER SIDE FOR ADDITIONAL BILLING INFORMATION

**BILL DATE:** 10/01/2025
**NAME:** MADISON SAMPLE
**SERVICE ADDRESS:** 9476 Fallingwater Dr East

**ACCOUNT NUMBER:** 6638009476-02

**PIN:** f0e3453

| METER INFORMATION | | BILLING PERIOD | |
|---|---|---|---|
| Current Read ......................................... | 864207 | Current Read Date ....................... | 08/31/2025 |
| Previous Read ..................................... | 647567 | Previous Read Date ..................... | 07/31/2025 |
| Consumption (Gallons) ..................... | 216640 | Type Of Read ........................... | A |

| | |
|---|---|
| PREVIOUS BALANCE ............................................................................................. | $167.25 |
| LAST PAYMENT RECEIVED ................................................................................... | $20.68 CR |
| **PAST DUE BALANCE** ........................................................................................... | $146.57 |

CURRENT CHARGES:

| | | |
|---|---|---|
| WATER | $4,968.55 | |
| Fixed Charge | $11.80 | |
| Rec/Disc/Serv Fee | $0.00 | |
| TOTAL CURRENT CHARGES .................................................................... | | $4980.35 |
| TOTAL AMOUNT DUE BY 10/20/2025 | | $5126.92 |
| TOTAL DUE AFTER 10/20/2025 | | 5624.96 |

10% LATE CHARGE WILL BE ADDED TO CURRENT CHARGES IF PAYMENT IN FULL IS NOT RECEIVED BY DUE DATE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DETACH HERE      RETURN BOTTOM PORTION WITH CHECK PAYABLE TO VILLAGE OF BURR RIDGE      DETACH HERE



**Village of Burr Ridge**
7660 S. County Line Road
Burr Ridge, IL 60527-4721
(630) 654-8181 ext. 4030
www.burr-ridge.gov
Pay by Phone 877-314-2481

**ACCOUNT NUMBER:** 6638009476-02
**SERVICE ADDRESS:** 9476 Fallingwater Dr East

| | |
|---|---|
| **TOTAL AMOUNT DUE BY** 10/20/2025 | **5126.92** |
| TOTAL AMOUNT DUE AFTER 10/20/2025 | 5624.96 |
| **AMOUNT PAID** | |

MADISON SAMPLE
JACKIE SAMPLE
9476 FALLINGWATER DR EAST
BURR RIDGE, IL 60527

**PLEASE DO NOT FOLD OR STAPLE**

# REAL ESTATE PURCHASE AGREEMENT

This Real Estate Purchase Agreement (the "Agreement") is made and entered into as of the date of the last signature below, by and between the following parties:

• Buyer: Almer J. Nwannewuihe

• Seller: Jackie Johnson Smith / Jackie Johnson Sample

• Property Address: 7439 S Prairie Ave, Chicago, IL 60619

1. **Purchase Price.** The total purchase price for the Property shall be Two Hundred Thirty Thousand Dollars ($230,000), payable in full at closing by Buyer in the form of all cash funds.

2. **Earnest Money Deposit.** Buyer shall deposit Five Hundred Dollars ($500) as earnest money within 3 business days of the execution of this Agreement. Said deposit shall be applied to the purchase price at closing.

3. **Closing Date.** The closing of this transaction shall occur on or before ~~October 28,~~ NOV 2025. The parties shall cooperate in good faith to complete all necessary documents, inspections, and approvals required to close by this date.

4. **Title and Closing Agent.** The title company and/or closing agent shall be determined prior to closing. Seller shall convey marketable title to Buyer by Warranty Deed, free and clear of all liens and encumbrances, except those permitted under this Agreement.

5. **Inspection Period.** Buyer shall have ten (10) days

## REAL ESTATE PURCHASE AGREEMENT

This Real Estate Purchase Agreement (the "Agreement") is made and entered into as of the date of the last signature below, by and between the following parties:

- Buyer: Almer J. Nwannewuihe

- Seller: Jackie Johnson Smith / Jackie Johnson Sample

- Property Address: 7439 S Prairie Ave, Chicago, IL 60619

1. **Purchase Price.** The total purchase price for the Property shall be Two Hundred Thirty Thousand Dollars ($230,000), payable in full at closing by Buyer in the form of all cash funds.

2. **Earnest Money Deposit.** Buyer shall deposit Five Hundred Dollars ($500) as earnest money within 3 business days of the execution of this Agreement. Said deposit shall be applied to the purchase price at closing.

3. **Closing Date.** The closing of this transaction shall occur on or before ~~October~~ 28, 2025. The parties shall cooperate in good faith to complete all necessary documents, inspections, and approvals required to close by this date.

4. **Title and Closing Agent.** The title company and/or closing agent shall be determined prior to closing. Seller shall convey marketable title to Buyer by Warranty Deed, free and clear of all liens and encumbrances, except those permitted under this Agreement.

5. **Inspection Period.** Buyer shall have ten (10) days

from the effective date of this Agreement to conduct all
desired inspections of the Property. If Buyer is not satisfied
with the results of such inspections, Buyer may terminate
this Agreement by written notice to Seller before the end of
the inspection period, and the earnest money shall be
refunded to Buyer.

6. **Possession.** Possession of the Property shall be
delivered to Buyer at closing.

7. **Governing Law.** This Agreement shall be governed
by and construed in accordance with the laws of the State
of Illinois, with jurisdiction in Cook County.

8. **Entire Agreement.** This Agreement constitutes the
entire understanding between the parties with respect to the
subject matter hereof and supersedes all prior or
contemporaneous agreements, whether written or oral.

9. **Signatures.** This Agreement may be executed in
counterparts, each of which shall be deemed an original,
and all of which together shall constitute one instrument.
Signatures transmitted electronically shall be considered
binding.


IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the dates set forth below.

Buyer: Almer J. Nwannewuihe
Date: 10/21/25

Seller: Jackie Johnson Smith / Jackie Johnson Sample
Date: 10/21/2025

# REAL ESTATE PURCHASE AGREEMENT

This Real Estate Purchase Agreement (the "Agreement") is made and entered into as of the date of the last signature below, by and between the following parties:

- Buyer: Almer J. Nwannewuihe

- Seller: Jackie Johnson Smith / Jackie Johnson Sample

- Property Address: 7439 S Prairie Ave, Chicago, IL 60619

1. **Purchase Price.** The total purchase price for the Property shall be Two Hundred Thirty Thousand Dollars ($230,000), payable in full at closing by Buyer in the form of all cash funds.

2. **Earnest Money Deposit.** Buyer shall deposit Five Hundred Dollars ($500) as earnest money within 3 business days of the execution of this Agreement. Said deposit shall be applied to the purchase price at closing.

3. **Closing Date.** The closing of this transaction shall occur on or before October 28, 2025. The parties shall cooperate in good faith to complete all necessary documents, inspections, and approvals required to close by this date.

4. **Title and Closing Agent.** The title company and/or closing agent shall be determined prior to closing. Seller shall convey marketable title to Buyer by Warranty Deed, free and clear of all liens and encumbrances, except those permitted under this Agreement.

5. **Inspection Period.** Buyer shall have ten (10) days

from the effective date of this Agreement to conduct all desired inspections of the Property. If Buyer is not satisfied with the results of such inspections, Buyer may terminate this Agreement by written notice to Seller before the end of the inspection period, and the earnest money shall be refunded to Buyer.

6. **Possession.** Possession of the Property shall be delivered to Buyer at closing.

7. **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of Illinois, with jurisdiction in Cook County.

8. **Entire Agreement.** This Agreement constitutes the entire understanding between the parties with respect to the subject matter hereof and supersedes all prior or contemporaneous agreements, whether written or oral.

9. **Signatures.** This Agreement may be executed in counterparts, each of which shall be deemed an original, and all of which together shall constitute one instrument. Signatures transmitted electronically shall be considered binding.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the dates set forth below.

Buyer: Almer J. Nwannewuihe
Date: 10/21/25

Seller: Jackie Johnson Smith / Jackie Johnson Sample
Date: 10/21/2025

from the effective date of this Agreement to conduct all desired inspections of the Property. If Buyer is not satisfied with the results of such inspections, Buyer may terminate this Agreement by written notice to Seller before the end of the inspection period, and the earnest money shall be refunded to Buyer.

6. **Possession.** Possession of the Property shall be delivered to Buyer at closing.

7. **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of Illinois, with jurisdiction in Cook County.

8. **Entire Agreement.** This Agreement constitutes the entire understanding between the parties with respect to the subject matter hereof and supersedes all prior or contemporaneous agreements, whether written or oral.

9. **Signatures.** This Agreement may be executed in counterparts, each of which shall be deemed an original, and all of which together shall constitute one instrument. Signatures transmitted electronically shall be considered binding.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the dates set forth below.

Buyer: Almer J. Nwannewuihe
Date: 10/21/25

Seller: Jackie Johnson Smith / Jackie Johnson Sample
Date: 10/21/2025

2022 L 851

Order Resetting Law Division Mandatory Arbitration Hearing          (10/20/21) CCL 0062

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JACKIE JOHNSON-SAMPLE
_____
                                    Plaintiff(s)      Case No.  2023L011621
                v.                                              _____
KEVIN MULERIN                                                   Cal. F
_____
                                    Defendant(s)

### ORDER RESETTING LAW DIVISION MANDATORY ARBITRATION HEARING

The cause is coming before the Court on ___10/10/24___ Motion to Continue the Law Division Mandatory

Arbitration hearing scheduled for ___10/31/24___ :

**THE COURT FINDS**

1. This cause was referred to Law Division Mandatory Arbitration by Judge  Johnson_____

    on ___8/1/24___ and set for hearing on ___10/31/24___ at ___1:00___ ○ AM ● PM.

2. The Hearing set for ___10/31/24___ at ___1:00___ ○ AM ● PM is hereby vacated. (4512)

3. The Hearing is reset to ___11/22/24___ at ___1:00___ ○ AM ● PM without further notice. (4513)

4. The Judgment on Award/Status of Rejection date of ___11/12/24___ at ___10:15___ ● AM ○ PM in

    Courtroom ___2201___ is hereby vacated. (4514)

5. The Judgment on Award/Status of Rejection date is reset for ___12/10/24___ at ___10:15___ ● AM ○ PM

    in Courtroom ___2201___ (4515)

6. Movant's motion is denied. (Please strike lines 2-5 of this order)

7. The Movant shall immediately send a copy of this Ordeer to all attorneys of record and/or self-represented
    litigants and shall immediately deliver a copy of this Order to the Arbitration Administrator at 222 N. LaSalle
    St, 13th Floor, Chicago, Illinois. The Arbitration Administrator will send a copy of this Order to the assigned
    arbitrator upon receipt.

Atty. No.: __50059__  ARDC No.: __6337002__          ENTERED:

Atty Name: __Julian Zito | Mark L Karno and Associates__   Dated: __10/10/24__      Judge Patrick J. Sherlock

Atty. for: __Plaintiff__                                                              OCT 10 2024

Address: __33 North La Salle Street,__                                          Circuit Court - 1942
                                                    _____  _____
City: __Chicago__                                        Judge              Judge's No.

State: __IL__  Zip: __60602__

Telephone: __312 701-0090__

Primary Email: __Mail@Karnolaw.com__

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 1

3/6/25 #22

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FIRST MUNICIPAL DISTRICT LAW DIVISION

PLAINTIFF:     Johnson-Sample  Jackie

           V.                              CASE NUMBER:    2023L011621

DEFENDANT:   Mulerin  Kevin

ORDER

This case was heard on .

Strike or Withdraw Motion or Petition-Allowed. ~~(42845)~~ 4331

```
ENTERED
Judge Moira Johnson-1836

MAR 1 3 2025

MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
```

JUDGE: _____

She Dismissed for want of Prosecution
Motion To VACATE.

Order                                                    (12/01/24) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Johnson-Sample

v.

Mulerin

No. 23C 11621
9:30
CALZ

**ORDER**

This matter is dismissed for
Want of prosecution Due to P's
failure to file an appearance.   D 4005
Calendar F
Room 2201
(312) 603-6064
Law.CALFCC@cookcountyIL.gov

Attorney No.: 101243
Name: Martin Smut
Atty. for: △
Address: 120 N. LaSalle #1900
City/State/Zip: Chicago IL 60602
Telephone: 312-603-3000

Associate Judge Moira S. Johnson

ENTERED: JAN 16 2025

Circuit Court - 1836

Dated: _____,

_____
Judge              Judge's No.

Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JACKIE SAMPLE,                    )
                                  )
     Plaintiff,              )
                                  )     Case No.: 2022 L 3851
     v.                      )
                                  )
DENZEL DAVIS,                     )
                                  )
     Defendant.              )

### AGREED DISMISSAL ORDER

IT IS HEREBY ORDERED:

That this matter be and is dismissed with prejudice, all matters in controversy having been resolved between the parties, and by agreement of the parties. This case did not involve a minor or a wrongful death action.

That this Court shall retain jurisdiction of this matter in the event that any party fails to execute any necessary documents, fulfill any agreed to conditions, adjudicate any liens, and/or pay the agreed settlement amount.

That voluntary mediation was not used in this case.

The CMS date of October 26, 2022, is hereby stricken.

Entered: _____

Date: _____ 2220

Associate Judge Daniel A. Trevino

SEP 1 5 2022

Circuit Court-2220

Prepared By: Oluwajuwon Oluwole
DWORKIN & MACIARIELLO
134 N. LaSalle, Suite 650
Chicago, Illinois 60602
Attorney for the Plaintiff
T: 312-757-4912 | F: 312-757-4913
E: OOluwole@hammerjustice.com
Atty No.: 6327700

1