# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Jackie Sample

Petitioner

Vs.

Madison Sample, et al.

Case No. 1:25-cv-05329
Judge Andrea R. Wood



FILED

DEC 01 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**RESPONSE: SWORN EVIDENTIARY STATEMENT REGARDING VIOLATIONS OF DUE PROCESS UNDER COLOR OF LAW, CIVIL RIGHTS DEPRIVATION, RETALIATORY OBSTRUCTION OF LEGAL COUNSEL, FAILURE TO PROVIDE ADA ACCOMMODATIONS, JUDICIAL MISCONDUCT, CONSPIRACY AGAINST RIGHTS, AND PATTERNED RICO-STYLE ENTERPRISE ACTIVITY**

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Jackie Sample

Petitioner

Vs.

Madison Sample, et al.

Case No. 1:25-cv-05329
Judge Andrea R. Wood

**RESPONSE: SWORN EVIDENTIARY STATEMENT REGARDING VIOLATIONS OF DUE PROCESS UNDER COLOR OF LAW, CIVIL RIGHTS DEPRIVATION, RETALIATORY OBSTRUCTION OF LEGAL COUNSEL, FAILURE TO PROVIDE ADA ACCOMMODATIONS, JUDICIAL MISCONDUCT, CONSPIRACY AGAINST RIGHTS, AND PATTERNED RICO-STYLE ENTERPRISE ACTIVITY**

# CRIMINAL COMPLAINT

**Submitted to:** Any Applicable Law Enforcement Agency, Including:

- U.S. Department of Justice – Civil Rights Division and Criminal Enforcement Division
- Federal Bureau of Investigation – Civil Rights Division and Criminal Enforcement Division
- Illinois Attorney General – Civil Rights Division and Criminal Enforcement Division
- DuPage County Sheriff's Office – Civil Rights Division and Criminal Enforcement Division
- DuPage County State's Attorney's Office – Civil Rights Division and Criminal Enforcement Division
- Office of Executive Inspector General – Civil Rights Division and Criminal Enforcement Division

**Complainant:**
Jackie Sample
Email: jackshousinganddevelopment@gmail.com
Phone: (773) 719-0337

**Individuals Involved:**

- Judge Kenton Skarin
- Judge James Orel
- Judge Susan Alvarado
- Judge Neal Cerne
- John Conniff – John A. Conniff Lawfirm
- Madison Sample – Spouse
- Matthew Elster – Beermann LLP
- Katheryn Homburger – Beermann LLP

- Meighan Harmon – Schiller, Ducanto & Fleck LLP
- Tracey Wertz – Schiller, Ducanto & Fleck LLP
- Additional presiding judges as applicable

## I. Declaration

I, Jackie Sample, being first duly sworn, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that I am over the age of 21 years, competent to testify, and that the foregoing is true and correct to the best of my knowledge and belief.

## II. Federal Criminal Violations

- 18 U.S.C. § 1512 – Tampering with a Witness / Obstruction of Justice
- 18 U.S.C. § 242 – Deprivation of Civil Rights under Color of Law
- 18 U.S.C. § 241 – Conspiracy Against Rights
- 18 U.S.C. § 1962 – Racketeering (RICO)
- 18 U.S.C. § 1343 – Possible Wire Fraud
- 18 U.S.C. § 1341 – Mail Fraud
- 18 U.S.C. § 4 – Misprision of Felony
- 18 U.S.C. § 241 Conspiracy Against Rights

## III. State Criminal Violations (Illinois)

- 720 ILCS 5/12-3.2 – Domestic Violence (Coercive Control)
- Aiding and abetting fraud under Illinois law

## IV. Facts and Criminal Conduct
**Fraudulent Financial Scheme (Feb 7, 2023 – Present)**

**Facts:**
John Conniff, Matthew Elster, Katheryn Homburger, Meighan Harmon, Tracey Wertz, and Dr. Madison Sample knowingly devised a scheme to defraud Jackie Sample of money and property by materially false and fraudulent pretenses, representations, and promises.

Dr. Madison Sample prepared, and Conniff, Elster, Homburger, Harmon, and Wertz submitted to the DuPage County Circuit Court a Financial Affidavit that materially underreported Dr. Sample's income and assets by approximately 75% and omitted millions in investments and business assets.

**Purpose:** reduce Jackie Sample's rightful financial estate, minimize Dr. Sample's support obligations, and secure a favorable divorce settlement for Dr. Madison Sample.

Fraudulent documents were delivered via online court filing systems, emails, and direct submissions to the court, including Judge James Orel and the DuPage County Circuit Court.

From May 15, 2023, through May 16, 2025, judges Kenton Skarin, James Orel, Neal Cerne, and Susan Alvarado knowingly refused to enforce court orders violated by Dr. Madison Sample.

From May 15, 2023, through January 30, 2024, and thereafter, judges accepted fraudulent financial affidavits submitted by Dr. Madison Sample.

From May 15, 2023, through May 16, 2025, judges ignored truthful documentation and evidence submitted by Jackie Sample regarding financial fraud.

This coordinated inaction caused ongoing financial harm and deprived Jackie Sample of her constitutional rights and property.

Harmon and Wertz knowingly concealed felony activity and refused to take legal action or file a motion to reinstate the financial status quo, despite repeated requests by Jackie Sample.

On or about April 15, 2023, they sent an email falsely claiming that an order existed to reinstate the financial status quo.

Their conduct obstructed justice, suppressed evidence, and facilitated ongoing deprivation of Jackie Sample's constitutional rights.

From May 15, 2023, through May 16, 2025, judges knowingly refused to enforce court orders violated by Dr. Madison Sample.

From May 15, 2023, through January 30, 2024, and thereafter, judges accepted fraudulent financial affidavits submitted by Dr. Madison Sample.

From May 15, 2023, through May 16, 2025, judges ignored truthful documentation and evidence submitted by Jackie Sample regarding financial fraud.

This coordinated inaction caused ongoing financial harm and deprived Jackie Sample of her constitutional rights.

John Conniff, Matthew Elster, Katheryn Homburger, Meighan Harmon, Tracey Wertz, and Dr. Madison Sample knowingly devised a scheme to defraud Jackie Sample of money and property by materially false and fraudulent pretenses, representations, and promises.

Beginning around June 2023, I began experiencing escalating interference with my ability to retain legal counsel for my divorce litigation. Multiple attempts to secure representation were made from approximately May 1, 2023 through the present, yet each effort was met with obstruction or unexpected withdrawal by prospective attorneys.

Upon information and belief, opposing counsel **John Conniff**, my husband **Dr. Madison Sample**, and **Judge Kenton Skarin** played direct or indirect roles in preventing me from obtaining legal representation. Initially, I consulted with *Beermann LLP*, providing them with confidential details regarding the divorce and related issues. However, shortly thereafter, John Conniff and Dr. Sample retained Beermann LLP — despite my prior consultation — and upon information and belief, information I disclosed was later used against me.

The pattern of interference with my right to legal representation has remained consistent and ongoing to date. Each time I have attempted to secure counsel, there has been sudden disruption, withdrawal, or unexplained refusal, suggesting coordinated obstruction rather than coincidence.

On or about May 15, 2023, Dr. Madison Sample prepared, and John Conniff, Matthew Elster, Katheryn Homburger, Meighan Harmon, and Tracey Wertz submitted to the DuPage County Circuit Court a Financial Affidavit that materially underreported Dr. Sample's income and assets by approximately 75% and omitted millions in investments and business assets.

The purpose was to reduce the Sample's financial estate, minimize Dr. Sample's support obligations, reduce Jackie Sample's settlement, and secure a favorable divorce settlement for Dr. Madison Sample.

On or about May 15, 2023, through around March 15, 2025, fraudulent financial documents were delivered via online court filing systems, emails, and direct submissions to the court, involving Judge Kenton Skarin, John Conniff, Matthew Elster, Katheryn Homburger, Meighan Harmon, Tracey Wertz, Judge James Orel, and the court-appointed financial expert, Attorney Andrew Cores of the DuPage County Circuit Court.

On or about June 18, 2023, John Conniff, on behalf of Dr. Madison Sample, devised a scheme to defraud Jackie Sample of the equity in the marital home. Using Dr. Madison Sample's fraudulent financial affidavit, John Conniff filed a Motion to "Force the Sale of the Marital Home."

The Motion included a fraudulent valuation lowering the value of the home to $1,800,000—approximately $1,000,000 lower than the bank's verified appraisal of $2,800,000. The purpose of this scheme was to defraud Jackie Sample of her rightful equity in the home.

Dr. Sample offered Jackie $100,000 of the proceeds from the home sale once the home was sold for an expected $1,800,000 and the mortgage balance of $1,500,000 was paid in full.

On or about June 15, 2023, Judge Kenton Skarin, as part of the scheme to defraud Jackie Sample of her property and assets from the Sample estate, accepted the fraudulent financial affidavit submitted by Dr. Madison Sample and his attorney, John Conniff.

On or about June 15, 2023, Judge Kenton Skarin, in a scheme to defraud Jackie Sample of property and assets, accepted John Conniff's fraudulent Motion to Force the Sale of the Marital Home, despite knowing the motion was based on a fraudulent financial affidavit omitting millions in assets submitted by Dr. Madison Sample.

On or around June 1, 2023, through August 20, 2023, motions were filed on multiple occasions to Reinstate the Financial Status Quo that would have addressed an active scheme defrauding Jackie Sample of marital assets.

On or about June 1, 2023, during hearings to address an Emergency Motion to Reinstate the Financial Status Quo and address the domestic violence committed by Dr. Sample, Judge Kenton Skarin acted as part of a scheme to ensure that Jackie Sample remained broke and that Dr. Madison Sample maintained sole control over the Sample's finances.

Judge Skarin did not allow Jackie Sample to speak or present her Motion to Reinstate the Financial Status Quo or address the domestic violence being committed by Dr. Madison Sample.

On or around August 30, 2023, during hearings to address an Emergency Motion to Reinstate the Financial Status Quo and address the domestic violence being committed by Dr. Sample, Judge Kenton Skarin again acted in a scheme to ensure that Jackie Sample remained broke and ensured Dr. Madison Sample maintained sole control over the Sample's finances.

Judge Skarin disregarded his own court order that Dr. Sample had violated and did not allow Jackie Sample's counsel, Shawn Monroe, to present the Emergency Motion for a TRO and to Reinstate the Financial Status Quo.

On or around April 15, 2024, Judge James Orel signed a fraudulent order using Dr. Sample's fraudulent financial affidavits, which represented a lowered income of approximately 75% less, in order to defraud Jackie Sample of property and force the sale of the marital home.

On or around June 15, 2023, through May 16, 2025, Judges Skarin, Orel, Cerne, and Alvarado participated in a scheme to Force the Sale of the Marital Home based upon accepting Dr. Madison Sample's fraudulent financial affidavit, reflecting a decreased income lowered by approximately 75% and millions in hidden assets.

On or around June 15, 2023, through May 16, 2025, Judges Skarin, Orel, Cerne, and Alvarado participated in a scheme to Force the Sale of the Marital Home while disregarding truthful Bank of America financial documentation showing income of over $48,000 per month, cryptocurrency investments over $5,000,000, coin collections, and business investments submitted by Jackie Sample, as part of a scheme to keep Jackie Sample broke.

On or about May 15, 2023, through May 15, 2025, and thereafter, Judges Kenton Skarin, James Orel, Neal Cerne, and Susan Alvarado accepted fraudulent financial affidavits submitted by Dr. Madison Sample as part of a scheme to keep Jackie Sample broke.

From May 15, 2023, through May 16, 2025, Judges Kenton Skarin, James Orel, Neal Cerne, and Susan Alvarado disregarded truthful financial documentation and evidence submitted by Jackie Sample regarding financial fraud committed by Dr. Madison Sample, as part of a scheme to ensure Jackie Sample remained broke.

On or about May 15, 2023, through May 16, 2025, Judges Kenton Skarin, James Orel, Neal Cerne, and Susan Alvarado knowingly refused to enforce all court orders with financial directives which were repeatedly violated by Dr. Madison Sample, as part of a scheme to ensure Jackie Sample remained broke.

This coordinated inaction caused ongoing financial harm and deprived Jackie Sample of her constitutional rights to finances and property, causing the marital home to go into foreclosure.

On or about February 7, 2023, when the divorce was filed, through May 16, 2024, when Judge Neal Cerne unlawfully dismissed the divorce, Judge No. 1 Kenton Skarin, Judge No. 2 James Orel, Judge No. 3 Neal Cerne, Judge No. 4 Susan Alvarado, and Judge No. 5 Neal Cerne conspired to deprive Jackie Sample of her rights, property, and assets as a coordinated scheme in favor of her husband, Dr. Madison Sample.

This scheme was designed to aid Dr. Sample in taking unilateral control over millions in assets, leaving Jackie penniless and without financial support.

This scheme was designed to steal the equity in her marital home.

This malignant scheme, carried out by presiding Judges Kenton Skarin, James Orel, Neal Cerne, and Susan Alvarado, was designed to assist Dr. Sample in unlawfully seizing control over the entire financial estate, leaving Jackie broke, defrauding her of the home's equity, and forcing her out of the marital home by any means necessary, including foreclosure.

This malignant scheme was further designed to block Jackie Sample's due process rights by preventing her from accessing the court, filing appropriate motions, and obtaining lawful judicial review necessary to protect her constitutional rights.

This scheme was devised to deprive Jackie Sample of access to her finances and property, causing financial hardship and leading to her property at 7439 S. Prairie, Chicago, Illinois 60619, going into foreclosure.

This scheme was devised to deprive Jackie Sample of access to her finances and property, causing financial hardship and leading to her property at 641 West 119th Street, Chicago, Illinois 60628, going into foreclosure.

This scheme was devised to deprive Jackie Sample of access to her finances and property, causing financial hardship and leading to her property at 9476 Falling Water Dr. E., Burr Ridge, Illinois 60527, going into foreclosure.

This scheme was devised to deprive Jackie Sample of access to her finances and property, causing financial hardship and leading to her properties at 645–651 West 119th Street, resulting in unpaid property taxes.

This scheme was devised to deprive Jackie Sample of access to her finances and property, causing financial hardship and leading to the loss of her businesses, licenses, and insurance.

Further, Around 2020 and again in 2021, I was the victim of two separate rear-end automobile collisions that resulted in bodily injuries requiring ongoing medical treatment. To provide clarity for the record, I was able to secure legal representation for these personal injury matters prior to 2023. I retained personal injury counsel to prosecute both claims.

However, after my divorce case was filed in 2023, my attorneys abruptly stopped communicating with me, leaving me without representation and forcing me to obtain replacement counsel. As the divorce progressed — and as I continued reporting judicial misconduct involving DuPage County judges — the second attorney also unexpectedly withdrew from representation. Upon information and belief, both withdrawals were not based on legal or procedural grounds, but were instead retaliatory in nature, tied directly to my whistleblowing activity,

including my filing of complaints identifying four DuPage County judges as operating within a coordinated pattern consistent with a RICO enterprise.

Following this sequence of events, the state judges presiding over my personal injury cases dismissed my claims **with prejudice**, effectively and permanently terminating my right to recover damages for injuries sustained in those crashes.

Since the dismissals, I have repeatedly encountered obstruction and interference when attempting to secure new counsel. Numerous law firms initially agreed to represent me, only to abruptly withdraw shortly thereafter without justification or explanation. This pattern has persisted for more than two years.

Upon information and belief, these actions were calculated to silence me, retaliate against my constitutionally protected whistleblowing activity, and financially destabilize me so that I could not sustain litigation against the four DuPage County judges named in my filings. I have been explicitly warned that I am "making too much noise" by reporting judicial misconduct. On information and belief, the coordinated withdrawal of counsel and the strategic dismissal of my injury claims were executed to keep me financially impaired, legally unrepresented, and unable to continue exposing corruption involving judicial actors and attorneys connected to these matters.

**B. Criminal Conduct by Schiller, Ducanto & Fleck LLP (Mar 15, 2023 – Present)**
**From May 15, 2023, through May 16, 2025, all judges knowingly refused to enforce court orders violated by Dr. Madison Sample.**

- From March 15, 2023, through around June 16, 2023, and thereafter, judges accepted fraudulent financial affidavits submitted by Dr. Madison Sample.

- From March 15, 2023, through June 16, 2025, Schiller DuCanto & Fleck colluded with opposing counsel, John Conniff and Judge Skarin, ignored truthful documentation and evidence submitted by Jackie Sample regarding financial fraud submitted by Dr. Madison Sample.

- From March 15, 2023, through June 16, 2025, Schiller DuCanto & Fleck colluded with opposing counsel, John Conniff. An email was sent to manipulate and deceive Jackie Sample into believing that an order to reinstate the financial status quo had been issued by Judge Kenton Skarin. No such order existed.

- This scheme was devised to give Dr. Madison Sample the upper hand on the couples finances and ensure Jackie Sample remained broke.

- This coordinated ongoing conspiracy and inaction to protect my interest by my own counsel caused financial harm and deprived me of my constitutional rights.

**Individuals Involved:** Meighan Harmon and Tracey Wertz

**Violations:**

- Misprision of Felony (18 U.S.C. § 4)
- Witness Tampering / Obstruction of Justice (18 U.S.C. § 1512)
- Deprivation of Rights Under Color of Law (18 U.S.C. § 242)
- Racketeering Activity (18 U.S.C. § 1962)
- Wire Fraud (18 U.S.C. § 1343)
- Mail Fraud (18 U.S.C. § 1341)
- Conspiracy against Rights ( 18 U.S.C. 241 )

**Probable Cause:**

- Emails, communications, court filings, personal knowledge, and supporting documentation establish probable cause for violations listed above.

**C. Criminal Conduct by Beermann LLP (June 1, 2023 – November 2024)**

**Individuals:** Matthew Elster, Katheryn Homburger, John Conniff

**Violations:**

- Misprision of Felony (18 U.S.C. § 4)
- Witness Tampering / Obstruction of Justice (18 U.S.C. § 1512)
- Deprivation of Rights Under Color of Law (18 U.S.C. § 242)
- Wire Fraud (18 U.S.C. § 1343)
- Possible Mail Fraud (18 U.S.C. § 1341)
- Racketeering (18 U.S.C. § 1962)

- Domestic Violence / Coercive Control (720 ILCS 5/12-3.2)

**Facts:**

- On or Around January 30, 2024, Matthew Elster altered a court order by omitting critical verbiage from the judge's verbal instructions.

- Around September 11, 2023, Elster and Homburger sent emails using coercive control to force Jackie Sample to accept an unreasonable settlement offer and move from her home, or else they would depriving her of basic human needs.

- From around September 2023 through around December 2024, Beermann LLP submitted a barrage of fraudulent motions filed into the court case.

- Beermann LLP used confidential information shared by Jackie Sample during an initial consultation that took place prior to Dr. Sample retaining Beermann LLP. These actions were acted out to manipulate the divorce proceedings and cover up fraudulent financial affidavits submitted by Dr. Madison Sample.

- From May 15, 2023, through May 16, 2025, all judges knowingly refused to enforce court orders violated by Dr. Madison Sample.

- From May 15, 2023, through January 30, 2024, and thereafter, judges accepted fraudulent financial affidavits submitted by Dr. Madison Sample.

- From May 15, 2023, through May 16, 2025, judges ignored truthful documentation and evidence submitted by Jackie Sample regarding financial fraud.

- This coordinated inaction caused ongoing financial harm and deprived Jackie Sample of her constitutional rights.

**Probable Cause:**

- Emails, communications, court filings, and supporting documentation establish probable cause for the above violations.

**D. Judicial Misconduct – Failure to Enforce Court Orders and Acceptance of Fraudulent Documents (May 15, 2023 – May 16, 2025)**

**Individuals:** Judge Kenton Skarin, Judge James Orel, Judge Susan Alvarado, Judge Neal Cerne, and other presiding judges

**Violations:**

- Misprision of Felony (18 U.S.C. § 4)

- Witness Tampering / Obstruction of Justice (18 U.S.C. § 1512)

- Deprivation of Rights Under Color of Law (18 U.S.C. § 242)

- Conspiracy Against Rights (18 U.S.C. § 241)

- Racketeering (18 U.S.C. § 1962)

**Facts:**

- From May 15, 2023, through May 16, 2025, judges knowingly refused to enforce court orders violated by Dr. Madison Sample.

- From May 15, 2023, through January 30, 2024, and thereafter, judges accepted fraudulent financial affidavits submitted by Dr. Madison Sample.

- From May 15, 2023, through May 16, 2025, judges ignored truthful documentation and evidence submitted by Jackie Sample regarding financial fraud.

- This coordinated inaction caused ongoing financial harm and deprived Jackie Sample of her constitutional rights.

## E. RICO Enterprise

**Enterprise Members:**

- Dr. Madison Sample

- Attorneys: John Conniff, Matthew Elster, Katheryn Homburger, Meighan Harmon, Tracey Wertz

- Judges: Kenton Skarin, James Orel, Susan Alvarado, Neal Cerne, and additional presiding judges

**Predicate Acts:**

- Wire Fraud (18 U.S.C. § 1343)

- Mail Fraud (18 U.S.C. § 1341)

- Obstruction of Justice / Witness Tampering (18 U.S.C. § 1512)

- Misprision of Felony (18 U.S.C. § 4)

- Deprivation of Rights Under Color of Law (18 U.S.C. § 242)

**Summary:**

- The coordinated actions of attorneys, judges, and Dr. Madison Sample constitute a pattern of racketeering activity, ongoing fraud, coercive control, and deprivation of constitutional rights.

**F. Probable Cause Statement**

Based on review of emails, communications, court filings, personal knowledge, and supporting documentation, there is probable cause to believe the individuals listed above committed:

- Federal Program Fraud (18 U.S.C. §§ 1341, 1343)

- Obstruction of Justice / Witness Tampering (18 U.S.C. § 1512)

- Civil Rights Violations under Color of Law (18 U.S.C. § 242)

- Conspiracy Against Rights (18 U.S.C. § 241)

- Domestic Violence / Coercive Control (720 ILCS 5/12-3.2)

- Misprision of Felony (18 U.S.C. § 4)

- Racketeering Activity (RICO) (18 U.S.C. § 1962)

**V. Binding Declaration**

- Racketeering Activity (RICO) (18 U.S.C. § 1962)

**ADA–BASED OBSTRUCTION & REFUSAL OF REASONABLE ACCOMMODATION**

I respectfully assert that I have been denied reasonable accommodations necessary to meaningfully participate in court proceedings in the Following Courts:

-DuPage County Courthouse
-Cook County Circuit Court
-United States Norther District, Eastern Division Court
-Seventh Circuit Court

In violation of my protected rights under the Americans with Disabilities Act (ADA), 42 U.S.C. §12101 et seq., and specifically Title II, 42 U.S.C. §12132. As a litigant with a qualifying disability, I am entitled to equal access to hearings, court documents, deadlines, and judicial processes. Denial of accommodations is not only discriminatory, but it directly obstructs my ability to exercise my constitutional right to due process under the Fourteenth Amendment.

My repeated requests for ADA access, including assistance, modifications, and accommodations necessary for my full participation were either ignored, delayed, or denied without lawful justification. This has materially impacted my ability to file and respond to motions, communicate effectively in hearings, and prepare my defense or claims. When a court fails to provide reasonable accommodation after being placed on notice, it violates federal law and places a disabled litigant at a structural disadvantage that is both discriminatory and fundamentally unconstitutional.

Under 42 U.S.C. §12132, no qualified individual with a disability may be excluded from participation in or be denied the benefits of services, programs, or activities of a public entity. A courtroom constitutes a public entity. The denial of ADA accommodations interfered with my right to be heard, to understand legal proceedings, to adequately respond to filings, and to present evidence. This constitutes not only disability discrimination, but an obstruction of access to justice itself.

Under Illinois law, the **Illinois Human Rights Act (775 ILCS 5/1-101 et seq.)** prohibits discrimination on the basis of disability, including interference with participation in public programs or services, which encompasses access to the courts. Further, **720 ILCS 5/32-4** establishes criminal penalties for obstruction of justice, including interference with a party's ability to pursue or participate in legal proceedings. The persistent denial of ADA accommodations in state court proceedings therefore constitutes both civil and criminal violations under Illinois law.

The refusal or failure to accommodate a disabled litigant is also an actionable civil rights violation enforceable under 42 U.S.C. §1983, where those obstructing access are state actors operating under color of law, including judges, clerks, and court-appointed personnel. Where ADA interference results in the denial of court access, such conduct may additionally violate **18 U.S.C. §241 (conspiracy against rights)** and **18 U.S.C. §242 (deprivation of rights under color of law)**, when done knowingly, willfully, or in concert to deprive a protected person of federally secured rights.

I assert that the obstruction and refusal of accommodations is materially impairing my ability to fairly participate in litigation, respond to filings, challenge rulings, secure legal representation, and defend myself against adverse actions. The resulting harm is ongoing and severe, compounding financial loss, procedural disadvantage, and emotional distress. I request appropriate judicial review and enforcement of ADA compliance, under both federal and Illinois law, to restore my lawful access to the courts and to remedy past and ongoing prejudice.

## V. Binding Declaration

I, Jackie Sample, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that I am over the age of 21 years, competent to testify, and that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 29 day of Nov, 2025

Complainant: _____
Jackie Sample

**Contact Information:**
Address: _____
Phone: (773) 719-0337
Email: jackshousinganddevelopment@gmail.com