**UNITED STATES NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

F I L E D

APR 1 3 2026

THOMAS G. CRUTON
CLERK, U.S. DISTRICT COURT

**Jackie Sample,**

Plaintiff,

v.

**Madison Sample Jr., M.D., et al.,**

Defendants.

Case No.: 1:25-cv-05329

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, IMMEDIATE DRUG TESTING OF DEFENDANT MADISON SAMPLE, AND INJUNCTIVE RELIEF TO PROTECT PROPERTY RIGHTS AND PRESERVE MARITAL ESTATE AND EMERGENCY PROTECTIVE RELIEF**

(Pursuant to Fed. R. Civ. P. 65)

## I. INTRODUCTION

NOW COMES Plaintiff, **Jackie Sample**, proceeding pro se, and respectfully moves this Honorable Court for emergency relief pursuant to **Rule 65 of the Federal Rules of Civil Procedure.**

Plaintiff seeks:

1.  Immediate Temporary Restraining Order (TRO) freezing all financial assets

2.  Immediate drug testing of Defendant Dr. Madison Sample Jr.

3.  Emergency injunctive relief to prevent dissipation and concealment of marital assets

4. Emergency protection of Plaintiff's property rights and estate

5. Any additional equitable relief necessary

## II. EMERGENCY BASIS FOR RELIEF

This matter is urgent and irreparable harm is ongoing:

6. Defendant is in possession of millions of dollars in marital assets

7. Defendant has taken unilateral control over finances in violation of multiple court orders in Sample v. Sample, 2023DN000129

8. Plaintiff has been denied access to her lawful property and estate

9. There has been no accounting of expenditures

10. Plaintiff is being financially deprived and destabilized

## III. STATEMENT OF FACTS (FULLY PRESERVED)

Plaintiff states:

11. Defendant Dr. Madison Sample Jr.'s medical license was suspended due to failure to pay taxes, demonstrating an unwillingness and/or inability to manage financial obligations. Defendant Madison Sample has history of unlawfully dissipating over $700,00 within months.

12. Not only is he not paying taxes there is no accounting of spending since Madison has unlawfully taken sole control over our finances in violation of multiple valid court orders in 2023.

13. This further demonstrates unreasonable thinking pattern and begs the question of Madison Sample's decisional capacity and competency.

14. I am concerned about a history of finding drug paraphernalia in our home.

15. His recent communications cause further concern.

16. Madison is in possession of millions of dollars in marital assets.

17. Dr. Sample took unilateral unlawful control over these assets in violation of multiple financial court orders during the Sample vs Sample case 2023DN000129.

18. I am requesting immediate drug testing on my spouse Dr. Madison Sample.

19. I am requesting an immediate TRO on all finances.

20. I am requesting emergency guardianship over our estate.

21. Madison's recent communication further demonstrates pattern of domestic violence, financial abuse, unreasonableness.

22. Madison has failed to maintain health and life insurance as previously ordered by the court in Sample vs Sample case 2023DN000129

23. Madison has failed to pay home mortgage and utilities as previously ordered by the court in Sample vs Sample case 2023DN000129

24. Madison has failed to pay health insurance for Jackie Sample as previously ordered by the court in Sample vs Sample case 2023DN000129

25. Madison has failed to provide monthly maintenance support as previously ordered by the court in Sample vs Sample case 2023DN000129

26. Madison has continued domestic violence, financial abuse, threats and intimidation to coercive Jackie Sample into relinquishing her marital property rights through financial starvation and harm.

27. Madison has continued conspiring with parties in court over stealing crypto currency assets which I have been obstructed for accessing since around January 2024 which appears to be at the behest Judge James Orel, Beermann Law office and Madison Sample.

28. Madison has refused to show up and participate in lawful court proceedings in both state and Federal court.

29. Defendant Madison Sample has engaged in conduct that evades both state and federal laws governing the equitable division of marital assets.

30. Plaintiff further alleges that Defendant has effectively enjoyed impunity in connection with acts constituting domestic violence and financial abuse against me, financial fraud, and the submission of fraudulent financial affidavits, resulting in the deprivation of Plaintiff's property rights of millions of dollars in marital assets.

31. Plaintiff further alleges that Defendant's conduct includes, but is not limited to, acts consistent with wire fraud, conspiracy against rights, and deprivation of rights and conspired with judges who committed these acts under color of law, as well as additional unlawful conduct that will be established through discovery.

## IV. ADDITIONAL FACTUAL BASIS – COURT OBSTRUCTION AND FRAUD (FULLY PRESERVED)

32. These recent communications from Dr. Sample follow actions of a recent court appearance on or around March 30, 2026, where Judge Neal Cerne was the presiding Judge regarding for a hearing regarding attorneys fees being paid from a cryptocurrency account which Plaintiff have been unable to access since January 2024.

33. I have been obstructed from accessing this account since on or around January 2024.

34. The account started with an original balance of approximately $200,000.

35. During some point, this account reached a high upwards of over $1,000,000.

36. Due to the unlawful obstruction of my access to this account, I was unable to manage and move these assets as required to properly manage the account.

37. Due to unlawful obstruction when the market began decreasing, I was forced to lose over $800,000 because of an unlawful obstruction to these assets, which started under Judge James Orel, Beermann LLP, and Madison Sample.

38. Although this divorce matter has been unlawfully dismissed, the hearing regarding Sample vs Sample case 2023DN000129, with Judge Neal Cerne and former attorney Fedor Kozlov, was held in my absence on or around March 30, 2026.

39. I showed up to court but was obstructed by DuPage Sheriffs from entering the courtroom.

40. I was held in the lobby, being obstructed from participating in my hearing until my case was over.

41. Although I was not present in the courtroom for the hearing, I did have court watchers attending this court hearing and observing on my behalf.

42. During the Zoom proceeding, my court watcher made Judge Neal Cerne aware that Jackie Sample was being held downstairs and not allowed to come upstairs to the courtroom.

43. This hearing involved fraudulent court proceedings regarding Fedor Kozlov making claims against a cryptocurrency account which I have been blocked from since around January 2024.

44. Later when I was eventually allowed to proceed to the courtroom, The hearing had ended.

45. Although the hearing had concluded, Judge Cerne stated on the record that he granted former attorney Fedor Kozlov's motion for attorney's fees in the approximate amount of $5,500 to be liquidated from the crypto currency account, following the conclusion of the proceedings.

46. I allege that there is an ongoing pattern to disregard the over five million dollars and other assets that Madison took unlawfully took unilateral control over during the divorce proceedings I Sample vs Sample 2023DN000129.

47. I allege that Mr. Kozlov submitted billing related to the motion for attorney's fees that is inaccurate and not supported by the underlying work performed.

48. I further allege that the conduct of Mr. Kozlov and Judge Neal Cerne, in conjunction with actions taken during the hearing, reflects a pattern of conduct that deprived me of fair process.

49. To the extent applicable, I assert that Judge Neal Cerne and Fedor Kozlov participated in such conduct which constitute deprivation of rights under color of law, obstruction of honest services from the judicial system including interference with my ability to receive a fair and impartial proceeding.

50. I further allege their actions to be a broader scheme to further steal my assets and commit actions that fall under RICO conspiracy actions.

51. I further allege that the actions of Fedora Kozlov and Judge Cerne and Madison Sample to take possession over Crypto Currency account which I have been blocked from using since 2023.

52. Judge Neal Cerne and counsel Fedor participated in a hearing which I was blocked from attending where in what appears to be a hearing involving fraud upon the court.

53. I was obstructed from entering DuPage County court hearing to litigation .

54. These actions are continued actions of a consistent pattern of practice from the judicial defendants and defendent Madison Sample in keeping me separated from marital assets that are lawfully mine.

## V. FEDERAL LEGAL BASIS

## A. Temporary Restraining Order

55. This Court may grant relief under:

    Fed. R. Civ. P. 65

56. Legal standard:

    Likelihood of success on the merits

    Irreparable harm

    Balance of equities

    Public interest

## B. Civil Rights Violations

57. Defendant Madison Sample, although a private individual, acted in concert with and/or in joint participation with state actors, including judicial officers and other officials, thereby engaging in conduct under color of law for purposes of 42 U.S.C. § 1983 and related statutes.

58. 42 U.S.C. § 1983 – Deprivation of rights under color of law

59. 18 U.S.C. § 241 – Conspiracy against rights

60. 18 U.S.C. § 242 – Deprivation of rights under color of law

61. Including:

    Denial of access to court

    Interference with property rights

    Obstruction of participation in judicial proceedings

## C. Civil RICO

62. 18 U.S.C. § 1962(c) and (d)

63. Pattern includes:

Financial misconduct

Fraudulent billing practices

Concealment and control of assets

Coordinated actions depriving Plaintiff of property

## D. Constitutional Violations

64. U.S. Constitution – Fourteenth Amendment

Due Process Clause

Property rights protection

## E. Fraud Upon the Court

**65. Fraud that corrupts judicial proceedings voids the integrity of the process. Fraudulent billing practices**

**Plaintiff respectfully requests:**

1. Immediate issuance of a **Temporary Restraining Order freezing all financial accounts and assets** under Defendant's control

2. An Order requiring **full financial disclosure and accounting of all assets**

3. Immediate **drug testing of Defendant Dr. Madison Sample Jr.** due to concerns regarding impairment and decision-making capacity

4. Emergency protective relief to prevent **further dissipation, concealment, or misuse of assets**

5. Emergency relief addressing **control and protection of the estate**

6.  Any additional equitable relief necessary to protect Plaintiff's rights

## VII. IRREPARABLE HARM

Plaintiff is suffering:

- Ongoing financial deprivation
- Loss of access to millions in assets
- Multiple properties in foreclosure including marital
- Loss of equity in Marital home
- Continued exclusion from equally participating in legal proceedings
- Risk of permanent loss of property and housing

Such harm is **immediate, ongoing, and irreparable.**

## VIII. PRESERVED COMMUNICATIONS (VERBATIM)

### Plaintiff Response (PRESERVED)

(Message from Madison)

Jackie
I wonder if you finally want to END this divorce. Or do you want to be married to me forever. I would be surprised since you say I am the worse human who ever walked the planet. According to you.
I know you LOVE white men who benefitted the most from your divorce tactics. If you want to end this I will send you a list of my non negotiable conditions. This will benefit us both; NOT white men.
Maybe you can live with that. Maybe not.
Madison

(Response message)
Hello Madison,
I would like to move forward with finalizing the divorce so that we may both move on with our lives.
In the immediate term, I am requesting the following time-sensitive matters:

1. Restore my health insurance immediately
2. Payment of the homeowners association balance (approximately $11,000) to prevent eviction.
3. Payment of the current utilities to ensure continued utility service this month.
4. Financial support for basic human needs, including food.
These matters directly impact my ability to maintain dignity.

I look forward to a resolution on resolving our marital estate and finalizing the divorce.
Thank you,
Jack

(Message from Madison)
Jack
You misread my message. You controlled the few last years of marriage and the divorce process. If this is done, it will be done my way. Or you can continue doing whatever you are doing right now.
These are my demands:
1. File divorce petition with DuPage court with the following settlement terms. I will sign once the Court stamps it.
2. Court order that all cryptocurrency in Jackie Johnson Sample Coinbase account is to immediately be returned and sent to Madison Sample Jr crypto address as he provides. A copy of this order will be sent to Detective Chris Allen of the Plainfield police department to facilitate transfer. This includes cryptocurrencies XRP and ETH.
3. The marital home will be listed within 7 (seven) days of this order on the MLS. We will use Realtor Jorie Pierce ONLY. We will use the previous contract. She will need access to a clean well maintained house for showings at ANY time. I will accept no one except Jorie.
Proceeds from the sale will be used to settle all attorneys fees, realtor fees, HOA fees and other fees linked to the property. All profits from the sale after fee settlements will be split 50/50 between the plaintiff and the defendant. I will NOT sign the closing document until after the divorce is FINAL.
4. I will have my cousin review the document once you have completed it.
5. All my diplomas, awards, licenses AND the USA flag presented to me at my father's funeral will be delivered to my brother's house by you on Sangamon St.
6. There is no required spousal support from either party to the other.

7. Whatever other assets were stolen, misappropriated, or otherwise owned will not now or ever be in contention between the parties. This includes your Realestate properties, your multiple businesses and my remaining assets. They are ours alone.

8. Indemnification clause which states both parties have reviewed the provisions in this MSA (marital settlement agreement) and agree. We relinquish our right to sue over any and all provisions in this settlement going forward.

9. Whatever you sale from the house not required from typical sale of a mansion house is yours. Each item will have to be approved by me or Jorie. Examples include garage freezer or electric snow blower. All proceeds from these sales will be yours alone.

*This is the best time of year to list our house and get a decent offer. This will allow us to receive some money from the sale and live.

Or you can continue doing what you are doing. The white man wou


IX. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

1. Immediate **Temporary Restraining Order freezing all assets**
2. Immediate **drug testing of Defendant Dr. Madison Sample Jr.**
3. Injunction preventing further dissipation of assets
4. Full financial accounting
5. Emergency protection of marital estate
6. Any additional equitable relief

X. VERIFICATION

I, Jackie Sample, declare under penalty of perjury that the foregoing is true and correct.


**Date:**

_____

**Jackie Sample**

**Jackshousinganddevelopment@gmail.com**


**Plaintiff, sui Juris**

## DECLARATION PURSUANT TO 28 U.S.C. § 1746

I, Jackie Sample, hereby declare as follows:

1. I am over the age of eighteen (18) years and competent to testify to the matters set forth herein.
2. I have personal knowledge of the facts stated in the foregoing Motion and the statements therein are true and correct to the best of my knowledge, information, and belief.
3. I submit this Declaration in support of my Emergency Motion for Temporary Restraining Order, Immediate Drug Testing, and Injunctive Relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on:** April 13 , 2026

Jackie Sample

jackshousinganddevelopment@gmail.com

(773)719-0337