BC

FILED
8/25/2026 JM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**JACKIE JOHNSON SAMPLE,**
Plaintiff,

v.

**MADISON SAMPLE JR., et al.,**
Defendants.

Case No. **1:25-cv-05329**
**Hon. Andrea R. Wood**

# DEFENDANT MADISON SAMPLE JR.'S REPLY IN SUPPORT OF MOTION TO DISMISS

Defendant Madison Sample Jr., appearing pro se, respectfully submits this Reply in support of his Motion to Dismiss and to Join Co-Defendants' Motions to Dismiss [158].

On June 29, 2026, the Court established a briefing schedule concerning Defendant Sample's Motion to Dismiss [158]. The Court ordered Plaintiff to respond by **August 14, 2026**, Defendants to file any replies by **August 28, 2026**, and expressly stated that these were **"firm deadlines."**

As of the August 14 deadline, Plaintiff had not filed a response addressing Defendant Sample's Motion to Dismiss [158].

On August 17, 2026, Plaintiff filed two separate documents: **Plaintiff's Motion to Commence Discovery** [170] and a **Consolidated Emergency Request for Reasonable Accommodations, Limited Stay, and Access to Counsel** [171]. Those filings concern discovery, accommodations, a requested limited stay, and related procedural matters. They do not constitute a substantive response to the grounds for dismissal raised in Defendant Sample's Motion [158]. Documents 170 and 171 were filed August 17.

Defendant does not oppose reasonable accommodations administered by the Court that the Court determines are appropriate. Defendant takes no position concerning the Court's administration of such accommodations except to the extent any requested relief would impose financial obligations upon Defendant, prejudice Defendant's substantive rights, or materially delay adjudication of his pending Motion to Dismiss.

Defendant respectfully submits that Plaintiff's accommodation and discovery requests do not address or rebut the jurisdictional and pleading deficiencies presented in Defendant's Motion to Dismiss [158].

Defendant therefore relies upon and incorporates the arguments presented in his Motion to Dismiss [158], including his request to join the applicable grounds advanced in the co-Defendants' motions to dismiss. Defendant does not seek dismissal merely because Plaintiff failed to file a timely opposition. Rather, Defendant respectfully requests that the Court evaluate Motion [158] on its merits and on the record presently before the Court.

Accordingly, Defendant respectfully requests that the Court:

1. consider Defendant's Motion to Dismiss [158] fully briefed as to Defendant Sample;
2. decide the Motion on its merits based upon the existing record;
3. grant the relief requested in Motion [158]; and
4. grant such other relief as the Court deems just and appropriate.

Respectfully submitted,

**Madison Sample Jr.**
Defendant, Pro Se
msamplejr@gmail.com

Date: August 25, 2026

# CERTIFICATE OF SERVICE

I certify that on August 25, 2026, I served the foregoing **Defendant Madison Sample Jr.'s Reply in Support of Motion to Dismiss** upon the parties entitled to notice through the method authorized by the Court and/or the Court's electronic filing system, as applicable.

**Madison Sample Jr.**
Defendant, Pro Se